1    **UNITED STATES DISTRICT COURT**
     **WESTERN DISTRICT OF NEW YORK**
2
_____
3    UNITED STATES OF AMERICA,
                                    Case No. 1:17-cr-103
4              Plaintiff,                       (LJV)

5    vs.                          January 21, 2020

6    DALVON CURRY, a/k/a Dale, a/k/a Dalo,

7    _____Defendant._____

8

9         **TRANSCRIPT OF JURY TRIAL - VOLUME III**
          **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
10                 **UNITED STATES DISTRICT JUDGE**

11
APPEARANCES:          JAMES P. KENNEDY, JR.
12                    UNITED STATES ATTORNEY
                      BY: PAUL C. PARISI, ESQ.
13                        SETH T. MOLISANI, ESQ.
                      Assistant United States Attorneys
14                    Federal Centre
                      138 Delaware Avenue
15                    Buffalo, New York 14202
                        and
16                    UNITED STATES DEPARTMENT OF JUSTICE
                      BY: CHRISTOPHER O. TAYLOR, ESQ.
17                    Trial Attorney, Organized Crime Gang Unit
                      1301 New York Avenue, NW
18                    Washington, DC 20005
                      For the Plaintiff
19
                      LAW OFFICES OF KEVIN W. SPITLER
20                    BY: KEVIN W. SPITLER, ESQ.
                      181 Franklin Street
21                    Suite 300
                      Buffalo, New York 14202
22                    For the Defendant Dalvon Curry

23   PRESENT:         KATHERINE M. REBISZ, Paralegal
                      STEVEN P. DONNELLY, FBI Special Agent
24
     COURT SECURITY:  OFFICER PATRICK J. CORONA
25
     LAW CLERK:       ALLISON P. GIOIA, ESQ.

```
 1
       DEPUTY CLERK:          COLLEEN M. DEMMA
 2
       COURT REPORTER:        ANN M. SAWYER, FCRR, RPR, CRR,
 3                            NYRCR, NYACR, Notary Public
                              Robert H. Jackson Courthouse
 4                            2 Niagara Square
                              Buffalo, New York 14202
 5                            Ann_Sawyer@nywd.uscourts.gov

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1                (Proceedings commenced at 9:15 a.m.)

 2                (Jury not present.)

 3                THE CLERK:  All rise.  United States District Court

 4     for the Western District of New York is now in session, the

 5     Honorable Lawrence J. Vilardo presiding.

 6                THE COURT:  Please be seated.

 7                THE CLERK:  17-cr-103, United States of America

 8     versus Dalvon Curry.

 9                Assistant United States Attorneys Paul C. Parisi,

10     Seth T. Molisani and Christopher O. Taylor, and paralegal

11     Katherine Rebisz appearing on behalf of the government.

12                Attorney Kevin W. Spitler appearing with defendant.

13     Defendant is present.

14                Also present is FBI Special Agent Steven P. Donnelly.

15                This is the date set for the continuation of the jury

16     trial.

17                THE COURT:  Good morning, everyone.

18                ALL PARTIES:  Good morning, Judge.

19                THE COURT:  Okay.  Anything we need to do before we

20     bring them back this morning?

21                MR. PARISI:  During the pretrial conferences, the

22     Court asked us to identify when potential issues like

23     coconspirator statements or other acts might come up.  And we

24     expect them to come up with our third witness today.

25                I don't know if you want to hear those now before we

 1    do the two witnesses scheduled before that witness, or if you

 2    want to wait until we do that other witness.

 3                THE COURT:  I think we'll wait until before that

 4    witness.  I don't want to delay the jury any more than we have

 5    to right now.

 6                MR. PARISI:  Yes, Your Honor.

 7                THE COURT:  So we'll do it on break.

 8                MR. PARISI:  Okay.

 9                THE COURT:  I think -- make sense for you?

10                MR. PARISI:  Yes.

11                THE COURT:  Okay, good.  Mr. Spitler, any problem

12    with that?

13                MR. SPITLER:  No, Judge.

14                THE COURT:  Okay, great.  Anything else we want to

15    do?  There was an article published online this morning.  I'll

16    ask the jury, as I'm going to every morning, the same way.

17                MR. SPITLER:  Judge, concerning that article.  My

18    concern is, is that the photograph that appeared in the print

19    edition, I don't know if it's online, but the print edition

20    that I read this morning identifies and shows a photograph

21    with a memorial for a young 12-year-old boy who was struck by

22    a stray bullet while he sat in his house.  And it indicates

23    that that occurred in April of 2019, which is outside the

24    period of the allegations of this conspiracy which terminated

25    in August of 2018.

1          I'm very concerned, Judge, that -- and I know you'll

2     do a very thorough job of asking these jurors about it because

3     that is obviously very negative for my client.

4          THE COURT:  I don't know what we do, Mr. Spitler,

5     other than to ask them -- I mean, you say I'm going to do a

6     thorough job.  I'm going to do it rather innocuously, because

7     I don't want to attract their attention to something that they

8     may not have seen.  So what I will do, as I'm going to do

9     every morning, is say before we begin, has anyone seen or

10    heard or read any news coverage related to this case in any

11    way?

12         MR. SPITLER:  Judge, I would respectfully request

13    that you point out to them that an article appeared on the

14    front page of the Buffalo News above the fold.

15         THE COURT:  Really?

16         MR. SPITLER:  Yes, please.

17         MS. GIOIA:  That is -- Judge, he's absolutely

18    correct.  It is.  I have it up here on my screen.  It's above

19    the fold on the left-hand side.  Social media helped officer

20    infiltrate gang.  There is no photograph on the front page,

21    I'm just looking to see.  The photograph --

22         MR. SPITLER:  It's on page 8.

23         MS. GIOIA:  The photograph that was in the online

24    print edition was the photograph we've seen before of three

25    officers inside the Towne Gardens.  That's what was in the

1   online edition.

2        MR. SPITLER:  In the print, Judge, on page 8, again

3   it is a photograph of a -- of a memorial, these kinds of

4   things where people leave little Teddy bears and flowers

5   outside the door of where the young person --

6        THE COURT:  So you would like me to call to their

7   attention that there was a -- in today's paper?  Is it in

8   today's paper?

9        MR. SPITLER:  It's in today's paper, yes, Judge.

10       THE COURT:  You'd like me to call that to their

11  attention?

12       MR. SPITLER:  I would, Judge, because I'm concerned

13  that either following your directions they didn't look at it,

14  but as they had breakfast with somebody, they know that

15  they're on trial here, they go oh, my gosh, look at this.  And

16  that's all we have to -- and I'd just like to -- I don't want

17  to just say, hey, did you hear anything about it?

18       I think it's a very -- I think it's very negative to

19  my client and would adversely affect the jurors.  So I would

20  like -- that's my request.

21       THE COURT:  Okay.  Any objection to that?

22       MR. PARISI: I guess, how specific are we going to be?

23       THE COURT:  I'll say I've been told -- I haven't seen

24  it myself, so I will say I've been told that in today's -- as

25  I've asked before, has anyone seen or read or heard any news

1  coverage of this case.  And then if nobody raises their hand,

2  I'll say I've been told there was a front-page article in

3  today's paper.  Has anybody seen that?

4          MR. PARISI:  No objection to that, Your Honor.

5          MR. SPITLER:  Yes, Your Honor.

6          THE COURT:  Is that a good way to do it?

7          MR. SPITLER:  Yes, please.

8          THE COURT:  Okay.  Is there anything else that we

9  should -- that we should do?

10          MR. SPITLER:  No, Your Honor.

11          MS. GIOIA:  This is it.

12          THE COURT:  Oh, thank you.  Okay.

13          Ready to bring them in?

14          MR. SPITLER:  Yes, Your Honor.

15          MR. PARISI:  Yes, Your Honor.

16          THE COURT:  Okay.  Let's bring them in, Pat, please.

17          MR. PARISI:  Your Honor, would you like the witness

18  back on the stand?

19          THE COURT:  Sure, please.

20          (John Pietrzak seated at 9:21 a.m.)

21          (Jury seated at 9:23 a.m.)

22          THE COURT:  Okay.  Good morning and welcome back,

23  everyone.  The record should reflect that all our jurors,

24  again, are present.

25          And as I'll ask you every morning, has anybody seen

 1    or heard or read any news coverage of this case over the

 2    weekend?

 3              JURORS:  No.

 4              THE COURT:  Okay.  I understand -- I've been told

 5    that today there was actually a front-page article in the

 6    news.  Did anybody see that?

 7              JURORS:  No.

 8              THE COURT:  Okay.  Don't look at the newspaper today.

 9    Great.  Okay.

10              The witness is on the stand.  I remind the witness

11    that he's still under oath.

12              THE WITNESS:  Yes, sir.

13              THE COURT:  And you may continue.

14              MR. PARISI:  Thank you.

15

16    **J O N A T H A N   P I E T R Z A K**, having been previously duly

17    called and sworn, continued to testify as follows:

18              **EXAMINATION BY MR. PARISI (CONT. DIRECT):**

19    Q.  Good morning, Lieutenant.

20    A.  Good morning.

21    Q.  Just to go back briefly to a discussion of SnapChat and

22    how it works.  You told us last week that there was the

23    method of the person recording through the application, and

24    that gets broadcast out through the application, correct?

25    A.  Yes.

Case 1:17-cr-00103-LJV-HKS    Document 721    Filed 05/18/20    Page 9 of 278
USA v Dalvon Curry - Pietrzak - Parisi/Direct - 1/21/20

9

1    Q.   Is it also possible for a person, well, are you aware

2    that people can use their cellular phones to take photos and

3    videos that store on their cellular phones?

4    A.   Yes.

5    Q.   Is it possible that a person can use SnapChat to access

6    the photos or videos that are already stored on their phones?

7    A.   Yes.

8    Q.   And how does a person go about doing that?

9    A.   Through the app, you have the option to choose to make a

10   live video photo or to access your camera roll, is how it's

11   described in most phones.  And you can then pick a photo or a

12   video from your stored camera roll to broadcast on to the

13   SnapChat application.

14   Q.   And you, as a person viewing someone else's SnapChat

15   video or picture, can you know which one is a live picture or

16   video from -- or, whether versus something that's from a

17   camera roll?

18   A.   Yes.  So what will happen is if it's from the camera

19   roll, in the top left corner of the image that's been

20   broadcast, whether it's a video or a photo, it will say from

21   camera roll, and it will say if the -- if it was captured

22   with a date and time, it will give a rough estimate, say for

23   example, one week old or two weeks old, or four days old, so

24   on and so forth.  So you can typically tell if it's an old

25   video or photo, or if it's live, based on that information.

1  Q.  And if it's live, it will not have that information on

2  there?

3  A.  It will just say 3 hours old, 23 hours old, 10 minutes

4  old, so on and so forth.

5  Q.  With respect to something called SnapChat memories, do

6  you know what those are?

7  A.  Yes.

8  Q.  What are those?

9  A.  Those are old snaps of -- old snaps that were posted that

10 are saved in the memory section.  So what will happen in that

11 case, if someone were to post it, if for example, I were to

12 post a video last Wednesday, and I thought it was something

13 that I wanted to show again, I would access my memories, pick

14 that photo or video, hit send, and it would say on the

15 newest -- newest transmission posted from memories in the top

16 left corner.  And it would say how long ago it was made from

17 those memories.

18 Q.  Now I'd like to move on to another incident back on

19 August 30th, 2015.  Were you working on August 30th, 2015?

20 A.  Yes.

21 Q.  What was your shift on August 30th, 2015?

22 A.  I was on the overnight shift in, I believe, E District at

23 the time.

24 Q.  Did you respond to a call in the area of Genesee and

25 Crossman on August 30th, 2015?

```
 1   A.  Yes.

 2   Q.  Do you recall what time that you went to that call?

 3   A.  It was in the later hours of that night, so approximately

 4   10 or 11:00.

 5   Q.  Do you have a specific memory of what time?

 6   A.  No.

 7   Q.  Is there anything that I can show you that would refresh

 8   your recollection?

 9   A.  A printout of the call log would be helpful.

10   Q.  Lieutenant, I'm going to hand you --

11           THE COURT:  Any objection to showing him that,

12   Mr. Spitler?

13           MR. SPITLER:  No, Your Honor.

14           BY MR. PARISI:

15   Q.  I'm going to hand you what's marked for identification as

16   Government Exhibit 3604.02, and ask if you recognize what

17   that is?

18   A.  Yes.  This is a printout of a call log that's generated

19   by our computer-aided dispatching system.

20   Q.  Does that refresh your recollection as to the time that

21   you responded to the call?

22   A.  Yes.

23   Q.  And what time did you respond to the call?

24   A.  9:27 p.m.

25   Q.  What area of the city is Genesee and Crossman?
```

1    A.  It is the -- it encompasses the northeastern portion of

2    the C District and the southeastern portion of the

3    E District.  It's essentially the northeast part of the city

4    that buts up with the city line with Cheektowaga.

5    Q.  Is it in the Towne Gardens?

6    A.  No.

7              MR. PARISI:  Ms. Rebisz, can we have Government

8    Exhibit 1.1, please?  Only show it to the witness at this

9    time.

10             BY MR. PARISI:

11   Q.  Lieutenant, do you see Government Exhibit 1.1 that's in

12   front of you?

13   A.  Yes.

14   Q.  What is Government Exhibit 1.1?

15   A.  It's a map of what looks to be a good chunk of Erie

16   County and the City of Buffalo.

17   Q.  And with respect to the City of Buffalo, does that fairly

18   and accurately depict the layout of the City of Buffalo on

19   August 30th, 2015 and to January 1st, 2017, the events that

20   you've testified about?

21   A.  Yes.

22             MR. PARISI:  Your Honor, the government would offer

23   Government Exhibit 1.1 as evidence.

24             MR. SPITLER:  No objection.

25             THE COURT:  Received without objection.

1          **The following was received in Evidence:**

2          **GOVERNMENT EXHIBIT 1.1**

3          MR. PARISI:  May we publish to the jury?

4          THE COURT:  Sure.

5          BY MR. PARISI:

6   Q.  Lieutenant, do you see the area of Genesee and Crossman?

7   And if you need us to zoom in on a certain area, please let

8   us know.

9   A.  Yeah, if you can zoom in on the northeastern portion of

10  the map, that would be helpful.

11         One more time would be good.

12         Yes, I do.

13  Q.  And can you please identify that area just by circling it

14  on the touchscreen?

15  A.  Can you actually bring it down just a little bit going

16  south?  That would be helpful.  That's perfect.  I'm trying

17  to get my layout here.

18         It's in this area over here.  It's very blurry, to narrow

19  down what exactly the street is.

20  Q.  Now, if we zoomed out of this, would you be able to

21  identify that through the area?

22  A.  It might help out a little bit, just a --

23  Q.  Just so we can see relative to the city?

24  A.  Yeah.

25  Q.  Is it possible for you to -- I know it's small writing.

1   A.   It's in this area over here.

2   Q.   And so you've -- you made a circle with a purple mark on

3   the right-hand -- in the middle right portion of the map; is

4   that correct?

5   A.   Yes.

6   Q.   And what was the call that you responded to?

7   A.   Shots fired.

8   Q.   When you responded to that call of shots fired at about

9   9:27 p.m., what did you do upon arriving?

10  A.   When I arrived at the area, I looked for any -- anyone

11  involved that's actively shooting.  I looked for any

12  witnesses that wanted to come forward to indicate what they

13  saw.  Looked for any victims or any complainants that wanted

14  to report any property damage.

15  Q.   Did you find any victims on August 30th, 2015?

16  A.   No.

17  Q.   Did you, on August 30th, 2015, observe any property

18  damage?

19  A.   I did not.

20  Q.   What -- is there a store, a residence, a business,

21  located at Genesee and Crossman?

22  A.   There's a gas station and convenience store.

23            MR. PARISI:  If I could -- if we can show page 1 of

24  what's in evidence as Government Exhibit 111, please?

25            BY MR. PARISI:

1  Q.  Do you recognize the Snap Express from Government

2  Exhibit 111?

3  A.  Yes.

4  Q.  What is that?

5  A.  That's the store that's located at the corner of Genesee

6  and Crossman.

7         MR. PARISI:  Your Honor, I'd like to play for only

8  the witness Government Exhibit 29.1 without the audio.

9         (Video was played.)

10        BY MR. PARISI:

11 Q.  Lieutenant, did you see Government Exhibit 29.1 which was

12 played for you?

13 A.  Yes.

14 Q.  And is this, first of all, does this appear to be -- to

15 be a SnapChat video that you downloaded?

16 A.  No.

17 Q.  Are you aware that someone else downloaded it?

18 A.  Yes.

19 Q.  What I'd like to ask you, do you recognize the location?

20 A.  Yes.

21 Q.  What location is that?

22 A.  That's the store located at Genesee and Crossman, the

23 Snap Express Mart.

24 Q.  The one that we just saw in Government Exhibit 111?

25 A.  Correct.

Case 1:17-cr-00103-LJV-HKS    Document 721    Filed 05/18/20    Page 16 of 278
USA v Dalvon Curry - Pietrzak - Spitler/Cross - 1/21/20

16

```
 1              MR. PARISI:  May I have one moment, Your Honor?

 2              No further questions, Your Honor.

 3              THE COURT:  Mr. Spitler?

 4              MR. SPITLER:  Thank you, Judge.

 5              EXAMINATION BY MR. SPITLER (CROSS):

 6   Q.  Good morning, Lieutenant.

 7   A.  Good morning, sir.

 8   Q.  You and I have not spoken concerning this case before,

 9   have we?

10   A.  No, sir.

11   Q.  All right.  First off, I'd like to ask you about these

12   undercover personas you have on the different social medias.

13   I think you told us you'd been doing that for a period of

14   time, maybe about four years or so, some of them?

15   A.  Yes.

16   Q.  Now, you know what a search warrant is, right?

17   A.  Yes.

18   Q.  You didn't get a search warrant to get on any of these

19   social media sites, correct?

20   A.  No.

21   Q.  Okay.  And so basically what you did is you made up who

22   you were, and then you asked somebody to friend you, correct?

23   A.  Yes.

24   Q.  So if you made up that you were -- whatever names you

25   used -- what names did you use, by the way?
```

USA v Dalvon Curry - Pietrzak - Spitler/Cross - 1/21/20        17

```
 1              MR. PARISI:  Objection, Your Honor.  Subject to the
 2   pretrial ruling.
 3              MR. SPITLER:  Okay.  Let me withdraw it.  I
 4   understand the objection.  Withdrawn.
 5              THE COURT:  Withdrawn.
 6              BY MR. SPITLER:
 7   Q.  So you made up this -- this fake persona, and you would
 8   ask people to friend you, correct?
 9   A.  Yes.
10   Q.  Okay.  And then if somebody friended you, and you wanted
11   to friend somebody else, in your fake persona you would say,
12   hey, friend me.  I'm friends with A, why don't you let me be
13   friends with you, B, because A and B are friends?  That's how
14   you do it, right?
15   A.  No, there's --
16   Q.  How did you do it?
17   A.  -- there's no communication I have had with anyone that I
18   have been involved with on social media.  Other than putting
19   out a friend request there's been no communication
20   whatsoever.
21   Q.  Okay.  So you would never indicate to anybody when you
22   asked for a friend request, I'm already friends with somebody
23   else that you're friends with, let's you and I be friends?
24   You didn't do it that way, correct?
25   A.  Correct.
```

1   Q.  Okay.  So, and I don't -- how many times did you do this?

2   How many people did you friend like this?

3   A.  This -- at this point, I'm probably in the hundreds.

4   Q.  Hundreds?  Okay.

5       And so clearly if you've got hundreds, these are people

6   that would be outside the Towne Gardens, as well, correct?

7   A.  Yes.

8   Q.  Okay.  Now I -- you do this with the approval of your

9   superiors in the Buffalo Police Department, correct?

10  A.  Yes.

11  Q.  And you shared with other members of law enforcement

12  outside the Buffalo Police Department that you were engaging

13  in this subterfuge to become friends with somebody, correct?

14  A.  Yes.

15          MR. SPITLER:  Can we bring up 112.4, please, in

16  evidence?

17          THE CLERK:  Thank you.

18          BY MR. SPITLER:

19  Q.  Do you see that?  Do you see that on the screen, right?

20  A.  Yes, sir.

21  Q.  And that is a post by my client, correct?

22  A.  Yes.

23  Q.  I see the time in the upper left-hand corner as 9:49.  Do

24  you see that, right?

25  A.  Yes.

1   Q.  Okay.  And then as we come down, there's a -- there's a

2   statement concerning cut it, no snitching.  And then below

3   that, there's another entry on April 29th of 2016; is that

4   correct?

5   A.  Yes.

6   Q.  Right?  Do you know what that is about?  Did you search

7   out to determine what was going on with that?

8   A.  I don't recall if I put that link in at any point.

9   Q.  Okay.  But you see what it says?  It says -- it's from my

10  client, and it says vote for me to perform at the #ATLedition

11  on 7/11/2016, right?

12  A.  Yes.

13  Q.  Did you ever determine what the A-T-L -- #ATLedition on

14  7/11/16 was?

15  A.  No.

16  Q.  Well, and then you see that there's an entry below that

17  on February 27th of 2016, same request, right?

18      Pardon me.  Different request, at #conversation kickoff

19  edition 9/2/16.  Saw that, as well.  Do you see that as well?

20  A.  Yes.

21  Q.  Did you check out what that was?

22  A.  I did not.

23  Q.  Okay.  You know that my client is a rapper, correct?  You

24  saw that from being on his website?  You saw it from looking

25  at the videos, right?

1  A.  Yes.

2  Q.  Do you, by the way, know what the -- whether or not

3  Facebook will pay you if you have enough followers or if you

4  have enough views over a certain period of time?

5  A.  I don't know that.

6  Q.  Did you ever try to determine that?

7  A.  No.

8  Q.  Would that be relevant in your investigation if someone

9  was trying to generate followers and generate views to make

10  money?  Did -- would you find that to be relevant to

11  determine the purpose of the posts that you are -- that you

12  downloaded and presented as the evidence here?

13  A.  For purposes of my investigation and the totality of the

14  circumstances, it's not relevant to my investigation.

15  Q.  Okay.  So you didn't care why he was posting them, that's

16  what you're telling me, right?  You didn't care why he's

17  posting them.  You just said, hey, it's a post, I'm going to

18  download it and I'm going to provide it to the government,

19  right?

20  A.  No, that's not accurate.

21  Q.  You cared because you thought that the post was

22  threatening or indicates some criminal activity?

23  A.  That's correct.

24          MR. SPITLER:  Okay.  Can we go to 112.5 in evidence?

25          BY MR. SPITLER:

Case 1:17-cr-00103-LJV-HKS    Document 721    Filed 05/18/20    Page 21 of 278
USA v Dalvon Curry - Pietrzak - Spitler/Cross - 1/21/20

21

1    Q.  So we can see that this was posted on January 27th of

2    2016 about 5:46, correct?

3    A.  Yes.

4    Q.  And we can see what it says, correct?

5    A.  Yes.

6    Q.  Okay.  And you believed that that -- well, why -- why did

7    you preserve that?  Why did you preserve that one?

8    A.  It appears a general threat to someone that would be in

9    opposition to your client.

10   Q.  Okay.  Now did you ever, when you saw something like

11   that, did you ever, like, say, gee, I wonder if this is a

12   lyric, or if this is just a statement by my client?  A lyric

13   from a song.

14   A.  There's no way to determine if it was or was not.

15   Q.  Okay.  Are you saying that if you go on Google and you

16   type in that phrase, tough love for them Ns thinking they

17   next, I'm on their ass, did you ever type that into Google to

18   see if it searched to anything?

19   A.  I did not.

20   Q.  Okay.  I have to ask you then.  Are you familiar with

21   Chief Keff, spelled K-E-F-F?

22   A.  No.

23   Q.  Familiar with a song that he put out called Macaroni

24   Time?

25   A.  I'm not.

USA v Dalvon Curry - Pietrzak - Spitler/Cross - 1/21/20

```
1   Q.  Are you familiar that one of the lines in Macaroni Time

2   is tough love for these Ns, they think they next, I'm on they

3   ass.  You never saw that, right?

4   A.  No.

5   Q.  Okay.  Therefore, you know when people -- you -- you look

6   at a lot of social media, correct?

7   A.  Yes.

8   Q.  Okay.  And people will post on social media things like,

9   hey, I'm going to the store with my cousin.  They'll post

10  something on -- something like that on social media, correct?

11  A.  Yes.

12  Q.  They'll post on social media things that they saw in the

13  news, correct?

14  A.  Yes.

15  Q.  They'll post on social media relevant to the poster an

16  athletic event or a score, correct?

17  A.  Yes.

18  Q.  Do you ever see people post on social media lines from

19  music?

20  A.  Yes.

21  Q.  Okay.  Based upon what I've told you about Chief Keff and

22  Macaroni Time, that's a line from a musical, isn't it?

23  That's a line from lyrics, isn't it?

24  A.  I haven't reviewed it, what you're saying there, so if

25  I'm trusting you, yes.
```

```
 1   Q.  Okay.  Good.  Thank you.

 2            MR. SPITLER:  Can you bring up 112.10, please, also

 3   in evidence?

 4            BY MR. SPITLER:

 5   Q.  These are posts, Tweets, pardon me, from my client,

 6   correct?

 7   A.  Yes.

 8   Q.  And the third Tweet which was posted on January 23rd of

 9   2016; is that correct?  Is that --

10   A.  Yes.

11   Q.  Now, I can see that these all appear to be posted on --

12   at least five of the six posted on the same day.  By the way,

13   when we're looking at this, is it the newest post that's at

14   the top, and so we go down to the old post?  Or does it come

15   up from the bottom?  Do you know?

16   A.  The newest post begins at the top.

17   Q.  At the top?

18   A.  Yes.

19   Q.  So looking at this, we can come up and see, so to speak,

20   the flow of the post, correct?

21   A.  Yes.

22   Q.  Okay.  And I have to ask you, but the third post from the

23   top, it says, young killers want to join the team, when a

24   recruit ya?

25   A.  No, it says then a recruit ya.
```

1  Q.  Then.  Thank you.  Then a recruit ya.

2      Now, you felt that that was -- well, why did you save

3  that post?

4  A.  Again, to discussing potential, in the totality of the

5  circumstances, based on the investigation, that appears it

6  could be indicating that he's looking for someone to assist

7  in violence.

8  Q.  Okay.  And it could be that, correct?

9  A.  Yes.

10  Q.  Could be that, or could it be another lyric from a song?

11  A.  It could be both.

12  Q.  Okay.  All right.  And you presumed it, therefore, to be

13  that it was a some sort of possible criminal activity or an

14  indication of criminal activity, correct?

15  A.  Yes.

16  Q.  And that was your assumption, based upon the post?

17  A.  Yes.

18  Q.  Now, are you familiar with a rap artist AR-AB?

19  A.  No, I'm not.

20  Q.  Have you ever heard of their song, BLOW3?

21  A.  No.

22  Q.  And are you familiar that in that -- well, you must not

23  be familiar with it.  So you never searched, again, you never

24  Googled that phrase to see if it appeared in any sort of a

25  music video or rap video, correct?

 1  A.   No.

 2        MR. SPITLER:  Okay.  Can we go to 112.11, please?

 3        BY MR. SPITLER:

 4  Q.   We see the Tweets, and I'd like to ask you about going

 5  from the top, the second one down that starts, nah beef.

 6      The third one, Beegs when you -- when you can't.

 7      The fourth -- fourth one, N, what's beef.

 8      The fifth one, I'm about a quit rapping.

 9      And the sixth, stuck on parole.

10      Those were all the ones you felt relevant and therefore

11  necessary to save, correct?

12  A.   Yes.

13  Q.   I just asked you, but were you aware that any of those

14  that I've just referenced you to appeared in the AR-AB BLOW3

15  lyrics?

16  A.   No.

17  Q.   So you never tried to determine at any time, you would

18  just print these out and you never tried to determine where

19  they were coming from, did you?  Whether they were the

20  product of my client just writing them out, or whether they

21  were some lyric that he was posting on there, correct?

22  Posting -- I'm sorry, Twitter, correct?  You never did that?

23  A.   Your client posted them, and --

24  Q.   He posted it?

25  A.   Yes.

Case 1:17-cr-00103-LJV-HKS   Document 721   Filed 05/18/20   Page 26 of 278
USA v Dalvon Curry - Pietrzak - Spitler/Cross - 1/21/20

26

1   Q.  And you never tried to determine whether those were his

2   thoughts, his words, or the words that he was copying from

3   another -- from another source, from another lyric, from a

4   song, from a post of someone else, correct?

5   A.  No.

6   Q.  No.  And you drew that opinion because you thought that

7   my client was a criminal, correct?

8   A.  Yes.

9   Q.  In your testimony on this past Thursday, you were also

10  asked about other Tweets and posts that you had preserved

11  from other individuals.

12      Is it fair for me to assume that any time you preserved a

13  post was because you thought it had some sort of underlying

14  criminal element to it?

15  A.  Yes.

16  Q.  Like, for instance, if somebody posted, hey, I'm going to

17  go see my grandmother for the weekend, you wouldn't preserve

18  that, would you?

19  A.  It would all depend on the circumstances surrounding who

20  that person was, where their grandmother lived, what events

21  had taken place at that time.

22  Q.  Okay.  So every post you looked at, as it relates to my

23  client, your initial impression was, has this got any

24  criminality to it, right?  Right?

25  A.  I don't know if you want to say "criminality," but is it

1  connected to any events that have taken place at or around

2  the time it was posted.

3  Q.  Or that could take place at some point in the future,

4  correct?

5  A.  Yes.

6  Q.  Do you know how many Tweets of my client you looked at

7  over the four years, five years?

8  A.  Many.  I don't have an exact number.

9  Q.  Would it be more than a hundred?

10 A.  I -- it's fair, it's fair to say.  I don't have --

11 Q.  It could be thousands, correct?

12 A.  Probably in the hundreds.

13 Q.  Hundreds?  My client was kind of proficient, wasn't he?

14 He just didn't post once or twice a week, did he?

15 A.  No.

16 Q.  And you did follow him for four or five years?

17 A.  Yes.

18 Q.  You looked at those videos that we saw, the three videos,

19 and I think your testimony would always be, like either on

20 the still photo or the video itself, of what appeared to be a

21 gun, correct?

22 A.  Yes.

23 Q.  And you understand that the definition of a gun under

24 New York Penal Law is a weapon from which a projectile can be

25 discharged, sent out, correct?

1    A.    Yes.

2    Q.    And you also know that there are things that appear to be

3    guns that aren't guns, correct?

4    A.    Correct.

5    Q.    And you have no way of telling when you're looking at

6    that video whether the gun is an actual gun, or whether it's

7    a replica of a gun, correct?

8    A.    Correct.

9    Q.    And when we watched those videos, there was one that

10   appeared to be taken inside, like, an apartment or something

11   like that, correct?

12   A.    I don't know which one.

13   Q.    Which one I'm talking about?  Okay.  There's -- there's a

14   video, there's a video, My Side of Town, do you recall that

15   video?

16   A.    Yes.

17   Q.    Do you recall where that -- the physical location, where

18   that is displayed or shown, where it's filmed.  Pardon me.

19   That's the word I should use.

20   A.    The My Side of Town?

21   Q.    Yes.

22   A.    One of the apartments --

23   Q.    Okay.

24   A.    -- in the Towne Gardens.

25   Q.    And that's where individuals, my client included, are

1    standing in front of the building, there seem to be a couple

2    of guys up on a window or outside of a window, correct?

3    A.  Without looking at this video and knowing exactly what

4    segment of it you're referring to it, I'm having a hard time

5    testifying to it.

6    Q.  And there's a second video that's filmed in the vicinity

7    of a gas station, correct?  Do you remember that?

8    A.  There is a video that is near a gas station, yes.

9    Q.  Okay.  And there's another video where they seem to be

10   outside a liquor store on Jefferson Street, correct?

11   A.  Yes.

12   Q.  Okay.  Now, do you know when those videos were made?

13   A.  No.

14   Q.  Is there any identifying -- is there anything to identify

15   when the video was made?

16   A.  You can only tell when it was posted on YouTube.

17   Q.  Okay.  You had told us a little bit about SnapChat, that

18   you could kind of determine when something was posted to

19   SnapChat based upon looking in the upper left-hand corner, if

20   it was from memory or 10 minutes ago or 23 hours ago.  Can

21   you do that with YouTube?

22   A.  No.

23   Q.  No?  Okay.  When you watch those videos, you note that at

24   the start of the video, there's an indication of who had

25   produced it, @A_KAM_VISUALS, do you recall that?

1    A.  Yes.

2    Q.  Okay.  Did you speak with anyone from A KAM Videos as a

3    part of this investigation?

4    A.  I did not.

5    Q.  Do you know if anybody else did?

6    A.  I don't.

7    Q.  You've told us that you watched a lot of posts and Tweets

8    and YouTube as part of your undercover work, correct?

9    A.  Yes.

10   Q.  Have you seen other videos like the three that we've

11   seen, where young men are rapping and displaying what appear

12   to be weapons?

13   A.  Yes.

14   Q.  How many?

15   A.  Dozens.

16   Q.  Dozens?  Okay.  Have -- and would that have been during

17   the same time frame, this four- or five-year period, correct?

18   A.  Yes.

19   Q.  By the way, these videos that you saw that are posted to

20   YouTube, anybody can view them, right?

21   A.  Correct.

22   Q.  So if I want to watch, for instance, My Side of Town, all

23   I have to do is Google BFL, My Side of Town, and it's going

24   to pop up, isn't it?

25   A.  Correct.

1  Q.  As a result of your investigation, did anyone file -- are

2  you aware, did anyone file a criminal complaint for

3  harassment as a result of the posting of that video?

4  A.  I'm not aware of any complaints of harassment as a result

5  of that video.

6  Q.  And you agree with me that harassment is when someone

7  makes a threatening statement towards another person, that

8  would allow them, if they felt threatened by the statement,

9  that they could go to the police and file a criminal

10 complaint, correct?

11 A.  If they were alarmed, yes.

12 Q.  If they were alarmed, okay.  So you were unaware if

13 anyone was alarmed by any of those three videos, correct?

14 A.  I'm unaware of any criminal complaints that were made, if

15 anyone was alarmed by the video.

16 Q.  Okay.  When you watched any of the videos, did you ever

17 attempt to synchronize the singing with the lip movement of

18 the people in the video?

19 A.  I watched the videos on YouTube.  There was no attempts

20 at any type of synchronization --

21 Q.  Okay.

22 A.  -- that you're asking about.

23 Q.  Okay.

24        MR. SPITLER:  May I have just one moment, please?

25        THE COURT:  Of course.

1          BY MR. SPITLER:

2     Q.  I just want to clarify.  You can't testify if that video

3     was made in 2013, 2014, 2015, 2016, 2017, or 2018; is that

4     correct?

5     A.  Well, I viewed it before 2018, so I know it wasn't made

6     then.

7     Q.  Okay.

8     A.  And based on the date of the original post, you can have

9     a rough idea or I can at least determine when it wasn't

10    posted.  But there's no definitive date that's on it.

11    Q.  Do you remember when it was first posted?

12    A.  No.

13          MR. SPITLER:  Could you please bring up 94.1 in

14    evidence?  Just the start.  I don't need you to play it,

15    please.  Can we go on a little bit further, please?  Please

16    stop it right there.

17          BY MR. SPITLER:

18    Q.  This is the start of My Side of Town.  Is there anything

19    that gives you an indication of when that was produced?

20    A.  No.

21    Q.  No.

22          MR. SPITLER:  Oh, and -- okay, you can take that

23    down.  Thank you.

24          BY MR. SPITLER:

25    Q.  And you told us that you never contacted @A_KAM_VISUALS

1    to try to determine when they -- when that was shot and when

2    it was produced, correct?

3    A.  I did not.

4         MR. SPITLER:  Okay.  That's all I have.  Thank you

5    very much.

6         THE COURT:  Any redirect?

7         MR. PARISI:  Yes, Your Honor, but may I have one

8    moment, please?

9         THE COURT:  Sure.

10        **EXAMINATION BY MR. PARISI (REDIRECT):**

11   Q.  Lieutenant, Mr. Spitler asked you about the diff -- what

12   would be a rap lyric versus some other statement, and I

13   believe you said a post can be both a rap lyric and something

14   relevant to your investigation.  Do you recall saying that?

15   A.  Yes.

16   Q.  Can you explain what you mean?

17   A.  Yes.  It's possible that the rap lyric could be used to

18   describe a feeling that this person has, if he wants to maybe

19   intimidate someone who he has a, you know, a beef with or

20   some type of argument.

21       I believe Mr. Spitler mentioned that anyone could discuss

22   a thought or make a post or a song lyric, and it could be

23   interpreted both ways.

24   Q.  And in your experience, do people -- well, with respect

25   to the YouTube videos, those are posted, as you said, for the

USA v Dalvon Curry - Pietrzak - Parisi/Redirect - 1/21/20

1   public, anyone to see, correct?

2   A.   Correct.

3   Q.   And do you have experience with individuals that are

4   posting that are friends on social media with rival gang

5   members?

6   A.   Yes.

7   Q.   And do you have experience with why individuals would be

8   friends with rival gang members in social media?

9   A.   Yes.

10  Q.   What is that?

11  A.   To communicate and an attempt to intimidate or throw

12  shade or try and criticize or knock down this person if they

13  have any type of, again, beef or dispute between them.

14  Q.   And Mr. Spitler asked you about whether an individual

15  filed a criminal complaint related to harassment for -- with

16  respect to the videos.  Do you have experience with

17  individuals of rival gang members, whether they are likely to

18  talk to the police about whether they feel intimidated?

19  A.   It is an incredibly rare occurrence for that to happen.

20  Q.   Why is that, based on your experience?

21  A.   There's a mantra that exists of no snitching and not

22  cooperating with the police across all -- all forms of, it

23  seems, criminal organizations or those involved in criminal

24  activity.

25          MR. PARISI:  Can we pull up Government Exhibit 111,

USA v Dalvon Curry - Pietrzak - Parisi/Redirect - 1/21/20                    35

1    please?

2            THE COURT:  In evidence?

3            MR. PARISI:  In evidence, yes.  Page 1.

4            BY MR. PARISI:

5    Q.  We looked at this previously on your testimony from this

6    morning and from last week.  This picture, does this appear

7    to be a rap lyric?

8    A.  No.

9    Q.  And is Crossman where the store is, is that located in

10   the Towne Gardens?

11   A.  It is not.

12   Q.  Is there a group within the City of Buffalo that claims

13   the area of Genesee and Crossman?

14   A.  Yes.

15   Q.  What is that group?

16   A.  The Humason Crew.

17   Q.  Are they -- is their location where they operate within

18   the Towne Gardens, the Humason Crew?

19   A.  No.

20   Q.  Are they on the map where you indicated to us earlier, on

21   the northeast part of the city?

22   A.  Yes.

23           MR. PARISI:  Can we pull up Government Exhibit --

24           BY MR. PARISI:

25   Q.  And I'm sorry, who were the two individuals that we saw

Case 1:17-cr-00103-LJV-HKS    Document 721    Filed 05/18/20    Page 36 of 278
USA v Dalvon Curry - Pietrzak - Parisi/Redirect - 1/21/20

36

 1   in this photograph, Government Exhibit 111?

 2   A.   Dalvon Curry and Dario Tanner.

 3   Q.   And which one is on the left?

 4   A.   Dalvon Curry.

 5           MR. PARISI:  Can we pull up 112.1, please?

 6           BY MR. PARISI:

 7   Q.   Do you recall testifying about 112.1?

 8   A.   Yes.

 9           MR. PARISI:  And if we can go to the second page.

10   And if we can go to the -- zoom in on the bottom three.

11           BY MR. PARISI:

12   Q.   Do we see -- you see those three that we pulled out, the

13   bottom three posts from that conversation?

14   A.   Yes.

15   Q.   And the first one says, just shut up, you talking about

16   nothing little Jaquan?

17   A.   Yes.

18   Q.   And then there's the let's link?

19   A.   Yes.

20   Q.   And then can you read that last one, please?

21   A.   @Jaquann10, want me to come to yo house cuz these bitches

22   be talking, or come on the West on Potomac between Richmond

23   and Baynes.

24   Q.   Does that appear to be a rap lyric to you?

25   A.   No.

1              MR. PARISI:  Can we take that down, please?

2              BY MR. PARISI:

3    Q.  Mr. Spitler asked you about other individuals, or other

4    individuals within the City of Buffalo who post rap videos on

5    social media --

6    A.  Yes.

7    Q.  -- and you said you've viewed dozens of those?

8    A.  Yes.

9    Q.  Can a person be an aspiring rapper and also involved in

10   gang activity?

11   A.  Yes.

12   Q.  And, in fact, do you see that in many of the videos that

13   you watch?

14   A.  Yes.

15              MR. PARISI:  Nothing further, Your Honor.

16              **EXAMINATION BY MR. SPITLER (RECROSS):**

17   Q.  Lieutenant, are you trying to tell the jury that every

18   rapper is a gang member?

19   A.  No.

20   Q.  Okay.  And every gang member isn't a rapper, are they?

21   A.  No.

22   Q.  No.  Okay.  I didn't think you were, I just wanted to

23   make sure.

24       That photograph of my client and Mr. Tanner standing in

25   front of that store, is -- is that illegal?

1    A.  No.

2    Q.  And -- and the reason that -- that people who are

3    associated with one group and people associated with another,

4    as Mr. Parisi wants to call them gangs, the reason they're

5    friends is so they can -- I think you indicated kind of punk

6    one another, jump on one another, embarrass one another, call

7    one another out, correct?

8    A.  Yes.

9    Q.  Okay.  And the -- the fact that -- so you were -- you

10   would be aware, for instance, if members of one group and

11   members of what would be considered an opposing group,

12   whether or not they would be friends?  You would know that,

13   right?  Because you were friends -- you had gotten on friends

14   of both sides, correct?

15   A.  Yes.

16   Q.  Okay.  And the -- when -- when they -- when they do that,

17   when they -- they -- they -- they go at one another verbally

18   through the exchange of Tweets and stuff, that's important to

19   you, right?

20   A.  Yes.

21   Q.  Okay.  Because you're trying to determine, is there going

22   to be some sort of criminal activity Down The Way --

23   A.  Correct.

24   Q.  -- correct?  What was the date of that --

25              MR. SPITLER:  Can we bring up, I think it was 12. --

1    no, the photograph outside Crossman, Genesee and Crossman.

2              MR. PARISI:  111.

3              MR. SPITLER:  111, thank you.

4              BY MR. SPITLER:

5    Q.  What's that date, 3/8/14, mean?

6    A.  That's the date it was posted.

7    Q.  Okay.  And what occurred on 3/8/14 after that was posted?

8    Was there -- was there a problem?  Was there a fight?  Was

9    there a shooting?  Was there something?

10   A.  Nothing comes to my mind.

11             MR. SPITLER:  That's all I have, thanks.

12             Thank you.  You may take that down.

13             THE COURT:  Anything more?

14             MR. PARISI:  No, Your Honor.

15             THE COURT:  Okay.  You can step down, sir. Thank you.

16             THE WITNESS:  Thanks.

17             (Witness excused at 10:13 a.m.)

18             THE COURT:  Call your next witness, please.

19             MR. MOLISANI:  Your Honor, the government's next

20   witness is Buffalo Police Officer Timothy O'Neill.

21

22   **T I M O T H Y   O ' N E I L L**, having been duly called and

23   sworn, testified as follows:

24             MR. MOLISANI:  If I may?

25             THE COURT:  You may.

1          **EXAMINATION BY MR. MOLISANI (DIRECT):**

2     Q.   Good morning, Officer.

3     A.   Good morning.

4     Q.   Officer O'Neill, where do you work?

5     A.   Buffalo Police Department.

6     Q.   And what is your title or position within the Buffalo

7     Police Department?

8     A.   Patrol officer.

9     Q.   And how long have you been a patrol officer with BPD?

10    A.   25 years.

11    Q.   And prior to being employed by the Buffalo Police

12    Department, do you have any prior law enforcement experience?

13    A.   Five and a half years as a municipal housing officer.

14    Q.   And can you tell us what municipality you were working

15    with?

16    A.   Municipal housing was run by HUD.

17    Q.   Was that in the City of Buffalo?

18    A.   Yes, it was.

19    Q.   And with respect to your work within the housing unit,

20    what areas of the city were you assigned to patrol?

21    A.   Mainly the housing projects throughout the city.  I

22    believe there was 27 of them.

23    Q.   Now, subsequently, you were brought on to the Buffalo

24    Police Department?

25    A.   Yes.

1  Q.  And where are you currently assigned?

2  A.  Traffic division right now.

3  Q.  And prior to being assigned to the traffic division, what

4  was your assignment?

5  A.  Bravo District.

6  Q.  That's B, Bravo District?

7  A.  Correct.

8  Q.  And what, generally speaking, what area of the City is

9  Bravo District --

10  A.  Downtown.  It goes up to West Ferry, borders on Jefferson

11  Avenue, to -- south to Main Street along the arena.

12  Q.  And during your time assigned to Bravo District, what

13  were some of your duties and responsibilities as a patrol

14  officer?

15  A.  Radio dispatch and radio-to-patrol duties.

16  Q.  Would you respond to 911 calls?

17  A.  Yes.

18  Q.  And were you also -- did you patrol in a marked police

19  unit?

20  A.  Yes, I did.

21  Q.  Now, Officer, based on your experience within Bravo

22  District and when you were assigned to the housing unit, were

23  you familiar with an area of the Towne Garden apartment

24  complex?

25  A.  Yes, I am.

1    Q.   Where is that located?

2    A.   That's located east on Jefferson Avenue -- let's see,

3    north on William, the west side would be Hickory, and the

4    south side of that would be Clinton Street.

5    Q.   So it's a complex bounded by those streets?

6    A.   Yes.

7    Q.   Were you familiar with some of the businesses and

8    properties surrounding the apartment complex itself?

9    A.   Yes, I was.

10   Q.   What are some of those properties surrounding the Towne

11   Garden apartments?

12   A.   On William by Jefferson, there is a mall there.  Inside

13   there was a supermarket, IGA, a couple other smaller

14   businesses.  And on the corner in a stand-alone building was

15   a McDonald's restaurant.

16   Q.   Now, can you estimate approximately how many 911

17   dispatches you responded to the Towne Garden apartments

18   for --

19   A.   Hundreds.

20   Q.   -- in the course --

21   A.   Hundreds.

22   Q.   -- of your career?

23   A.   Hundreds.

24   Q.   Have you also responded and patrolled the IGA plaza,

25   McDonald's and some of those surrounding streets?

1    A.  Yes, I have.

2    Q.  What types of calls did you respond to most frequently in

3    and around the Towne Gardens over the course of your 30-year

4    police career?

5    A.  Domestics, assaults, criminal trespassing, drug-related

6    calls, drug sales.  Those are the main ones.

7    Q.  Did you ever respond to shots-fired calls in those areas,

8    as well?

9    A.  Yes, I have.

10   Q.  Now, based on your experience, what are some of the

11   unique challenges to policing the Towne Gardens and those

12   surrounding properties?

13   A.  Towne Gardens is hard to get into.  The outside is

14   bordered by a few parking lots.  You cannot enter in the

15   Towne Gardens easily.  You have to get out on foot.  You have

16   to park your vehicle and make your way through the place.

17       The walkways are not easily recognizable.  They're not

18   marked well.

19       And also, when we respond over there, we seem to run into

20   lookouts quite often when we show up that announce our

21   presence.

22   Q.  And when you refer to lookouts, can you describe how you

23   experienced that sort of situation, that difficulty?

24   A.  Any time, no matter what call we showed up over in Towne

25   Gardens, as soon as we got out of the car, we would hear the

1  hoots and hollering and yelling 5-0 and everything else, just

2  alerts to let them know we were on scene.

3  Q.  And with respect to the buildings themselves, did you run

4  into problems with how those buildings -- the layout of those

5  buildings?

6  A.  The layouts were difficult because they had front and

7  back doors.  They're supposed to be locked, but they never

8  were.  If we approached the front door of the building and

9  were going in to check out the building for criminal mischief

10  or criminal trespassing, most of the people saw us coming,

11  they would flee out the back door.

12  Q.  And with respect to the configuration of the buildings on

13  the grounds, how did they present -- the configuration, how

14  did that present a problem for you in policing the Towne

15  Gardens?

16  A.  Well, like I said, you couldn't take a patrol car in

17  there, so you were always on foot.  The configuration was

18  very confusing and poorly marked.  The buildings were

19  three-floor walkups, almost all of them, and -- with various

20  apartments on three floors, but a lot of them were vacants

21  that we could not enter.  So --

22  Q.  With respect to the sight lines when you were inside of

23  the Towne Gardens, did you have difficulty when you were

24  attempting to pursue someone within the Gardens to maintain

25  visual contact with them?

1  A.   Yeah.   There are so many that's -- going around corners,

2  you can lose someone in a short chase because once they ran

3  around the corner, half the time they had the lead on you,

4  you didn't know which way they were going.   You don't know if

5  they were entering a building, if they were east, west,

6  north, south, it was impossible unless you had a large

7  contingent of officers.

8  Q.   Could it be disorienting when you were pursuing someone

9  within the confines -- within the courtyards of the

10 buildings?

11 A.   Absolutely, because every building looked the same.

12 Q.   Now, with respect to some of those properties surrounding

13 the Towne Garden apartments, you indicated that you did

14 patrol the IGA plaza.   What was one of the main problems that

15 existed at the IGA plaza?

16 A.   Continuous and consistent calls of drug sales.

17 Q.   And when you would respond to those types of calls, what

18 about the physical setup of the plaza created difficulties

19 for trying to police those narcotics calls?

20 A.   Right at the corner at the IGA building at the front,

21 there was a causeway, a breezeway that actually went through

22 the middle of the plaza, and it emptied out into Towne

23 Gardens on the back side.   So, when we pulled up, we were --

24 if we pulled up on William Street, they immediately saw us

25 and they would scoot right down the alley into the Towne

1  Gardens.

2  Q.  And were there other entry points around that plaza that

3  allowed individuals to run or flee right into the Towne --

4  A.  Yes, there was.

5  Q.  -- Garden apartment complex?

6  A.  Yes, there was.

7  Q.  Now, I know that you patrolled that area for a number of

8  years.  At some point, was an effort made to curtail the

9  flight of individuals through that breezeway?

10  A.  Yes, they did.  They actually -- that alleyway that I'm

11  talking about that goes through the center of the plaza that

12  empties into the Towne Gardens, at the end of it, the back

13  end of it, they constructed a cinderblock wall approximately

14  10 feet high so it could stop anyone from going through

15  there.

16  Q.  Now, Officer, I want to direct you to around 2015.  Were

17  you aware of an initiative that was implemented around that

18  time to help combat some of the problems that you were facing

19  in the Towne Garden area?

20  A.  Yes, there was a federally subsidized grant, it was

21  called a GIVE Grant.

22  Q.  What does GIVE stand for?

23  A.  Gun-Involved Violence Elimination.

24  Q.  And what was the purpose of the GIVE Grant?  What were

25  some of the purposes of the GIVE Grant?

1   A.  We were to target areas where a lot of gun violence or

2   gun-related calls were coming out, which happened to be Towne

3   Gardens was one of our main ones.

4   Q.  And with this -- this funding, what were some of the

5   objectives that the GIVE Grant sort of laid out?

6   A.  We would take normally four officers and go into Towne

7   Gardens as a unit.  We did community outreach.  We would talk

8   to the neighbors.  We would try to determine who was the

9   problem groups, who could be suspected drug dealers.

10      We also did vehicle patrol, and we tried to eliminate the

11  pass -- they had no-trespassing signs throughout the complex,

12  they wanted us to enforce those, also.

13  Q.  Now, as part of this GIVE funding, were you provided

14  funds to allow for additional patrols within the Towne

15  Gardens?

16  A.  Yes, we were.

17  Q.  And how often would these supplemental patrols visit the

18  Towne Gardens?

19  A.  Usually twice a week for four hours at a time.  Sometimes

20  there was a third tour during the week, but it was usually

21  maintained twice a week.

22  Q.  And you indicated during these tours, there would be four

23  officers that would proceed on foot through the Towne

24  Gardens?

25  A.  Correct.

1  Q.  Now, how many officers, aside from you, were involved in

2  providing manpower for these additional patrols in the Towne

3  Gardens?

4  A.  It was more than 12.  It could've been 12 to 16 officers.

5  Q.  And these patrols were in addition to regular patrols and

6  calls for service within that area?

7  A.  Correct.

8  Q.  Now, during these tours, would you speak with residents

9  of the Towne Garden apartments?

10  A.  Yes, we would.

11  Q.  What were their chief complaints?

12  A.  Drug sales, that was always the first thing.  And

13  criminal trespass, people in the complex that didn't belong.

14  Q.  Did the residents that you spoke with express gratitude

15  for your efforts?

16  A.  Yes, they did.

17  Q.  You indicated before that part of what you were doing

18  with these patrols was attempting to identify individuals

19  that were involved in narcotics trafficking and things of

20  that nature, illegal activity.

21      What were some of the techniques that you would use in

22  order to accomplish that objective?

23  A.  Well, we would park in various locations and try to sneak

24  our way in.  That wasn't too successful because they had so

25  many people in courtyards.

1    We did do foot patrols on a regular basis.  The vehicle

2    patrols were more designed to try to catch vehicles that were

3    coming from the outside in to the complex.

4    Q.  And with respect to identifying individuals you

5    encountered, what was the procedure that you would follow

6    when you interacted with individuals that you identified that

7    could be involved or were loitering or involved in narcotics

8    activity?

9    A.  When we were -- because of the criminal trespassing that

10   was so prevalent, we were given the okay to stop different

11   groups to identify if they were actually residents or not.

12   So we would actually stop groups at a time and ask for

13   identification and try to confirm if they were residents or

14   not.

15      We also had a resident log through our lieutenant that

16   listed everyone's address and who was living in there.

17   Q.  So you were able to compare the IDs that you received

18   from the individuals you encountered with the roster of

19   residents who actually resided within the Towne Gardens?

20   A.  Yes.

21   Q.  Now, would you always obtain ID from the individuals you

22   spoke with?

23   A.  We asked everyone.  It wasn't always produced, but yes,

24   all the time we would ask for identification.

25   Q.  And would you compare -- would you look at that

1   identification and compare it with the person that was before

2   you?

3   A.  Yes.

4   Q.  Now, as part of this grant and part of those additional

5   patrols, did you document these efforts that you made?

6   A.  Yes, we did.

7   Q.  Did you also document the individuals that you

8   encountered during these tours?

9   A.  Always.

10  Q.  Did you produce, or fellow officers you were working

11  with, produce reports related to those various tours?

12  A.  Yeah, they were car detail reports.

13  Q.  Okay.  I'd like to go over three of these detail car

14  reports with you at this time.  I'm going to begin with

15  directing your attention to November 19th, 2015.  Do you

16  recall if you were working in your capacity as a Buffalo

17  police officer on that date?

18  A.  Yes, I was.

19  Q.  Were you in a uniform, as you are today?

20  A.  Yes, I was.

21  Q.  And were you involved in that supplemental patrol that

22  was -- provided funding by the GIVE Grant in the Towne

23  Gardens that day?

24  A.  Yes, I was.

25  Q.  Do you recall what officers you were working with?

1  A.  I believe on that day it might have been Mark Tripp and

2  Marlene Mott.

3  Q.  And on November 19th, 2015, did you encounter any

4  individuals within the Towne Garden plaza loitering?

5  A.  Yes, we did.

6  Q.  Do you recall who those individuals were?

7  A.  Yes, I do.

8  Q.  Who were they?

9  A.  Dalvon Curry, Markel Green, and Tony Purdue.

10  Q.  And did you verify Dalvon Curry's birth date?

11  A.  Yes, I did.

12  Q.  And what was that?

13  A.  4/21/96.

14  Q.  Was that based off of identification that he provided

15  you?

16  A.  Yes, it was.

17  Q.  And did you review the identification he provided you and

18  compare it with a person that you were actually speaking

19  with?

20  A.  Yes, we did.

21  Q.  Now, when you spoke with those three individuals, what

22  did you tell them?

23  A.  Well, they knew they weren't supposed to be loitering.

24  We always advised them of that.  In most cases, we checked

25  them with outstanding warrants, and if everything was okay,

1    we usually would sent them on their way.

2    Q.  Is that what you did on that occasion?

3    A.  Yes, we did.

4    Q.  Now, were any of those individuals people that you knew

5    to sell marijuana, based on previous encounters?

6    A.  They were all known -- they were all suspected drug

7    dealers.

8    Q.  Officer O'Neill, I'd like to direct your attention to

9    November 29th, 2015.  Were you again working in your capacity

10   as a Buffalo police officer on that date?

11   A.  Yes, I was.

12   Q.  And were you involved in the detail related to the GIVE

13   Grant?

14   A.  I was.

15   Q.  On that date, were you in police uniform, as you are

16   today?

17   A.  Yes.

18   Q.  And did you encounter any individuals in the area of

19   401 William Street?

20   A.  Yes, I did.

21   Q.  Where is 401 William Street in relation to the Towne

22   Garden apartments?

23   A.  If you're on William Street looking into the plaza, it's

24   the first house on the right next to the parking lot.

25   Q.  So it's right beside the Towne Garden plaza?

1    A.   Right next to it, yes.

2    Q.   And who were the individuals that you encountered in the

3    vicinity of 401 William?

4    A.   It was Dalvon Cook and Hakeem Humphries.

5    Q.   You said Dalvon Cook, did you misspeak?

6    A.   Or, I'm sorry, Dalvon Curry, I'm sorry.

7    Q.   And, again, did you verify Dalvon Curry's date of birth?

8    A.   Yes, I did.

9    Q.   And verify the identification he provided you?

10   A.   Yes, I did.

11   Q.   Verifying that the person you were speaking with was the

12   same person who was on that date?

13   A.   Yes, it was.

14   Q.   Now, was that location, 401 William, was that a problem

15   location?

16   A.   Yes, it was.  It was a -- we received complaints there.

17   And a lot of times when we scattered the gangs and the groups

18   in front of the IGA store inside that mall, they would mosey

19   over to the house and sit on the front porch.

20   Q.   At 401 William?

21   A.   Yes.

22   Q.   And you indicated that Dalvon Curry was with another

23   individual by the name of Hakeem Humphrey?

24   A.   Yes.

25   Q.   And did you verify an identification for Hakeem Humphrey,

1  as well?

2  A.  Yes, we did.

3  Q.  What did you do with those individuals after you

4  interviewed them?

5  A.  We again checked for warrants and sent them on their way

6  after they -- we found out or verified they had no

7  outstanding warrants.

8  Q.  And do you recall Dalvon Curry providing you some

9  information that you did not find reliable on that occasion?

10  A.  I don't remember what it was, but I actually put it in

11  the report that he -- we had caught him in a lie, but we sent

12  him on his way anyways.

13  Q.  Do you recall what he lied about?

14  A.  I wish I could, but I don't remember.

15  Q.  Now Officer, I'd like to direct your attention to

16  January 25th, 2016.  Do you recall if you were working as a

17  police officer on that date in a marked -- in police uniform?

18  A.  Yes, I was.

19  Q.  And were you again working detail related to the Towne

20  Gardens?

21  A.  Yes.

22  Q.  On that date, January 25th, 2016, do you recall

23  encountering a group of individuals in the vicinity of

24  26 Sussex Court?

25  A.  Yes.

1    Q.   Where is 26 Sussex Court?

2    A.   It's inside the Towne Gardens, hard to explain, but it's

3    off the back of Byrd Way, which is a road that runs along the

4    back side, along the -- the rear of the plaza.

5    Q.   And who did you interact with at 26 Sussex Court?

6    A.   Dalvon Cook, Dario --

7    Q.   Did you misspeak again?  You said Dalvon --

8    A.   I don't know why I keep saying that, Dalvon Curry.

9    Q.   He's on the Minnesota Vikings.

10   A.   It's Curry.  Dario Tanner, Laron Watkins, and Steven

11   Major.

12   Q.   And as you did on those prior occasions, did you verify

13   the identities of those individuals by looking at licenses

14   and other identifications like that?

15   A.   We did, and we knew a few of them already just by sight.

16   Q.   And were you aware of the affiliation that those

17   individuals had with a gang in the area?

18   A.   They were all on our gang board.  I think it was BFL gang

19   out of Towne Gardens.

20   Q.   And when you initially approached that group of

21   individuals, were there actually other individuals that were

22   with them prior to the time that you spoke with --

23   A.   Yeah, when they saw us coming, two quickly ran into the

24   building, and the third ran the opposite direction and fled

25   into another building.

1  Q.  After you conducted those interviews, after you verified

2  identification for those four individuals, did you

3  subsequently speak with another individual in close proximity

4  to 26 Sussex Court?

5  A.  Yes, we did, we encountered Hakeem Humphries a short time

6  later.

7  Q.  And with respect to the information that you've testified

8  about today, did you memorialize those observations within

9  the detail car reports that were completed?

10  A.  Yes, we did.

11  Q.  Now, how long did GIVE funding provide for the additional

12  foot patrols?

13  A.  I think it was just short of four months.

14  Q.  And at the conclusion of those additional foot patrols,

15  did criminal activity persist in the Towne Gardens?

16  A.  Yes, it did.

17  Q.  Officer, at this time, I'd like to show you what's in

18  evidence as Government Exhibit 46.110.

19        MR. MOLISANI:  Ms. Rebisz, can you please pull that

20  up?  So just for the clarity of the record, 46.110A is what is

21  displayed to the jury, as well as the witness.

22        BY MR. MOLISANI:

23  Q.  Officer O'Neill, you earlier testified that one of the

24  difficulties presented by the Towne Garden apartments in

25  terms of policing was the accessibility of the Towne Gardens.

 1   Would you mind marking for us the various ways that you could

 2   enter the apartment complex by vehicle?

 3   A.   Yeah.

 4   Q.   I believe you can touch the screen.

 5   A.   Okay, but can you see it though?

 6          THE COURT:  It will show it up on the screen.

 7          THE WITNESS:  Okay.

 8          THE COURT:  Just touch it and you'll see.

 9          THE WITNESS:  Okay.  All right.  We normally would

10   come off Jefferson by vehicle, come into Byrd Way.  That ran

11   along the back of the plaza, which is right here by Family

12   Dollar.

13          We also came in off Hickory Street and from McNeeley

14   Way.  Those are our quickest ways to enter into the middle of

15   the buildings.

16          The other ways would be off of Clinton Street, and

17   these are the main parking lots.  But you would have to stop

18   and park your car at these points and make your way in.

19   That's where we had a lot of problems because there were so

20   many lookouts, and --

21          BY MR. MOLISANI:

22   Q.   And just so the record is clear, you've marked a line

23   leading in from Jefferson Avenue, west on Byrd Way.  You've

24   also indicated from Hickory Street east on McNeeley Way?

25   A.   Correct.

1    Q.   And then at the bottom of the map, you've identified off

2    of Clinton Street what appear to be three parking lots?

3    A.   Three large parking lots, and that's where you had to

4    abandon your vehicle to get into these locations.

5    Q.   And does 46.110A show how closely configured a number of

6    these buildings are?

7    A.   Yes.  And then besides that, I mean, they all look

8    identical.

9    Q.   And you indicated, as well, that within the Towne Garden

10   apartments where these walkways are, the buildings are -- the

11   signage for the buildings are not well marked?

12   A.   No, it's -- there are some that don't even have the

13   signs.

14   Q.   Now, does this Exhibit 46.110A, does it also depict the

15   IGA plaza or the Towne Garden plaza?

16   A.   Yes, it does.

17   Q.   And can you see that breezeway that you were talking

18   about --

19   A.   Yep.

20   Q.   -- that runs directly in the middle of the plaza?

21   A.   Yes, I can.

22   Q.   Can you make a mark there to show us where that is?

23           MR. MOLISANI:  And just so the record is clear,

24   Officer O'Neill has made a mark that runs from sort of the

25   middle of where it's marked Hamaya Food Corporation down over

1    the M in Family Dollar, where that's marked off.

2            BY MR. MOLISANI:

3    Q.  And at the termination of that line that you drew, below

4    Family Dollar, is that where the wall was installed to

5    prevent people from fleeing through the plaza back into the

6    Towne Gardens?

7    A.  That's correct.

8    Q.  Now, in addition to that breezeway, is there also another

9    pathway -- well, let me -- let me retract that question and

10   ask you a new one.

11          Can you see where -- can you see where 401 William is on

12   this map?  And you've marked the first house to the left of

13   the parking lot --

14   A.  Yes.

15   Q.  -- at 46.11A, kind of at the top middle of the map?

16   A.  Correct.

17   Q.  And was there a pathway that led directly into the Towne

18   Gardens that was another one within the plaza?

19   A.  Yep, alongside 401, and went right into Towne Gardens.

20   Q.  And just so the record is clear, Officer O'Neill, you've

21   made a line from -- essentially under where it says William

22   Street in the middle top part of the map directly down the

23   left side of the plaza and down into Byrd Way?

24   A.  Correct.

25          MR. MOLISANI:  Thank you, Officer O'Neill, I have no

```
 1   further questions for you at this time.

 2           THE COURT:  Mr. Spitler?

 3           MR. SPITLER:  Thank you, Judge.

 4           EXAMINATION BY MR. SPITLER (CROSS):

 5   Q.  Officer O'Neill, good morning.

 6   A.  Good morning, sir.

 7   Q.  You indicated that on three -- at least on three

 8   occasions, you encountered my client, Dalvon Curry, and made

 9   note of it, correct?

10   A.  Correct.

11   Q.  Okay.  And you indicated you sent him on his way, he

12   didn't live in Towne Garden?

13   A.  He had an outside address, I believe it was listed

14   Madison Street, I believe.

15   Q.  Okay.  And that would be -- and that would be on, like,

16   whatever ID, a driver's license, a student, whatever ID he

17   presented had an address on it, correct?

18   A.  Correct.

19   Q.  Okay.  And you had that log of who the -- who the

20   residents were in Towne Garden, and he -- his name didn't

21   appear on that log, did it?

22   A.  Correct.

23           MR. SPITLER:  Okay.  That's it.  Thank you, Officer.

24           THE WITNESS:  Okay.

25           THE COURT:  Anything more?
```

1        MR. MOLISANI:  No further questions, Your Honor.

2        THE COURT:  Okay.  You can step down.

3        (Witness excused at 10:43 a.m.)

4        THE COURT:  Okay.  Ladies and gentlemen, we're going

5   to take our mid-morning break now.  Please remember my

6   instructions about not discussing the case and not forming any

7   conclusion.

8        We'll see you back here at about 5 minutes to 11 or

9   so.  Thanks.

10        (Jury excused at 10:44 a.m.)

11        THE COURT:  Okay.  First of all, anything we want to

12   put on the record now?

13        MR. PARISI:  Your Honor, there are two legal issues

14   that I identified earlier, but nothing related to these

15   witnesses.

16        MR. SPITLER:  Nothing related to the witness.

17        THE COURT:  Okay.  Now the next witness will be a

18   witness that we have the issue of the statements coming up?

19        MR. PARISI:  Yes, Your Honor.

20        THE COURT:  Okay.  So, let's talk about it.

21        MR. PARISI:  Your Honor, essentially, the next

22   witness is Hakeem Humphrey.  And Mr. Humphrey is expected to

23   testify relevant to what we're discussing here, three

24   different areas.  The first is a statement made by Maurice

25   Rice, that Maurice Rice was responsible for the shooting of

1  Kameron Rashada, who was an associate of a rival gang that I

2  believe we've already heard about, PBC in the uptown area.

3       The second area with respect to Mr. Humphrey is, he

4  will describe after the shootout with Jaquan Sullivan, he will

5  describe statements made to him by the defendant.  And then he

6  will also describe that he observed the firearm that was used

7  in that shootout, or that he believed was used in the shootout

8  with another individual, Laron Watkins.  And then subsequently

9  learned from an individual member of the enterprise that that

10  firearm was buried in the Towne Gardens.  He will not be able

11  to identify the person who actually made that statement to

12  him, other than that he remembers that it was a member of what

13  will be the enterprise.

14       And then the third area was, Mr. Humphrey was

15  assaulted on June 19th of 2019 by Michael Walker and Kareem

16  Pryor on Genesee Street.  Now, we've identified this issue.

17  This is outside the time period of the indictment, however

18  Mr. Humphrey was assaulted for two reasons as he was expected

19  to testify: the first being that Michael Walker confronted him

20  about talking to law enforcement and cooperating with law

21  enforcement with respect to what he knew about, as

22  Mr. Humphrey is expected to testify, Larell and them, meaning

23  in his experience Larell Watkins and Larell Watkins' friends;

24       And then also Hakeem Humphrey -- Michael Walker

25  suspected him and confronted him about possibly killing a

1   person named Alvin McDowell who died a few hours after Xavier

2   Wimes the morning of January 1st, 2017, which Mr. Humphrey

3   vehemently denied.

4          So with respect to the coconspirator statements we've

5   outlined in our pretrial memo, but essentially the government

6   is moving to offer these under 801(d)(2)(E) and that these

7   statements will be admitted against the accused, the

8   defendant -- because the government is able to show by a

9   preponderance of the evidence that a conspiracy existed, and

10  both the defendant and the declarant of that statement were a

11  member of the conspiracy.  So in this case, it would be the

12  defendant and Maurice Rice, or the defendant and the person

13  that made the statement about the disposition of the firearm.

14         Specifically, the government has elicited proof in

15  the form of social media and music videos that demonstrate

16  that the defendant claims affiliation with BFL.  Maurice Rice

17  is prominently displayed in the BFL rap videos, as well.

18         Mr. Humphrey is expected to testify that Maurice

19  Rice, the defendant, and other individuals were members of the

20  enterprise known as BFL and CBL.

21         Mr. Humphrey is going to describe how BFL and CBL

22  operated, how CBL was generally just a little bit older than

23  the BFL members, but how the two units operated as one gang.

24         Mr. Humphrey is expected to testify to his

25  observations about individuals that supplied narcotics from

1    CBL and BFL, and how they distributed narcotics together in

2    the Towne Gardens.

3            THE COURT:  Was he a member of these gangs?

4            MR. PARISI:  He is going to testify that he was an

5    associate of the gangs, he was not a member.

6            He will give testimony that he was shot at by Jaquan

7    Sullivan in the Towne Gardens, and he left and he went with

8    various individuals including Larell Watkins, Maurice Rice,

9    Miquise Jones, and Shameris Washington, to go look for Jaquan

10   Sullivan to retaliate in Jaquan's Sullivan neighborhood, and

11   they engaged in a shootout with Jaquan Sullivan, and then he

12   returned.

13           So other witnesses are expected to testify in this

14   case, cooperating witnesses, who were members of the

15   organization, and will testify -- and I'm sorry, Hakeem

16   Humphrey will testify that Dalvon Curry is a member of the BFL

17   part of the organization.

18           Other witnesses are expected to testify in this trial

19   as to how the organization operated specifically with respect

20   to the narcotics operation, that Shawn Woods was the primary

21   drug supplier for -- well, essentially the older members like

22   CBL were the primary drug suppliers, and then the younger

23   members of the BFL were the primary people who sold it to the

24   users and also committed the shootings on behalf of the

25   enterprise.

1          So the government is showing through the proffer of

2   evidence of the evidence that's already in and the evidence

3   that's expected to come during the course of the trial that

4   there is a preponderance of the evidence that a conspiracy

5   existed, and both this defendant and the individuals who made

6   those statements, that being Maurice Rice, the individual

7   associated with the enterprise concerning the disposition of

8   the firearm, and Michael Walker and the June 9th, 2019

9   assault.

10          Michael Walker will also be identified as a member of

11   the organization who supplied narcotics to the individuals who

12   sold to drug users by Mr. Humphrey.

13          THE COURT:  Okay.  So let's break it down a little

14   bit.  The Maurice Rice statement, I understand.

15          How do I know that the second statement, that is that

16   the gun was buried -- we don't know who made that statement.

17   How do I know that was made by a coconspirator?

18          MR. PARISI:  Mr. Humphrey will testify that although

19   he doesn't remember the person, he remembers that person was a

20   member of the enterprise.

21          THE COURT:  Okay.  And how were both those

22   statements, the Rice statement and the buried gun statement,

23   in furtherance of the conspiracy?

24          MR. PARISI:  With respect to the Rice statement and

25   other statements that will come up during the course of this

1   trial, it is important to note who the rivals are for the

2   enterprise.  It is important for you to know, number 1, to

3   post things on social media about the rival enterprise for

4   your own protection so that if a car or an individual is seen

5   driving through the Towne Gardens, or if you're out in the

6   community and you see a rival, you know to be careful.

7        Or, also, when you leave the Towne Gardens and you're

8   driving for some reason into the rival's neighborhood, you

9   have to be armed to go into that rival's neighborhood in case

10  you see that person.

11       With respect to the disposition of a firearm, the

12  members are going to testify that the firearms were generally

13  community guns that everybody could use.  And so each

14  individual member needed to know the disposition of what gun,

15  so if they picked up a gun to use, they knew that that gun had

16  a body on it, that gun was just used in a shooting where

17  nobody got hit, or that gun was not used yet.  So they needed

18  to know what happened to each of those guns so that if they

19  picked up a gun to use, they would know whether that gun was

20  used in a homicide.

21       THE COURT:  Okay.  And is Mr. Humphrey going to

22  testify to these things?  Is that foundation coming in through

23  Mr. Humphrey?

24       MR. PARISI:  Mr. Humphrey is going to testify to most

25  of those things.

1              THE COURT:  Okay.

2              MR. PARISI:  And then other witnesses will testify

3    later to all of those things.

4              THE COURT:  Okay.  So let me ask first, Mr. Spitler,

5    and we're going to get to the statements outside the time

6    period of the conspiracy in a second.  But with respect to

7    what we've talked about so far, do you have any objection

8    conceptually to what he's saying?

9              I understand you may have objections to individual

10   questions.

11             MR. SPITLER:  Right.

12             THE COURT:  But let me hear you if you have any

13   argument you want to make in opposition to what he's saying as

14   a general concept.

15             MR. SPITLER:  Well, Judge, as I read 801(d)(2)(E), it

16   was made by the parties, coconspirators, during and in

17   furtherance of the conspiracy.  And I, again, why is the

18   shooting of a member of PCB considered in furtherance of the

19   conspiracy?

20             THE COURT:  Well, the statement has to be made in

21   furtherance of the conspiracy, right?  It's the -- it's the

22   statement that's made in furtherance of the conspiracy.  So

23   the statement that's -- and the statement is -- tell me again

24   what the statement is?

25             MR. PARISI:  The statement with respect to the

1  shooting of Kameron Rashada, Maurice Rice will claim that he

2  shot Kameron Rashada and that they -- and Hakeem Humphrey will

3  testify that PBC was a rival gang of BFL.

4          MR. SPITLER:  But what I don't understand is -- and I

5  understand the concept of coconspirator making a statement,

6  and I -- and I certainly have a problem with not being able to

7  cross-examine Mr. Rice as to that.

8          When Mr. Humphrey says it, of course, the question

9  I'm going to ask is how do you -- how do you know that Rice

10  was telling you the truth?  And he's going to say I don't

11  know.  And I have no -- the problem is, is I've lost

12  confrontation, the right of confrontation.

13          And, Judge, I well understand the coconspirator

14  statement, I understand that exception.  But respectfully,

15  Mr. Rice would be an available witness to the government.

16  He's an available witness.  He's -- he was -- as we all

17  know --

18          THE COURT:  Yeah, how is the statement in further --

19  how is Rice's statement that I shot so-and-so in furtherance

20  of the conspiracy?

21          MR. PARISI:  Well, in the ways that I've already

22  described.  Number 1, they have to know that the shooting

23  occurred so that they know what areas of the city to avoid.

24  And also, who to be careful of, who to look out for.

25          And also, as we'll see in the social media posts, as

 1   we've seen in some social media posts and will see in more

 2   social media posts, it increases the status, which is part of

 3   what the government has to prove.  An individual who shoots

 4   another individual increases the respect and the status within

 5   the gang, because that person is then known as a shooter, so

 6   that if I have a beef, I know I can go to, for instance,

 7   Maurice Rice in this case, and Maurice Rice will be able to

 8   handle that.  So individuals within the enterprise need to

 9   know people who deal drugs and people who commit shootings so

10   that they know the individuals to go to if there's a problem.

11           THE COURT:  Okay.  Okay.  Let's talk -- anything else

12   you want to say on that?

13           MR. SPITLER:  No, Judge.

14           THE COURT:  Okay.  Let's talk about the statement

15   outside the scope of the conspiracy.  Or at least outside the

16   temporal scope of the conspiracy.  Tell me how that comes in.

17           MR. PARISI:  Your Honor, that comes in as evidence

18   that's inextricably intertwined, and the government also

19   proffered potential 404(b) evidence within this indictment.

20   But that act -- Hakeem Humphrey had testified in the grand

21   jury at that point.  The Michael Walker, who's identified,

22   he's in the Damn Fool video counting money in a vehicle, was

23   already identified as a CBL member, confronts Hakeem Humphrey

24   for cooperating with law enforcement in this investigation in

25   June 19th of 2019.

1          Then Mr. -- on the street, also, is Kareem Pryor, and

2     Mr. Walker signal to each other when it is time to assault

3     Mr. Humphrey.  And then they start assaulting Mr. Humphrey on

4     the street, on Genesee Street in Cheektowaga.  And when they

5     assault him, it is in retaliation for his cooperation in this

6     case.

7          THE COURT:  What's the hearsay statement?

8          MR. PARISI:  Well, the hearsay statement is what was

9     said which to -- which is also res gestae part of the crime is

10    what is said to Mr. Humphrey is that Michael Walker accuses

11    him of killing Alvin McDowell, and also for snitching on

12    Larell and them.

13         So those would be the hearsay statements, Your Honor.

14    Which, our argument is res gestae part of the crime, and that

15    they should come in, as well.  But we're just identifying this

16    issue so that we're not litigating it when Mr. Humphrey is on

17    the stand.

18         THE COURT:  Mr. Spitler?  I'm not so sure this is

19    hearsay.

20         MR. SPITLER:  Well, but the purpose of it, I mean, as

21    I understand it, one of the reasons that he is assaulted is

22    because he's accused by these two individuals of causing the

23    death of Mr. McDowell.  And the death of Mr. McDowell, I don't

24    think, was an overt act alleged by the government having

25    anything to do with -- and I may be wrong, but as I'm trying

 1   to recall the overt acts originally in the original

 2   indictment, I don't remember that being anything to do with

 3   Mr. McDowell being involved.

 4          So now what we're doing is we're -- they're

 5   piggybacking.  They're saying we're assaulting you for two

 6   reasons:  1, because you cooperated, and 2, because you killed

 7   Mr. McDowell.

 8          And -- and without Mr. Pryor or Mr. Walker taking the

 9   stand, how can we determine that that was the mindset of

10   Walker and Pryor when they assaulted him?

11          THE COURT:  Okay.  Let me -- let me think about this

12   and come back in about ten minutes and I'll rule on this.

13          MR. PARISI:  Yes, Your Honor.

14          THE COURT:  Okay.  Anything else we need to do now?

15          MR. PARISI:  No, Your Honor.

16          MR. SPITLER:  No, thanks, Judge.

17          THE COURT:  Thanks.

18          THE CLERK:  All rise.

19          (Off the record at 10:58 a.m.)

20          (Back on the record at 11:07 a.m.)

21          (Jury not present.)

22          THE CLERK:  All rise.

23          THE COURT:  Please be seated.

24          THE CLERK:  We are back for the continuation of the

25   jury trial in 17-cr-103, United States of America versus

1    Dalvon Curry.  All counsel and parties are present.

2            THE COURT:  Okay.  So I don't think I have enough to

3    find by a preponderance of the evidence that there was a

4    conspiracy.  I think you can do it through this witness, but I

5    think you need to establish a foundation through this witness.

6            What evidence do I have, other than the police

7    officers testifying about their investigation that there was a

8    conspiracy?

9            MR. PARISI:  Well, that was, from the government's

10   proffer, Your Honor, what is going to come out during the

11   course of this trial, as well, which is what Bourjaily says

12   the Court can consider.  And the Court should, under

13   Bourjaily, the Court generally allows the evidence, and if it

14   does not get linked up later on, either instructs the jury or

15   declares a mistrial.

16           THE COURT:  Yeah.  You agree with that, Mr. Spitler?

17           MR. SPITLER:  Yes, Judge.

18           THE COURT:  Yeah.  So I'm just saying right now, I'm

19   not prepared to make a finding by a preponderance of the

20   evidence that there was a conspiracy.  Based on the proffer

21   that you're giving me, yeah, sure, but -- but -- but I don't

22   think there's enough evidence in.

23           MR. PARISI:  Your Honor, I guess I don't know --

24           THE COURT:  So I guess I would let it in, subject to

25   the establishment of a conspiracy, and I guess you're right.

1    I guess I could always declare a mistrial if you don't

2    establish it at some point.

3            Okay.  And as far as whether the statements are in

4    furtherance of a conspiracy, I'm talking about the first two

5    right now, it sounds to me like they are, but obviously

6    Mr. Spitler will be able to object on a question-by-question

7    basis, and the question could be outside the scope.  You know,

8    you don't want to use the word conspiracy, I'm sure --

9            MR. SPITLER:  Right.

10            THE COURT:  -- when you're objecting.  But outside

11    the scope, if you think a question is asked is outside the

12    scope of the conspiracy.  And if we have to take argument,

13    we'll take argument up here.  But I'm inclined to let in what

14    we're talking about now because I think conceptually, what

15    he's saying is within the scope of the conspiracy.

16            I have other problems with the statements that

17    temporally are outside the scope of the conspiracy.  I want to

18    take a look at some caselaw.  So if you can wait to get to

19    those, maybe we'll take a lunch break or something like that

20    around then.

21            How long do you expect this witness to be on?

22            MR. PARISI:  I think through lunch break, Your Honor.

23            THE COURT:  Okay.  So maybe leave those questions

24    until the end, and we'll get to those.  Okay?

25            We have a chair that needs to be fixed, I understand.

USA v Dalvon Curry - Proceedings - 1/21/20

74

1          (Off the record for equipment repair.)

2          (Back on the record.)

3          THE COURT:  That's okay.  Thank you.

4          MR. PARISI:  Your Honor, with respect to -- prior to

5    this witness, too, we have signed some stipulations and

6    they're marked as Joint Exhibits 1, 2 and 3.  What is the

7    Court's pleasure?

8          Within these, there's also subparagraphs that relate

9    to -- well, will not relate to this witness, so we've tried to

10   do, is have it so when a witness testifies who it does relate

11   to, just read in that one paragraph that would relate.  I

12   don't know if the Court wants to do it, or wants the parties

13   to read it in.

14         THE COURT:  I leave that up to you.  So you're going

15   to be offering the stipulations?

16         MR. PARISI:  I will, yes, I'll be offering the

17   stipulations.

18         THE COURT:  Okay.  And if you want to read them,

19   that's fine.  If you want me to read them, that's okay, too.

20         MR. PARISI:  With the Court's permission, I'll read

21   the paragraph that relates to this.

22         THE COURT:  Okay.  Any problem with that?

23         MR. SPITLER:  No, Your Honor.

24         THE COURT:  Okay.  And as long as it's read

25   accurately, we won't have a problem.

USA v Dalvon Curry - Proceedings - 1/21/20

75

```
1              MR. PARISI:  I'll try.

2              THE COURT:  I'm sure you will.

3              Okay.  Are we ready to bring them back?

4              MR. PARISI:  Yes, Your Honor.

5              MR. SPITLER:  Yes, Your Honor.

6              THE COURT:  Okay.  Let's bring them back, please.

7              MR. PARISI:  I was told Mr. Humphrey would go on the

8    stand first, and then the jurors.

9              THE COURT:  That's fine.  Let's bring him in.

10             (Hakeem Humphrey seated at 11:16 a.m.)

11             (Jury seated at 11:17 a.m.)

12             THE COURT:  Okay.  The record will reflect that all

13   our jurors, again, are present.

14             That break took a little longer than expected.  Part

15   of it was my fault, and part of it was that we had to get a

16   chair fixed, which we have fixed now.

17             I want you folks to know we are trying to be as

18   respectful of your time as possible.  We're trying to move

19   things as quickly as we can, but sometimes things come up and

20   we have to deal with them.  I just want you folks to know that

21   we're not dillydallying, we're moving along as fast as we can.

22             Okay.  You can call your next witness.

23             MR. PARISI:  Your Honor, the government calls Hakeem

24   Humphrey.

25
```

1   **H A K E E M   H U M P H R E Y,** having been duly called and

2   sworn, testified as follows:

3          MR. PARISI:  Your Honor, prior to beginning, the

4   government has a stipulation that I would like to read into

5   the record.

6          THE COURT:  Go ahead.

7          MR. PARISI:  From Joint Exhibit 1, and I'll display

8   it on the ELMO, read along.

9          Joint Trial Stipulation Regarding Witnesses.

10          The United States of America, by and through its

11   attorneys, James P. Kennedy, Jr., United States Attorney for

12   the Western District of New York, Paul C. Parisi, Seth T.

13   Molisani, and Christopher O. Taylor, Assistant United States

14   Attorneys of counsel, and the defendant Dalvon Curry,

15   personally and through his attorney Kevin Spitler, Esquire,

16   hereby stipulate to the admissibility into evidence at trial

17   in this case of the following facts and government exhibits.

18          Relevant here, the government will read paragraph 3

19   of this document.

20          That Buffalo Police photographer Scott Seifert would

21   testify that he viewed, downloaded and preserved store

22   surveillance video from B&G Food Market at East Ferry and

23   Goodyear Streets, Government Exhibit 31.1, on September 21st,

24   2015, as well as video from the store at the corner of Grant

25   and Garner Streets, Buffalo, New York, from December 5, 2015,

1    Government Exhibit 35.2.  The date and times displayed on the

2    videos are accurate.

3         Mr. Seifert would also testify that he created still

4    photographs in Government Exhibits 31.35 through 31.55 from

5    Government Exhibit 31.1.  These exhibits are exact downloads

6    of the recordings secured on Mr. Seifert's preserved records.

7         And the government would offer Government

8    Exhibits 31.1, 35.2, and 31.35 through 31.55 into evidence

9    consistent with the stipulation.

10        MR. SPITLER:  No objection.

11        THE COURT:  Okay.  So those exhibits are received as

12   evidence.

13        **The following were received in Evidence:**

14        **GOVERNMENT EXHIBIT 31.1**

15        **GOVERNMENT EXHIBIT 35.2**

16        **GOVERNMENT EXHIBIT 31.35 - 31.55**

17        THE COURT:  And, folks, I told you at the beginning

18   that one of the forms of evidence was stipulations, those are

19   things the parties agreed to are evidence, and this is one

20   such stipulation, it's the first one, and I understand there

21   will be more, but this is the first one.

22        So the parties have agreed to it, and you may accept

23   that as evidence.  Those exhibits are admitted, and you may

24   proceed.

25        MR. PARISI:  Thank you, Your Honor.

1          **EXAMINATION BY MR. PARISI (DIRECT):**

2     Q.  Good morning, Mr. Humphrey.

3     A.  Good morning.

4     Q.  I'm going to ask you to pull that microphone closer to

5     you.  How old are you?

6     A.  19.

7     Q.  What's your date of birth?

8     A.  March 7, 2000.

9     Q.  What city did you grow up in?

10    A.  Buffalo, New York.

11    Q.  Is there a certain part of the city that you grew up in?

12    A.  Scheule.

13    Q.  Where is Scheule?

14    A.  Between Ferry and Delavan.

15    Q.  Is the Scheule area in the city in the Towne Gardens?

16    A.  No.

17    Q.  Did you ever move to the Towne Gardens?

18    A.  Yes.

19    Q.  How old were you when you moved to the Towne Gardens?

20    A.  About 14.

21    Q.  What year was that?

22    A.  2014.

23    Q.  Do you remember what part of 2014?

24    A.  Summer, I believe.

25    Q.  Prior to moving from the Scheule area, had you ever heard

1   of a group that calls themselves BFL?

2   A.  Yes.

3   Q.  How had you heard of that?  I'm sorry, how had you heard

4   of that prior to moving to the Towne Gardens?

5   A.  Facebook, music videos.

6   Q.  Had you seen Facebook posts regarding BFL?

7   A.  Yes.

8   Q.  Had you seen music videos from BFL?

9   A.  Yes.

10  Q.  Did -- other than that, did you know anything about BFL

11  prior to moving to Towne Gardens?

12  A.  No.

13  Q.  When you moved to the Towne Gardens, did you know anyone

14  around your age that lived in the Towne Gardens?

15  A.  No.

16  Q.  You hadn't met anybody before moving there?

17  A.  No.

18  Q.  When you moved to the Towne Gardens, did you try to get

19  to know some individuals that were about your age?

20  A.  Yes, I did.

21  Q.  How did you try to get to know those people?

22  A.  I was gambling and stuff like that.

23  Q.  Well, what do you mean about gambling?

24  A.  Shooting dice.

25  Q.  And so does that mean you just walk up to people shooting

1  dice and go in the game?  How does that work?

2  A.  Yeah, you ask what's bank, and you go in the game.

3  Q.  "What's bank," what does that mean?

4  A.  How much money is the bank.

5  Q.  And is that how you first started to get to know people

6  who were around your age?

7  A.  Yes.

8  Q.  Who were the first people around your age that you met

9  from BFL?

10  A.  Larell, Dal, Rees, Trey, Kwon, a lot of names.

11  Q.  Did you start -- when you moved to the Towne Gardens, did

12  you start hanging out with these individuals every day?

13  A.  Yes.

14  Q.  Did you start to become friends with them?

15  A.  Yes.

16  Q.  Prior to moving to the Towne Gardens, did you know

17  anything about CBL?

18  A.  No.

19  Q.  When you moved to the Towne Gardens, did you learn there

20  were people who called themselves CBL in the Towne Gardens?

21  A.  Yes.

22  Q.  Starting in 2014 or 2015, did you start to sell marijuana

23  in the Towne Gardens?

24  A.  Yes.

25  Q.  How long was it from the time that you moved in until the

1  time you started selling marijuana?

2  A.  Couple months.

3  Q.  Where did you sell marijuana?

4  A.  In the plaza, in the Towne Gardens Plaza.

5  Q.  Why did you sell marijuana in the Towne Gardens Plaza?

6  A.  To have money.

7  Q.  Why that location though?

8  A.  Because it's a frequent area for marijuana buyers and

9  other drugs.

10  Q.  Would customers know to go to that area?

11  A.  Yes.

12       MR. PARISI:  Can we pull up Government Exhibit

13  46.110A, please?

14       THE COURT:  In evidence?

15       MR. PARISI:  It's in evidence, yes, Your Honor.

16       BY MR. PARISI:

17  Q.  If you look on the screen, do you see Government Exhibit

18  46.110A?

19  A.  Yes.

20  Q.  And do you see the plaza that you would sell marijuana

21  from?

22  A.  Yes.

23  Q.  Can you just touch the screen?  It's a touchscreen.  You

24  can tell us where it is.

25       You put a circle at the Hamyar Food area.  Is that the

1  plaza where you would sell marijuana?

2  A.  Yes.

3  Q.  When you first moved into the Towne Gardens, could you

4  start selling marijuana before meeting anybody?

5  A.  No.

6  Q.  Why not?

7  A.  Because they'll rob you, beat you up, and extort you.

8  Q.  Who would?

9  A.  BFL/CBL.

10  Q.  Why?

11  A.  Because I was not from around there.

12  Q.  Did you, a few months later, start to want to make money

13  by selling marijuana?

14  A.  Yes.

15  Q.  Why did you want to make money by selling marijuana?

16  A.  Because everybody else was flashy, and I wanted to be

17  flashy, too.

18  Q.  And over the course of a few months before you started

19  selling marijuana, did you start to get to know the people

20  that you told us about, Larell, Dal, Kwon, those individuals?

21  A.  Yes.

22  Q.  How long was it from the time you moved there in the

23  first few months that you learned who the members of BFL

24  were?

25  A.  Almost instantly.

1    Q.   How did you know that?

2    A.   'Cuz they go around talking about it.   Some have tattoos

3    of it.

4    Q.   Did you learn the ages of the individuals that called

5    themselves BFL?

6    A.   Yes.

7    Q.   How were those -- what were the ages of those individuals

8    compared to you?

9    A.   What you mean?

10   Q.   Are they older?   Are they younger?

11   A.   Than me?

12   Q.   Yes.

13   A.   Older.

14   Q.   How much older?

15   A.   Well, four, five years.

16   Q.   What about when you moved in, did you learn of

17   individuals that called themselves CBL?

18   A.   Yes.

19   Q.   How -- how soon when you moved in did you learn about

20   CBL?

21   A.   About a month or two.

22   Q.   How did you start to learn about CBL?

23   A.   Just hanging around 'em.   Being around 'em.

24   Q.   How often were you hanging around the people that you

25   knew to be members of BFL when you first moved in after you

1  started gambling, playing dice?

2  A.  Almost every day.

3  Q.  How long did you live in the Towne Gardens for?

4  A.  About three years.

5  Q.  Did you move out at some point in 2017?

6  A.  Yes.

7  Q.  During that time, from the summer of 2014 until you moved

8  out in 2017, were you spending just about every day hanging

9  out with the members of BFL or CBL in the Towne Gardens?

10  A.  Yes.

11  Q.  Did you consider yourself a member of BFL ever?

12  A.  No.

13  Q.  What about CBL?

14  A.  No.

15  Q.  What area of the city did you learn that BFL and CBL were

16  from?

17  A.  Downtown, Towne Gardens.

18  Q.  Is Towne Gardens a housing complex that you lived in?

19  A.  Yes.

20  Q.  When you say "downtown," what part of the city are you

21  talking about?

22  A.  Downtown.

23  Q.  Meaning what streets?

24  A.  William, Clinton, Jefferson.

25  Q.  And people who were from downtown or from that area,

1    would they say that they were from downtown?

2    A.   Yes.

3    Q.   Now, if the members of BFL are around four years older

4    than you, are the members of CBL older or younger than you?

5    A.   Older.

6    Q.   Are they older or younger than the members of BFL?

7    A.   Older.

8    Q.   Do you know whether the members of BFL and CBL were part

9    of the same gang?

10   A.   No.

11   Q.   You don't know?

12   A.   No, I wouldn't say the same gang.

13   Q.   Would you say that they were -- would you say that BFL

14   was one gang?

15   A.   Yes.

16   Q.   Would you say that CBL was another gang?

17   A.   Yes.

18   Q.   Would you say that they worked together?

19   A.   Yes.

20   Q.   Would you say that members of BFL, that if somebody from

21   CBL had a problem with a rival gang, would members of BFL

22   have the same problem with the members of that gang?

23   A.   Yes.

24   Q.   If somebody from BFL had problems with a member of a

25   rival gang, would somebody from CBL have problems -- have the

1  same problems?

2  A.  Yes.

3  Q.  And what is the word that you would use to describe a

4  problem with a rival gang?

5  A.  Beef.

6  Q.  Did you start to know, in the times that you were in the

7  Towne Gardens, about drug dealing that was occurring in the

8  Towne Gardens?

9  A.  Yes.

10  Q.  Did you start to know members of BFL and CBL that --

11        MR. SPITLER:  I'm sorry, Judge.  I'm going to object

12  to the leading.  I let it go for a while, but it just seems

13  it's going on too much.

14        THE COURT:  Yeah, sustained.  Let's knock off the

15  leading, please, and ask questions that are not leading,

16  please.

17        MR. PARISI:  Yes, Your Honor.

18        BY MR. PARISI:

19  Q.  Did you know about drug dealing that occurred in the

20  Towne Gardens?

21  A.  Yes.

22  Q.  Did you know of any individuals from BFL or CBL that sold

23  drugs in the Towne Gardens?

24  A.  Yes.

25  Q.  Let's start with members of BFL.

1          MR. PARISI:  And if we could, show 94.1A, please.

2          BY MR. PARISI:

3   Q.  Mr. Humphrey, it will be on the screen in front of you.

4       Do you recognize any of the individuals in 94.1A?

5   A.  Yes.

6   Q.  And starting at the left, can you tell us who that is?

7   A.  Lil B.

8   Q.  Lil B.  Do you know Lil B's real name?

9   A.  Bryan.

10  Q.  Do you know his last name?

11  A.  Braswell.

12  Q.  Now, is it fair to say that some individuals you knew,

13  you would know their full name?

14  A.  Yeah, some.

15  Q.  Would there be individuals that you'd only refer to by

16  nickname?

17  A.  Yes.

18  Q.  Did you have a nickname?

19  A.  Yes.

20  Q.  What was your nickname?

21  A.  Bubba.

22  Q.  Bubba?  All right.  So Lil B is which one, wearing on the

23  head?

24  A.  Yes, the white shirt.

25  Q.  And then with the red shirt next to Lil B?

```
 1   A.  GB.

 2   Q.  Do you know GB's real name?

 3   A.  Shameris.

 4   Q.  Do you know his last name?

 5   A.  Washington.

 6   Q.  The one in the middle with the white stripes?

 7   A.  Dalvon.

 8   Q.  Do you know Dalvon's last name?

 9   A.  Curry.

10   Q.  The next one, do you know who that is?

11   A.  Kwon.

12   Q.  Do you know Kwon's real name?

13   A.  No.

14   Q.  And then the one on the far right of the photograph?

15   A.  Miquise.

16   Q.  Do you know Miquise's last name?

17   A.  Jones.

18   Q.  Does Miquise have a nickname?

19   A.  Yes.

20   Q.  What was it?

21   A.  Scaife.

22   Q.  Do you know if these people were part of any gang?

23   A.  Yes.

24   Q.  What gang?

25   A.  BFL.
```

1    Q.  All five of them?

2    A.  All five of 'em.

3            MR. PARISI:  If we can go to 94.1B, please.

4            BY MR. PARISI:

5    Q.  Now with this, if we start with the person on the right

6    of the photograph, do you see that person?

7    A.  On the right?

8    Q.  Yes.

9    A.  Yeah.

10   Q.  Do you know who that is?

11   A.  Dario.

12   Q.  Do you know Dario's last name?

13   A.  No.

14   Q.  And the person next to Dario with the hat on?

15   A.  Larell.

16   Q.  Do you know Larell's last name?

17   A.  Watkins.

18   Q.  Do you know if Dario and Larell Watkins were members of

19   any gang?

20   A.  Yes.

21   Q.  What gang?

22   A.  BFL.

23           MR. PARISI:  94.1F, please.

24           BY MR. PARISI:

25   Q.  The individual on the far left with the hood up, do you

1    recognize who that individual is?

2    A.   That's Rees.

3    Q.   Do you know Rees's real name?

4    A.   Maurice Rice.

5    Q.   Is Maurice Rice in a gang?

6    A.   Yes.

7    Q.   What gang?

8    A.   BFL.

9            MR. PARISI:  94.1I, please.

10           BY MR. PARISI:

11   Q.   The individual in the back of the photograph with the

12   hair in front of their face that I'm circling right now, do

13   you recognize who that individual is?

14   A.   Yes.

15   Q.   What who is that?

16   A.   Lil D.

17   Q.   Lil D?

18   A.   Yeah, Lil D.

19   Q.   Do you know Lil D's real name?

20   A.   No.

21   Q.   Do you know, is Lil D a member of a gang?

22   A.   Yes.

23   Q.   What gang?

24   A.   BFL.

25           MR. PARISI:  Then 94.3B, please.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1          BY MR. PARISI:

2    Q.  With this, the person on the right of the photograph with

3    the hat on that I'm circling, do you recognize who that is?

4    A.  Yeah.

5    Q.  Who is that?

6    A.  That's Laron.

7    Q.  Laron what?

8    A.  Watkins.

9    Q.  Do you know if Laron Watkins is a member of a gang?

10   A.  Yeah.

11   Q.  What gang?

12   A.  31/BFL.

13   Q.  31/BFL?  You have to answer out loud.

14   A.  Yes.

15   Q.  Is 31 -- what is 31?

16   A.  Another downtown gang.

17   Q.  So is it fair to say that there were separate gangs in

18   the downtown area?

19   A.  Yeah.

20   Q.  And you told us about CBL and BFL already with respect to

21   the beefs, correct?

22   A.  Yes.

23   Q.  Would 31 be another gang that was an ally of BFL or CBL?

24   Or were they different?

25   A.  Yeah, I say that.

1    Q.  What would you say?

2    A.  They're a ally.

3    Q.  From being around the members of BFL and CBL, did

4    individuals ever talk about -- we'll start with shootings.

5        Did you ever talk to individuals about shootings that

6    occurred?

7    A.  Yes.

8    Q.  And did you talk to individuals of BFL about shootings

9    that occurred?

10   A.  Yes.

11   Q.  What about individuals with CBL?

12   A.  No, not really.

13   Q.  So with respect to the individuals of BFL, what was the

14   reason that you would talk to them about shootings that

15   occurred?

16   A.  They was my age, I guess.

17   Q.  Who was, the BFL?

18   A.  Yeah, closer to my age.

19   Q.  Why was it important for you to know that shootings

20   occurred?

21   A.  So I could know who has a problem with who, and if they

22   come down there, call them and let them know.

23   Q.  Call who and let them know?

24   A.  BFL members.

25   Q.  Why would you call them and let them know.

1    A.  To let them know their rival is down here.

2    Q.  And why would it be important to know that a rival was

3    down in the area of Towne Garden?

4    A.  So nobody won't die.

5    Q.  In addition to shootings, did you make any observations

6    about various individuals who sold drugs?

7    A.  Yes.

8    Q.  From BFL or CBL?

9    A.  Yes.

10   Q.  I want to talk about some of these individuals.

11       Larell Watkins.  Did you know about Larell Watkins,

12   whether he sold any drugs?

13   A.  Yes.

14   Q.  How did you make those observations?

15   A.  I seen him.

16   Q.  What did you see?

17   A.  Seen Larell selling weed, heroin and crack.

18   Q.  Where?

19   A.  In the Towne Gardens Plaza.

20   Q.  Around where you were selling it?

21   A.  Yes.

22   Q.  How often was Larell Watkins selling those drugs in the

23   Towne Gardens Plaza?

24   A.  Every day.

25   Q.  What about a person named Rees, Maurice Rice?

1  A.  Yes.

2  Q.  Do you know if Maurice Rice sold drugs?

3  A.  Yes, he do.

4  Q.  How do you know that?

5  A.  I seen him.

6  Q.  What would you see?

7  A.  I seen him selling crack and heroin.

8  Q.  How often would Maurice Rice sell crack and heroin?

9  A.  Every day.

10 Q.  Now, are people selling crack, these drugs, in the plaza

11 where you were selling it?  Or are they selling it in the

12 Towne Gardens, in the apartments?  Where?

13 A.  In the apartments.

14 Q.  Is it fair to say that -- well, what drug was mainly

15 being sold in the plaza?

16 A.  Weed.

17 Q.  And then within the apartments, what drugs were being

18 sold?

19 A.  Crack and heroin.

20 Q.  When you say you see people sell drugs, describe that.

21 What does that mean?

22 A.  People giving them the money, and they handing them

23 drugs.

24 Q.  What about Shameris Washington?

25 A.  Yes.

1   Q.  GB?

2   A.  Briefly.

3   Q.  What does that mean, briefly?

4   A.  Only when someone went to jail.

5   Q.  So what -- describe that for us.

6   A.  He only sell drugs when someone went to jail and left him

7   something.

8   Q.  Someone from BFL?

9   A.  Yes.

10  Q.  Did you ever see Shameris Washington sell drugs that

11  someone left for him when they went to jail?

12  A.  Yes.

13  Q.  What kind of drugs did he sell?

14  A.  Heroin.

15  Q.  What about Miquise Jones, Scaife?  Did you ever know him

16  to sell any drugs?

17  A.  Yes.

18  Q.  What kinds of drugs did Miquise Jones sell?

19  A.  Weed, heroin, crack.

20  Q.  Where did he sell that?

21  A.  He sold weed in the plaza, and crack and heroin in the

22  back of the plaza, in the apartments.

23  Q.  Had you seen him selling to customers?

24  A.  Yes.

25  Q.  Now, a person named Markel Green.  Do you know a person

1  named Markel Green?

2  A.  Yes.

3  Q.  Do you know a nickname for that person?

4  A.  Dolo.

5  Q.  How do you know that person, Dolo?

6  A.  From being from BFL.

7  Q.  Is he a member of BFL?

8  A.  Yes.

9  Q.  And with respect to Dolo, do you know if he sold drugs?

10  A.  Yes.

11  Q.  What?

12  A.  Weed.

13  Q.  Where would he sell weed?

14  A.  In the plaza.

15  Q.  What about Lil B, Bryan Braswell.  Did you know Lil B or

16  Bryan Braswell to sell drugs?

17  A.  Never seen him selling drugs.

18  Q.  What about Kwon, the Raekwon that you described.  Did you

19  ever see him selling drugs?

20  A.  No.

21  Q.  Do you know a person named Chris Henry?

22  A.  Yes.

23  Q.  How do you know Chris Henry?

24  A.  He's from CBL.

25  Q.  And did you ever know Chris to sell any drugs?

1  A.  Yes.

2  Q.  What?

3  A.  Crack.

4  Q.  How often would Chris be selling crack cocaine?

5  A.  Every day.

6  Q.  The person you identified as Lil D, did you know Lil D to

7  sell drugs?

8  A.  No.

9  Q.  The person that you identified as Dalvon Curry, do you

10  see Dalvon Curry in the courtroom?

11  A.  Yes.

12  Q.  Can you please point to Dalvon Curry and describe an

13  article of clothing?

14  A.  Striped shirt.

15  Q.  Let the record --

16  A.  Glasses.

17        MR. PARISI:  Let the record reflect the witness

18  identified the defendant.

19        THE COURT:  Yes, it does.

20        BY MR. PARISI:

21  Q.  Did you ever know Dalvon Curry to sell any drugs?

22  A.  No.

23  Q.  No, did you ever see him selling any drugs?

24  A.  No.

25  Q.  Now I'd like to talk to you about some members of CBL.

1  You said you heard of CBL.  Can you tell us some of the

2  members of CBL.

3  A.  Gucc, Dean, L-O, 90.

4  Q.  All right.  We'll go in to some of them.  We'll start

5  with 90.  Do you know 90's real name?

6  A.  Lar'Quon Watkins.

7  Q.  Do you know, is he related to any of the other Watkins

8  that you talked to us about?

9  A.  Yes, he is.

10  Q.  How so?

11  A.  Their brother.

12  Q.  Do you know 90, Lar'Quon Watkins, to ever sell any drugs?

13  A.  Yes.

14  Q.  What drugs did you know him to sell?

15  A.  Crack and heroin.

16  Q.  How did you know that?

17  A.  I seen it.

18  Q.  Now, is 90 -- let me -- I'm sorry.  The people you told

19  us about already from BFL, were those people who were selling

20  to users of the drugs?

21  A.  Yes.

22  Q.  Did 90 also sell to users of the drugs?

23  A.  Yes.

24  Q.  Did he also supply individuals?

25  A.  Yes.

1  Q.  Tell us about that.  Who did he supply?

2  A.  Larell.  Larell, Rees.  That's all I can think of right

3  now.

4  Q.  When you say "supply," what does that mean to you?

5  A.  Get them large amount of drugs.

6  Q.  And you said crack and heroin.  Have you ever seen 90

7  supply a larger amount of drugs to either Rees or Larell?

8  A.  Yes.

9  Q.  How often would 90 be doing that?

10  A.  About once a week.

11  Q.  The person you know as L-O, do you know what Lowe's real

12  name?

13  A.  Mikel.

14       MR. PARISI:  I'm sorry, can we have 103.2 that's in

15  evidence, please.

16       (103.2 played.)

17       MR. PARISI:  Pause, please.

18       BY MR. PARISI:

19  Q.  We saw the person that was holding the camera.  Did you

20  see that person, Mr. Humphrey?

21  A.  Yes.

22  Q.  Who was that person with the white hooded sweatshirt

23  that's holding the camera?

24  A.  That's Mikel.

25  Q.  And did you recognize any of the other people in that

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

100

1   video?

2   A.  It was moving too fast, I really couldn't see.

3   Q.  Okay.  And did you know Mikel Lowe to sell any drugs?

4   A.  Yes.

5   Q.  What did Mikel Lowe sell?

6   A.  Crack, heroin, weed.

7   Q.  How often would you see Mikel Lowe selling to customers?

8   A.  Every day.

9   Q.  Do you know a person named Steve?

10  A.  Yes.

11  Q.  Do you know Steve's real name?

12  A.  Steve Major.

13  Q.  Is Steve Major part of a gang?

14  A.  Yes.

15  Q.  What gang?

16  A.  BFL.

17  Q.  How long have you known Steve Major?

18  A.  About three, four years.

19  Q.  And would Steve Major sell any drugs?

20  A.  Yes.

21  Q.  What?

22  A.  Crack and heroin.

23  Q.  How often would Steve Major be selling drugs?

24  A.  Every day.

25  Q.  What about the person you said named Dario that we saw on

Case 1:17-cr-00103-LJV-HKS    Document 721    Filed 05/18/20    Page 101 of 278
USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

101

1    one of the videos that you identified?

2    A.  Um-hum.

3    Q.  Did you know Dario to sell any drugs?

4    A.  No.

5    Q.  Did you know Dario to commit any crimes?

6    A.  No.

7    Q.  Have you ever seen Dario with a gun?

8    A.  Yes.

9    Q.  How often would you see Dario with a gun?

10   A.  I only seen him once in a while, but every time I seen

11   him he had a gun.

12   Q.  And when you saw him with a gun, would that be inside the

13   Towne Gardens or outside the Towne Gardens?

14   A.  In the Towne Gardens.

15   Q.  So as somebody who sells marijuana in the Towne Gardens

16   Plaza, is it important for you to know when the police are

17   coming to the Towne Gardens Plaza?

18   A.  Yes.

19   Q.  Why?

20   A.  So I won't get arrested.

21   Q.  And is there something that you would do with the drugs

22   that you have on you if you see the police around?

23   A.  Yeah.

24   Q.  What would you do?

25   A.  Put 'em in my drawers.

1    Q.  Put them where?

2    A.  In my drawers.

3    Q.  Does that mean your underwear?

4    A.  Yeah, it's my underwear.

5    Q.  And why would you do that?

6    A.  Because they not supposed to go in your underwear.

7    Q.  And did you, from dealing drugs, have an idea of what you

8    believed the police could and could not do?

9    A.  Yes.

10   Q.  Did you also talk to individuals from BFL or CBL about

11   the types of drugs that they sold?

12   A.  Yes.

13   Q.  Has it ever happened that an individual who wanted drugs

14   that you didn't sell, that you directed them to another

15   person?

16   A.  Yes.

17   Q.  Who would you direct them to?

18   A.  Whoever was around.

19   Q.  Would that be someone from the Towne Gardens, BFL and

20   CBL?  Or someone outside of that?

21   A.  Someone from Towne Gardens.

22   Q.  Would that be specifically somebody from BFL or CBL?

23   A.  Yes.

24   Q.  Why would you want to direct them to somebody from BFL or

25   CBL?

1  A.  To keep the money in one area.

2  Q.  How often were you spending with members of either BFL or

3  CBL?

4  A.  Every day.

5  Q.  Would the members of BFL or CBL be spending time

6  together?

7  A.  Yes.

8  Q.  Are there some individuals from BFL or CBL who lived in

9  the Towne Gardens?

10  A.  Yes.

11  Q.  Are there some individuals from BFL or CBL who lived

12  outside of the Towne Gardens?

13  A.  Yeah.

14  Q.  Would those people who lived outside of the Towne Gardens

15  come and spend time frequently in the Towne Gardens?

16  A.  Yes.

17  Q.  If you see the police coming through the Towne Gardens,

18  what do you do?

19  A.  Depends on what I have on me.

20  Q.  So do you notify anybody else if the police are there?

21  A.  Yeah.

22  Q.  How do you do that?

23  A.  We would give a call.

24  Q.  Why would you do that?

25  A.  So everybody know the police are around.

Case 1:17-cr-00103-LJV-HKS    Document 721    Filed 05/18/20    Page 104 of 278
USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

104

1  Q.  Why?  Why do they want to know that?

2  A.  So if they got guns or drugs on them, they can get rid of

3  it.

4  Q.  Do people always keep guns or drugs, all of their guns

5  and drugs on them?

6  A.  Most of the time.

7  Q.  Do they have places that they put them when either the

8  police are there or when they're not on them?

9  A.  Yes.

10  Q.  Where would they put them?

11  A.  In the buildings.

12  Q.  And in where in the building?  Hallway apartment?

13  A.  In the radiators in the hallway.

14  Q.  And are there also vacant apartments that people would

15  use?

16  A.  Yes.

17  Q.  Why would they put them in radiators or vacant

18  apartments?

19  A.  Because if they get found there, they really can't charge

20  nobody with that.

21  Q.  Now are there some members of CBL who supplied more drugs

22  to members of CBL or BFL?

23  A.  Yes.

24  Q.  Do you know who some of those people are beside -- you

25  already told us about 90.  Are there other ones?

1   A.  Yes.

2   Q.  Who are they?

3   A.  Yam.  Pif.

4   Q.  Do you know Yam's real name?

5   A.  Michael Walker.

6   Q.  Is Michael Walker a member of a gang?

7   A.  Yes.

8   Q.  What was that?

9   A.  CBL.

10  Q.  How long had you known Michael Walker for?

11  A.  About four years, too.

12  Q.  Did you meet Michael Walker from spending time in the

13  Towne Gardens?

14  A.  Yes.

15  Q.  Had you ever seen him selling drugs to anybody?

16  A.  Yes.

17  Q.  Tell us about that.

18  A.  I seen him handing heroin and crack over to other

19  distributors and users.

20  Q.  So he sold to people who then resold it, and users?

21  A.  Yes.

22  Q.  Who are the people that were given the -- the other

23  distributors, who were the ones that were given the drugs

24  from Michael Walker?

25  A.  Same people.  Rees, Larell, Miquise.

1    Q.  How often would you see people being, those individuals

2    you just described, being supplied by Michael Walker?

3    A.  About once a week.

4    Q.  You said the name Pif?

5    A.  Yes.

6    Q.  Who's Pif?

7    A.  Shawn Woods.

8    Q.  How do you know Shawn Woods?

9    A.  From Towne Gardens.

10   Q.  Is Shawn Woods or Pif a member of CBL or BFL?

11   A.  Yeah, CBL.

12   Q.  And do you know him to deal drugs at all?

13   A.  Yes.

14   Q.  What do you know about that?

15   A.  He sell heroin.

16   Q.  How long have you known Shawn Woods?

17   A.  About four years.

18   Q.  Is Shawn Woods a person who would come down to the Towne

19   Gardens and spend every day in the Towne Gardens?

20   A.  No.

21   Q.  How often would you see Shawn Woods?

22   A.  Once or twice a week.

23   Q.  And had you ever seen him supply drugs to any of the

24   distributors?

25   A.  Yes.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1   Q.  You said heroin?

2   A.  Yes.

3   Q.  What persons did he supply heroin to?

4   A.  Dean, Yam, and K-9.

5   Q.  K-9?

6   A.  Yep.

7   Q.  Who is K-9?  Do you know a real name for K-9?

8   A.  No.

9   Q.  I'd like to go back a little bit to your time in Scheule.

10      Were you familiar with other gangs from the City of

11  Buffalo when you lived on Scheule?

12  A.  Yes.

13  Q.  What other gangs from uptown, we'll say, were you

14  familiar with?

15  A.  OTC, 2-4, Bailey.

16  Q.  And you said -- I'm sorry, just to make sure the record's

17  clear, you said OTC?

18  A.  Yes.

19  Q.  2-4?

20  A.  Yes.

21  Q.  Bailey?

22  A.  Yes.

23  Q.  Are 2-4 and Bailey the same thing or two different ones?

24  A.  Two different ones.

25  Q.  Have you ever heard of PBC?

1   A.  Yes.

2   Q.  What area of the city is PBC?

3   A.  Delavan, Erb Street.

4   Q.  Is that considered uptown?

5   A.  Yes.

6   Q.  Were you a member of a gang when you were on Scheule?

7   A.  Yes.

8   Q.  What gang?

9   A.  Scheule.

10  Q.  And then when you moved to BFL, did you still -- I'm

11  sorry.  When you moved to Towne Gardens, did you still

12  consider yourself a member of Scheule?

13  A.  Yeah.

14  Q.  You -- why was it that members of BFL and CBL were

15  friendly with you then?

16  A.  'Cuz I lived down there.

17  Q.  You got to know them?

18  A.  Yeah.

19  Q.  Did Scheule have a beef with CBL and BFL, with downtown?

20  A.  No.

21  Q.  When you moved downtown and started spending time with

22  the BFL and CBL members for a few years, did you learn that

23  they had any beefs with any rivals?

24  A.  Yes.

25  Q.  What beefs did you learn about?

1    A.   OTC.

2    Q.   Any others?

3    A.   Bailey, that's it.

4    Q.   In your life, had you ever met a person named Jaquan

5    Sullivan?

6    A.   Yeah.

7    Q.   How did you know Jaquan Sullivan?

8    A.   We used to play basketball together.

9    Q.   Did you -- was he older or younger than you?

10   A.   Older.

11   Q.   How much older?

12   A.   Three or four years.

13   Q.   When you played basketball, was that playing pick-up

14   games?  Or were you part of a team?

15   A.   Pick-up games.

16   Q.   Would you consider yourself friends with Jaquan Sullivan?

17   A.   Yeah.

18   Q.   Did there ever come a point in time when your -- you

19   considered your friendship with Jaquan Sullivan over?

20   A.   Yes.

21   Q.   Tell us about that.

22   A.   It was like 2015, I was gambling at the JFK.  He came

23   shooting.

24   Q.   So I want to talk about that.  2015, when was that?

25   A.   Summer of 2015.

1  Q.  I'm sorry, the summer of 2015?  You said you were

2  gambling at the JFK?

3  A.  Yes.

4  Q.  And at that time, were you spending just about every day

5  with members of BFL and CBL?

6  A.  Yes.

7  Q.  Is it fair to say that someone on the outside of downtown

8  would have affiliated you with BFL or CBL?

9  A.  Yes, it's fair to say that.

10  Q.  Would you have considered yourself a BFL member at the

11  time?

12  A.  No.

13  Q.  When you were at the JFK gambling, tell us what happened.

14  A.  I was shooting dice.  I bent over to get the dice,

15  somebody started shooting.  I got grazed in my back.

16  Q.  Did you have to go to the hospital for that?

17  A.  No.

18  Q.  Did anyone else get hit during that?

19  A.  Yes.

20  Q.  Did that person have to go to the hospital?

21  A.  Yes.

22  Q.  Did that person survive?

23  A.  Yes.

24  Q.  Did you see the person that was shooting?

25  A.  No.

1  Q.  Did you see any -- the shots fired at all?

2  A.  Yes, I seen the shots fired.

3  Q.  Could you see the appearance of the person, not

4  necessarily the face?

5  A.  Yes, not the face though.

6  Q.  Did you have an idea, based on the appearance, who the

7  person was that shot you?

8  A.  Yes.

9  Q.  Who was that?

10 A.  I thought it was Jaquan.

11 Q.  Up until that point, were you friends with Jaquan?

12 A.  Yeah.

13 Q.  Did you ever know, in the summer of 2015, Larell Watkins

14 to be shot?

15 A.  Yes.

16 Q.  Was that before or after you were shot?

17 A.  It was after.

18 Q.  Were you present when Larell Watkins was shot?

19 A.  No.

20 Q.  Do you know where he was shot?

21 A.  In the Towne Gardens.

22 Q.  Did you go after it happened to the -- to where it was?

23 A.  No.

24 Q.  Did you ever talk to members of the organization about

25 Larell Watkins getting shot?

1  A.  Yes.

2  Q.  Did you ever talk to Larell Watkins?

3  A.  No, not really.

4  Q.  Who did you talk to about Larell Watkins getting shot?

5  A.  Rees.  Rees, Dean, Gucc, Miquise.  Like, two more people,

6  I can't remember.

7  Q.  And was that a conversation where you were just present

8  and they're talking?  Or are you the one that's actually

9  asking questions?

10  A.  I was just present.

11  Q.  When the shooting occurs, would you ask questions about

12  what happened?

13  A.  No.

14  Q.  Why not?

15  A.  They always talk about it anyways, so it eventually come

16  out.

17  Q.  Did you want to be seen as a person who asked questions?

18  A.  No.

19  Q.  Why not?

20  A.  Because they be, like, what you asking questions for?

21  Q.  When you said that the shootings naturally come up, what

22  do you mean by that?

23  A.  They just be talking, and it randomly come up.

24  Q.  Are there certain individuals that we've talked about

25  already that were individuals who you knew would do shootings

1   on behalf of the enterprise?

2   A.  Yes.

3   Q.  What are some of the individuals that you knew who'd

4   shootings?

5   A.  Dal, Larell, Rees.

6   Q.  After Larell Watkins -- after you were shot and after

7   Larell Watkins was shot, did you ever go and shoot at Jaquan

8   Sullivan?

9   A.  Yes.

10  Q.  When was that?

11  A.  It was, like, 2015.  June, July.

12  Q.  You're not sure when?

13  A.  No.

14  Q.  But it was -- was it after Larell Watkins was shot the

15  first time?

16  A.  Yeah, it was after he was shot.

17  Q.  How did it come up that you went to go shoot at Jaquan

18  Sullivan?

19  A.  I was just around.  I was asked did I want to go.

20  Q.  All right.  Where were you -- when you say "around,"

21  where were you?

22  A.  In the Towne Gardens.

23  Q.  At a specific building, do you remember?

24  A.  No.

25  Q.  Who were you with?

1    A.  When I went --

2    Q.  Who were you with when somebody asked you do you want to

3    go?

4    A.  Rees, Miquise, GB and Rees.

5    Q.  You said Rees twice.  You said Rees, Miquise, GB and

6    Rees?

7    A.  Yeah, I meant Larell, I meant.

8    Q.  Okay.  And were they in a car?  Where were you?

9    A.  We was in the parking lot.

10   Q.  Had they just come back?

11   A.  Yes.

12   Q.  Do you know where they had come back from?

13   A.  No.

14   Q.  Who asked you to get in the car?

15   A.  Rees.

16   Q.  Did you know when you got in the car where you were

17   going?

18   A.  Yes.

19   Q.  Did you know what you were doing?

20   A.  Yes.

21   Q.  What were you going to be doing?

22   A.  Going to look for Jaquan.

23   Q.  Were you going to look for Jaquan in particular, or

24   anyone else?

25   A.  Anybody affiliated with Jaquan.

1    Q.  Why would you be asked, since you're not a member of BFL?

2    A.  Because I was grazed.

3    Q.  Why would you get in the car to go look if you're not a

4    member of BFL?

5    A.  I guess I wanted revenge.

6    Q.  So take us through who was in the car.

7    A.  Me, Rees, GB, Larell and Scaife.

8    Q.  Where were you in the car?

9    A.  I was at the window, back seat.

10   Q.  Who was in the back seat with you?

11   A.  Larell and Scaife.

12   Q.  Who was driving?

13   A.  Rees.

14   Q.  And who was in the front passenger's seat?

15   A.  GB.

16   Q.  Who had guns?

17   A.  Me and Scaife.

18   Q.  What kind of gun did you have?

19   A.  I had a .22 revolver.

20   Q.  What kind of gun did Scaife have?

21   A.  A .9.

22   Q.  And Scaife was Miquise Jones?

23   A.  Yes.

24   Q.  And a .9 is what kind of gun?

25   A.  .9 millimeter.

1    Q.  Is it a pistol or revolver?

2    A.  Pistol.

3    Q.  Where did you go?  Where did you drive?

4    A.  Cornwall.

5    Q.  Is that in the Towne Gardens?

6    A.  No.

7    Q.  What part of the city is Cornwall?

8    A.  It's off Delavan.

9    Q.  Is that considered uptown?

10   A.  Kind of.

11   Q.  Why did you go to Cornwall?

12   A.  Because that's where we believed Jaquan lived.

13   Q.  How would you know where Jaquan lived?

14   A.  Well, I knew prior to that, because I used to be over

15   there.

16   Q.  And when you got to Cornwall, did you see anyone?

17   A.  Yes.

18   Q.  Who did you see?

19   A.  Jaquan.

20   Q.  Did you see anyone that he was with?

21   A.  Yes.

22   Q.  Who else?

23   A.  Daveon and Boonie.

24   Q.  Daveon and Boonie?  Were they friends with Jaquan?

25   A.  Yes.

1  Q.  What happened when you got to Cornwall in the car?

2  A.  They shot at us, and we shot back.

3  Q.  Did they see you and start shooting first?

4  A.  Yes.

5  Q.  Did you shoot back?

6  A.  Yes.

7  Q.  Who else shot back?

8  A.  Scaife.

9  Q.  Do you know if anyone was hit?

10 A.  Nobody was hit.

11 Q.  Was anyone from Jaquan's group hit?

12 A.  No.

13 Q.  Was anyone from your group hit?

14 A.  No.

15 Q.  Was the vehicle struck?

16 A.  Yes.

17 Q.  Whose vehicle was that that you were driving in?

18 A.  GB mom car.

19 Q.  And then where did you go after that?

20 A.  Back to the Towne Gardens.

21 Q.  Did you ever call the police and say Jaquan Sullivan just

22 shot at us?

23 A.  No.

24 Q.  Why wouldn't you call the police?

25 A.  Why would we?

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

118

```
 1   Q.  Do you know what happened to the gun that you had, the
 2   revolver?
 3   A.  No.
 4   Q.  Did you give it back to somebody?
 5   A.  Yes.
 6   Q.  Who?
 7   A.  Rees.
 8   Q.  Do you know what happened to it after that?
 9   A.  No.
10   Q.  Were there some people that were part of CBL or BFL that
11   only sold drugs?
12   A.  Yes.
13   Q.  Were there some people that were CBL or BFL that only did
14   shootings?
15   A.  Yes.
16   Q.  Were there some people who did both?
17   A.  Yes.
18   Q.  In your experience, the members of CBL and BFL, who got
19   the most respect?
20   A.  Larell.
21   Q.  Why was that?
22   A.  I don't know why.
23   Q.  Did you know Larell to be a shooter?
24   A.  Yes.
25   Q.  Now in around the fall, end of summer, beginning of fall
```

1   of 2015, did you ever see a video posted by the Buffalo

2   police on their Facebook page about a shooting that occurred

3   of a person named DeShaun Goodwin?

4   A.   Yes.

5   Q.   And how did you see that video?

6   A.   On Facebook.

7   Q.   And the video that you saw, did you view it on Facebook?

8   A.   Yes, I did.

9   Q.   And was that posted by a friend of yours, or was that

10  posted by law enforcement?

11  A.   Law enforcement.

12  Q.   And why did you view that video?

13  A.   Because it was getting shared, and I just wanted to see

14  it.

15  Q.   Did you recognize anybody in that video?

16  A.   Yes.

17          MR. PARISI:  If we could play Government Exhibit 31.1

18  which is in evidence subject to that stipulation.

19          BY MR. PARISI:

20  Q.   Mr. Humphrey, we're going to play the video, and then I'm

21  going to pause it and ask a few questions, okay?

22  A.   Okay.

23          THE CLERK:  Are all these videos the same exhibit?

24          MR. PARISI:  They are all part of the same exhibit.

25          (31.1 was played.)

```
 1              BY MR. PARISI:
 2   Q.  Did you recognize the individual that got out of the
 3   white car?
 4   A.  Yes.
 5   Q.  Who was that?
 6   A.  Rees.
 7   Q.  And what's Rees's real name?
 8   A.  Maurice Rice.
 9              MR. PARISI:  Can we go over to the other portion?
10              BY MR. PARISI:
11   Q.  Do you recognize the person that we see in the blue sweat
12   suit who just walked by?
13   A.  That's Lovey.
14   Q.  Do you know Lovey's real name?
15   A.  I believe you just said it, DeShaun Goodwin.
16   Q.  Is Lovey -- do you know, is he part of a gang?
17   A.  I don't know.
18   Q.  Did you ever -- well, do you know a person name Kameron
19   Rashada?
20   A.  Yes.
21   Q.  Do you -- do you know Kameron Rashada?
22   A.  Played basketball with him, too.
23   Q.  Is Kameron a member of a gang?
24   A.  Yes.
25   Q.  What gang?
```

1    A.   PBC.

2    Q.   What area of the city is PBC?

3    A.   Delavan and Erb.

4    Q.   Did you know Kam when you were living in Scheule before

5    you moved to Towne Gardens?

6    A.   Yes.

7    Q.   Were you friends with him?

8    A.   Yeah.

9    Q.   Did you ever learn about a time that Kam was shot?

10   A.   Yes.

11   Q.   How did you learn that he was shot?

12   A.   I heard individuals talking about it.

13   Q.   Did you ever -- ever talk to an individual that told you

14   that they did it?

15   A.   Yes.

16   Q.   Who did you talk to?

17   A.   Maurice.

18   Q.   Was that -- which -- Maurice what?

19   A.   Rice.

20          MR. SPITLER:  Objection, Judge, it's outside.

21          THE COURT:  No, I disagree.  Overruled.  Go ahead.

22          BY MR. PARISI:

23   Q.   And what did Maurice Rice tell you?

24   A.   He shot him in the head.

25   Q.   Did he say where he shot him?

1   A.  On Norfolk, I believe.

2   Q.  Why would Maurice Rice -- again, were you present in a

3   large group when this conversation was happening?

4   A.  Yes.

5   Q.  Were you asking questions?

6   A.  No.

7   Q.  Was anybody asking questions?

8   A.  No.

9   Q.  What was Maurice doing, why was he talking about this?

10   A.  He was telling the story.

11   Q.  And what was the story he told?

12   A.  Telling the story how he rode by, seen him, he got out

13   and he shot him.

14   Q.  Did Maurice say who he was with?

15   A.  No.

16   Q.  Did he -- how did you know about -- that he was shot in

17   the head?  Did you know?  Was that from Maurice, or something

18   else?

19   A.  That was from Facebook.

20   Q.  Okay.  But did Maurice say he knew where he shot him?

21   A.  No.

22   Q.  Did you ever learn what happened to Jaquan Sullivan in

23   December of 2015?

24   A.  Yes.

25   Q.  How did you first learn that Jaquan Sullivan died?

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1   A.   Facebook.

2   Q.   Meaning you saw what?

3   A.   A post.

4   Q.   Did you ever have a conversation with any individuals who

5   talked to you about what happened surrounding Jaquan's death?

6   A.   Yes.

7   Q.   Who did you talk to?

8   A.   Larell, Rees, Dal.

9   Q.   Where were you when you had this conversation?

10  A.   In the building.

11  Q.   Can you tell us, again, were you asking questions about

12  what happened?

13  A.   No.

14  Q.   Who was doing the talking?

15  A.   Dal, Rees, and Larell.

16  Q.   And with respect to what Dal was saying, I want to get to

17  in a minute.  Do you remember when this conversation

18  happened?

19  A.   No, I don't remember when.

20  Q.   Did you take notes or write it down?

21  A.   No.

22  Q.   Was it -- how long after Jaquan's Sullivan death?

23  A.   A week or two.

24  Q.   You said in a building.  In Towne Gardens?

25  A.   Yeah.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20
124

1  Q.  What building?

2  A.  I don't remember what building.

3  Q.  Is it in a hallway?  Is it in a --

4  A.  Hallway, yeah.

5  Q.  Is a hallway a place that in the colder weather you guys

6  would spend time?

7  A.  Yes.

8  Q.  And would you spend time in an apartment that somebody

9  you knew live in those apartments?

10  A.  Yes.

11  Q.  In the hallways that you -- withdrawn.

12      And so how did the conversation about Jaquan Sullivan

13  come up?

14  A.  I don't remember how it came up.

15  Q.  Do you remember the defendant Dalvon Curry saying

16  anything about Jaquan Sullivan?

17  A.  Yes.

18  Q.  What did the defendant say to the group about Jaquan

19  Sullivan?

20  A.  I remember him saying he killed him.

21  Q.  Did he give any details?

22  A.  Yes.

23  Q.  What were the details?

24  A.  He said him, Lil D and Flock was sitting on the porch

25  smoking.  Jaquan walked up, like, yeah, I finally got you now

1    something-something-something.  And he said he shot him five

2    times in the chest.

3    Q.  Who told you that?

4    A.  Dalvon.

5    Q.  Did -- were there any other details that Dalvon Curry

6    shared about where Jaquan Sullivan went?

7    A.  No.  He just said he ran down the street and he fell.

8    Q.  Did the defendant Dalvon Curry say anything about the

9    type of gun that was used?

10   A.  Yes.

11   Q.  What was the type of gun that was used?

12   A.  .9 millimeter.

13   Q.  How did -- did you ever see Dalvon Curry with a

14   .9 millimeter before that?

15   A.  Yes.

16   Q.  What kind of .9 millimeter?

17   A.  Silver and black.

18   Q.  And how did you see Dalvon Curry with a .9 millimeter

19   before Jaquan Sullivan was killed?

20   A.  In the buildings, hanging around.

21   Q.  Did you see that -- you said it was -- there were

22   radiators, there were vacant apartments and guns that were on

23   them.  How did you see that -- like, was it on somebody?  Was

24   it in a radiator?

25   A.  It was on his hip.

1  Q.  Whose hip?

2  A.  Dalvon's.

3  Q.  After that shooting of Jaquan Sullivan, well, around the

4  time of this conversation where the defendant told you what

5  happened, do you know where that gun was at that time?

6  A.  No.

7  Q.  Did you ever see that gun again?

8  A.  Once.

9  Q.  When was that?

10  A.  When Laron had it.

11  Q.  Laron -- who's Laron?

12  A.  Watkins.

13  Q.  When was it that Laron had it?

14  A.  About three weeks later.  Four weeks later.  I don't

15  remember exactly when.

16  Q.  Is it common that people from BFL or CBL would share

17  firearms?

18  A.  Yes.

19          MR. SPITLER:  Objection to the leading.

20          THE COURT:  No, overruled.

21          MR. PARISI:  I'm sorry, what was your answer?

22          THE WITNESS:  Yes.

23          BY MR. PARISI:

24  Q.  What were the circumstances about how you saw Laron

25  Watkins with the gun?

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1   A.  He just had the gun.

2   Q.  Did you -- what happened then?  Did anyone say anything

3   to him?

4   A.  Yes.

5   Q.  Who?

6   A.  Larell.

7   Q.  What did Larell say to Laron Watkins?

8   A.  What the fuck you doing walking around with that hot-ass

9   gun.

10  Q.  And then did Laron say anything?

11  A.  No, he was just laughing.

12  Q.  What happened then?  Do you know what happened to that

13  gun?

14  A.  No, I don't.

15  Q.  Did you ever talk to anybody about what happened to that

16  gun?

17  A.  Yes.

18  Q.  Who did you talk to?

19  A.  Larell.

20  Q.  And were there any other people who were talking about

21  what happened to that gun?

22  A.  No, not that I remember.

23  Q.  Do you remember where the conversation was with Larell?

24  A.  In the building.

25  Q.  When you say "the building," do you know what building?

1  A.  No.  Any building.

2  Q.  Any building in the Towne Gardens?

3  A.  Yes.

4  Q.  And what did Larell tell you about what happened to that

5  gun?

6        MR. SPITLER:  Objection, Judge, as to outside the

7  scope.

8        THE CLERK:  Overruled.

9        BY MR. PARISI:

10  Q.  Go ahead.

11  A.  He said it got buried.

12  Q.  It what?

13  A.  It got buried.

14  Q.  What did that mean?

15  A.  It got buried under the dirt.

16  Q.  Did he say where?

17  A.  No.

18  Q.  Do you know where that gun was buried?

19  A.  No.

20  Q.  I want to talk to you about -- is there a time in the

21  summer of 2015 when you were with other individuals from CBL

22  and BFL when you were shot at but not hit in the Towne

23  Gardens?

24  A.  Yes.  Yes.

25  Q.  Do you remember when that was?

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1   A.  No, I don't remember when.

2   Q.  And can you tell us who you were with?

3   A.  90, Rees, Larell, Scaife, Gucc.  That's it, I believe.

4   Q.  All right.  Just so we know the names, 90 is who?

5   A.  Lar'Quon.

6   Q.  Lar'Quon what?

7   A.  Watkins.

8   Q.  GB was who?

9   A.  Shameris Washington.

10  Q.  Scaife was who?

11  A.  Miquise Jones.

12  Q.  And Gucc was who?

13  A.  Dajon Nettles.

14  Q.  And where were you walking?

15  A.  To the store.

16  Q.  What store?

17  A.  Jefferson.

18  Q.  What store on Jefferson?

19  A.  The yellow store.  The liquor store.

20  Q.  And what happened to you as you crossed the street?

21  A.  We got shot at.

22  Q.  Was that from an individual?  From a car?  How did it

23  happen?

24  A.  From a car.

25  Q.  Tell us how it happened.

1  A.  It was riding by.  Then it rode back by and started

2  shooting.

3  Q.  So they rode by twice?

4  A.  Yes.

5  Q.  Do you know who was in that car?

6  A.  No.

7  Q.  Did anybody from your group get struck?

8  A.  No.

9  Q.  Did anybody from your group shoot back?

10  A.  Yes.

11  Q.  Who?

12  A.  Larell, 90, and Rees.

13  Q.  Did anyone else have guns?

14  A.  Yeah, everybody had a gun.

15  Q.  Did you have a gun?

16  A.  No.

17  Q.  But only those three shot back?

18  A.  Yes.

19  Q.  After Jaquan Sullivan, in 2016, did you see less and less

20  of the defendant, Dalvon Curry?

21  A.  Yes.

22  Q.  Do you know why you saw him less?

23  A.  I guess he went out of town.

24  Q.  Do you know where he went?

25  A.  No.

1   Q.  Do you -- were you present in the summer of 2016, in

2   August of 2016, were you present when Laron Watkins was

3   killed?

4   A.  Yes.

5   Q.  You were there when it happened?

6   A.  Oh, no, I wasn't there.

7   Q.  Did you go to the scene after it happened?

8   A.  No.

9   Q.  Did you go to any of the memorials for Laron Watkins that

10  occurred after?

11  A.  Yes.

12  Q.  Did the -- was the defendant at any of those memorials?

13  A.  Only the funeral.

14  Q.  There were other memorials besides the funeral?

15  A.  Yes.

16  Q.  Was the defendant at the funeral?

17  A.  Yes.

18  Q.  Now I'd like to move forward to New Year's Eve of 2016

19  into 2017.  Did you go to a party at 22 Curry Walk in the

20  Towne Gardens?

21  A.  Yes.

22  Q.  Why did you go to the party?

23  A.  I seen everybody was there on SnapChat.

24  Q.  You saw it on SnapChat?

25  A.  Yes.

1    Q.  Did you, where were you before this?

2    A.  I was at home.

3    Q.  After you saw this, did you decide that you would go

4    there?

5    A.  Yeah.

6    Q.  Why did you decide to go there?

7    A.  Everybody was there.

8           MR. PARISI:  Could we pull up what's in evidence as

9    46.39, please.  I'm sorry, no.  I'm sorry, that one's not in

10   evidence.  106.3, please.

11          THE CLERK:  This is in evidence.

12          MR. PARISI:  This is in evidence, yes.

13          (106.3 was played.)

14          BY MR. PARISI:

15   Q.  Do you recognize who that individual is?

16   A.  Yes.

17   Q.  Who is that?

18   A.  That's Larell.

19   Q.  And do you recall seeing this video on New Year's Eve

20   before going out?

21   A.  Yes.

22   Q.  Is this -- did you see Larell Watkins that night

23   consistent with the clothing he's wearing in this video?

24   A.  Yes.

25          MR. PARISI:  Can we show what's in evidence as 103.3,

```
 1   please?
 2           (103.3 was played.)
 3           BY MR. PARISI:
 4   Q.  Who is that individual that we've paused on?
 5   A.  Steve.
 6   Q.  Steve -- what's the last name?
 7   A.  Major.
 8           MR. PARISI:  All right.  Can we go to the next
 9   person, please?
10           BY MR. PARISI:
11   Q.  Can you see the -- can you see who that person is?
12   A.  Yes.
13   Q.  Who's that?
14   A.  Dalvon.
15   Q.  And was that what Dalvon and Steve were both wearing that
16   night?
17   A.  Yes.
18   Q.  Did you see these individuals at the New Year's Eve party
19   in the hallway?
20   A.  Yes.
21           MR. PARISI:  Take that off, please.
22           BY MR. PARISI:
23   Q.  Prior to that night, I guess prior to going that night,
24   were you aware if Dalvon Curry had any social media?
25   A.  Yes.
```

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1    Q.    And were you aware if he had any Facebook accounts?

2    A.    Yes.

3    Q.    Were you friends with Dalvon Curry on Facebook?

4    A.    Yes.

5    Q.    Did you have a Facebook account?

6    A.    Yes.

7    Q.    What was your name on Facebook?

8    A.    Hakeem Humphrey.

9    Q.    Do you know a person named Xavier Wimes?

10   A.    Yes.

11   Q.    How do you know Xavier Wimes?

12   A.    He's my cousin.

13   Q.    Blood cousin?

14   A.    Yes.

15   Q.    Did you know Xavier Wimes to be someone who hung around

16   the Towne Gardens?

17   A.    Yes.

18   Q.    And did you know Xavier Wimes to be a member of a gang?

19   A.    Yes.

20   Q.    What gang?

21   A.    CBL.

22   Q.    Was Xavier Wimes a person who was known to shoot people?

23   A.    No.

24   Q.    Was Xavier Wimes a person that was known to deal drugs?

25   A.    No.

1  Q.  Was -- did you have any information about Xavier Wimes

2  doing any criminal activity?

3  A.  No.

4  Q.  When you got there, was Xavier Wimes at the party?

5  A.  No.

6  Q.  When you got there, was the defendant at the party?

7  A.  Yes.

8  Q.  Was Larell Watkins at the party?

9  A.  Yes.

10 Q.  What are some of the other -- let's start with -- we'll

11 split it up between men and women.

12     Who were some of the other men that you knew at the

13 party?

14 A.  Dean, Gucc, Jordan, Steve, Dolo, Mikel, the other Mikel.

15 That's it, I believe.

16 Q.  Were there members of BFL at the party?

17 A.  Yes.

18 Q.  Were there members of CBL at the party?

19 A.  Yes.

20 Q.  Was anyone there present who was not a member of BFL or

21 CBL at the party?

22 A.  Yes.

23 Q.  For the men?

24 A.  Yes.

25 Q.  Who was that?

```
 1   A.  Me.

 2   Q.  Were there females at the party?

 3   A.  Yes.

 4   Q.  Were there more men than females?

 5   A.  Yes, there was.

 6   Q.  Did you know the females that were at the party?

 7   A.  Some of them.

 8   Q.  Who were the ones that you knew?

 9   A.  Amya, Diara and Niara.

10   Q.  Did you drink any alcohol before you went to the party?

11   A.  No.

12   Q.  Did you drink any alcohol at the party?

13   A.  No.

14   Q.  Why not?

15   A.  I don't drink.

16   Q.  Did you do any drugs before you went to the party?

17   A.  Yes.

18   Q.  What?

19   A.  Weed.

20   Q.  Meaning what?

21   A.  Smoked a little marijuana.

22   Q.  Did you smoke any marijuana at the party?

23   A.  No, not really.

24   Q.  Well, no, not really, did you --

25   A.  Just a little bit.  I hit it like three times probably.
```

1   Q.  Were you high from the marijuana?

2   A.  No.

3   Q.  Does -- how often do you use marijuana?

4   A.  Almost every day.

5   Q.  Does that affect your ability to see what's happening?

6   A.  No.

7   Q.  Did that affect your ability to remember what's

8   happening?

9   A.  No.

10  Q.  Did you have any information of any bad blood between

11  Xavier Wimes and Dalvon Curry before that New Year's Eve

12  party?

13  A.  Yes.

14  Q.  What did you have?  What did you know?

15  A.  Stat on Facebook where they was arguing.

16  Q.  Who was arguing?

17  A.  Dalvon and Xavier.

18  Q.  Did you know what they were arguing about?

19  A.  No, not really.

20      MR. PARISI:  We can show Government Exhibit 46.16,

21  just page 7 to the witness, please?  Not in evidence.

22      BY MR. PARISI:

23  Q.  Mr. Humphrey, do you see what's on the screen in front of

24  you, Government Exhibit 146.6, page 7?

25  A.  Yes.

1    Q.   Are you familiar with the name Zave Peso?

2    A.   Yes.

3    Q.   What is Zave Peso?

4    A.   That's Xavier.

5    Q.   Xavier Wimes?

6    A.   Yes.

7    Q.   And is Zave Peso, is that a social media account for him?

8    A.   Yes.

9    Q.   What -- what social media platform?

10   A.   That's Facebook.

11   Q.   Have you communicated with Xavier Wimes on this account

12 before?

13   A.   Yes.

14   Q.   Have you seen Xavier Wimes post on this account before?

15   A.   Yes.

16   Q.   The person with the Facebook name of Dalvon Curry, do you

17 know who that is?

18   A.   Yes.

19   Q.   How do you know that?

20   A.   Because I know who that is.

21   Q.   Are you friends with both of those accounts on Facebook?

22   A.   Yes.

23   Q.   Have you communicated on Facebook with the account Dalvon

24 Curry prior to New Year's Eve 2016 going into 2017?

25   A.   Yes.

1  Q.  And, in fact, the profile picture of Dalvon Curry's

2  account, is that a picture -- who is that a picture of?

3  A.  Dalvon.

4       MR. PARISI:  Your Honor, the government would

5  offer --

6       BY MR. PARISI:

7  Q.  And, I'm sorry, is this the Facebook argument that you

8  were referring to when you just testified a few minutes ago?

9  A.  Yes.

10      MR. PARISI:  The government would offer Government

11 Exhibit 46.16, just page 7 at this time.

12      MR. SPITLER:  There will be no objection.

13      THE COURT:  Received without objection.

14      MR. PARISI:  May we publish to the jury?

15      THE COURT:  Yes, you may.

16      **The following was received in Evidence:**

17      **GOVERNMENT EXHIBIT 46.16**

18      BY MR. PARISI:

19 Q.  Now that it's in front of the jury, who is Zave Peso?

20 A.  That's Xavier Wimes.

21 Q.  Who is Dalvon Curry?

22 A.  Dalvon Curry.

23 Q.  Can you -- is this the Facebook argument that you were

24 telling us about?

25 A.  Yes.

 1  Q.  And what's the last two lines, Mr. Humphrey, and I'm

 2  gonna have you read this from the Zave Peso, the last two

 3  lines, that starts with stop.

 4  A.  Stop talking like you tough.  I'll make you pick ya gun

 5  back up lil boy.  You soft as hell.

 6  Q.  What's the response from Dalvon Curry?

 7  A.  Same thing the last Nigga said.  See you soon.

 8  Q.  What does it mean when we have that 100 with the

 9  underline?

10  A.  Fact.

11  Q.  I'm sorry, a fact?

12  A.  It mean a fact, yes.

13  Q.  I'd like to show you some photographs now.

14        THE COURT:  These are not in evidence?

15        BY MR. PARISI:

16  Q.  These are not in evidence right now.  I'm going to show

17  you Government Exhibits 46.90, 46.91, 46.92, 46.93, 46.123,

18  46.124, 46.125, 46.126, 46.127, 46.128, 46.129, and 46.130.

19  Mr. Humphrey, can you look through all those photographs?

20      Did you look through all of those?

21  A.  Yes.

22  Q.  Do those fairly and accurately depict 22 Curry Walk, both

23  the inside and outside of the building as it existed on

24  January 1st -- December 31st, 2016 into January 1st, 2017?

25  A.  Yes.

1          MR. PARISI:  Your Honor, the government would offer

2    these exhibits into evidence.

3          MR. SPITLER:  No objection.

4          THE COURT:  Received without objection.

5          **The following were received in Evidence:**

6          **GOVERNMENT EXHIBIT 46.90**

7          **GOVERNMENT EXHIBIT 46.91**

8          **GOVERNMENT EXHIBIT 46.92**

9          **GOVERNMENT EXHIBIT 46.93**

10         **GOVERNMENT EXHIBITS 46.123 through 46.130**

11         THE COURT:  Mr. Parisi, is this a good enough time

12   for lunch break?

13         MR. PARISI:  Yes, Your Honor.

14         THE COURT:  So, folks, we will break for lunch now.

15   Please remember the instructions that I've given you about not

16   discussing any aspect of this case with anyone.  Don't do any

17   research on your own.  Don't use tools of technology to

18   research or to communicate electronically with anyone about

19   the case.

20         Don't read or watch or listen to any news coverage

21   about the case if there is any while the trial is in progress.

22   And please remember not to make up your mind as to any fact or

23   issue until all the evidence has been submitted to you, and

24   you are sent to deliberate.

25         Please be back here at 1:30 and we'll start.  Thanks.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1           (Jury excused at 12:28 p.m.)

2           THE COURT:  Anything you want to put on the record?

3           MR. PARISI:  No, Your Honor.

4           MR. SPITLER:  No, thank you, Judge.

5           THE COURT:  Why don't we meet back here about 20

6   after so that we can talk a little bit about that legal issue.

7   I'm going to take a look at some research now, I hope, and

8   we'll talk about it then.  Okay?  Thanks, everybody.

9           (Off the record at 12:29 p.m.)

10           (Back on the record at 1:24 p.m.)

11           (Jury not present.)

12           THE CLERK:  All rise.

13           THE COURT:  Please be seated.

14           THE CLERK:  We are back on the record for the jury

15   trial in 17-cr-103, United States of America versus Dalvon

16   Curry.

17           All counsel and parties are present.

18           THE COURT:  Okay.  So tell me, Mr. Parisi, what the

19   testimony -- exactly what the testimony is going to be, the

20   proposed testimony.

21           MR. PARISI:  The testimony would be that on June 19,

22   2019, Hakeem Humphrey sat --

23           THE COURT:  So this past June?

24           MR. PARISI:  This past June.

25           -- sat on Genesee Street waiting for a bus.  And then

1    he saw a truck he was familiar with drive by him that belonged

2    to K-9 who will be identified as Kareem Pryor, who then

3    approached him.  And then a minute later, Michael Walker

4    approached him from the other side.  Michael Walker sat down

5    next to Mr. Humphrey, and they had a conversation where

6    Michael Walker accused Mr. Humphrey of the killing of Alvin

7    McDowell and then also accused him of snitching on Larell and

8    them.

9           Then Michael Walker and Kareem Pryor then make

10   signals to each other, thumbs up or thumbs down.  All this is

11   captured on video.  And then they proceed to assault

12   Mr. Humphrey while he's seated, and then it carries into the

13   street.

14          THE COURT:  The video carries into the street.

15          How is this shooting related?  So I guess your

16   argument is that the assault is evidence of the conspiracy,

17   and the fact that it occurs after the indictment is issued

18   doesn't make it irrelevant to the conspiracy because there's

19   no evidence that the conspiracy ended at any point.  This is

20   either evidence of a continuing conspiracy, or is so

21   inextricably intertwined with the conspiracy that you're

22   proving up during the relevant years that it's admissible.

23          I get that, insofar as the retaliation assault for

24   snitching.  I think that was the word you used.

25          MR. PARISI:  Yes.

1              THE COURT:  What about the shooting?  How does

2    that --

3              MR. PARISI:  Well, that, I mean it's relevant just

4    because that forms the intent for part of the crime, the

5    intent for Michael Walker and Kareem Pryor for doing what they

6    are doing that day.

7              THE COURT:  Okay.

8              MR. PARISI:  No one here -- there would be no

9    allegations in this case that anyone from BFL/CBL had anything

10   to do with Alvin McDowell --

11             THE COURT:  Who is Alvin -- I mean, I've not heard

12   that name.

13             MR. PARISI:  He's a member of CBL, and he's a member

14   of it that died the same night as Xavier Wimes was killed.

15             And so their belief is that Xavier Wimes is killed

16   around 1 in the morning.  A few hours later, Alvin McDowell is

17   killed.  And people are looking for someone to blame who would

18   have a motive to kill a member of CBL or BFL.

19             And that's why they would blame Hakeem Humphrey, who

20   is a blood cousin of Xavier Wimes.

21             THE COURT:  For -- for retaliating for Xavier Wimes'

22   death by shooting the other fellow?

23             MR. PARISI:  Yes.

24             THE COURT:  I see.  Okay.  So, Mr. Spitler?

25             MR. SPITLER:  Judge, I -- I mean, I don't -- I don't

1    see how it can be tied into the conspiracy since it's outside

2    the period of the conspiracy.

3              THE COURT:  Yeah, but there's plenty of caselaw that

4    says that the fact that something occurs after an indictment

5    is issued doesn't mean that it's irrelevant to the conspiracy.

6    And I've looked at a couple cases, neither of them

7    particularly on point, but they both seem to stand for that

8    proposition.  United States versus Carboni, which is a

9    2nd Circuit decision from 2000, and United States versus

10   Defreitas, D-E-F-R-E-I-T-A-S, a decision by Judge Irizarri in

11   the Eastern District from 2010.  And they both stand for the

12   same proposition, that is that the fact that, you know, the

13   indictment is issued, the indictment obviously can't charge

14   future conduct, they can only charge what's occurred, so

15   evidence that is -- that -- that postdates the indictment can

16   still be evidence of a conspiracy, it can be evidence of

17   conspiratorial intent from -- from a previous date.

18             So why isn't this, that?  Why isn't the fact that

19   this guy gets beat up presumably, among other things for,

20   the -- I mean, you know, the shooting I think is a little bit

21   removed, but I don't know that that really hurts you.

22             I think if the evidence comes in that he got beat up

23   because he snitched, in Mr. Parisi's words, you want the

24   evidence of the shooting to come in too, or the evidence that

25   they said he shot somebody too because that's sort of

1    innocuous to you, whereas the other part is not so much.

2         But maybe I'm wrong.  Maybe I'm wrong.

3         MR. SPITLER:  No.

4         THE COURT:  I'm trying to put myself in your

5    position.  But the point is, the point is, why isn't that

6    evidence relevant even though it's outside the scope?  Even

7    though it postdates, why isn't it relevant of a conspiracy

8    that maybe continued, maybe didn't, but is at least evidence

9    of a conspiratorial intent and agreement at some prior date?

10        MR. SPITLER:  Well, Judge, I guess when I'm looking

11   at what's the probative value of bringing that up.  And by

12   bringing it up, what probative value does it have that isn't

13   outweighed by its prejudicial effect?

14        Because I don't want a juror to sit there and think

15   now my client's -- because my client is clearly in custody.

16        THE COURT:  Right.

17        MR. SPITLER:  He's arrested August of 2018.  The jury

18   is going to know that.  So are they now going to say now he's

19   still part of a conspiracy, he's still pulling the strings,

20   he's directing these two guys to go out after Humphrey.  And

21   how do I blunt that?

22        THE COURT:  Yeah.  What about that?  I had not

23   thought about it from that perspective, the prejudicial

24   effect, the undue prejudicial effect versus the probative

25   value.  What does it add to your case?  And isn't Mr. Spitler

1    right that in light of the fact that Mr. Curry's in custody at

2    the time that it may lead to some conclusions that are

3    unwarranted conclusions?

4        MR. PARISI:  Well, the conclusions that we're asking

5    the jurors to draw in this case are that there was a

6    conspiracy that formed, and the conspiracy continued

7    throughout the time period in the indictment and a little

8    before and maybe a little after.  And so the government has to

9    prove those allegations.

10       And the proof is not that -- and they're going to

11   hear that when an individual went to jail, as we already heard

12   testimony from, they transferred their phone and they

13   transfer -- evidence happens when a person -- the conspiracy

14   keeps going.

15       And part of what the government has to prove and what

16   this Court will charge the jury is that the conspiracy is a

17   threat to continued activity.  And there's an action that

18   occurs outside the time period of indictment that's

19   retaliating for a person who actually cooperated with the

20   indictment which is not prejudicial because that's evidence of

21   the actual conspiracy.  It's evidence of the racketeering acts

22   that the government has to prove, the conspiracy to commit

23   witness tampering, the conspiracy to commit witness

24   retaliation.

25       Whether the defendant is in jail or not is largely

1    irrelevant to the fact that the government has to prove that

2    the conspiracy continued and was in danger of continuing

3    throughout the course of its existence.

4         THE COURT:  Yeah, it's a closer call than I thought

5    it was, Mr. Spitler, but I agree with Mr. Parisi.  I'm going

6    to let it in.  I'm going to let it in.

7         MR. SPITLER:  Okay.

8         THE COURT:  I understand the objection.  I think

9    you've done a good job of giving me something to think about,

10   and I've thought about it.  But I do think that on the balance

11   of the undue prejudicial effect and probative value, I think

12   Mr. Parisi is right.  I think it's -- as I say, I think it's a

13   closer question than I thought it was when I took the bench.

14   You've made me think about it, but I think I'm going to let it

15   in.

16        MR. SPITLER:  The -- my objection will then be placed

17   at the time --

18        THE COURT:  Absolutely.

19        MR. SPITLER:  Okay.

20        THE COURT:  Yeah.  Just object.  Yeah, just object,

21   outside the scope.

22        MR. SPITLER:  Outside the scope?  Very good.

23        THE COURT:  Yeah, and I think it's been preserved

24   already now.

25        MR. SPITLER:  I belive it is.

```
 1              THE COURT:  But just for belt and suspenders, object
 2    at that time, too, okay?
 3              MR. SPITLER:  Yes, Judge.
 4              THE COURT:  Great.  Okay.  Anything else we should do
 5    before we bring them back in?
 6              MR. PARISI:  Just return the --
 7              THE COURT:  Oh, right.
 8              MR. PARISI:  -- witness to the stand.
 9              THE COURT:  Thank you.
10              MR. PARISI:  But nothing else, Your Honor.
11              THE COURT:  Yes.  Okay.  Thank you.
12              (Hakeem Humphrey seated at 1:34 p.m.)
13              THE COURT:  So I've just been told that some of the
14    jurors brought in some baked goods that they have wanted to
15    share with my chambers.  I'm going to decline those baked
16    goods, but I thought I should tell the lawyers that.  So we're
17    going to send them back.  I will think of something suitable
18    to tell them about why I'm declining the baked goods, probably
19    something to do with my girth, but we'll decline the baked
20    goods.
21              Okay.  Let's bring them in.  Thanks.
22              (Jury seated at 1:35 p.m.)
23              THE COURT:  Okay.  Welcome back, everyone.  The
24    record will reflect all our jurors are present.
25              I understand, folks, that you've brought in some
```

1  baked goods and wanted to share them with my chambers.  I've

2  been told that this black is very slimming on me, but the last

3  thing I need is baked goods, my wife will tell you that.  And

4  my staff also does not want to be tempted by them, so we're

5  going to very respectfully decline them.  But I'm very

6  grateful that you folks would think of me, so thank you very

7  much.

8          I remind the witness he's still under oath.

9          And you may continue.

10          MR. PARISI:  Thank you.

11          BY MR. PARISI:

12  Q.  Mr. Humphrey, when we stopped, we were discussing New

13  Year's Eve 2016 into 2017.  Did you go to 22 Curry Walk on

14  New Year's Eve?

15  A.  Yes.

16  Q.  And did you -- when did you get there?

17  A.  Probably 11, 11:30.

18  Q.  Is that before midnight or after midnight?

19  A.  Before.

20  Q.  Were you present when it was midnight and turned to a new

21  year?

22  A.  Yes.

23  Q.  What part of the building at 22 Curry Walk were you

24  spending time in?

25  A.  The front -- back half.  The back half.

1  Q.  And was that in a stairwell -- excuse me.  Was that in a

2  stairwell?  Was that in an apartment?

3  A.  Yes, stairwell.

4  Q.  Now at some point after midnight, did you see Xavier

5  Wimes?

6  A.  Yes.

7  Q.  Do you know what time it was, or no?

8  A.  No, I don't know what time it was.

9  Q.  Had you seen Xavier Wimes at that party prior to him

10 appearing after midnight?

11 A.  No.

12 Q.  Did you know that he was going to be at that party?

13 A.  No.

14 Q.  When he came to the party, did he come to 22 Curry Walk?

15 A.  Yes.

16 Q.  What happened when he came there?

17 A.  He came, slapped everybody up, was making his way

18 upstairs.  And when he got to Dalvon, he hit him in the head

19 with a bottle.

20 Q.  Where were you?

21 A.  I was by the window landing.

22 Q.  I'm sorry?

23 A.  By the window landing.

24 Q.  On -- you said window landing?

25 A.  Yes, the window landing.

1   Q.  And where was Dalvon?

2   A.  The top.  The top landing.

3   Q.  And you said Xavier came in, slapped everybody up, and

4   went right up there?

5   A.  Um-hum.

6   Q.  Did Xavier have anything in his hands?

7   A.  Yes, a liquor bottle.

8   Q.  Where did he hit Dalvon?

9   A.  In the head.

10  Q.  What happened to Dalvon Curry?

11  A.  He fell on the floor.

12  Q.  What happened to Xavier?

13  A.  He got jumped.

14  Q.  Who jumped him?

15  A.  Dean, Larell, Gucc, L-O, Dolo, the other Mikel --

16  Q.  When you --

17  A.  -- GB.

18  Q.  Sorry.  When you say "jumped," what do you mean?

19  A.  Punched, kicked.

20  Q.  And was it all those individuals fighting Xavier Wimes?

21  A.  Yes.

22  Q.  Was anybody helping Xavier?

23  A.  Steve.

24  Q.  Steve who?

25  A.  Steve Major.

1   Q.  Were you able to see from where you were?

2   A.  Yes.

3   Q.  Did you see what happened to Xavier?

4   A.  Yes.

5   Q.  What did you see?

6   A.  I see Steve push everybody back, and he got up and ran in

7   Ms. Felicia house.

8   Q.  Who did?

9   A.  Xavier.

10          MR. PARISI:  Can we show 46.93, please?

11          THE COURT:  This is in evidence?

12          MR. PARISI:  This is in evidence.

13          BY MR. PARISI:

14   Q.  Mr. Humphrey, before the break you were discussing some

15   of these photographs.  Do you see -- well, what do you see in

16   this photograph?

17   A.  22 Curry Walk hallway.

18   Q.  How many floors are there in 22 Curry Walk?

19   A.  The basement, the first floor, and second floor, so

20   three.

21   Q.  And what floor is this?

22   A.  The second.

23   Q.  The top floor?

24   A.  Yeah, the top one.

25   Q.  Where would you have been on that night on New Year's

1    Eve?

2    A.  How this picture was taken, I'm right there.  This my

3    point of view.

4    Q.  Where did you see Xavier hit Dalvon?

5    A.  About right here.

6    Q.  Now we see an open door in this photograph close to us.

7    Is that in that doorway?

8    A.  Yeah.

9    Q.  And that's what you marked, right?

10   A.  Yes.

11   Q.  Did you see where -- the apartment that Xavier went into?

12   A.  Yeah, 10, but you can't see the door he went in.

13   Q.  Were you able to see him actually get inside the

14   apartment, or no?

15   A.  No.

16   Q.  Did you see Xavier leave your view and go towards an

17   apartment?

18   A.  Yes.

19   Q.  What happened once you saw Xavier leave your view and go

20   towards that apartment?

21   A.  Larell said, I swear to God on my brother I'm gonna kill

22   him.  He not leaving this building alive.

23   Q.  Larell said that?

24   A.  Yeah, Larell Watkins.

25   Q.  Where was Larell?

1  A.  Standing on that landing, by door 9, trying to get Dal

2  up.

3  Q.  And did Larell get Dal up?

4  A.  Yes, he did.

5  Q.  Did he do anything before getting Dal up?

6  A.  No.

7  Q.  What happened then?

8  A.  He walked him down the stairs.  He stopped at the door,

9  was at 4, 5, one of them.  Got a gun out the door.

10 Q.  And -- and who were the two that were walking down the

11 stairs together?

12 A.  Dal and Larell.

13 Q.  Did you see any injuries on Dalvon?

14 A.  Yes.

15 Q.  What did you see?

16 A.  He was bleeding from, like, his forehead.

17 Q.  Now can you describe, was it a lot of blood?  Was it a

18 little bit of blood?

19 A.  Nah, it wasn't a lot of blood.

20 Q.  Did anyone go up to help Dalvon, like to help him with

21 his cut?

22 A.  No, not that I remember.

23 Q.  Did you see anyone touching his cut?

24 A.  No.

25 Q.  Did you see anyone give him a bandage?

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

156

1    A.   No.

2    Q.   But you did see Larell walking him out, you said?

3    A.   Yes.

4    Q.   What did you see next?  Was any -- well, where was

5    everyone else when Larell and Dalvon walked past you?

6    A.   Outside the building.

7    Q.   Were there people still up in the building?

8    A.   No, people was leaving.

9         MR. PARISI:  Can we show Government Exhibit 46.92,

10   please, which is in evidence.

11        BY MR. PARISI:

12   Q.   Do you see the window or the landing -- window landing

13   you said where you were on New Year's Eve in this photograph?

14   A.   Yes.

15   Q.   Can you please point to it and describe it for us,

16   please?

17   A.   It's open.  It's right here.  This one right there.

18   Q.   And so in the middle of that building, it's the middle

19   window?

20   A.   No, it's the window to the right.

21   Q.   I'm sorry, but it's the middle -- it's the second window

22   from the top?

23   A.   Yes.

24   Q.   Did you see from that vantage point where Dalvon and

25   Larell went?

1    A.   Yes.

2    Q.   Where?

3    A.   They walked to Larell Jeep.

4    Q.   Where was Larell's Jeep parked?

5    A.   In the parking lot.

6         MR. PARISI:  Can we show Government Exhibit 46.70,

7    please?

8         BY MR. PARISI:

9    Q.   Do you recognize any of the vehicles?

10   A.   Yes.

11   Q.   Which one?

12   A.   That burgundy Jeep.

13   Q.   Whose burgundy Jeep was that?

14   A.   That's Larell car.

15   Q.   Had you seen Larell driving that car before that night?

16   A.   Yes.

17        MR. PARISI:  Can we show 46.125, please?  That's in

18   evidence.

19        BY MR. PARISI:

20   Q.   Do you recognize 46.125?

21   A.   Yes.

22   Q.   What is that?

23   A.   It's the window.

24   Q.   Was that the landing that you were at during -- when

25   Xavier hit Dalvon?

1  A.  Yes.

2  Q.  Did you look outside when you said Larell and Dalvon went

3  outside?

4  A.  Yes.

5  Q.  Did you see them go down the walkway that we see here?

6  A.  Yes.

7  Q.  Which way did they walk?

8  A.  Towards the parking lot, to the right.

9  Q.  Did you continue to watch them all the way to the Jeep?

10  A.  Yes.

11  Q.  What did you see then?

12  A.  Seen them sitting at the car with the door open.  I seen

13  Larell pass Dalvon something.

14  Q.  Do you know what it was?  Well, did you see what it was?

15  A.  I don't see what it was.

16        MR. PARISI:  Can we show 46.127, please?

17        BY MR. PARISI:

18  Q.  Do you see what's in this photograph?

19  A.  Six, seven cars.

20  Q.  And, well, does this show where you were looking out of

21  from the window?

22  A.  Yeah.

23  Q.  How were you looking out the window?  Did you have to

24  lean out the window, or you --

25  A.  Yeah, I leaned out the window.

1  Q.  Why were you looking out the window?

2  A.  Because he said he was gonna kill him, so I'm watching to

3  see what they doing.

4  Q.  Now, is this photograph from that night?

5  A.  No, it's not.

6  Q.  Are the vehicles that are in the parking lot the same as

7  the vehicles that were there on New Year's Eve?

8  A.  No.

9  Q.  Do you know if you can look at this photograph where

10  Larell's vehicle would have been parked looking at this

11  photograph?

12  A.  Yeah.

13  Q.  Can you please point to it?

14  A.  This white Impala right there.

15  Q.  So it's parked where that white Impala is, correct?

16  A.  Yes.

17      MR. PARISI:  Can we just zoom in on this area,

18  please?

19      BY MR. PARISI:

20  Q.  And there seems to be a brown spot in the ground there?

21  A.  Yes.

22  Q.  What was that?

23  A.  Tree.

24  Q.  Was there a tree there at the time when you were looking

25  on New Year's Eve?

1   A.  Yes.

2   Q.  But the tree is not in this picture, correct?

3   A.  No, it's not.

4   Q.  Did that tree obstruct your view of the individuals who

5   you saw walking towards the Jeep?

6   A.  No.

7   Q.  After you -- sorry, withdrawn.  Do you ever see Xavier

8   leave that apartment?

9   A.  Do I see him leave?  No.

10  Q.  Do you see him leaving that hallway from that apartment?

11  A.  No.

12  Q.  Did you ever see --

13          MR. PARISI:  You can take that down, please.

14          BY MR. PARISI:

15  Q.  Did you ever see Xavier again outside?

16  A.  Yes.

17  Q.  What did you see?

18  A.  I seen him limping.

19  Q.  How did you see him?

20  A.  I seen him out the window.

21          MR. PARISI:  I'm sorry, can you put that back up,

22  please?  46.127.

23          BY MR. PARISI:

24  Q.  Did you see his whole body?  Did you see part of him?

25  A.  I seen his whole body when he went to go around the tree.

1   Q.  And then did he continue going to the left of the tree,

2   or did he go back inside?

3   A.  He just kept going straight.

4   Q.  Did you eventually -- did he get out of your view?

5   A.  Yes.

6   Q.  How long did you see him for?

7   A.  For a good two minutes.

8   Q.  Now, you're saying two minutes like an actual two

9   minutes, or a short time, or a --

10  A.  A short time.

11  Q.  How long was it from the time that Xavier hit Dalvon with

12  the bottle until you saw Xavier outside?

13  A.  About 15, ten minutes.

14  Q.  Where was Dalvon Curry during that after he left with

15  Larell, where was Dalvon?

16  A.  Sitting in the Jeep.

17  Q.  Where was Larell?

18  A.  Right with him.

19  Q.  Were you staring outside the whole time, or did you put

20  your head back in at some point?

21  A.  Staring outside the whole time.

22  Q.  Did you check in, look in to see what's going on with

23  Xavier to see if he's coming out?

24  A.  Yeah.

25  Q.  So were you staring outside the whole time, or were you

1   looking back and forth?

2   A.  I was looking back and forth, but I only looked back for

3   a brief second.

4   Q.  Okay.  After you see Xavier limping, what's the next

5   thing you see?

6   A.  I see Larell and Dal.

7   Q.  What happens?

8   A.  Dal shoot him two times, and I can't see nothing else

9   after that.

10  Q.  Where are they when that shooting happens?

11  A.  'Bout right behind -- right by the tree.  Aside of the

12  tree.  And after the two shots, I couldn't see nothing else

13  because he move.

14  Q.  Who moves?

15  A.  Xavier.

16  Q.  What about Dalvon, does he stay there?  Or does he move?

17  A.  He moved closer to Xavier.

18  Q.  Does that go out of your view?

19  A.  Yes.

20  Q.  Where did Larell go?

21  A.  He was still standing in the same spot.

22  Q.  You said you saw two shots?

23  A.  Yes.

24  Q.  How did you see a shot?

25  A.  He walked up to him, he shot him two times when he was

1  still in my view.  I seen it.

2  Q.  What did you see?  Did you see a flash?

3  A.  Yeah, the flash.

4  Q.  Could you make out a gun from that far?

5  A.  No.

6  Q.  After they moved out of your view, did you hear anything?

7  A.  Yes.

8  Q.  What did you hear?

9  A.  About five more shots.

10  Q.  Then what do you see?

11  A.  I see Dal and Larell running and the cops pull up.

12  Q.  Are the police there almost immediately?

13  A.  Yes.

14  Q.  Did you go outside when you saw Xavier limping?

15  A.  No.

16  Q.  Why didn't you go outside?

17  A.  I don't know.

18  Q.  Were you able to make out Dalvon Curry's face from the

19  window that you were at?

20  A.  No.

21  Q.  How were you able to tell that it was Dalvon?

22  A.  The clothes.

23  Q.  Were you able to make out Larell Watkins' face from the

24  window that you were at?

25  A.  No.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

164

1  Q.  How were you able to tell it was Larell Watkins?

2  A.  The clothes.

3  Q.  Were there other people that were outside of that

4  apartment building besides Xavier, Larell and Dalvon?

5  A.  Yes.

6  Q.  How many people?

7  A.  About seven, eight.

8  Q.  And where were those people when the shooting happened?

9  A.  Standing in front of the door.

10  Q.  Can you show us on the picture what door you're talking

11  about?

12  A.  Nah, you can't see it in this picture.

13  Q.  Is it in front of the 22 Curry Walk door?

14  A.  Yes.

15  Q.  So, by Larell's Jeep where the shooting happened, how

16  many people were over there?

17  A.  Just two.

18  Q.  Who were they?

19  A.  Larell and Dal.

20  Q.  Did you see Larell and Dal run?

21  A.  Yes.

22  Q.  Where did they run?

23  A.  They ran towards the left.

24        MR. PARISI:  If you can show what's in evidence as

25  Government Exhibit 46.129.

 1           BY MR. PARISI:

 2    Q.  Do you recognize what we're looking at here?

 3    A.  Yes.

 4    Q.  And can you just circle the window that you were

 5    discussing previously?

 6           And you circled in the middle of the photograph above

 7    that awning, the window that we see on the left, correct?

 8    A.  Yes.

 9    Q.  And what is that that you circled?

10    A.  That's where I was looking out at.

11           MR. PARISI:  Can we show Government Exhibit 46.130,

12    please.

13           BY MR. PARISI:

14    Q.  And does -- do you see the window where you were at in

15    this view?

16    A.  Yes.

17    Q.  And do you see where Larell Watkins' Jeep was in the

18    parking lot?

19    A.  Yes.

20    Q.  And which car -- which area was the Larell Watkins Jeep?

21    A.  About the white Impala.

22    Q.  After you saw the police, did you go downstairs?

23    A.  Yes.

24    Q.  And did you run away?

25    A.  No.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1    Q.  What did you do?

2    A.  I sat there and waited.

3    Q.  Did you recognize any police officers?

4    A.  Yes.

5    Q.  Who did you recognize?

6    A.  Nick Parisi.

7    Q.  And this officer, did you know him from before this

8    night?

9    A.  Yes.

10   Q.  How did you know him?

11   A.  He's my football coach.

12   Q.  What school?

13   A.  Timon.

14   Q.  And do you know if he saw you that night?

15   A.  Yes.

16   Q.  How long did you stay in the area of 22 Curry Walk?

17   A.  About ten minutes after that.  Then I left.

18   Q.  After you see Dalvon Curry fire the two shots, how long

19   is it until you hear the additional shots when he moves out

20   of view?

21   A.  Seconds.

22   Q.  How did you feel after going -- well, did you see Xavier

23   when he went outside?

24   A.  Yeah.

25   Q.  And how did you feel when you saw Xavier?

1   A.  Sad.  Mad.

2   Q.  Were you upset?

3   A.  Yeah.

4   Q.  Did your relationship with CBL and BFL change after that

5   night?

6   A.  Yeah.

7   Q.  Why?

8   A.  'Cuz they just killed my cousin.

9   Q.  Did you then, following that, take to social media to

10  start to argue with people about that?

11  A.  Yes.

12  Q.  Who did you argue with about that?

13  A.  Dal cousin and other people of BFL gang.

14  Q.  Do you know Dal's cousin?

15  A.  Shanna.

16  Q.  Do you know her last name?

17  A.  No.

18  Q.  Was she at the party that night?

19  A.  No.

20  Q.  And why were you arguing with her?

21  A.  Because I was just upset.

22  Q.  And did you threaten Dalvon?

23  A.  Yeah.

24  Q.  On social media?

25  A.  Yeah.

1  Q.  Did you threaten anyone else on social media?

2  A.  Yeah, his whole family.

3  Q.  Did you threaten Larell?

4  A.  Nah.

5  Q.  Did you threaten anyone else?

6  A.  No.

7  Q.  Why did you do that?

8  A.  'Cuz Dal is the one who killed him.

9  Q.  I want to talk to you about January 27th, 2017 on Hickory

10 Street at about 5 p.m.  Were you there at the time and place

11 when you saw a vehicle?

12 A.  Yes.

13 Q.  What happened?

14 A.  Tried to, like, run me over.

15 Q.  Who?

16 A.  Larell.

17 Q.  Do you know what Larell was driving that night?

18 A.  Silver van, I believe.

19 Q.  How did you know it was Larell?

20 A.  I seen him.

21 Q.  Driving?

22 A.  Yes.

23 Q.  And tell us how he tried to run you over.

24 A.  I'm walking across the street.  He, like, tried to run me

25 over, but he couldn't run me over because I was almost

 1  already on the sidewalk.

 2  Q.  What happened after he tried to drive towards you?

 3  A.  He shot at me like three times.

 4  Q.  Did he hit you?

 5  A.  No.

 6  Q.  Did the police come that night?

 7  A.  No.

 8  Q.  Did you call the police that night?

 9  A.  No.

10  Q.  Did there come a point in time you moved out of the Towne

11  Gardens after all of this?

12  A.  Yes.

13  Q.  When was that?

14  A.  About April.

15  Q.  Of what year?

16  A.  2017.

17  Q.  Why did you leave?

18  A.  'Cuz I ain't feel comfortable down there.

19  Q.  After the time on Hickory Street with Larell in the van

20  when he shot at you, is there a point in time where you

21  reached out to a police officer that you know?

22  A.  Yes.

23  Q.  Who did you reach out to?

24  A.  Parisi.

25  Q.  And that's not me, right?

1    A.  No, it's not you.

2    Q.  And did you -- why did you reach out to Officer Parisi?

3    A.  'Cuz I wanted to come forward.

4    Q.  Did you then, using Officer Parisi, make arrangements to

5    speak to homicide detectives?

6    A.  Yes.

7    Q.  And did you talk to homicide detectives on January 31st

8    of 2017?

9    A.  Yes.

10   Q.  What is your relationship with the police in general?

11   A.  I don't like the police.

12   Q.  Why not?

13   A.  'Cuz, I just don't.

14   Q.  Is reporting crimes to the police something that you

15   would do?

16   A.  No.

17   Q.  Why not?

18   A.  I just wouldn't.

19   Q.  Why wouldn't you?

20   A.  'Cuz I don't feel like that's right.

21   Q.  Why isn't that right?

22   A.  'Cuz that's snitching.

23   Q.  What does "snitching" mean to you?

24   A.  Telling.

25   Q.  And you say "telling," you mean telling what?

1   A.  Telling on crimes.

2   Q.  And what is your understanding of what, if you snitch,

3   what's going to happen to you?

4   A.  You would die.

5   Q.  How so?

6   A.  You're gonna get killed.

7   Q.  By who?

8   A.  Whoever you told on, or whoever they associated with.

9   Q.  Were you afraid of retaliation if you talked to the

10  police?

11  A.  Yes.

12  Q.  So when you talked to the detectives on January 31st, did

13  you tell them that you were there?

14  A.  I did tell them I was there, but I told them I ran.

15  Q.  You told them you ran at what point?

16  A.  Before the shots was fired.

17  Q.  So you told them you did not see -- did you tell them you

18  saw the shooting, or no?

19  A.  No.

20  Q.  You told them you ran where?

21  A.  Home.

22  Q.  Why did you tell them that you ran home and that you

23  weren't there when the shooting happened?

24  A.  Because I didn't want to be in this predicament right

25  here.

1    Q.   What predicament is that?

2    A.   Being on the stand.

3    Q.   Did you want Larell and Dalvon to get in trouble for what

4    they did?

5    A.   Yeah.

6    Q.   Did you want to be the one that got them in trouble?

7    A.   No.

8    Q.   Why not?

9    A.   I just wouldn't.

10   Q.   Did you know when you talked to the police that Officer

11   Parisi saw you at the scene that night?

12   A.   Yeah.

13   Q.   And so you knew the police would know that it wasn't true

14   that you ran home?

15   A.   Yeah.

16   Q.   Now after April of 2017 when you move out of the Towne

17   Gardens, I want to talk to you about June 19 of 2019.

18       Were you on Genesee Street on the border of Cheektowaga

19   and Buffalo?

20   A.   Yes.

21   Q.   And about 11 a.m., what were you doing?

22   A.   I was waiting on a bus.

23   Q.   Did something happen to you while you were waiting on the

24   bus?

25   A.   Yeah.

1   Q.  What happened to you?

2   A.  I was jumped.

3   Q.  Was that captured on video?

4   A.  Yeah, it was.

5   Q.  I'd like to show you what's marked for identification as

6   Government Exhibit 64.  Do you recognize your initials on

7   Government Exhibit 64?

8   A.  Yes.

9   Q.  Have you viewed this today -- or, I'm sorry, have you

10  viewed this before testifying today?

11  A.  Yes.

12  Q.  Is this a fair and accurate depiction of the assault that

13  occurred of you on June 19, 2017?

14  A.  Yes.

15         MR. PARISI:  Your Honor, the government would offer

16  Government Exhibit 64.

17         MR. SPITLER:  There's no objection.

18         THE COURT:  Received without objection.

19         **The following was received in Evidence:**

20         **GOVERNMENT EXHIBIT 64**

21         MR. PARISI:  If we can go to about 11:18, please.

22  I'm sorry, Ms. Rebisz, can you go back a little bit?  Stop it

23  there, please.

24         BY MR. PARISI:

25  Q.  Now we've stopped it at 11:12:35.  Mr. Humphrey, do you

1    see yourself on the video?

2    A.  Yes.

3    Q.  We see two individuals.  Which one are you?

4    A.  I'm the one wearing the wife beater.

5    Q.  Are you at the top of the screen walking down?

6    A.  Yes.

7    Q.  The person that is seated to us closest to us, do you

8    know who that person is?

9    A.  No.

10   Q.  Was this a bus stop?

11   A.  Yes.

12   Q.  All right.  And while you are seated, after you sit down,

13   do you notice any cars that you recognize?

14   A.  Yes.

15   Q.  What car do you notice?

16   A.  A truck.

17   Q.  What do you notice about that truck?

18   A.  The person in it.

19   Q.  And who is the person that was in that truck?

20   A.  K-9.

21   Q.  K-9 that you told us about earlier?

22   A.  Yes.

23          MR. PARISI:  Can we go to 11:18, please?  Can you

24   press -- I'm sorry, can you go back?  Right there.  Can you

25   press play, please?

1              (64 was played.)

2              BY MR. PARISI:

3    Q.  Can you tell us when you view the truck that you saw?

4    A.  Right there.

5    Q.  That passed at 11:18:25?

6    A.  Um-hum.

7    Q.  That's yes?

8    A.  Yes.

9              MR. PARISI:  Can you go to 11:19:30, please.

10             BY MR. PARISI:

11   Q.  After you see that truck --

12             MR. PARISI:  You can play it, please.

13             BY MR. PARISI:

14   Q.  -- do you recognize any individuals that come after you

15   see that vehicle?

16   A.  Yes.  Right there.

17   Q.  And can you describe what that person is wearing?

18   A.  Gray sweatpants, a white shirt.

19   Q.  Who did you recognize that person as?

20   A.  K-9.

21             (64 was played.)

22             MR. PARISI:  If we can pause it there, please.

23             BY MR. PARISI:

24   Q.  We saw that person you identified as K-9 walking in front

25   of you?

1   A.  Yes.

2   Q.  Why did you stay there?

3   A.  I'm not paying no attention.

4   Q.  Were you thinking anything was going to happen?

5   A.  No.

6   Q.  Did he say anything to you when he walked by you?

7   A.  No.

8           MR. PARISI:  Can you play, please?

9           (64 was played.)

10          BY MR. PARISI:

11  Q.  Let us know if you recognize any other individuals that

12  appear on the screen.

13  A.  At the top of the screen.

14  Q.  Who is that that you recognize at the top of the screen?

15  A.  That's Yam.

16  Q.  Yam?  Yam -- what's Yam's real name?

17  A.  Michael Walker.

18          MR. PARISI:  Can you pause, please?  And you can

19  play, please.

20          (64 was played.)

21          BY MR. PARISI:

22  Q.  What's Yam doing?

23  A.  Trying to talk to me.

24  Q.  Does he sit down next to you?

25  A.  Yeah.

1        MR. PARISI:  Can you pause it, please?

2        BY MR. PARISI:

3   Q.  Can you take us through -- are you talking to Yam?

4   A.  Yeah, but not really, because I'm still on the phone.

5   Q.  And is he talking to you while you're on the phone?

6   A.  Yeah.

7   Q.  What is he saying to you?

8   A.  He asked me did I kill Duke, and did I tell on Larell?

9   Q.  And, well, so I want to break that down a little bit.

10       He talks to you for a few minutes; is that fair to say?

11  A.  Yes.

12  Q.  And is it a one-second conversation that he has with you?

13  Or is it over the period of the two or three minutes that

14  he's with you?

15  A.  Two or three minutes.

16  Q.  And you said he talks to you about asking you if you

17  killed Duke?

18  A.  Yes.

19  Q.  Who's Duke?

20       MR. SPITLER:  Objection, Your Honor.  Outside the

21  scope.

22       THE COURT:  Yeah, sustained.  Or, overruled, I'm

23  sorry.  Overruled.  Yes.

24       BY MR. PARISI:

25  Q.  Who's Duke?

1    A.  Somebody from CBL/31.

2    Q.  And what happened to Duke?

3    A.  He died.

4    Q.  Do you know when he died?

5    A.  The same night Zave died.

6    Q.  Before or after?

7    A.  After.

8    Q.  Did you have anything to do with Duke's death?

9    A.  No.

10   Q.  Did -- why would Michael Walker talk to you?

11          MR. SPITLER:  Objection, as to operation of

12   Mr. Walker's mind.

13          THE COURT:  Sustained.

14          BY MR. PARISI:

15   Q.  Now there was another statement that you said Michael

16   Walker made to you.  What else did he say besides what to do

17   with Duke?

18          MR. SPITLER:  Objection as to anything else.

19          THE COURT:  Overruled.

20          MR. SPITLER:  Outside the scope.

21          THE COURT:  Overruled.

22          BY MR. PARISI:

23   Q.  I'm sorry, go ahead.  What else did he say?

24   A.  He asked me did I tell on Larell.

25   Q.  And did he say Larell -- did he just say Larell, or did

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

1    he say anyone else?

2    A.  No, Larell and them.

3    Q.  I'm sorry?

4    A.  Larell and them.  Them his exact words.

5    Q.  What did you take that to mean, Larell and them?

6           MR. SPITLER:  Objection as to that, again, calls for

7    the state of mind as to what the speaker said as to what he

8    said, or I mean, as to how he interpreted it.

9           THE COURT:  No, I don't think so, I think that's

10   exactly what he's asking is how he interpreted it.  So,

11   overruled.

12          BY MR. PARISI:

13   Q.  What did you take it when he said "Larell and them" to

14   mean?

15   A.  As in BFL.

16   Q.  And did he keep asking you these questions?

17   A.  Yes, over and over again.

18   Q.  What was your response?

19   A.  I kept telling him no, no.

20   Q.  Had you given the statement to the Buffalo police prior

21   to this video that we talked about?

22   A.  Yes.

23   Q.  Had you testified in the federal grand jury in this

24   matter prior to this video?

25   A.  Yes.

USA v Dalvon Curry - Humphrey - Parisi/Direct - 1/21/20

180

```
 1              MR. PARISI:  Your Honor, if we could just play the

 2   remainder of the video starting at 11:21:10.

 3              (64 was played.)

 4              BY MR. PARISI:

 5   Q.  Mr. Humphrey, we can now pause that video.  Did the

 6   police eventually come?

 7   A.  Yeah.

 8   Q.  Did you go to a hospital?

 9   A.  Yeah.

10   Q.  What's the last -- well, do you have a memory of this

11   event?

12   A.  No.

13   Q.  What's the last thing you do remember?

14   A.  Talking.

15   Q.  Talking to who?

16   A.  Yam.

17   Q.  And we just saw what happened.  What's the last thing in

18   this event -- do you remember any of the assault?

19   A.  No.

20   Q.  Do you remember the -- not even the first punch,

21   anything?

22   A.  No.

23   Q.  But you do remember the talking to Yam?

24   A.  Yes.

25   Q.  And you remember everything before that?
```

```
 1   A.   Yeah.

 2   Q.   What hospital did you go to?

 3   A.   ECMC.

 4   Q.   Were you treated for injuries?

 5   A.   Yes.

 6   Q.   What injuries?

 7   A.   I had a concussion and a broken shoulder.

 8   Q.   Were you released later that night?

 9   A.   Yeah.

10   Q.   Mr. Humphrey, I'm going to show you what's marked for

11   identification as Government Exhibit 64.23 and 64.24.  Do you

12   recognize what 64.23 is?

13   A.   Yes.

14   Q.   Is this something that you viewed that law enforcement

15   showed you?

16   A.   Yeah.

17   Q.   And is this a series of photographs that you viewed to

18   identify an individual?

19   A.   Yeah.

20   Q.   And did you identify an individual?

21   A.   Yes, I did.

22   Q.   Are your circle -- is your circle on there?

23   A.   Yeah.

24   Q.   Is your initials on there?

25   A.   Yeah.
```

1  Q.  Is this an exact copy of the original photo array that

2  you looked at and created?

3  A.  Yeah.

4  Q.  Showing 64.24, do you recognize what that is?

5  A.  Yeah.

6  Q.  What is that?

7  A.  The same picture array.

8  Q.  Well, is it --

9  A.  Different images, yeah.

10  Q.  And who is in this image?

11  A.  Yam.

12  Q.  Did you circle in this one?

13  A.  Yeah.

14  Q.  Are your initials in this one?

15  A.  Yeah.

16  Q.  Is this an exact copy of the same photo array that you

17  saw and initialed and circled both on July -- I'm sorry, both

18  in July of 2019 -- July 24, 201?

19  A.  Yes.

20       MR. PARISI:  Your Honor, the government will offer

21  Government Exhibit 64.23 and 64.24 into evidence.

22       MR. SPITLER:  No objection.

23       THE COURT:  Received without objection.

24       **The following were received in Evidence:**

25       **GOVERNMENT EXHIBIT 64.23**

1          **GOVERNMENT EXHIBIT 64.24**

2          BY MR. PARISI:

3    Q.   Did members of the Cheektowaga Police Department show you

4    this?

5    A.   Yes.

6    Q.   And who did you identify in this photograph, what number?

7    A.   2.

8    Q.   Did we see your circle?

9    A.   Yes.

10   Q.   What are those letters next to the number 2?

11   A.   My initials.

12   Q.   And who was number 2?

13   A.   K-9.

14   Q.   Showing you 64.24, did you identify any of the

15   individuals in this photo array?

16   A.   Yeah.

17   Q.   Who did you identify?

18   A.   4.

19   Q.   And who is that individual?

20   A.   Yam.

21   Q.   And what was Yam's real name?

22   A.   Michael Walker.

23   Q.   And, I'm sorry, do you know K-9's real name?

24   A.   No.

25   Q.   Mr. Humphrey, you are here today from a jail facility; is

1  that correct?

2  A.  Yes.

3  Q.  What jail are you in?

4  A.  Erie County Holding Center.

5  Q.  What are you currently -- are you currently charged with

6  anything?

7  A.  Yes.

8  Q.  What is that?

9  A.  Criminal contempt and a probation violation.

10  Q.  Are you in custody now due to the probation violation?

11  A.  Yes.

12  Q.  Do you have some prior convictions?

13  A.  Yes.

14  Q.  I'd like to talk about some of those.

15     In 2017, did you possess a firearm and were you caught by

16  the Buffalo Police Department?

17  A.  Yes.

18  Q.  What kind of -- when was that?

19  A.  September.

20  Q.  September of what year?

21  A.  2017.

22  Q.  What happened -- well, where did you get that gun from?

23  A.  I found it.

24  Q.  And did you possess that gun?

25  A.  Yes, I did.

1   Q.  Did you keep it on you?

2   A.  Yeah.

3   Q.  Why did you keep a gun on you?

4   A.  Because I had beef.

5   Q.  Was it to protect yourself?

6   A.  Yes.

7   Q.  Did you plead guilty to possessing that gun?

8   A.  Yes, I did.

9   Q.  Was that in New York State court?

10  A.  Yes.

11  Q.  Did you receive a sentence for that?

12  A.  Yes.

13  Q.  What was that sentence you received?

14  A.  A 6/5 split.

15  Q.  Can you tell us what 6/5 split is?

16  A.  Four months in jail, and five years probation.

17  Q.  So four months in jail with good time?

18  A.  Yeah.  And five years probation.

19  Q.  Did you get a -- do you also have a misdemeanor

20  conviction for possession of a controlled substance on June

21  the 4th of 2019?

22  A.  Yes.

23  Q.  Did you plead guilty to possessing that controlled

24  substance?

25  A.  Yes, I did.

1    Q.   What was that controlled substance?

2    A.   Coke.

3    Q.   And was that in your pants at the time you were actually

4    released from jail?

5    A.   Yes.

6    Q.   You said criminal contempt.  Is it fair to say that you

7    have -- there's an order of protection against you?

8    A.   Yes.

9    Q.   Who is that in favor of?

10   A.   My girlfriend.

11   Q.   How long had you known this person?

12   A.   Like, four years.

13   Q.   Did you get arrested related to charges of breaking her

14   door?

15   A.   Yes.

16   Q.   And did you plead guilty to criminal mischief for those

17   charges?

18   A.   Yes, I did.

19   Q.   What sentence did you receive?

20   A.   I got another 6/5 split.

21   Q.   And are you on probation for both that and the gun case?

22   A.   Yes.

23   Q.   Did you also, after getting an order of protection, did

24   you continue to see her?

25   A.   Yes.

1    Q.  Was that in violation of the order of protection?

2    A.  Yes.

3    Q.  On June 19th, 2019, into the next night when you were

4    released from ECMC, who drove you home from the hospital?

5    A.  My girlfriend.

6    Q.  The one that had the order of protection?

7    A.  Yes.

8    Q.  Did you call her to come to the hospital?

9    A.  No.

10   Q.  Do you know how she got to the hospital?

11   A.  I guess my mom called her.

12   Q.  Did she agree to drive you home?

13   A.  Yeah.

14   Q.  Were you stopped and arrested by the Amherst Police

15   Department that night?

16   A.  Yes.

17   Q.  Was it legal for you to be with her?

18   A.  No, it wasn't.

19   Q.  Did that case result in -- well, what resulted in that

20   case?

21   A.  It's still going on.

22   Q.  It's still going on?

23   A.  Yeah.

24   Q.  I want to go back to just one thing to clear up.

25       Back in 2015 when you're having the conversation with the

1    defendant after Jaquan Sullivan is killed.  And then, so,

2    following that, you mentioned that Larell Watkins had

3    indicated to Laron Watkins that a gun was hot?

4    A.  Yeah.

5    Q.  What did that mean to you that a gun was hot?

6    A.  It's dirty.

7    Q.  What does that mean?

8    A.  Somebody got killed with it.

9    Q.  Did the federal government get involved at all in any of

10   your state court prosecutions?

11   A.  No.

12   Q.  Did the federal government get involved in you receiving

13   any sentence that you've currently received?

14   A.  No.

15   Q.  Has the federal government made an agreement to you that

16   anything you say will not be used against you?

17   A.  Yes.

18   Q.  Has the federal government agreed that you will not be

19   prosecuted for anything?

20   A.  Yes.

21   Q.  We've agreed that you will not be prosecuted?

22   A.  Oh, no.  No, no, no.  It's anything I use cannot be used

23   against me as long as I tell the truth.

24   Q.  As long as you tell the truth.  What does that mean to

25   you?

1  A.  It's a proffer agreement.

2  Q.  So you're under a proffer agreement?

3  A.  Yes.

4  Q.  What does a proffer agreement mean?

5  A.  As long as I tell the truth, I cannot be prosecuted for

6  it.

7  Q.  For what you say?

8  A.  Yeah, for what I say.

9  Q.  But is it your understanding that you can still be

10  prosecuted potentially for other crimes that you did, not

11  based on what you said?

12  A.  Yes.

13  Q.  Has the government agreed that you will not be

14  prosecuted?

15  A.  No.

16  Q.  Do you have an attorney on your state court case?

17  A.  Yes.

18  Q.  And is that the attorney that you used to enter into the

19  proffer agreement with the federal government?

20  A.  Yes.

21  Q.  Has the federal government agreed, however, once you

22  finish serving whatever sentence you receive in state court

23  agreed to relocate you?

24  A.  Yes.

25  Q.  And what's the purpose the government -- what's the

1  purpose that you want to be relocated?

2  A.  For my protection.

3  Q.  Why?

4  A.  So I won't die.

5          MR. PARISI:  Nothing further, Your Honor.

6          THE COURT:  Mr. Spitler?

7          MR. SPITLER:  Thank you, Judge.

8          **EXAMINATION BY MR. SPITLER (CROSS):**

9  Q.  Mr. Humphrey, when you first arrived in the Towne

10 Gardens, you said it was sometime in what, 2014?

11 A.  Yes.

12 Q.  And then within a couple of months of your arrival, you

13 said you arrived in summer of 2014, it would be within a

14 couple months, you were selling marijuana in the Towne

15 Gardens Plaza, correct?

16 A.  Yes.

17 Q.  And you had become friends with other members who --

18 other people who reside in the Towne Gardens, correct?

19 A.  Yes.

20 Q.  And those individuals allowed you to sell drugs; is that

21 correct?

22 A.  Yes.

23 Q.  Is that what you're telling us?  Yeah.  Who?  Who?  Like,

24 who was the boss?

25 A.  To my understanding, there's no boss.

1  Q.  No boss.  Who were the second -- if there's no boss,

2  who's second in command?  Nobody, right?

3  A.  Nobody.

4  Q.  Oh.  And you talked -- I think at one time you said hey,

5  you know, if somebody came to you to buy marijuana, you --

6  and you were out, you would say, well, go see one of the

7  other guys that sells in the Gardens, right?

8  A.  It was nothing never about other drugs.

9  Q.  How about marijuana?  If somebody came to you to buy

10  marijuana, you were out, would you send them to another

11  marijuana seller in the Garden?

12  A.  Yeah.

13  Q.  Because you want to keep the money then, right?

14  A.  Yeah.

15  Q.  Okay.  But there was no written agreement, nobody in

16  charge saying, hey, if you don't have any, you've got to send

17  it to this guy, not that the guy, right?  There was nobody in

18  control?

19  A.  Yeah, nobody in control.

20  Q.  You were all independent contractors, weren't you?  All

21  working your deals, right?

22  A.  Yes.

23  Q.  I think you told us you would have been 14 when you came

24  to the Towne Gardens, correct?

25  A.  Yes, that's correct.

1    Q.  Okay.  And you said you had been a member of the group on

2    Schuele Street, a gang, correct?

3    A.  Yes.

4    Q.  It was a Schuele Street gang.  So how old were you when

5    you joined that gang, 12, 13?

6    A.  13 maybe, yeah.

7    Q.  13?  Okay.  So you're with a group in Towne Gardens, and

8    you, you know, you're telling us that's BFL, and you told us

9    about the older guys.  The BFL.  You were never a member of

10   BFL you told us?

11   A.  Never.

12   Q.  But you said my client was, right?

13   A.  Yes.

14   Q.  Now the BFL guys, some of them had that tattoo right on

15   their stomach, didn't they?

16   A.  Yes, they did.

17   Q.  Who?

18   A.  I can't remember right now.

19   Q.  More than one of them?

20   A.  Yes, more than one of them.

21   Q.  My client didn't have that tattoo, did he?

22   A.  No, he don't.

23   Q.  No.  And I think you told me my client didn't sell drugs

24   either?

25   A.  He didn't, no.

USA v Dalvon Curry - Humphrey - Spitler/Cross - 1/21/20

193

1   Q.  No.  And did he live in Towne Garden?

2   A.  No, he didn't.

3   Q.  Okay.  Now, you told us about in the summer of 2015, I

4   think that's when you were gambling with some guys at JFK

5   Park when somebody comes up and starts shooting at you guys,

6   right?

7   A.  Yes.

8   Q.  And although you said you couldn't see the face of the

9   individual that shot at you, you knew that individual was

10  Jaquan Sullivan?

11  A.  Yes, I did.

12  Q.  And as a result of that, you, along with some others,

13  went looking for Mr. Sullivan?

14  A.  Yes.

15  Q.  Yep.  And your purpose in going to do that -- were you

16  armed --

17  A.  Yes, I was.

18  Q.  -- with a weapon?

19      And your purpose in going to do that was you were

20  intending to shoot Mr. Sullivan, didn't you?

21  A.  Yeah.

22  Q.  Right.  And so your idea was I'm going to shoot Sullivan.

23  And you realized if you shot him, you could kill him, right?

24  A.  Yeah.

25  Q.  Right.  But you didn't care if you shot and killed him,

1  that was okay with you, right?  Because he had shot at you,

2  right?

3  A.  Yes.

4  Q.  Okay.  Right.  Now, you told the government that, didn't

5  you?

6  A.  Yes, I did.

7  Q.  And you're not being prosecuted for that, are you?

8  A.  No.

9  Q.  No.  And that's attempted murder, isn't it?

10  A.  No, it's not.

11  Q.  Well -- it's not?

12  A.  No.

13  Q.  You mean, if you shoot at somebody and try to kill them,

14  and you miss them, it's not attempted murder?

15  A.  Nobody was never hit.

16  Q.  Right.  Right.  Oh, I'm sorry.

17      So the fact that you missed him, it really isn't a crime,

18  right?  Right?  That's your position?

19          MR. PARISI:  Objection, Your Honor.  Asking for a

20  legal conclusion.

21          THE COURT:  Overruled.

22          BY MR. SPITLER:

23  Q.  Right?  You didn't do anything wrong because you missed

24  him, right?

25  A.  I didn't say that.

1  Q.  Oh, I'm sorry.  But you told the government that, and the

2  government said don't worry, we're not going to prosecute you

3  for whatever you may have done that day, right?

4  A.  Yeah, under a proffer agreement.

5  Q.  Proffer agreement, that's right.

6      So basically what happens is, you, under the proffer

7  agreement, you got your attorney, he's helping you, right?

8  A.  Yeah.

9  Q.  You've got an attorney sitting right there when you're

10  talking to the government, right?

11  A.  Yes.

12  Q.  And what happens in the proffer is the government says

13  tell us what happened, we won't prosecute you, right?

14  A.  Yes.

15  Q.  I think you told us when being asked by Mr. Parisi about

16  who you saw selling drugs, and you listed Larell Watkins.

17  You told us that he sold marijuana, heroin and crack,

18  correct?

19  A.  Yes.

20  Q.  And you saw him every day doing this?

21  A.  Yes.

22  Q.  And you told us that Maurice Rice, he would sell crack

23  and heroin, and he would sell it every day, right?

24  A.  Yes.

25  Q.  And you told us that GB, that's Shameris Washington, he

1  sold heroin, and you'd see him doing that, right?

2  A.  Yes.

3  Q.  And Miquise Jones, he was selling heroin and -- heroin

4  and crack, and you saw him doing that on a daily basis as

5  well?

6  A.  Yes.

7  Q.  Okay.  And Markel Green, who you called Dolo, he was BFL

8  but he was a weed seller, right?

9  A.  Yes.

10  Q.  Like you, in the plaza?

11  A.  Yes.

12  Q.  Right?  Okay.  And then Chris Henry, he was a -- was he

13  BFL, Chris Henry?

14  A.  CBL.

15  Q.  CBL, a little bit older.  And he was selling crack.  And

16  did you ever see him do that?

17  A.  Yes.

18  Q.  Okay.  And I think you told us that 90, Lar'Quon Watkins,

19  he was a crack and heroin dealer, correct?

20  A.  Yes.

21  Q.  Not only did he sell to individuals, but he also supplied

22  other people?

23  A.  Yes.

24  Q.  And you'd see him do that as well?

25  A.  Yes.

USA v Dalvon Curry - Humphrey - Spitler/Cross - 1/21/20

1  Q.  And all these people that were engaged in this criminal

2  activity, they were okay with you being around watching them

3  engage in this criminal activity, right?

4  A.  Yeah.

5  Q.  Because you were trusted, right?

6  A.  Yes.

7  Q.  But you weren't a member of BFL?

8  A.  No, I was not.

9  Q.  How does somebody become a member of BFL?  Is there like

10  an initiation?  How does that work?

11  A.  I don't know, you would have to ask the members of BFL.

12  Q.  Well, you were around a lot of them.  You mean, you never

13  saw anybody get into BFL?

14  A.  No.

15  Q.  So when you arrived in 2014, everybody that's in BFL is

16  in BFL; is that your testimony?

17  A.  Yes.

18  Q.  Okay.  And from 2014 up until 2018, you never see anybody

19  else join BFL; is that correct?

20  A.  '17.

21  Q.  '17, you never see anybody else join BFL?

22  A.  No.

23  Q.  I remember you telling Mr. Parisi on direct examination

24  that you didn't ask questions, you would just kind of stand

25  there and take in what was being said, right?

1    A.  Yeah, a listener.

2    Q.  You were a listener, right.

3        You know, when you went out looking for Mr. Sullivan and

4    he started shooting at you, because he saw you coming, right?

5    A.  He didn't see me.

6    Q.  Jaquan didn't see you?

7    A.  He didn't see me.

8    Q.  No?  Who did he see?

9    A.  He seen Maurice and GB, he didn't see me.

10   Q.  Because you weren't there?

11   A.  I was there.  He didn't see me, though.

12   Q.  How -- how do you know that?

13   A.  Just my guess.

14   Q.  Your guess?  Okay.

15       Now, on that particular occasion, because on one occasion

16   you had a gun and you shot at Sullivan, correct?  On this

17   occasion, did you have a gun?

18   A.  It's the same occasion.

19   Q.  Same occasion.  Okay.  So he didn't see you.  But he

20   didn't shoot it at the group you were in?

21   A.  He shot at the car.

22   Q.  Yeah.  Who shot first?

23   A.  Sullivan.

24   Q.  Sullivan?  Now you were asked about the December 5th,

25   2015 shooting and Mr. Sullivan's death, and you said you

1  learned about that on a Facebook post.

2  A.  The death, yes.

3  Q.  His death, yes, okay.

4      You then said maybe about a week later, you were around

5  in of the buildings at the Towne Garden --

6  A.  Two weeks.

7  Q.  -- huh?

8  A.  Two weeks.

9  Q.  Two weeks?  Two weeks.

10     -- and you were in a building in the Towne Garden, and

11 you said that my client admits to you and some others that he

12 shot Mr. Sullivan, right?

13 A.  Yes.

14 Q.  And he tells this story that Sullivan came up, made some

15 threatening comments, and starting shooting at him, right?

16 A.  I didn't say he started shooting.

17 Q.  You didn't?

18 A.  No, I said he shot one time.

19 Q.  Oh, he shot one time?

20 A.  Yeah.

21 Q.  And then I think you told us that my client told you that

22 he shot him, and shot him in the chest five times, right?

23 A.  Yes.

24 Q.  You remember that number, right?

25 A.  Yeah, it's significant.

USA v Dalvon Curry - Humphrey - Spitler/Cross - 1/21/20

1   Q.  Okay.  Did you ever find out how many times Mr. Sullivan

2   was shot in the chest, sir?

3   A.  No.

4   Q.  Okay.  Maybe we'll find that out later.

5           MR. PARISI:  Objection.

6           THE COURT:  Overruled.

7           BY MR. SPITLER:

8   Q.  Who's Flock?

9   A.  I don't know him.

10  Q.  Who's Lil D?

11  A.  Dalvon friend.

12  Q.  But you don't -- although you've heard that name, that

13  name -- you don't connect either one of those names with a

14  person, correct?

15  A.  I knew Lil D.

16  Q.  What's Lil D's name, do you know?

17  A.  No, I don't.

18  Q.  Okay.  Now, you indicate that you saw my client with a

19  gun after the Sullivan shooting.  You said you saw it on his

20  hip, correct?

21  A.  Before, not after.

22  Q.  Before.  And then -- and then after, you saw that gun one

23  more time; is that correct?

24  A.  Yes.

25  Q.  And you believed it to be the same gun?

1  A.  I knew it was the same gun because I seen it before.

2  Q.  So are you saying that gun was so unique it was the only

3  gun that could have looked like that?

4  A.  And from other comments that was around when I seen the

5  gun again.

6  Q.  Well, you saw it with -- I think you told us Laron?

7  A.  Yes.

8  Q.  Did you see -- is it your testimony that my client gave

9  that gun to Laron?

10 A.  I don't know how Laron got the gun.

11 Q.  And obviously you don't know when he got it.  You don't

12 know how he got it and you don't know when he got it?

13 A.  No.

14 Q.  Now on another occasion you're walking to -- I think to

15 the liquor store on Jefferson, right --

16 A.  Yes.

17 Q.  -- with a bunch of others, and somebody drives by and

18 shoots at you, right?

19 A.  Yes.

20 Q.  You don't know who that is?  Or do you?

21 A.  No, I don't.

22 Q.  Car didn't look familiar to you?

23 A.  No.

24 Q.  Let's move on to New Year's Eve.

25          MR. SPITLER:  And we need to bring up -- so can we

1    bring up 46.16, page 7, please?

2            BY MR. SPITLER:

3    Q.  Okay.  Now this is in evidence, you've already testified

4    about to this.

5        You told us on direct examination that your cousin was

6    not -- he was just a -- let me see here.  He wasn't a drug

7    dealer, he wasn't a gun guy, he didn't -- wasn't a violent

8    guy at all, right?

9    A.  Absolutely.

10   Q.  Okay.  If you go down that post, you'll see that on

11   Saturday at 1:39, that's your cousin saying to my client, you

12   can't come to the town, right?

13   A.  Yes.

14   Q.  So your client -- why is your client telling my client

15   that?

16           MR. PARISI:  Objection, speculation.

17           THE COURT:  Sustained.

18           MR. SPITLER:  Okay.

19           THE COURT:  And to the form of the question, as well.

20           MR. SPITLER:  Okay.

21           THE CLERK:  Try again, Mr. Spitler.

22           BY MR. SPITLER:

23   Q.  But you see what he says.

24   A.  Yeah, I see what he says.

25   Q.  Okay.  And how do you interpret that?

 1   A.  I don't know.  I blow it off.

 2   Q.  Okay.  And you see my client's response, I'm a grown-ass

 3   man, right?

 4   A.  Yeah.

 5   Q.  And then your client -- and then your cousin -- by the

 6   way, I know you said he's your blood cousin.  So is he a

 7   first cousin of yours?  Were your parents brothers and

 8   sisters?

 9   A.  Second.

10   Q.  Okay.  Second something, okay.

11       It says you shook to touch down, and it's got some emojis

12   there.  I think those are crying faces, aren't they?

13   A.  Laughing.

14   Q.  Huh?

15   A.  Laughing.

16   Q.  Is it laughing?  Laughing.  Okay.

17       Your interpretation of you shook to touch down?

18   A.  Scared to come back.

19   Q.  So, why is your cousin engaged in this conversation?

20          MR. PARISI:  Objection, speculation.

21          THE COURT:  No, overruled.

22          BY MR. SPITLER:

23   Q.  Do you know?

24   A.  No, I don't.

25   Q.  Okay.  And then response by Mr. Curry, if you actually

1  think that, you could suck one, and whoever think that too.

2  And then there's an emoji with what appears to be sunglasses

3  on.  What's the significance, as you understand it, an emoji

4  with sunglasses, do you know?

5  A.  Cool.

6  Q.  Okay.  And now your cousin says stop talking like you

7  tough, with a couple exclamation points.  I'll make you pick

8  yo gun back up lil boy, exclamation point.  You soft as hell,

9  exclamation point.

10     Did you know why your cousin -- did you ever talk to your

11  cousin?  Do you know why he's saying these things?

12  A.  No, I don't.

13          MR. SPITLER:  Okay.  Could we go to 46.93, please.

14          BY MR. SPITLER:

15  Q.  This is the hallway you've testified about before.  The

16  stairway that we're looking at, there appears to be a

17  stairway on the other side of the building; is that correct?

18  A.  Yes.

19  Q.  The stairway that we're looking at, would this have come

20  in -- would this -- this is the stairway where you were

21  looking out the window, correct?

22  A.  Yes.

23  Q.  And would that be the considered the front of the

24  building or the back of the building?

25  A.  I don't know would it be -- what it would be considered.

1    Q.  Okay.  But in any event, you indicated on your direct

2    examination that this photograph shows your viewing point as

3    you look up that stairway to that landing, and remember you

4    marked where you saw your cousin hit him with the bottle,

5    right?

6    A.  Yes.

7    Q.  Now, as he approached -- as your cousin approached my

8    client, did he say something to my client?  Like, I'm gonna

9    hit you?  Or you're a punk?  Or you're soft as hell?  Did he

10   say anything, or did he just hit him?

11   A.  That I remember, he just hit him.

12   Q.  Just hit him.  Commonly referred to as a sucker hit, a

13   sucker punch, right?  You don't see it coming.  That's what

14   happened to you, right, in that video?  You get sucker

15   punched, didn't you?

16       You're talking to the one guy and the other dude comes up

17   and sucker punches you, doesn't he?

18   A.  Absolutely.

19   Q.  Huh?  Absolutely.  So they're both sucker punches, right?

20   A.  I guess, if you want to say that.

21   Q.  I do.  You don't -- you disagree?  Is that your -- you

22   have to give me an answer.  Do you disagree, or not?

23   A.  No, I don't disagree.

24   Q.  Okay.  Thanks.  So we know you're looking out --

25            MR. SPITLER:  Can we go to 46.127, I'm sorry, 125.

1    Pardon me.

2          BY MR. SPITLER:

3    Q.  All right.  Now, this is the window that you were looking

4    out.  And just so I'm clear, the only windows that open are

5    these rectangular ones, the four rectangular ones, correct?

6    The lower one and the upper one, that's a permanent -- that's

7    permanent, correct?

8    A.  Yes.

9    Q.  As we're looking at these four windows from right to

10   left, you were looking out the window farthest to the right,

11   weren't you?

12   A.  Yes.

13   Q.  Could you mark the one you were looking out?  Right here?

14   Okay.  And how far out the window were you leaning when you

15   were looking?

16   A.  From of my chest, up.

17   Q.  Chest, up.  Okay.

18        And now if we go to -- so, when you talked about the

19   sidewalk on direct examination, this is the sidewalk that we

20   see partially obscured by the frame of the window, correct?

21   Not the -- not the sidewalk that's headed off towards the

22   other building that Ts in some of the sidewalks, correct?

23   A.  It's the one that's going to the right.

24   Q.  Yeah.  Could you just draw your finger down the sidewalk

25   that you -- right.  Okay.

1          MR. SPITLER:  So now can we go to 46.127.

2          BY MR. SPITLER:

3   Q.  All right.  So now you'd agree with me --

4          MR. SPITLER:  Can we clear those marks, please?

5   Thank you.

6          BY MR. SPITLER:

7   Q.  So you're leaning out, and you talked about that dark

8   spot where there was a tree.  And your testimony is, is that

9   you could see the Jeep, the burgundy-colored Jeep leaning out

10  that window despite the presence of that tree; that's your

11  testimony, isn't it?

12  A.  Yes, it was a small tree.

13  Q.  I see.  Okay.  And I don't see any streetlights around

14  that white car.  This was after midnight on January 1st of

15  2017.  It was dark, wasn't it?

16  A.  Yes, it was.

17  Q.  Your testimony is you could see something past?  That's

18  your testimony?  You could see something past?

19  A.  Yeah, I could see.

20  Q.  Which side of the car were they on?

21  A.  On the right side.

22  Q.  Driver's side or passenger's side?

23  A.  Driver's side.

24  Q.  Driver's side.  Okay.  And you saw your cousin walking

25  down that sidewalk towards that car?

1    A.   I never said he was walking down the sidewalk.

2    Q.   Well, he's walking on the grass?

3    A.   Yes.

4    Q.   Oh, okay.  And you said he was limping?

5    A.   Yeah, he was limping.

6    Q.   Um-hum.  And from your vantage point, well, e you said

7    that you saw -- that you saw my client and Mr. Watkins,

8    Larell Watkins, at the burgundy Jeep, right?

9    A.   Yes.

10   Q.   So they were already at the Jeep as your cousin limped

11   down the grass towards the Jeep?

12   A.   Yes.

13   Q.   So they got out of the building before your cousin got

14   out of the building?

15   A.   Yes.

16   Q.   Prior your testimony, have you had an opportunity to

17   review your prior statements to the police as well as the

18   grand jury?  Did you look at what you had said under oath

19   previously?

20   A.   No.

21   Q.   Do you recall, you talked about the statements you gave

22   on January 31st, 2017, correct?

23   A.   Yes.

24   Q.   And in that statement, you were not truthful, correct?

25   A.   Correct.

1  Q.  You know, in that statement do you remember you were

2  asked if you had spoken with either my client or Larell since

3  Xavier was killed, and you said no; do you recall that?

4  A.  Yes.

5  Q.  And that wasn't true, was it, because you told us that

6  you did, stood around while you claim my client admitted to

7  the shooting, right?

8  A.  I never say he admitted to no shooting of Xavier.

9  Q.  Okay.  But you never talked to him either?

10  A.  No.

11  Q.  Okay.  You were -- you had indicated that it was, to the

12  best of your recollection, ten to 15 minutes that my client

13  and Mr. Larell Watkins were at the Jeep; that was -- that was

14  your best guess, correct?

15  A.  Yes.

16  Q.  Okay.  And where was your cousin during that time?

17  A.  In Ms. Felicia house.

18  Q.  Okay.  And you said that Steve was trying to help you, or

19  at least initially helped your cousin, correct?

20  A.  Correct.

21  Q.  Okay.  That's Steve Major, right?

22  A.  Yes, that's correct.

23  Q.  After your cousin ended up in her apartment, where did

24  Mr. Major go?

25  A.  I don't recall where he went.

USA v Dalvon Curry - Humphrey - Spitler/Cross - 1/21/20
                                                                210

1   Q.  Did he come and stand next to you at the window?

2   A.  No, he didn't.

3   Q.  You're aware that a number of people from the Towne

4   Gardens were initially charged in this case, correct?

5   A.  Yes.

6   Q.  14 of them, right?

7   A.  I don't remember.

8   Q.  But you know, for instance, Michael Walker was charged,

9   right?

10  A.  In this case?

11  Q.  Yeah.

12  A.  No, I wasn't sure of that.

13  Q.  Okay.  How about Maurice Rice?

14  A.  He wasn't there, neither, so how would he be charged?

15  Q.  No, no, no, I mean in this particular case.  People in

16  this conspiracy.  You're aware that certain members of the

17  BFL were charged in this case, correct?

18  A.  Yes.

19  Q.  Did you know one of them was Mr. Rice?

20  A.  Yes.

21  Q.  Did you know one of them was Larell Watkins?

22  A.  Yes.

23  Q.  Okay.  And those individuals were the people that you

24  told us were people that you associated with on a Dal basis

25  in your time living in Towne Garden, correct?

1   A.   Correct.

2   Q.   And you indicated that you didn't see my client around

3   Towne Garden a lot, did you?

4   A.   I never said that.

5   Q.   You never -- oh, well, did you see him around a lot?

6   A.   Yes, I did.

7   Q.   Okay.  And in 2015 into 2016, where was he living in the

8   Towne Garden?

9   A.   He wasn't living in the Towne Gardens.

10  Q.   Okay.

11  A.   To my understanding, he wasn't even in Buffalo.

12  Q.   Okay.  So he wasn't physically, to the best of your

13  knowledge, he wasn't physically around Towne Garden.

14  A.   Absolutely.

15          MR. SPITLER:  Just a second.  A moment, please,

16  Judge.

17          THE COURT:  Mr. Spitler, would this be a good time to

18  take a break?

19          MR. SPITLER:  I've got a few more questions.

20          THE COURT:  Go ahead.

21          MR. SPITLER:  46.126, please.  Can we try 27 now?  I

22  want the view towards the white vehicle.  Yes, thank you.

23          BY MR. SPITLER:

24  Q.   Okay.  So here's the area again, looking at 46.127.  And

25  we see the white car was where the Jeep was.  So you said

1    after -- after the shots were fired, you saw my client run,

2    correct?

3    A.  Correct.

4    Q.  Now, you're familiar with this area, so you know as we

5    look behind these vehicles, that's the plaza, isn't it?

6    A.  Yes.

7    Q.  And that's north -- that's in a north direction, correct?

8    Northerly?  If you know.

9    A.  Yeah.

10   Q.  And you indicate that my client ran to the left in this

11   picture, and that would be towards --

12   A.  Hickory Street.

13   Q.  -- Hickory, right?

14        MR. SPITLER:  Thanks.  That's all I've got.  You can

15   take that down, thank you.

16        THE COURT:  Redirect?

17        MR. PARISI:  Yes, Your Honor.

18        THE COURT:  How long do you think you'll have?

19        MR. PARISI:  Five minutes.

20        THE COURT:  Okay.

21        **EXAMINATION BY MR. PARISI (REDIRECT):**

22   Q.  Mr. Humphrey, just a few things I'd like to clear up.

23   Mr. Spitler asked you if you've reviewed prior statements.

24   You have reviewed your grand jury testimony, correct?

25   A.  Yeah, the grand jury testimony.

1    Q.  Were you just confused when he asked you about reviewing

2    prior statements?

3    A.  Yes.

4    Q.  Okay.  But you have reviewed your grand jury statements

5    and your statements to the police, right?

6    A.  Yes.

7    Q.  A few things I'd just like to clarify.  You said that --

8    Mr. Spitler asked you about times that you saw Dalvon Curry

9    in the Towne Gardens versus times you believed him to be out

10   of town.  And I think on direct examination -- well, let me

11   just ask you.

12       After -- prior to the Jaquan Sullivan shooting, was

13   Dalvon Curry a person that you saw in the Towne Gardens just

14   about every day?

15   A.  Prior to it?  Yes.

16   Q.  Following that shooting, did there come a time when you

17   did not see Dalvon Curry as much?

18   A.  Yes.

19   Q.  Is that the time you believed him to be out of Buffalo?

20   A.  Yes.

21   Q.  The statements that you heard with respect -- that Dalvon

22   Curry made to you with respect to shooting Jaquan Sullivan,

23   when did those occur in relation to when Jaquan Sullivan was

24   killed?

25   A.  A week or two later.

1   Q.  While he was still in Buffalo?

2   A.  Yes, while he was still in Buffalo.

3   Q.  Well before Xavier Wimes was killed?

4   A.  Yes.

5   Q.  Is it more beneficial for you to tell the truth or to

6   lie?

7   A.  To tell the truth.

8   Q.  Why is that?

9   A.  So I won't be prosecuted for the stuff I told y'all.

10  Q.  Because then anything you said can be used against you?

11  A.  Yes.

12  Q.  If someone other than Dalvon Curry fired the gun at

13  Xavier Wimes, would you tell us?

14  A.  Yes.

15          MR. PARISI:  Nothing further, Your Honor.

16          MR. SPITLER:  I just have to ask.

17          THE COURT:  No, no, that's okay.  Go ahead.

18          **EXAMINATION BY MR. SPITLER (RECROSS):**

19  Q.  Not only did you review your grand jury testimony and

20  your statement to the police on January 31st of 2017, but you

21  also reviewed your proffer agreement, didn't you?  That

22  proffer agreement that you read over?

23  A.  No, I don't remember seeing that.

24  Q.  Do you remember, it says -- do you remember in the second

25  paragraph it says, however, this is your proffer --

1          MR. PARISI:  Objection, Your Honor.  Improper

2   impeachment.  Reading from a document not in evidence.

3          MR. SPITLER:  Okay.  I'll -- can we bring up just for

4   the witness, please, 3566.05.

5          BY MR. SPITLER:

6   Q.  Please take a look at that document.  Can we go to the

7   second page.  Let me know when you're finished looking at the

8   second page?

9       And the third page now, please.  Is that your signature

10  on that page, sir?

11  A.  Yes, it is.

12  Q.  Dated June 7th of 2018?

13  A.  Yes.

14         MR. SPITLER:  Can we go back to the first page,

15  please?

16         BY MR. SPITLER:

17  Q.  Do you see in the paragraph 2, did you read that -- can

18  you read that paragraph again to yourself?

19      You read it over, right?

20  A.  Yes.

21  Q.  Yes?  And that paragraph indicates that the government

22  has the sole discretion to determine whether or not you're

23  telling the truth, doesn't it, right?

24  A.  Yeah.

25  Q.  So it's not when you -- when the government says they

1    think you're telling the truth, right, then we'll give you

2    the benefit of the doubt?

3           MR. PARISI:  Objection, Your Honor.  Calls for

4    speculation as to what other individuals believe.

5           THE COURT:  I'll sustain the objection to the form of

6    the question, but not -- not the objection he made,

7    Mr. Spitler.  You can ask that question.

8           BY MR. SPITLER:

9    Q.  So, it's up to the government to decide if you're telling

10   the truth, isn't it?

11   A.  That's not to my knowledge.  I was asked what --

12   Q.  Do you disagree with me that it says that the government

13   has the sole discretion in evaluating the information and

14   tangible objects that you've given to them?

15   A.  It says that.

16   Q.  Right.  So it's the government that decides whether or

17   not you're telling the truth, right?

18   A.  Yeah, I guess.

19           MR. SPITLER:  All right.  Thanks.

20           You can take it down.  Thank you.

21           THE COURT:  Anything else?

22           MR. PARISI:  May have I just have one moment, Your

23   Honor, please?  Nothing further, Your Honor.

24           THE COURT:  Okay.  You can step down.

25           (Witness excused at 3:04 p.m.)

1          THE CLERK:  Folks, we're going to take our afternoon

2    break now.  Please remember my instructions about not

3    communicating about the case, not using tools of technology in

4    any way, and not making up your mind.

5          See you back here in 10 or 15 minutes.  Thanks.

6          (Jury excused at 3:05 p.m.)

7          THE COURT:  Okay.  Anything we want to put on the

8    record before we break?

9          MR. PARISI:  No, thank you, Your Honor.

10          MR. SPITLER:  No, thank you, Judge.

11          THE COURT:  Okay.  See you back here in 10 or 15

12    minutes.

13          (Off the record at 3:05 p.m.)

14          (Back on the record at 3:19 p.m.)

15          (Jury not present.)

16          THE COURT:  Be seated.

17          THE CLERK:  We are back on the record for the

18    continuation of the jury trial in 17-cr-103, United States of

19    America versus Dalvon Curry.

20          All counsel and parties are present.

21          THE COURT:  Before we resume, there's an issue that I

22    want to raise, and that is that during the last witness's

23    testimony on direct, Mr. Parisi, you elicited the fact that

24    the witness was given the benefit of relocation.  And that

25    sort of testimony is generally frowned upon because it

1    suggests that there's a reason to relocate the witness.

2         Mr. Spitler didn't object, I assume, because you

3    wanted all the benefits that the witness was getting to come

4    out.

5         MR. SPITLER:  Yes.

6         THE COURT:  And I don't like to interfere in these

7    sorts of things.  But let me just suggest that if that sort of

8    testimony is going to come out again, that you bring it to our

9    attention before it comes out so that we can address it.

10        And, Mr. Spitler, if you have a problem with it,

11   obviously, you will object to it.  I know you will.  If you

12   don't, that's fine, too.  But if you -- there are cautionary

13   instructions that the Court can give on that sort of thing,

14   and we can do that.

15        I'm not going to -- I mean, look it, you are a very

16   experienced trial lawyer, Mr. Spitler, and when I tried cases

17   and judges raised objections for me, I used to go through the

18   roof because I said, you know, damn it, you're screwing up my

19   strategy, and I don't want to, in any way, tamper with your

20   strategy, so I'm not going to raise objections for you.

21        MR. SPITLER:  Thank you, Judge.

22        THE COURT:  But that means that you've got to be

23   attuned to these issues and raise them.

24        MR. SPITLER:  Yes, Judge.

25        THE COURT:  And if -- well, enough said.

1          MR. SPITLER:  Judge, Mr. Parisi had indicated that

2    that was going to be brought up.

3          THE COURT:  You knew it already?

4          MR. SPITLER:  I knew it already.  Mr. Parisi provided

5    me with the benefits that had been provided to him, and so I

6    was aware of it.  Thank you, Judge.

7          THE COURT:  Okay.  That's fine.  As long as you folks

8    are, as I say, I don't want to interfere with either side's

9    strategy, so I'm not going to.  But let's bring that up with

10   me next time, just so I'm not surprised by it.

11         MR. PARISI:  Yes, Your Honor.

12         THE COURT:  Okay?  Great.

13         Okay.  Anything we want to put on the record before

14   we start?

15         MR. PARISI:  No, thank you, Your Honor.

16         MR. SPITLER:  No, thank you, Judge.

17         THE COURT:  Let's bring them back.

18         (Jury seated at 3:24 p.m.)

19         THE COURT:  Welcome back, everybody.  The record will

20   reflect that all our jurors again are present.

21         And you may call your next witness.

22         MR. TAYLOR:  Thank you, Your Honor.  The government's

23   next witness will be Michael Maritato from the Buffalo Police

24   Department.

25

1   **M I C H A E L   M A R I T A T O**, having been duly called and

2   sworn, testified as follows:

3        MR. TAYLOR:  May I, Your Honor?

4        THE COURT:  You may.

5        **EXAMINATION BY MR. TAYLOR (DIRECT):**

6   Q.  Good afternoon, sir.  How are you?

7   A.  I'm good, thank you.

8   Q.  Sir, where do you work?

9   A.  I work for the Buffalo Police Department in B District.

10  Q.  And how long have you worked there?

11  A.  In B District, I've been there about three years.  For

12  the department, I just completed my sixth year.

13  Q.  Your sixth year?

14  A.  Yes.

15  Q.  And the jury's already heard this a couple times, but

16  just describe briefly where is B District?

17  A.  The stationhouse is 695 Main Street, downtown.  It

18  stretches to the east, Jefferson, the river to the west,

19  Ferry to the north, and I believe South Park to the south.

20  Incorporates a lot of neighborhoods.

21  Q.  And one of those neighborhoods is the Towne Gardens?

22  A.  That's correct.

23  Q.  Can you tell me what -- what are car detail reports or

24  chief's detail reports?

25  A.  They're essentially -- as a chief's car, you're assigned,

1    it's like a quality of life type of car.  Whatever the chief

2    calls for concern, you patrol entertainment districts, you

3    could patrol high-crime neighborhoods, high-priority calls,

4    that type of stuff.

5    Q.  And did you -- were you on that shift for, say, back in

6    2017?

7    A.  I was.

8    Q.  If I could turn your attention specifically to May 13th

9    of 2017, what was your shift that day?

10   A.  I worked 8 p.m. until 6 a.m.  That was NP5, what we call

11   it in the department.

12   Q.  What does that mean?

13   A.  It's just a night shift, pretty much.

14   Q.  Okay.

15   A.  But I was assigned to the chief's car that night.

16   Q.  And at some point, did you participate in a -- or, get a

17   chief's call?  Or was there a specific call that brought your

18   attention?

19   A.  I believe there was a shots-fired call at 515 Clinton.

20   We assisted on that, which is right across from the Towne

21   Gardens.

22   Q.  515 Clinton is right across from the Towne Gardens?

23   A.  Correct.

24   Q.  So what happened on that call?  Did you respond?

25   A.  We did.  There was no evidence of shots fired, no shell

1  casings, things of that nature.  But there were -- there was

2  a car in the area that we did check out because it was very

3  close to the scene.  It was a sedan occupied by, I believe,

4  at least five males.

5      Would you like me to name them?

6  Q.  If you know their names.

7  A.  Sure.  It was Lar'Quon Watkins, Larell Watkins, Miquise

8  Jones, Steve Major, and Shameris Washington.

9  Q.  So what -- you said the car was close to the -- where the

10  shots-fired call had originated from?

11  A.  It was in the parking lot of where the shots-fired call

12  came out.

13  Q.  So what did you do in relation to this car?

14  A.  Being that it was in the area, I figured it could be tied

15  into the potential shots call, so what we did was, you know,

16  take the -- each individual out of the car, make sure there

17  was no weapons, you know, pat them down for weapons, run

18  their names, make sure there's no warrants, that type of

19  thing.  Document your, you know, document each person's name

20  just in case, you know, we wake up the next day and

21  they're -- someone finds shell casings or something of that

22  nature.

23      But once they had no warrants, they checked out okay, we

24  just documented who was there and cut 'em loose.

25  Q.  What's the tone of the interaction between the police and

1  these gentlemen?

2  A.  They were cordial with us.  You know, we kind of

3  explained the situation, that we were there for shots fired

4  and just wanted to make sure they weren't involved at all.

5  Q.  Did you make any arrests that night?

6  A.  No arrests, no.

7  Q.  Okay.  I'm going to move you forward to May 29th of the

8  same year, 2017.  Was there a call that day?

9  A.  Yes.  Same spot.  515 Clinton.  There was a narcotics

10  call, I believe, for black males dealing drugs underneath the

11  gazebo.  We were close to the area.  I was responding.

12      I recall a gentleman walking across the street from

13  515 Clinton to the Towne Gardens.  Like I said, it's just

14  right across the street.

15      We stopped the individual.  We kind of explained to him

16  why we were doing it.  It was Steve Major.  Same thing, we

17  patted him down, made sure he didn't have weapons.

18      And we, you know, just ran him for a warrant, very

19  similar to what happened before, and cut him loose.

20  Q.  Any other individuals on that particular day?

21  A.  There was two other individuals, I don't recall one of

22  them.  The other one was Lar'Quon Watkins.

23  Q.  Did you stop Mr. Watkins?

24  A.  We did not.  When they saw the police car approaching,

25  they kind of all split their own ways, so we were only able

1   to catch up with Steve that day.

2   Q.  So you -- so fair to say -- so you -- you caught up with

3   Steve Major, and you actually stopped and had an interaction

4   with him, and you recognized Lar'Quon Watkins but didn't

5   actually speak with him?

6   A.  That's correct.

7   Q.  And the third male, you didn't recognize?

8   A.  Third male, no, he was too far gone by the time we

9   reached him.

10  Q.  And, again, what was the tone of this, of the interaction

11  on the 29th?

12  A.  Oh, same thing, cordial.  He didn't give us too much of a

13  problem.  We explained why we were there, what we were doing.

14  He was fine with it, cooperative.

15      Then same thing, he cut him loose.  He didn't have any

16  warrants.  We had no need to talk to him any further, and we

17  went about our way.  So, that was about it.

18  Q.  No arrests that day?

19  A.  No arrests were made, no.

20          MR. TAYLOR:  That's all I have.  Thank you, sir.

21          THE COURT:  Anything, Mr. Spitler?

22          MR. SPITLER:  No questions.

23          THE COURT:  Okay.  You're released, sir.

24          (Witness excused at 3:31 p.m.)

25          THE COURT:  Next witness, please.

```
 1            MR. PARISI:  The government calls Officer Stephen

 2  Mikac.

 3

 4  S T E P H E N   M I K A C, having been duly called and sworn,

 5  testified as follows:

 6            EXAMINATION BY MR. PARISI (DIRECT):

 7  Q.  Good afternoon, Officer.

 8  A.  Good afternoon.

 9  Q.  Where do you work?

10  A.  I work for the City of Buffalo Police Department.

11  Q.  How long have you worked for the Buffalo Police

12  Department?

13  A.  13 years.

14  Q.  Have you worked in various districts?

15  A.  I have.

16  Q.  What district have you worked in?

17  A.  I've worked in the Edward District, the Bravo District,

18  and now I'm assigned to the K-9 Unit.

19  Q.  Back in 2016, where were you working?

20  A.  Bravo District.

21  Q.  How long had you worked in the Bravo District throughout

22  your career?

23  A.  Approximately ten years.

24  Q.  So most of your career?

25  A.  Yes.
```

1  Q.  Are you familiar with an area of Bravo District called

2  the Towne Gardens?

3  A.  I am.

4  Q.  And how are you familiar with that?

5  A.  It is at the corner of Jefferson and Clinton.  We have

6  various calls there.

7  Q.  And have you responded to that area over the course of

8  your ten years in the Bravo District?

9  A.  I have.

10 Q.  And have you made various reports of certain interactions

11 that you had with individuals throughout your career there?

12 A.  I have.

13 Q.  I'd like to talk to you about just one of those in

14 particular.  On November 15th, 2016, were you working on that

15 day?

16 A.  I was.

17 Q.  Do you recall your shift?

18 A.  The afternoon shift.

19 Q.  Which is from when to when?

20 A.  3:30 p.m. to 1:30 a.m.

21 Q.  And were you on a specialized unit that day?

22 A.  I was a detail car.

23 Q.  Explain to us what that means.

24 A.  That means I drive around our district, I initiate

25 traffic stops, I do foot patrols.  Particularly, I did foot

```
 1   patrols in the Towne Gardens.

 2   Q.  If you are on a detail call, are you also responding to

 3   911 calls, or is this --

 4   A.  Only high-priority calls we respond to.

 5   Q.  So it's kind of separate and apart from normal patrol

 6   duties?

 7   A.  Correct.

 8   Q.  And as part of the detail car, did you have the

 9   opportunity to walk through the Towne Gardens for patrol on

10   November 15th, 2016?

11   A.  I did.

12   Q.  Did you go to any buildings in particular?

13   A.  Yes, I did.

14   Q.  Do you recall what building it was that day?

15   A.  22 Curry Walk.

16   Q.  And when you went to 22 Curry Walk, why did you go to

17   that building?

18   A.  Because when we were doing the foot patrol, we noticed

19   that there were some guys up in the hallway hanging out.

20   Q.  Hanging out where?

21   A.  In the common area on the landing of the stairwell.

22   Q.  And is that something that you, as a Buffalo police

23   officer, detailed to investigate persons for reasons of being

24   there?

25   A.  It is.
```

1  Q.  Did you enter -- well, were you working alone or with a

2  partner that day?

3  A.  I had a partner.

4  Q.  Are you in uniform or plain clothes?

5  A.  Uniform.

6  Q.  Are you on foot or in a vehicle when you're within the

7  Towne Gardens?

8  A.  On foot.

9  Q.  Did you enter 22 Curry Walk that day?

10  A.  We did.

11  Q.  When you say "we," who is we?

12  A.  My partner, Chad Maloney.

13  Q.  How did you enter 22 Curry Walk?

14  A.  We went through a broken door.  The door handles are

15  broken, so we were able to gain access that way.

16  Q.  Did you both go through the same entrance?

17  A.  We did go through the same entrance.

18  Q.  And what happened when you went inside of 22 Curry Walk?

19  A.  My partner would -- there's a stairway where you can go

20  to the front, and then a stairway that goes up the back.  I

21  went up the back, and my partner went up the front.

22  Q.  What's the purpose in the two of you going up separate

23  stairwells?

24  A.  Because when we used to enter these buildings, we would

25  both go up to the front to talk to the individuals we would

1   see in the hallway, and they would go running out the back.

2   So I would go up the back to cut them off if they tried to

3   run.

4   Q.  Did you come into contact with any individuals as you and

5   Officer Maloney went up the stairwells?

6   A.  We did.

7   Q.  How many individuals?

8   A.  Five.

9   Q.  And what was your purpose in interacting with these

10  individuals that day?

11  A.  To see what their purpose was in the building, to see if

12  anybody lived in there, and to see if any criminal activity

13  was taking place.

14  Q.  And did you make an identification of these individuals?

15  A.  I did.

16  Q.  How do you make a identification of these individuals?

17  A.  I ask them for their identification.

18  Q.  When you get their identification, do you confirm that

19  that is the person you're actually speaking to?

20  A.  I do.

21  Q.  Do you recall the names of any of the individuals that

22  you spoke with that day?

23  A.  I do.

24  Q.  What were the names?

25  A.  Steve Major, Larell Watkins, Hakeem Humphrey, and then I

1   can't remember the other two, off the top of my head.

2   Q.  Is there a report that you created following this event?

3   A.  Yes, in a detail car report, where I have written their

4   names down.

5   Q.  Would reviewing that report assist you and refresh your

6   recollection in the names of the individuals?

7   A.  It would.

8   Q.  Officer, I'm going to hand you what's marked for

9   identification as Government Exhibit 3591.07.  Is that the

10  actual detail car report from that night?

11  A.  It is.

12  Q.  And can you please review that document -- well, first of

13  all, would that document refresh your recollection?

14  A.  It does.

15  Q.  Can you please review that document, then look up when

16  your recollection is refreshed?

17      Do you recall the names of the five individuals?

18  A.  I do.

19  Q.  What were they?

20  A.  Mikel Lowe, and Darren Lewis.

21  Q.  So the two that you -- I'm sorry, just if you can give us

22  all five again so we've got the whole list now.

23  A.  Oh, okay.  Mikel Lowe, Darren Lewis, Steve Major, Larell

24  Watkins, and Hakeem Humphrey.

25  Q.  Now with respect to these individuals, did you make any

 1    arrests?

 2    A.  No.

 3    Q.  What did you do with these individuals?

 4    A.  We got their identification, made sure nobody had any

 5    warrants, and we had them go leave the building.

 6            MR. PARISI:  Nothing further for this witness, Your

 7    Honor.

 8            MR. SPITLER:  No questions, Judge.  Thank you.

 9            THE COURT:  You may step down, sir.  Thank you.

10            THE WITNESS:  Thank you.

11            (Witness excused at 3:38 p.m.)

12            THE COURT:  Next witness, please.

13            MR. TAYLOR:  Lieutenant Scott Culver, Your Honor.

14

15    **S C O T T   C U L V E R,** having been duly called and sworn,

16    testified as follows:

17            MR. TAYLOR:  May I, Your Honor?

18            THE COURT:  Yes.

19            **EXAMINATION BY MR. TAYLOR (DIRECT):**

20    Q.  Good afternoon, Lieutenant.  How are you?

21    A.  Good, how are you?

22    Q.  I'm good, thank you.  How long have you been a Boston

23    police officer -- or, Boston, geez -- Buffalo?

24    A.  Buffalo, just over eight years.

25    Q.  Eight years.  And where have you worked during that time?

1    A.  I've been in patrol for most of my career.  Different

2    districts.  I worked in South Buffalo, I've worked in the

3    Strike Force Task Force, I've worked in Charlie District as a

4    lieutenant and down at central booking as a lieutenant.  And

5    I'm currently a lieutenant in Delta District, which is North

6    Buffalo.

7    Q.  Okay.  Back in 2014 in the summer, where were you then?

8    A.  I was in Strike Force.

9    Q.  What is Strike Force?

10   A.  Strike Force was a proactive policing unit that focused

11   on our problem areas in the city, maybe if there was certain

12   gang activity or narcotics activity.  We also did a lot of

13   traffic enforcement.  Stuff like that.

14   Q.  Where were some of those problem districts or problem

15   areas?

16   A.  At that time, Towne Gardens was one of our main areas.

17   Also, certain hot spots where shootings and stuff were

18   happening, I can't recall exactly where then.

19   Q.  Specifically, if I turned your attention to Independence

20   Day, July 4 of 2014, did your tour of duty that day take you

21   to the area of the Towne Gardens?

22   A.  Yes, it did.

23   Q.  And what brought you there?

24   A.  We had an overtime detail in the morning at the time that

25   was like, I believe, four hours.  And because the Towne

1  Gardens having the attention that the department wanted on

2  it, that was one of our focal areas.  So when we first got

3  in, we went over to this plaza that's right next to it, that

4  was lot of different reports and 311 complaints as far as

5  people selling drugs and stuff like that up there.  People

6  hanging out, selling cigarettes and stuff like that.  So

7  right at the start of our shift, we went right over there.

8  Q.  So where is the plaza in relation to the Towne Gardens?

9  A.  It's on Jefferson and William.  So the Towne Gardens,

10  it's -- it's just north of the -- or, it's just south.  It's

11  kind of in between the -- it's at the corner of William and

12  Jefferson.  It's in the Towne Gardens area.

13  Q.  Okay.  And were you on your own that day, or did you have

14  a partner?

15  A.  No, I had a partner.

16  Q.  Who was that?

17  A.  Joseph Chojnacki.

18  Q.  You probably have to spell it.

19         COURT REPORTER:  I have it.

20         BY MR. TAYLOR:

21  Q.  So what happened when you got there?

22  A.  Myself and Joe had pulled into the plaza from Jefferson

23  Avenue.  And when we did, we were just kind of looking to see

24  who was in the area, in the specific areas that people would

25  hang out and sell stuff, whether it be cigarettes or drugs,

1  which was usually at -- it's kind of hard to describe it, but

2  like this first bend in the corner from Jefferson and

3  William, which is kind of almost right behind the McDonald's

4  there.  And then further down the plaza, there was a corridor

5  that went right to a section of the Gardens.

6  Q.  Was that like an alleyway or a breezeway?

7  A.  Yeah.  And there was a -- like, a grocery store, IGN or

8  IGR or something like that, at the corner.

9      And we had seen a couple individuals standing directly in

10 front of the store, directly in front of the doorway itself,

11 which is why it kind of caught our eyes is because people

12 coming and going in the few seconds, few minutes that we were

13 watching, were obstructing the people from coming and going.

14 They were just literally just perched up and not moving type

15 thing, so --

16 Q.  So based on that, well, first of all, where were you

17 making these observations from?

18 A.  From within the parking lot.

19 Q.  Were you in your car?

20 A.  Yes.

21 Q.  All right.  So what did you do at that point?

22 A.  Once we observed them, I probably had a quick interaction

23 with my partner saying, hey, you know, let's go see what

24 those guys are doing.

25      And when we pulled up, they observed us approaching.  And

1    we actually pulled in to -- the corridor itself is long

2    enough that you can fit a vehicle in.  So we kind of pulled

3    alongside them, and I asked -- I started interacting with

4    them.

5    Q.   And they were walking down the breezeway away from you

6    guys?

7    A.   Correct.

8    Q.   Was that, what, walking southbound towards the Towne

9    Gardens?

10   A.   Yes.

11   Q.   And at some point there, we've heard that there was a

12   wall built in that breezeway.  This was there yet, or no?

13   A.   No, it was not.  They have since put that in.

14   Q.   Since, meaning since this interaction?

15   A.   Correct.

16   Q.   Okay.  So, you pull up, what happens?

17   A.   I initially actually started talking to them from within

18   the vehicle.  And I spoke to -- I believe it was Marshall

19   Thompson, and I asked him, you know, what did you guys buy at

20   the store?

21        And he said we didn't buy anything.

22        I said, well, what are you guys doing up here then?

23        And he said, well, we're just walking around.

24        So I said, so, at the very least, you're just loitering

25   in front of the store then?

1      He's like, yeah, you're right, we're loitering.

2      So at that point, I said hang on a second, let me ID you

3  guys, see what's going on.

4      So I got out, and I started interacting with Larell

5  Watkins, who was the other individual that was with Marshall

6  Thompson.  And I asked him just right from the jump if they

7  had nothing on them that they shouldn't, anything sharp or

8  anything to pat them down for safety to talk to them.

9      And Larell admitted that he had some marijuana on him.

10         MR. TAYLOR:  Very quickly, can I have what's already

11  in evidence as 94.1E, as in echo, displayed for the witness

12  and the jury, please?

13         BY MR. TAYLOR:

14  Q.  Lieutenant, do you recognize anybody in this photograph?

15  A.  I do.

16  Q.  Who is -- who do you recognize, and who is he?

17  A.  The individual with the T-shirt with the basketball net

18  on it, that's Larell Watkins.

19  Q.  Is that the individual you stopped that day in 2014?

20  A.  Yes.

21         MR. TAYLOR:  Okay.  You can take that down.

22         BY MR. TAYLOR:

23  Q.  And you said he admitted to having marijuana on him?

24  A.  He did.  When I asked if he had anything sharp on him or

25  anything that he didn't or shouldn't have on him, or that

1   he's not supposed to have, he said, I got a couple bags of

2   weed on me.

3   Q.   And then so you searched him, and what did you find, if

4   anything?

5   A.   He had three bags of marijuana in his -- I think it's one

6   of his front pants pockets.  And then he had 15 little tiny

7   bags of marijuana in his cargo pocket.

8   Q.   And what did he do with that?

9   A.   We placed them under arrest, charged them with the

10  marijuana charge, and I believe disorderly conduct for

11  blocking the obstruction of the plaza.  And then we submitted

12  them for evidence down at the Central Police Services Lab.

13  Q.   And what -- so, just very quickly, what's involved in

14  submitting them to the lab?

15  A.   We fill out a lab form that we articulate what it is

16  we're submitting, where it was recovered, and on whom.  And

17  then we place it in a secure lockbox, essentially, while it's

18  properly packaged and prepared for the lab technicians to

19  examine.  Then we put the lab form in that, in this case, the

20  marijuana in the locker.  And it locks on our side.  And it's

21  a secure facility.  And on the other side, I'm assuming the

22  lab technician or some personnel from that building recover

23  that and then do the examinations or tests on it to see what

24  it is, whatever substance it is.

25  Q.   Got you.  Lieutenant, I'm going to show you what's

1   previously been marked as 15.1.  Can you take a look at that

2   and tell me if you recognize it?

3   A.  I do.  This is the --

4   Q.  What -- go ahead.

5   A.  This is the marijuana that I recovered off of Larell

6   Watkins.

7   Q.  And how do you know that?

8   A.  Because I -- my partner at the time has the envelope it

9   was put in, marked with the CD number, which is our incident

10  number, as well as his last name, my last name, and the date

11  that it was done.  But I also recognize it because this is

12  what I recovered off him, so --

13         MR. TAYLOR:  And, Your Honor, at this point, if I can

14  put up and read one portion of the stipulation, Joint

15  Exhibit 1?

16         THE COURT:  Sure.

17         MR. TAYLOR:  So, paragraph 6 from the Joint Exhibit 1

18  reads:  Police Officer Joseph Chojnacki received marijuana,

19  which is Government Exhibit 15.1, recovered from Larell

20  Watkins on July 4, 2014, by Lieutenant Scott Culver and

21  submitted Government Exhibit 15.1 to the CPS lab.  Officer

22  Chojnacki did not tamper with this exhibit.

23         And based on the officer's testimony and that

24  stipulation, Your Honor, at this point, the government would

25  offer Exhibit 15.1 into evidence.

1              MR. SPITLER:  There will be no objection.

2              THE COURT:  Received without objection.

3              **The following was received in Evidence:**

4              **GOVERNMENT EXHIBIT 15.1**

5              MR. TAYLOR:  That was exhibit -- with that entered

6    into evidence, I just have one other stipulation.  This is

7    from Joint Exhibit 3, paragraph 2, which states:  Government

8    Exhibit 15.1 was examined by a duly qualified forensic

9    chemist, Stephen Evers, regarding the weight and identity of

10   the evidence described in lab number 14-04458, and Buffalo

11   police CD number 14-1850367.  Specifically, Government

12   Exhibit 15.1 was determined to contain marijuana.

13              With that read in, Your Honor, I don't have any other

14   questions for this witness.

15              Thank you, sir.

16              MR. SPITLER:  There are no questions, Judge.

17              THE COURT:  You may step down, sir.  Thank you.

18              THE WITNESS:  Thank you, Your Honor.

19              (Witness excused at 3:50 p.m.)

20              MR. TAYLOR:  Next witness will be Kelvin Sharpe.

21

22   **K E L V I N   S H A R P E   I I**, having been duly called and

23   sworn, testified as follows:

24              MR. TAYLOR:  May, I?

25              THE COURT:  You may.

1    **EXAMINATION BY MR. TAYLOR (DIRECT):**

2    Q.  Afternoon, Officer, how are you doing?

3    A.  Good, how are you?

4    Q.  Good.  How long -- how long have you been a police

5    officer?

6    A.  Eleven years.

7    Q.  And where have you worked during that time?

8    A.  A District, B District, housing unit for the majority of

9    it, and currently assigned to the academy.

10   Q.  To the academy?

11   A.  As an instructor.

12   Q.  Where were you assigned back in 2013, specifically May?

13   A.  Housing unit.

14   Q.  And what's the housing unit?

15   A.  We were proactive unit that patrolled the housing

16   projects of Buffalo.

17   Q.  Okay.  How long have you been assigned there?

18   A.  Eight years.

19   Q.  Eight years?

20   A.  Yes.

21   Q.  At -- as of 2013, how long had you been in that unit?

22   A.  Four years.

23   Q.  And that point, are you familiar with the Towne Gardens?

24   A.  Yes.

25   Q.  How often would you say you responded there?

1  A.  Our station was in the Perrys, so basically leaving the

2  station and traveling north, I passed the Towne Gardens every

3  day.

4  Q.  Okay.  Specifically in May -- oh, on May 13th of 2013,

5  did your tour of duty take you to the 100 block of Peckham

6  Street in Buffalo?

7  A.  Yes.

8  Q.  Where is that in relation to the Towne Gardens?

9  A.  One block north of Jefferson.

10  Q.  One block north?

11  A.  Yeah.

12  Q.  Okay.  And what, if anything, happened that day?

13  A.  I observed an individual on his bicycle in the middle of

14  the street violating a section of the Vehicle and Traffic

15  Law, where -- that states that the bicyclist must travel to

16  the right of the road and out of the way of motorists.

17  Q.  So based on that, what did you do?

18  A.  Made a stop just for identification and check for

19  warrants, that type of thing.  When I asked the individual to

20  stop, he did.  And when I asked for identification, before

21  having him reach for the identification, I just simply asked

22  do you have any weapons on you that I should know about?  He

23  said no, just some weed, as in marijuana.

24  Q.  Okay.  Did he then proceed to get his identification?

25  A.  Yes.

1   Q.  So who was it that you stopped?

2   A.  Michael Walker.

3           MR. TAYLOR:  And actually if I can have what's

4   already in evidence -- can I have Exhibit 104, page 49 shown

5   to the witness?

6           BY MR. TAYLOR:

7   Q.  And so page 49 of Exhibit 104 in front of you is a

8   picture of two individuals.  Do you recognize either of these

9   two gentlemen?

10  A.  Yes.  The one to the right with the green and white plaid

11  shirt.

12  Q.  And who is that?

13  A.  Michael Walker.

14  Q.  And is that the individual you stopped that day in May of

15  2013?

16  A.  Yes.

17          MR. TAYLOR:  All right.  You can take that down.

18          BY MR. TAYLOR:

19  Q.  So he -- he -- you get his identification, he tells you

20  he has weed on him, what do you do then?

21  A.  I recover the weed.  And in further search of the

22  individual, I find crack cocaine in his coin pocket of his

23  pants.

24  Q.  Coin pocket?  Okay.  What do you do at that point?

25  A.  At that point, he's under arrest for the controlled

1   substance, for the crack, and the marijuana possession.

2       I transport him to central booking to book him for those

3   two charges.

4       Later, I find more crack cocaine on the floor of the back

5   of my patrol vehicle.  No one else had been in the back seat

6   of that patrol vehicle since that time that Michael Walker

7   was there.  And the back seat was searched before Michael got

8   into the back seat, so there was no other conclusion that

9   that crack cocaine also came from Michael Walker.

10  Q.  So just -- just to be clear, so when you -- you take him

11  off the bike, you get the stuff off of him, right?

12  A.  Right.

13  Q.  When you place him into the back of your patrol vehicle,

14  is -- at that point, the back is empty?  There's nothing

15  there?

16  A.  Correct.

17  Q.  Okay.  So you place -- you put him in there, he's booked,

18  and you submit the marijuana and the initial amount of crack

19  cocaine that you -- that you found; is that what you're

20  saying?

21  A.  Correct.

22  Q.  When do you find the extra, the -- the -- the more, you

23  know, the additional crack cocaine?

24  A.  The next shift.

25  Q.  So when is that?

1    A.   That's the next day.

2    Q.   Okay.

3    A.   In my unit, there was only one shift working.  So no

4    other officer uses my vehicle after me.  And on the next day,

5    no other officer works earlier in the day.

6         That vehicle was in the police lot locked, so there was

7    no other person possible to have access to that vehicle.

8    Q.   That was going to be my next question.  Nobody did -- no

9    one else uses that car other than you on that -- that day, or

10   those two days?

11   A.   Correct.  For my days, four days of working, only myself

12   drives that vehicle.

13   Q.   And that next day, when do you actually find that

14   additional crack cocaine that you say you found?

15   A.   At the beginning of the shift.

16   Q.   First thing?

17   A.   Yes.

18   Q.   Okay.  And what happens with both the -- the -- the drugs

19   that you find on both of the -- what happens to all of those?

20   A.   All of it is submitted to the CPS lab.

21   Q.   Fair enough.

22        MR. TAYLOR:  And, Judge, I'll go ahead and if I may

23   read from Joint Exhibit 1, the stipulation.

24        It -- sorry, this is from the first -- this is the

25   first sentence or so of paragraph 2, which is that on May 14th

1    of 2013, Officer Jared Domeracki submitted cocaine base, which

2    is Government Exhibit 10 and 10.1, and marijuana which is

3    Government Exhibit 10.2, that was provided to him by Officer

4    Kelvin Sharpe to CPS in a sealed condition.

5           And I'll skip over the middle part to the final bit,

6    which is that Officer Domeracki did not tamper with any of

7    these exhibits.

8           BY MR. TAYLOR:

9    Q.  And with that, Officer, can I show you what I've just

10   previously mentioned as -- that has been previously marked as

11   10, 10.1, and 10.2?

12       Do you recognize what I put in front of you?

13   A.  Yes.

14   Q.  What is that?

15   A.  This is the marijuana and the initial crack cocaine taken

16   off his person, and then another -- the other crack cocaine

17   that was later submitted -- or, recovered from the rear of

18   the vehicle.

19   Q.  And you recognize it today as being the same as -- the

20   same condition largely as when you submitted it?

21   A.  Yes.

22          MR. TAYLOR:  And then, Your Honor, with the officer's

23   testimony, as well as the stipulation, at this point, the

24   government would offer Exhibit 10, 10.1, and 10.2 into

25   evidence.

1          MR. SPITLER:  No objection.

2          THE COURT:  Received without objection.

3          **The following were received in Evidence:**

4          **GOVERNMENT EXHIBIT 10**

5          **GOVERNMENT EXHIBIT 10.1**

6          **GOVERNMENT EXHIBIT 10.2**

7          MR. TAYLOR:  And then finally, I'll read from

8   paragraph 1 of Joint Exhibit 3, which states the Government

9   Exhibits 10, 10.1 and 10.2 were all examined by a duly

10  qualified forensic chemist, Kaitlin Drollette, regarding the

11  weight and identity of the evidence described in lab number

12  13-03271, and Buffalo Police Department CD number 13-1330572,

13  specifically Government Exhibit 10 was determined to contain

14  cocaine base, Government Exhibit 10.1 was determined to

15  contain cocaine base with a total weight of 2.84 grams, and

16  Government Exhibit 10.2 contained marijuana.

17          BY MR. TAYLOR:

18  Q.  And, Officer, I will take that back.

19          MR. TAYLOR:  If it's okay, Your Honor, I'll just put

20  that on the ELMO so the jury can take a look at what these --

21  what this looks like.

22          THE COURT:  Sure.

23          BY MR. TAYLOR:

24  Q.  So, Officer, I'll start with -- so I'll start with 10.2.

25  Do you see that in front of you?

1    A.   Yes.

2    Q.   So just explain to the jury what we're looking at.

3    A.   That one is the marijuana was recovered from his hoodie

4    pocket.

5    Q.   And Exhibit 10, what are we -- what's here?  Can you see

6    what that is?

7    A.   The wrapped-up piece of paper that contains crack

8    cocaine.

9    Q.   And then --

10   A.   The additional crack cocaine that was found in the back

11   seat.

12   Q.   It's kind of hard to see on that.  But what does this

13   crack cocaine -- can you just describe it for the jury, in

14   case they've never seen crack cocaine before?

15   A.   White rocky-like substance, that's a chunk.

16            MR. TAYLOR:  That's all I have, Your Honor.

17            MR. SPITLER:  No questions, Judge.

18            THE COURT:  Okay.  You can step down, sir.

19            THE WITNESS:  Thank you, sir.

20            THE COURT:  Thank you.

21            (Witness excused at 3:59 p.m.)

22            THE COURT:  Next witness.

23            MR. PARISI:  Your Honor, those are all the witnesses

24   the government had available for today.

25            THE COURT:  Okay.  So we will take our break for the

1    day.

2         Folks, please remember my instructions about not

3    discussing any aspect of the case with anyone.  Don't do any

4    research about the case, don't use any electronic tools or

5    tools of technology to communicate about the case or to

6    research the case in any way.

7         Don't read or listen to or observe any newspaper,

8    radio, internet, TV coverage, if there is any.  And please

9    remember not to make up your mind as to any fact or issue

10   until you start deliberating.

11        Be back here tomorrow at 9:00, and we will see you

12   then.  Be ready to work the whole day.  Thanks.

13        (Jury excused at 4:00 p.m.)

14        THE COURT:  Okay.  Anything we need to put on the

15   record before we break?

16        MR. SPITLER:  No, not from me, Judge.  Thank you.

17        MR. PARISI:  No, Your Honor.

18        THE COURT:  Okay.  We'll see you folks at 9:00

19   tomorrow.

20        MR. SPITLER:  See you tomorrow.

21        (Proceedings concluded at 4:01 p.m.)

22           *    *    *    *    *    *    *

23

24

25

1                        CERTIFICATION

2

3          I certify that the foregoing is a

4     correct transcription of the proceedings

5     recorded by me in this matter.

6

7

8

9                    s/ Ann M. Sawyer
                     Ann M. Sawyer, FCRR, RPR, CRR,
10                   NYRCR, NYACR, Notary Public
                     Official Reporter
11                   U.S.D.C., W.D.N.Y.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **TRIAL INDEX - VOLUME III**

2    **EXAMINATION**                                              **PAGE**

3

4    **J O N A T H A N   P I E T R Z A K**                          8

5         EXAMINATION BY MR. PARISI (CONT. DIRECT):         8

6         EXAMINATION BY MR. SPITLER (CROSS):              16

7         EXAMINATION BY MR. PARISI (REDIRECT):            33

8         EXAMINATION BY MR. SPITLER (RECROSS):            37

9    **T I M O T H Y   O ' N E I L L**                             39

10        EXAMINATION BY MR. MOLISANI (DIRECT):            40

11        EXAMINATION BY MR. SPITLER (CROSS):              60

12   **H A K E E M   H U M P H R E Y**                            76

13        EXAMINATION BY MR. PARISI (DIRECT):              78

14        EXAMINATION BY MR. SPITLER (CROSS):             190

15        EXAMINATION BY MR. PARISI (REDIRECT):           212

16        EXAMINATION BY MR. SPITLER (RECROSS):           214

17   **M I C H A E L   M A R I T A T O**                          220

18        EXAMINATION BY MR. TAYLOR (DIRECT):             220

19   **S T E P H E N   M I K A C**                               225

20        EXAMINATION BY MR. PARISI (DIRECT):             225

21   **S C O T T   C U L V E R**                                 231

22        EXAMINATION BY MR. TAYLOR (DIRECT):             231

23   **K E L V I N   S H A R P E   I I**                         239

24        EXAMINATION BY MR. TAYLOR (DIRECT):             240

25

**EXHIBITS**

**DESCRIPTION**                                                    **PAGE**

GOVERNMENT EXHIBIT 1.1                                               13

GOVERNMENT EXHIBIT 31.1                                              77

GOVERNMENT EXHIBIT 35.2                                              77

GOVERNMENT EXHIBITS 31.35 - 31.55                                   77

GOVERNMENT EXHIBIT 46.16                                            139

GOVERNMENT EXHIBIT 46.90                                            141

GOVERNMENT EXHIBIT 46.91                                            141

GOVERNMENT EXHIBIT 46.92                                            141

GOVERNMENT EXHIBIT 46.93                                            141

GOVERNMENT EXHIBITS 46.123 through 46.130                           141

GOVERNMENT EXHIBIT 64                                               173

GOVERNMENT EXHIBIT 64.23                                            182

GOVERNMENT EXHIBIT 64.24                                            183

GOVERNMENT EXHIBIT 15.1                                             239

GOVERNMENT EXHIBIT 10                                               246

GOVERNMENT EXHIBIT 10.1                                             246

GOVERNMENT EXHIBIT 10.2                                             246

**'** 

**'17** [2] - 197:20, 197:21
**'bout** [1] - 162:11
**'cuz** [9] - 83:2, 108:16, 167:8, 168:8, 169:18, 170:3, 170:13, 170:20, 170:22
**'em** [5] - 83:23, 89:2, 101:25, 222:24

## 1

**1** [12] - 14:23, 35:3, 66:2, 68:22, 71:6, 74:6, 76:7, 144:16, 238:15, 238:17, 244:23, 246:8
**1.1** [6] - 12:8, 12:11, 12:14, 12:23, 13:2, 251:3
**10** [15] - 10:3, 11:4, 29:20, 46:14, 154:12, 217:5, 217:11, 245:2, 245:11, 245:24, 246:4, 246:9, 246:13, 247:5, 251:17
**10.1** [7] - 245:2, 245:11, 245:24, 246:5, 246:9, 246:14, 251:18
**10.2** [8] - 245:3, 245:11, 245:24, 246:6, 246:9, 246:16, 246:24, 251:19
**100** [2] - 140:8, 241:5
**103.2** [1] - 99:14, 99:16
**103.3** [2] - 132:25, 133:2
**104** [2] - 242:4, 242:7
**106.3** [2] - 132:10, 132:13
**10:13** [1] - 39:17
**10:43** [1] - 61:3
**10:44** [1] - 61:10
**10:58** [1] - 71:19
**11** [3] - 61:8, 150:17, 172:21
**111** [7] - 14:24, 15:2, 15:24, 34:25, 36:1, 39:2, 39:3
**112.1** [2] - 36:5, 36:7
**112.10** [1] - 23:2
**112.11** [1] - 25:2

**112.4** [1] - 18:15
**112.5** [1] - 20:24
**11:00** [1] - 11:4
**11:07** [1] - 71:20
**11:12:35** [1] - 173:25
**11:16** [1] - 75:10
**11:17** [1] - 75:11
**11:18** [2] - 173:21, 174:23
**11:18:25** [1] - 175:5
**11:19:30** [1] - 175:9
**11:21:10** [1] - 180:2
**11:30** [1] - 150:17
**12** [4] - 38:25, 48:4, 192:5
**12-year-old** [1] - 4:21
**125** [1] - 205:25
**12:28** [1] - 142:1
**12:29** [1] - 142:9
**13** [5] - 192:5, 192:6, 192:7, 225:13, 251:3
**13-03271** [1] - 246:12
**13-1330572** [1] - 246:12
**1301** [1] - 1:17
**138** [1] - 1:14
**139** [1] - 251:7
**13th** [2] - 221:8, 241:4
**14** [3] - 78:20, 191:23, 210:6
**14-04458** [1] - 239:10
**14-1850367** [1] - 239:11
**141** [5] - 251:8, 251:9, 251:10, 251:11, 251:12
**14202** [3] - 1:15, 1:21, 2:4
**146.6** [1] - 137:24
**14th** [1] - 244:25
**15** [5] - 161:13, 209:12, 217:5, 217:11, 237:6
**15.1** [8] - 238:1, 238:19, 238:21, 238:25, 239:4, 239:8, 239:12, 251:16
**15th** [2] - 226:14, 227:10
**16** [2] - 48:4, 250:6
**17-cr-103** [4] - 3:7, 71:25, 142:15, 217:18
**173** [1] - 251:13
**181** [1] - 1:20
**182** [1] - 251:14
**183** [1] - 251:15
**19** [4] - 78:6, 142:21,

172:17, 173:13
**190** [1] - 250:14
**19th** [5] - 50:15, 51:3, 62:15, 69:25, 187:3
**1:17-cr-103** [1] - 1:3
**1:24** [1] - 142:10
**1:30** [2] - 141:25, 226:20
**1:34** [1] - 149:12
**1:35** [1] - 149:22
**1:39** [1] - 202:11
**1st** [5] - 12:19, 63:2, 140:24, 207:14

## 2

**2** [9] - 2:4, 71:6, 74:6, 183:7, 183:10, 183:12, 215:17, 239:7, 244:25
**2-4** [3] - 107:15, 107:19, 107:23
**2.84** [1] - 246:15
**20** [1] - 142:5
**2000** [2] - 78:8, 145:9
**20005** [1] - 1:18
**201** [1] - 182:18
**2010** [1] - 145:11
**2013** [6] - 32:3, 240:12, 240:21, 241:4, 242:15, 245:1
**2014** [13] - 32:3, 78:22, 78:23, 80:22, 84:7, 190:10, 190:13, 197:15, 197:18, 232:7, 232:20, 236:19, 238:20
**2015** [28] - 10:19, 10:21, 10:25, 12:19, 14:15, 14:17, 32:3, 46:16, 50:15, 51:3, 52:9, 76:24, 76:25, 80:22, 109:22, 109:24, 109:25, 110:1, 111:13, 113:11, 119:1, 122:23, 128:21, 187:25, 193:3, 198:25, 211:7
**2016** [18] - 19:3, 19:17, 21:2, 23:9, 32:3, 54:16, 54:22, 130:19, 131:1, 131:2, 131:18, 138:24, 140:24, 150:13, 211:7, 225:19, 226:14, 227:10
**2017** [22] - 12:19, 32:3, 63:2, 84:5, 84:8,

131:19, 138:24, 140:24, 150:13, 168:9, 169:16, 170:8, 172:16, 173:13, 184:15, 184:21, 207:15, 208:22, 214:20, 221:6, 221:9, 223:8
**2018** [6] - 4:25, 32:3, 32:5, 146:17, 197:18, 215:12
**2019** [9] - 4:23, 62:15, 65:8, 69:25, 142:22, 172:17, 182:18, 185:21, 187:3
**2020** [1] - 1:5
**21** [1] - 1:5
**212** [1] - 250:15
**214** [1] - 250:16
**21st** [1] - 76:23
**22** [15] - 115:19, 131:19, 140:22, 150:13, 150:23, 151:14, 153:17, 153:18, 164:13, 166:16, 227:15, 227:16, 228:9, 228:13, 228:18
**220** [2] - 250:17, 250:18
**225** [2] - 250:19, 250:20
**23** [2] - 10:3, 29:20
**231** [2] - 250:21, 250:22
**239** [2] - 250:23, 251:16
**23rd** [1] - 23:8
**24** [1] - 182:18
**240** [1] - 250:24
**246** [3] - 251:17, 251:18, 251:19
**25** [1] - 40:10
**25th** [2] - 54:16, 54:22
**26** [4] - 54:24, 55:1, 55:5, 56:4
**27** [2] - 40:22, 211:21
**27th** [3] - 19:17, 21:1, 168:9
**29.1** [2] - 15:8, 15:11
**29th** [4] - 19:3, 52:9, 223:7, 224:11
**2nd** [1] - 145:9

## 3

**3** [5] - 10:3, 74:6, 76:18, 239:7, 246:8
**3/8/14** [2] - 39:5, 39:7
**30-year** [1] - 43:3

**300** [1] - 1:21
**30th** [7] - 10:19, 10:21, 10:25, 12:19, 14:15, 14:17
**31** [3] - 91:15, 91:23
**31.1** [7] - 76:23, 77:5, 77:8, 77:14, 119:17, 119:25, 251:4
**31.35** [4] - 77:4, 77:8, 77:16, 251:6
**31.55** [4] - 77:4, 77:8, 77:16, 251:6
**31/BFL** [2] - 91:12, 91:13
**311** [1] - 233:4
**31st** [5] - 140:24, 170:7, 171:12, 208:22, 214:20
**33** [1] - 250:7
**35.2** [4] - 77:1, 77:8, 77:15, 251:5
**3566.05** [1] - 215:4
**3591.07** [1] - 230:9
**3604.02** [1] - 11:16
**37** [1] - 250:8
**39** [1] - 250:9
**3:04** [1] - 216:25
**3:05** [2] - 217:6, 217:13
**3:19** [1] - 217:14
**3:24** [1] - 219:18
**3:30** [1] - 226:20
**3:31** [1] - 224:24
**3:38** [1] - 231:11
**3:50** [1] - 239:19
**3:59** [1] - 247:21

## 4

**4** [4] - 155:9, 183:18, 232:20, 238:20
**4/21/96** [1] - 51:13
**40** [1] - 250:10
**401** [7] - 52:19, 52:21, 53:3, 53:14, 53:20, 59:11, 59:19
**404(b** [1] - 69:19
**46.110** [1] - 56:18
**46.110A** [5] - 56:20, 58:5, 58:14, 81:13, 81:18
**46.11A** [1] - 59:15
**46.123** [3] - 140:17, 141:10, 251:12
**46.124** [1] - 140:18
**46.125** [3] - 140:18, 157:17, 157:20
**46.126** [2] - 140:18, 211:21
**46.127** [6] - 140:18,

158:16, 160:22,
205:25, 207:1,
211:24
**46.128** [1] - 140:18
**46.129** [2] - 140:18,
164:25
**46.130** [4] - 140:18,
141:10, 165:11,
251:12
**46.16** [5] - 137:20,
139:11, 139:17,
202:1, 251:7
**46.39** [1] - 132:9
**46.70** [1] - 157:6
**46.90** [3] - 140:17,
141:6, 251:8
**46.91** [3] - 140:17,
141:7, 251:9
**46.92** [4] - 140:17,
141:8, 156:9, 251:10
**46.93** [5] - 140:17,
141:9, 153:10,
204:13, 251:11
**49** [2] - 242:4, 242:7
**4:00** [1] - 248:13
**4:01** [1] - 248:21
**4th** [1] - 185:21

---

# 5

**5** [4] - 61:8, 76:25,
155:9, 168:10
**5-0** [1] - 44:1
**515** [4] - 221:19,
221:22, 223:9,
223:13
**5:46** [1] - 21:2
**5th** [1] - 198:24

---

# 6

**6** [2] - 221:10, 238:17
**6/5** [3] - 185:14,
185:15, 186:20
**60** [1] - 250:11
**64** [10] - 173:6, 173:7,
173:16, 173:20,
175:1, 175:21,
176:9, 176:20,
180:3, 251:13
**64.23** [5] - 181:11,
181:12, 182:21,
182:25, 251:14
**64.24** [6] - 181:11,
182:4, 182:21,
183:1, 183:14,
251:15
**695** [1] - 220:17

---

# 7

**7** [5] - 78:8, 137:21,
137:24, 139:11,
202:1
**7/11/16** [1] - 19:14
**7/11/2016** [1] - 19:11
**76** [1] - 250:12
**77** [3] - 251:4, 251:5,
251:6
**78** [1] - 250:13
**7th** [1] - 215:12

---

# 8

**8** [5] - 5:22, 6:2,
221:10, 250:4, 250:5
**801(d)(2)(E** [2] - 63:6,
67:15

---

# 9

**9** [8] - 115:21, 115:24,
115:25, 125:12,
125:14, 125:16,
125:18, 155:1
**9/2/16** [1] - 19:19
**90** [12] - 98:3, 98:5,
98:12, 98:18, 98:22,
99:6, 99:9, 104:25,
129:3, 129:4,
130:12, 196:18
**90's** [1] - 98:5
**911** [3] - 41:16, 42:16,
227:3
**94.1** [1] - 32:13
**94.1A** [2] - 87:1, 87:4
**94.1B** [1] - 89:3
**94.1E** [1] - 236:11
**94.1F** [1] - 89:23
**94.1I** [1] - 90:9
**94.3B** [1] - 90:25
**9:00** [2] - 248:11,
248:18
**9:15** [1] - 3:1
**9:21** [1] - 7:20
**9:23** [1] - 7:21
**9:27** [2] - 11:24, 14:9
**9:49** [1] - 18:23
**9th** [1] - 65:8

---

# A

**a.m** [13] - 3:1, 7:20,
7:21, 39:17, 61:3,
61:10, 71:19, 71:20,
75:10, 75:11,
172:21, 221:10,
226:20
**a/k/a** [2] - 1:6

**A_KAM_VISUALS** [2]
- 29:25, 32:25
**AB** [2] - 24:18, 25:14
**abandon** [1] - 58:4
**ability** [2] - 137:5,
137:7
**able** [15] - 13:20,
49:17, 62:10, 63:8,
68:6, 69:7, 73:6,
153:1, 154:13,
163:18, 163:21,
163:23, 164:1,
223:25, 228:15
**absolutely** [7] - 5:17,
45:11, 148:18,
202:9, 205:18,
205:19, 211:14
**academy** [2] - 240:9,
240:10
**accept** [1] - 77:22
**access** [5] - 9:5, 9:10,
10:13, 228:15, 244:7
**accessibility** [1] -
56:25
**accomplish** [1] -
48:22
**account** [6] - 134:5,
138:7, 138:11,
138:14, 138:23,
139:2
**accounts** [2] - 134:1,
138:21
**accurate** [3] - 20:20,
77:2, 173:12
**accurately** [3] - 12:18,
74:25, 140:22
**accused** [4] - 63:7,
70:22, 143:6, 143:7
**accuses** [1] - 70:10
**act** [2] - 69:20, 70:24
**action** [1] - 147:17
**actively** [1] - 14:11
**activity** [16] - 20:22,
24:13, 24:14, 34:24,
37:10, 38:22, 48:20,
49:8, 56:15, 135:2,
147:17, 197:2,
197:3, 229:12,
232:12
**acts** [3] - 3:23, 71:1,
147:21
**actual** [4] - 28:6,
147:21, 161:8,
230:10
**add** [1] - 146:25
**addition** [3] - 48:5,
59:8, 93:5
**additional** [9] - 47:14,
48:2, 50:4, 56:11,
56:14, 166:19,

243:23, 244:14,
247:10
**address** [4] - 49:16,
60:13, 60:17, 218:9
**admissibility** [1] -
76:16
**admissible** [1] -
143:22
**admits** [1] - 199:11
**admitted** [6] - 63:7,
77:23, 209:6, 209:8,
236:9, 236:23
**adversely** [1] - 6:19
**advised** [1] - 51:24
**affect** [3] - 6:19,
137:5, 137:7
**affiliated** [2] - 110:8,
114:25
**affiliation** [2] - 55:16,
63:16
**afraid** [1] - 171:9
**afternoon** [7] - 217:1,
220:6, 225:7, 225:8,
226:18, 231:20,
240:2
**age** [6] - 79:14, 79:19,
80:6, 80:8, 92:16,
92:18
**Agent** [2] - 1:23, 3:14
**ages** [2] - 83:4, 83:7
**ago** [4] - 10:16, 29:20,
139:8
**agree** [5] - 31:6,
72:16, 148:5,
187:12, 207:3
**agreed** [7] - 77:19,
77:22, 188:18,
188:21, 189:13,
189:21, 189:23
**agreement** [12] -
146:9, 188:15,
189:1, 189:2, 189:4,
189:19, 191:15,
195:4, 195:5, 195:7,
214:21, 214:22
**ahead** [8] - 76:6,
121:21, 128:10,
178:23, 211:20,
214:17, 238:4,
244:22
**aided** [1] - 11:19
**ain't** [1] - 169:18
**alarmed** [4] - 31:11,
31:12, 31:13, 31:15
**alcohol** [2] - 136:10,
136:12
**alerts** [1] - 44:2
**alive** [1] - 154:22
**ALL** [1] - 3:18
**allegations** [3] - 4:24,

144:9, 147:9
**alleged** [1] - 70:24
**alley** [1] - 45:25
**alleyway** [2] - 46:10,
234:6
**ALLISON** [1] - 1:25
**allow** [2] - 31:8, 47:14
**allowed** [2] - 46:3,
190:20
**allows** [1] - 72:13
**ally** [2] - 91:23, 92:2
**almost** [7] - 44:19,
82:25, 84:2, 137:4,
163:12, 168:25,
234:3
**alone** [2] - 42:14,
228:1
**alongside** [2] - 59:19,
235:3
**Alvin** [6] - 63:1, 70:11,
143:6, 144:10,
144:11, 144:16
**AMERICA** [1] - 1:3
**America** [5] - 3:7,
71:25, 76:10,
142:15, 217:19
**Amherst** [1] - 187:14
**amount** [2] - 99:5,
99:7, 243:18
**Amya** [1] - 136:9
**ANN** [1] - 2:2
**Ann** [2] - 249:9, 249:9
Ann_Sawyer@nywd.
uscourts.gov [1] -
2:5
**announce** [1] - 43:20
**answer** [3] - 91:13,
126:21, 205:22
**anyways** [2] - 54:12,
112:15
**apart** [1] - 227:5
**apartment** [16] -
28:10, 41:23, 42:8,
46:5, 57:2, 104:12,
124:8, 151:2,
154:11, 154:14,
154:17, 154:20,
160:8, 160:10,
164:4, 209:23
**apartments** [17] -
28:22, 42:11, 42:17,
44:20, 45:13, 48:9,
52:22, 56:24, 58:10,
94:12, 94:13, 94:17,
95:22, 104:14,
104:18, 124:9,
125:22
**app** [1] - 9:9
**appear** [9] - 15:14,
23:11, 28:2, 30:11,

35:6, 36:24, 58:2, 60:21, 176:12
**appearance** [2] - 111:3, 111:6
**APPEARANCES** [1] - 1:11
**appeared** [6] - 4:18, 5:13, 24:24, 25:14, 27:20, 28:10
**appearing** [3] - 3:11, 3:12, 151:10
**application** [3] - 8:23, 8:24, 9:13
**approached** [6] - 44:8, 55:20, 143:3, 143:4, 205:7
**approaching** [2] - 223:24, 234:25
**approval** [1] - 18:8
**April** [4] - 4:23, 19:3, 169:14, 172:16
**AR** [2] - 24:18, 25:14
**AR-AB** [2] - 24:18, 25:14
**area** [46] - 10:24, 11:25, 13:6, 13:7, 13:13, 13:18, 13:21, 14:1, 14:10, 35:13, 41:8, 41:23, 46:7, 46:19, 48:6, 52:18, 55:17, 62:2, 62:3, 62:14, 78:15, 78:25, 81:8, 81:10, 81:25, 84:15, 84:25, 91:18, 93:3, 103:1, 108:2, 121:2, 159:17, 165:20, 166:16, 211:24, 212:4, 222:2, 222:14, 223:11, 226:1, 226:7, 227:21, 232:21, 233:12, 233:24
**areas** [10] - 40:20, 43:7, 47:1, 61:24, 68:23, 232:11, 232:15, 232:16, 233:2, 233:24
**arena** [1] - 41:11
**argue** [2] - 167:10, 167:12
**arguing** [4] - 137:15, 137:16, 137:18, 167:20
**argument** [8] - 33:20, 67:13, 70:14, 73:12, 73:13, 139:7, 139:23, 143:16
**armed** [2] - 66:9, 193:16

**arrangements** [1] - 170:4
**array** [4] - 182:1, 182:7, 182:16, 183:15
**arrest** [2] - 237:9, 242:25
**arrested** [4] - 101:20, 146:17, 186:13, 187:14
**arrests** [5] - 223:5, 223:6, 224:18, 224:19, 231:1
**arrival** [1] - 190:12
**arrived** [4] - 14:10, 190:9, 190:13, 197:15
**arriving** [1] - 14:9
**article** [6] - 4:15, 4:17, 5:13, 7:2, 8:5, 97:13
**articulate** [1] - 237:15
**artist** [1] - 24:18
**aside** [4] - 48:1, 162:11
**aspect** [2] - 141:16, 248:3
**aspiring** [1] - 37:9
**ass** [4] - 21:17, 22:3, 127:8, 203:2
**assault** [8] - 65:9, 70:2, 70:5, 143:11, 143:16, 143:23, 173:12, 180:18
**assaulted** [4] - 62:15, 62:18, 70:21, 71:10
**assaulting** [2] - 70:3, 71:5
**assaults** [1] - 43:5
**assigned** [11] - 40:20, 41:1, 41:3, 41:12, 41:22, 220:25, 221:15, 225:18, 240:9, 240:12, 240:17
**assignment** [1] - 41:4
**assist** [2] - 24:6, 230:5
**Assistant** [2] - 3:9, 76:13
**assistant** [1] - 1:13
**assisted** [1] - 221:20
**associate** [2] - 62:1, 64:5
**associated** [5] - 38:3, 65:7, 171:8, 210:24
**assume** [2] - 26:12, 218:2
**assuming** [1] - 237:21
**assumption** [1] - 24:16
**athletic** [1] - 22:16

**ATL** [1] - 19:13
**ATLedition** [2] - 19:10, 19:13
**attempt** [2] - 31:17, 34:11
**attempted** [2] - 194:9, 194:14
**attempting** [2] - 44:24, 48:18
**attempts** [1] - 31:19
**attention** [12] - 5:7, 6:7, 6:11, 50:15, 52:8, 54:15, 176:3, 218:9, 221:8, 221:18, 232:19, 233:1
**ATTORNEY** [1] - 1:12
**attorney** [6] - 3:12, 76:15, 189:16, 189:18, 195:7, 195:9
**Attorney** [2] - 1:17, 76:11
**attorneys** [1] - 76:11
**Attorneys** [3] - 1:13, 3:9, 76:14
**attract** [1] - 5:7
**attuned** [1] - 218:23
**audio** [1] - 15:8
**August** [10] - 4:25, 10:19, 10:21, 10:25, 12:19, 14:15, 14:17, 131:2, 146:17
**available** [3] - 68:15, 68:16, 247:24
**Avenue** [6] - 1:14, 1:17, 41:11, 42:2, 57:23, 233:23
**avoid** [1] - 68:23
**aware** [13] - 9:1, 15:17, 25:13, 31:2, 31:4, 38:10, 46:17, 55:16, 133:24, 134:1, 210:3, 210:16, 219:6
**awning** [1] - 165:7

## B

**B&G** [1] - 76:22
**B's** [1] - 87:8
**bad** [1] - 137:10
**bags** [3] - 237:1, 237:5, 237:7
**Bailey** [4] - 107:15, 107:21, 107:23, 109:3
**baked** [6] - 149:14, 149:15, 149:18, 149:19, 150:1, 150:3
**balance** [1] - 148:10

**bandage** [1] - 155:25
**bank** [3] - 80:2, 80:3, 80:4
**base** [3] - 245:1, 246:14, 246:15
**based** [17] - 9:25, 22:21, 24:5, 24:16, 29:19, 32:8, 34:20, 41:21, 43:10, 51:14, 52:5, 72:20, 111:6, 189:11, 234:16, 238:23, 241:17
**basement** [1] - 153:19
**basis** [4] - 49:1, 73:7, 196:4, 210:24
**basketball** [4] - 109:8, 109:13, 120:22, 236:17
**Baynes** [1] - 36:23
**bears** [1] - 6:4
**beat** [3] - 82:7, 145:19, 145:22
**beater** [1] - 174:4
**become** [4] - 18:13, 80:14, 190:17, 197:9
**beef** [8] - 25:5, 25:7, 33:19, 34:13, 69:6, 86:5, 108:19, 185:4
**beefs** [3] - 91:21, 108:23, 108:25
**Beegs** [1] - 25:6
**BEFORE** [1] - 1:9
**begin** [2] - 5:9, 50:14
**beginning** [4] - 76:3, 77:17, 118:25, 244:15
**begins** [1] - 23:16
**behalf** [3] - 3:11, 64:24, 113:1
**behind** [3] - 162:11, 212:5, 234:3
**belief** [1] - 144:15
**belive** [1] - 148:25
**belong** [1] - 48:13
**belonged** [1] - 143:1
**below** [3] - 19:2, 19:16, 59:3
**belt** [1] - 149:1
**bench** [1] - 148:13
**bend** [1] - 234:2
**beneficial** [1] - 214:5
**benefit** [2] - 216:2, 217:24
**benefits** [2] - 218:3, 219:5
**bent** [1] - 110:14
**beside** [2] - 52:25, 104:24
**best** [3] - 209:12, 209:14, 211:12

**between** [7] - 34:13, 36:22, 78:14, 135:11, 137:10, 222:25, 233:11
**BFL** [94] - 30:23, 55:18, 63:16, 63:17, 63:20, 63:21, 63:23, 64:1, 64:16, 64:23, 68:3, 79:1, 79:6, 79:8, 79:10, 80:9, 82:23, 83:5, 83:25, 84:9, 84:11, 84:15, 85:3, 85:6, 85:8, 85:13, 85:20, 85:21, 85:24, 86:10, 86:22, 86:25, 88:25, 89:22, 90:8, 90:24, 91:20, 91:23, 92:3, 92:8, 92:13, 92:17, 92:24, 93:8, 95:8, 96:6, 96:7, 98:19, 100:16, 102:10, 102:19, 102:22, 102:24, 103:2, 103:5, 103:8, 103:11, 104:22, 106:10, 108:10, 108:14, 108:19, 108:22, 110:5, 110:8, 110:10, 115:1, 115:4, 118:10, 118:13, 118:18, 126:16, 128:22, 135:16, 135:20, 144:18, 167:4, 167:13, 179:15, 192:8, 192:9, 192:10, 192:14, 196:7, 196:13, 197:7, 197:9, 197:11, 197:13, 197:15, 197:16, 197:19, 197:21, 210:17
**BFL/CBL** [2] - 82:9, 144:9
**bicycle** [1] - 241:13
**bicyclist** [1] - 241:15
**bike** [1] - 243:11
**birth** [3] - 51:10, 53:7, 78:7
**bit** [15] - 13:15, 13:22, 29:17, 32:15, 63:22, 65:14, 107:9, 136:25, 142:6, 145:20, 155:18, 173:22, 177:9, 196:15, 245:5
**bitches** [1] - 36:21
**black** [3] - 125:17, 150:2, 223:10

**blame** [2] - 144:17, 144:19
**bleeding** [1] - 155:16
**block** [3] - 241:5, 241:9, 241:10
**blocking** [1] - 237:11
**blood** [7] - 134:13, 137:10, 144:20, 155:17, 155:18, 155:19, 203:6
**blow** [1] - 203:1
**BLOW3** [2] - 24:20, 25:14
**blue** [1] - 120:11
**blunt** [1] - 146:21
**blurry** [1] - 13:18
**board** [1] - 55:18
**body** [3] - 66:16, 160:24, 160:25
**book** [1] - 243:2
**booked** [1] - 243:17
**booking** [2] - 232:4, 243:2
**Boonie** [2] - 116:23, 116:24
**border** [1] - 172:18
**bordered** [1] - 43:14
**borders** [1] - 41:10
**boss** [4] - 190:24, 190:25, 191:1
**Boston** [2] - 231:22, 231:23
**bottle** [4] - 151:19, 152:7, 161:12, 205:4
**bottom** [4] - 23:15, 36:10, 36:13, 58:1
**bounded** [1] - 42:5
**Bourjaily** [2] - 72:11, 72:13
**boy** [3] - 4:21, 140:5, 204:8
**BPD** [1] - 40:9
**Braswell** [3] - 87:11, 96:15, 96:16
**Bravo** [10] - 41:5, 41:6, 41:9, 41:12, 41:21, 225:17, 225:20, 225:21, 226:1, 226:8
**break** [15] - 4:7, 61:5, 65:13, 73:19, 73:22, 75:14, 141:12, 141:14, 153:14, 177:9, 211:18, 217:2, 217:8, 247:25, 248:15
**breakfast** [1] - 6:14
**breaking** [1] - 186:13
**breezeway** [7] - 45:21, 46:9, 58:17, 59:8,

234:6, 235:5, 235:12
**brief** [1] - 162:3
**briefly** [4] - 8:21, 95:2, 95:3, 220:16
**bring** [19] - 3:20, 7:13, 7:16, 13:15, 18:15, 23:2, 32:13, 38:25, 75:3, 75:6, 75:9, 149:5, 149:21, 201:25, 202:1, 215:3, 218:8, 219:9, 219:17
**bringing** [2] - 146:11, 146:12
**broadcast** [1] - 8:24, 9:12, 9:20
**broken** [3] - 181:7, 228:14, 228:15
**brother** [2] - 98:11, 154:21
**brothers** [1] - 203:7
**brought** [6] - 40:23, 149:14, 149:25, 219:2, 221:17, 232:23
**brown** [1] - 159:20
**Bryan** [3] - 87:9, 96:15, 96:16
**Bubba** [2] - 87:21, 87:22
**Buffalo** [44] - 1:15, 1:21, 2:4, 5:14, 12:16, 12:17, 12:18, 18:9, 18:12, 35:12, 37:4, 39:20, 40:5, 40:6, 40:11, 40:17, 40:23, 50:16, 52:10, 76:20, 76:25, 78:10, 107:11, 119:1, 172:19, 179:20, 184:16, 211:11, 213:19, 214:1, 214:2, 219:23, 220:9, 225:10, 225:11, 227:22, 231:23, 231:24, 232:2, 232:6, 239:10, 240:16, 241:6, 246:12
**building** [39] - 29:1, 42:14, 44:8, 44:9, 45:5, 45:11, 45:20, 55:24, 55:25, 104:12, 113:23, 123:10, 123:24, 124:1, 124:2, 127:24, 127:25, 128:1, 128:2, 140:23, 150:23, 154:22, 156:6,

156:7, 156:18, 164:4, 199:10, 204:17, 204:24, 206:22, 208:13, 208:14, 227:14, 227:17, 229:11, 231:5, 237:22
**buildings** [15] - 44:3, 44:4, 44:5, 44:12, 44:18, 45:10, 57:15, 58:6, 58:10, 58:11, 104:11, 125:20, 199:5, 227:12, 228:24
**built** [1] - 235:12
**bullet** [1] - 4:22
**bunch** [1] - 201:17
**burgundy** [4] - 157:12, 157:13, 207:9, 208:8
**burgundy-colored** [1] - 207:9
**buried** [7] - 62:10, 65:16, 65:22, 128:11, 128:13, 128:15, 128:18
**bus** [4] - 142:25, 172:22, 172:24, 174:10
**business** [1] - 14:20
**businesses** [2] - 42:7, 42:14
**buts** [1] - 12:4
**buy** [4] - 191:5, 191:9, 235:19, 235:21
**buyers** [1] - 81:8
**BY** [122] - 1:12, 1:16, 1:20, 8:18, 11:14, 12:10, 13:5, 14:25, 15:10, 16:5, 17:6, 18:18, 20:25, 23:4, 25:3, 32:1, 32:17, 32:24, 33:10, 35:4, 35:24, 36:6, 36:11, 37:2, 37:16, 39:4, 40:1, 56:22, 57:21, 59:2, 60:4, 78:1, 81:16, 86:18, 87:2, 89:4, 89:24, 90:10, 91:1, 97:20, 99:18, 119:19, 120:1, 120:10, 121:22, 126:23, 128:9, 132:14, 133:3, 133:10, 133:22, 137:22, 139:6, 139:18, 140:15, 150:11, 153:13, 156:11, 157:8, 157:19, 158:17,

159:19, 160:14, 160:23, 165:1, 165:13, 173:24, 175:2, 175:10, 175:13, 175:23, 176:10, 176:21, 177:2, 177:24, 178:14, 178:22, 179:12, 180:4, 183:2, 190:8, 194:22, 200:7, 202:2, 202:22, 203:22, 204:14, 206:2, 207:2, 207:6, 211:23, 212:21, 214:18, 215:5, 215:16, 216:8, 220:5, 225:6, 231:19, 233:20, 236:13, 236:22, 240:1, 242:6, 242:18, 245:8, 246:17, 246:23, 250:5, 250:6, 250:7, 250:8, 250:10, 250:11, 250:13, 250:14, 250:15, 250:16, 250:18, 250:20, 250:22, 250:24
**Byrd** [4] - 55:3, 57:10, 57:23, 59:23

**C**

**camera** [7] - 9:10, 9:12, 9:17, 9:18, 9:21, 99:19, 99:23
**cannot** [3] - 43:14, 188:22, 189:5
**capacity** [2] - 50:16, 52:9
**captured** [3] - 9:21, 143:11, 173:3
**car** [45] - 43:25, 44:16, 50:12, 50:13, 56:9, 57:18, 66:4, 114:8, 114:14, 114:16, 115:3, 115:6, 115:8, 117:1, 117:18, 120:3, 129:22, 129:24, 130:5, 157:14, 157:15, 158:12, 165:20, 174:15, 198:21, 201:22, 207:14, 207:20, 207:25, 211:25, 220:23, 220:25, 221:1, 221:15, 222:2, 222:9, 222:13,

222:16, 223:24, 226:22, 227:8, 230:3, 230:10, 234:19, 244:9
**Carboni** [1] - 145:8
**care** [2] - 20:15, 20:16, 193:25
**cared** [1] - 20:21
**career** [6] - 42:22, 43:4, 225:22, 225:24, 226:11, 232:1
**careful** [2] - 66:6, 68:24
**cargo** [1] - 237:7
**carries** [2] - 143:12, 143:14
**cars** [2] - 158:19, 174:13
**case** [34] - 5:10, 7:1, 8:1, 10:11, 16:8, 61:6, 63:11, 64:14, 66:9, 69:7, 70:6, 76:17, 141:16, 141:19, 141:21, 144:9, 146:25, 147:5, 186:21, 187:19, 187:20, 189:16, 210:4, 210:10, 210:15, 210:17, 217:3, 222:20, 237:19, 247:14, 248:3, 248:4, 248:5, 248:6
**Case** [1] - 1:3
**caselaw** [2] - 73:18, 145:3
**cases** [3] - 51:24, 145:6, 218:16
**casings** [2] - 222:1, 222:21
**catch** [2] - 49:2, 224:1
**caught** [4] - 54:11, 184:15, 224:2, 234:11
**causeway** [1] - 45:21
**causing** [1] - 70:22
**cautionary** [1] - 218:12
**CBL** [61] - 63:20, 63:21, 63:22, 64:1, 64:22, 69:23, 80:17, 80:20, 83:17, 83:20, 83:22, 84:9, 84:13, 84:15, 85:4, 85:8, 85:16, 85:21, 85:25, 86:10, 86:22, 91:20, 91:23, 92:3, 92:11, 93:8, 96:24, 97:25, 98:1, 98:2, 102:10,

102:20, 102:22, 102:25, 103:3, 103:5, 103:8, 103:11, 104:21, 104:22, 105:9, 106:10, 106:11, 108:14, 108:19, 108:22, 110:5, 110:8, 118:10, 118:13, 118:18, 126:16, 128:21, 134:21, 135:18, 135:21, 144:13, 144:18, 167:4, 196:14, 196:15

**CBL/31** [1] - 178:1

**CD** [3] - 238:9, 239:11, 246:12

**cellular** [2] - 9:2, 9:3

**Center** [1] - 184:4

**center** [1] - 46:11

**central** [2] - 232:4, 243:2

**Central** [1] - 237:12

**Centre** [1] - 1:14

**certain** [8] - 13:7, 20:4, 78:11, 112:24, 210:16, 226:10, 232:11, 232:17

**certainly** [1] - 68:6

**CERTIFICATION** [1] - 249:1

**certify** [1] - 249:3

**Chad** [1] - 228:12

**chair** [2] - 73:25, 75:16

**challenges** [1] - 43:11

**chambers** [2] - 149:15, 150:1

**change** [1] - 167:4

**charge** [6] - 104:19, 145:13, 145:14, 147:16, 191:16, 237:10

**charged** [6] - 184:5, 210:4, 210:8, 210:14, 210:17, 237:9

**charges** [3] - 186:13, 186:17, 243:3

**Charlie** [1] - 232:3

**chase** [1] - 45:2

**check** [5] - 19:21, 44:9, 161:22, 222:2, 241:18

**checked** [3] - 51:24, 54:5, 222:23

**Cheektowaga** [4] - 12:4, 70:4, 172:18, 183:3

**chemist** [2] - 239:9, 246:10

**chest** [5] - 125:2, 199:22, 200:2, 206:16, 206:17

**chief** [2] - 48:11, 221:1

**Chief** [2] - 21:21, 22:21

**chief's** [4] - 220:24, 220:25, 221:15, 221:17

**Chojnacki** [3] - 233:17, 238:18, 238:22

**choose** [1] - 9:9

**Chris** [6] - 96:21, 96:23, 96:25, 97:4, 196:12, 196:13

**CHRISTOPHER** [1] - 1:16

**Christopher** [2] - 3:10, 76:13

**chunk** [2] - 12:15, 247:15

**cigarettes** [2] - 233:6, 233:25

**cinderblock** [1] - 46:13

**circle** [7] - 14:2, 81:25, 165:4, 181:22, 182:12, 183:8

**circled** [3] - 165:6, 165:9, 182:17

**circling** [3] - 13:13, 90:12, 91:3

**Circuit** [1] - 145:9

**circumstances** [4] - 20:14, 24:5, 26:19, 126:24

**City** [9] - 12:16, 12:17, 12:18, 35:12, 37:4, 40:17, 41:8, 107:10, 225:10

**city** [17] - 11:25, 12:3, 12:4, 13:23, 35:21, 40:20, 40:21, 68:23, 78:9, 78:11, 78:15, 84:15, 84:20, 108:2, 116:7, 121:2, 232:11

**claim** [2] - 68:1, 209:6

**claims** [2] - 35:12, 63:16

**clarify** [2] - 32:2, 213:7

**clarity** [1] - 56:20

**clear** [9] - 57:22, 58:23, 59:20, 107:17, 187:24, 206:4, 207:4, 212:22, 243:10

**clearly** [2] - 18:5,

146:15

**CLERK** [16] - 1:25, 2:1, 3:3, 3:7, 18:17, 71:18, 71:22, 71:24, 119:23, 128:8, 132:11, 142:12, 142:14, 202:21, 217:1, 217:17

**client** [39] - 5:3, 6:19, 18:21, 19:10, 19:23, 21:9, 21:12, 23:5, 25:20, 25:23, 26:7, 26:23, 27:6, 27:13, 28:25, 37:24, 60:8, 146:15, 192:12, 192:21, 192:23, 199:11, 199:21, 200:18, 201:8, 202:11, 202:14, 203:5, 205:8, 208:7, 209:2, 209:6, 209:12, 211:2, 212:1, 212:10

**client's** [2] - 146:15, 203:2

**Clinton** [9] - 42:4, 57:16, 58:2, 84:24, 221:19, 221:22, 223:9, 223:13, 226:5

**close** [5] - 56:3, 154:6, 222:3, 222:9, 223:11

**closely** [1] - 58:5

**closer** [5] - 78:4, 92:18, 148:4, 148:13, 162:17

**closest** [1] - 174:7

**clothes** [3] - 163:22, 164:2, 228:4

**clothing** [2] - 97:13, 132:23

**coach** [1] - 166:11

**cocaine** [16] - 97:4, 242:22, 243:4, 243:9, 243:19, 243:23, 244:14, 245:1, 245:15, 245:16, 246:14, 246:15, 247:8, 247:10, 247:13, 247:14

**coconspirator** [5] - 3:23, 63:4, 65:17, 68:5, 68:13

**coconspirators** [1] - 67:16

**coin** [2] - 242:22, 242:24

**coke** [1] - 186:2

**colder** [1] - 124:5

**COLLEEN** [1] - 2:1

**colored** [1] - 207:9

**combat** [1] - 46:18

**comfortable** [1] - 169:18

**coming** [14] - 25:19, 44:10, 47:2, 49:3, 55:23, 61:18, 66:22, 101:17, 103:17, 161:23, 198:4, 205:13, 234:12, 234:13

**command** [1] - 191:2

**commenced** [1] - 3:1

**comments** [2] - 199:15, 201:4

**commit** [4] - 69:9, 101:5, 147:22, 147:23

**committed** [1] - 64:24

**common** [2] - 126:16, 227:21

**commonly** [1] - 205:12

**communicate** [3] - 34:11, 141:18, 248:5

**communicated** [2] - 138:11, 138:23

**communicating** [1] - 217:3

**communication** [2] - 17:17, 17:19

**community** [3] - 47:7, 66:6, 66:13

**compare** [4] - 49:17, 49:25, 50:1, 51:18

**compared** [1] - 83:8

**complainants** [1] - 14:13

**complaint** [3] - 31:2, 31:10, 34:15

**complaints** [5] - 31:4, 31:14, 48:11, 53:16, 233:4

**completed** [2] - 56:9, 220:12

**complex** [9] - 41:24, 42:5, 42:8, 46:5, 47:11, 48:13, 49:3, 57:2, 84:18

**computer** [1] - 11:19

**computer-aided** [1] - 11:19

**concept** [2] - 67:14, 68:5

**conceptually** [2] - 67:8, 73:14

**concern** [2] - 4:18, 221:2

**concerned** [2] - 5:1, 6:12

**concerning** [4] - 4:17, 16:8, 19:2, 65:7

**concluded** [1] - 248:21

**conclusion** [4] - 56:14, 61:7, 194:20, 243:8

**conclusions** [3] - 147:2, 147:3, 147:4

**concussion** [1] - 181:7

**condition** [2] - 245:4, 245:20

**conduct** [2] - 145:14, 237:10

**conducted** [1] - 56:1

**conferences** [1] - 3:21

**configuration** [3] - 44:12, 44:13, 44:17

**configured** [1] - 58:5

**confines** [1] - 45:9

**confirm** [2] - 49:13, 229:18

**confrontation** [1] - 68:12

**confronted** [2] - 62:19, 62:25

**confronts** [1] - 69:23

**confused** [1] - 213:1

**confusing** [1] - 44:18

**connect** [1] - 200:13

**connected** [1] - 27:1

**consider** [4] - 72:12, 84:11, 108:12, 109:16

**considered** [8] - 38:11, 67:18, 108:4, 109:19, 110:10, 116:9, 204:23, 204:25

**consistent** [3] - 45:16, 77:9, 132:23

**conspiracy** [42] - 4:24, 63:9, 63:11, 65:4, 65:23, 67:6, 67:17, 67:19, 67:21, 67:22, 68:20, 69:15, 69:16, 72:4, 72:8, 72:20, 72:25, 73:4, 73:8, 73:12, 73:15, 73:17, 143:16, 143:18, 143:19, 143:20, 143:21, 145:1, 145:2, 145:5, 145:16, 146:7, 146:19, 147:6, 147:13, 147:16, 147:21, 147:22, 147:23, 148:2, 210:16

**conspiratorial** [2] - 145:17, 146:9
**constructed** [1] - 46:13
**CONT** [2] - 8:18, 250:5
**contact** [2] - 44:25, 229:4
**contacted** [1] - 32:25
**contain** [3] - 239:12, 246:13, 246:15
**contained** [1] - 246:16
**contains** [1] - 247:7
**contempt** [2] - 184:9, 186:6
**contingent** [1] - 45:7
**continuation** [3] - 3:15, 71:24, 217:18
**continue** [5] - 8:13, 150:9, 158:9, 161:1, 186:24
**continued** [5] - 8:17, 146:8, 147:6, 147:17, 148:2
**continuing** [2] - 143:20, 148:2
**continuous** [1] - 45:16
**contractors** [1] - 191:20
**control** [2] - 191:18, 191:19
**controlled** [4] - 185:20, 185:23, 186:1, 242:25
**convenience** [1] - 14:22
**conversation** [14] - 19:18, 36:13, 112:7, 122:3, 123:4, 123:9, 123:17, 124:12, 126:4, 127:23, 143:5, 177:12, 187:25, 203:19
**conviction** [1] - 185:20
**convictions** [1] - 184:12
**Cook** [3] - 53:4, 53:5, 55:6
**cool** [1] - 204:5
**cooperated** [2] - 71:6, 147:19
**cooperating** [4] - 34:22, 62:20, 64:14, 69:24
**cooperation** [1] - 70:5
**cooperative** [1] - 224:14
**cops** [1] - 163:11
**copy** [2] - 182:1, 182:16

**copying** [1] - 26:2
**cordial** [2] - 223:2, 224:12
**corner** [13] - 9:19, 10:16, 15:5, 18:23, 29:19, 42:14, 45:3, 45:20, 76:24, 226:5, 233:11, 234:2, 234:8
**corners** [1] - 45:1
**Cornwall** [5] - 116:4, 116:7, 116:11, 116:16, 117:1
**CORONA** [1] - 1:24
**Corporation** [1] - 58:25
**correct** [120] - 5:18, 8:24, 14:4, 15:25, 16:19, 16:22, 17:8, 17:24, 17:25, 18:6, 18:9, 18:13, 18:21, 19:4, 19:23, 20:23, 21:2, 21:4, 22:6, 22:10, 22:13, 22:16, 23:6, 23:9, 23:20, 24:8, 24:14, 24:25, 25:11, 25:21, 25:22, 26:4, 26:7, 27:4, 27:11, 27:21, 27:25, 28:3, 28:4, 28:7, 28:8, 28:11, 29:2, 29:7, 29:10, 30:8, 30:17, 30:21, 30:25, 31:10, 31:13, 32:4, 33:2, 34:1, 34:2, 38:7, 38:14, 38:23, 38:24, 41:7, 47:25, 48:7, 57:25, 59:7, 59:16, 59:24, 60:9, 60:10, 60:17, 60:18, 60:22, 91:21, 159:15, 160:2, 165:7, 184:1, 190:15, 190:18, 190:21, 191:24, 191:25, 192:2, 195:18, 196:19, 197:19, 198:16, 200:14, 200:20, 200:23, 204:17, 204:21, 206:5, 206:7, 206:20, 206:22, 208:22, 208:24, 208:25, 209:14, 209:19, 209:20, 209:22, 210:4, 210:17, 210:25, 211:1, 212:2, 212:3, 212:7, 212:24, 220:22, 221:23, 224:6,

227:7, 235:7, 235:15, 243:16, 243:21, 244:11, 249:4
**corridor** [2] - 234:4, 235:1
**could've** [1] - 48:4
**counsel** [4] - 72:1, 76:14, 142:17, 217:20
**counting** [1] - 69:22
**County** [2] - 12:16, 184:4
**couple** [10] - 29:1, 42:13, 81:2, 145:6, 190:12, 190:14, 204:7, 220:15, 234:9, 237:1
**course** [10] - 31:25, 42:20, 43:3, 65:3, 65:25, 68:8, 72:11, 82:18, 148:3, 226:7
**Court** [12] - 3:3, 3:22, 54:24, 55:1, 55:5, 56:4, 72:12, 72:13, 74:12, 147:16, 218:13
**court** [4] - 185:9, 188:10, 189:16, 189:22
**COURT** [176] - 1:1, 1:24, 2:2, 3:6, 3:17, 3:19, 4:3, 4:7, 4:9, 4:11, 4:14, 5:4, 5:15, 6:6, 6:10, 6:21, 6:23, 7:6, 7:8, 7:12, 7:16, 7:19, 7:22, 8:4, 8:8, 8:13, 11:11, 12:25, 13:4, 16:3, 17:5, 31:25, 33:6, 33:9, 35:2, 39:13, 39:15, 39:18, 39:25, 57:6, 57:8, 60:2, 60:25, 61:2, 61:4, 61:11, 61:17, 61:20, 64:3, 65:13, 65:21, 66:21, 67:1, 67:4, 67:12, 67:20, 68:18, 69:11, 69:14, 70:7, 70:18, 71:11, 71:14, 71:17, 71:23, 72:2, 72:16, 72:18, 72:24, 73:10, 73:23, 74:3, 74:14, 74:18, 74:22, 74:24, 75:2, 75:6, 75:9, 75:12, 76:6, 77:11, 77:17, 81:14, 86:14, 97:19, 121:21, 126:20, 139:13, 139:15, 140:14,

141:4, 141:11, 141:14, 142:2, 142:5, 142:13, 142:18, 142:23, 143:14, 144:1, 144:7, 144:11, 144:21, 144:24, 145:3, 146:4, 146:16, 146:22, 148:4, 148:8, 148:18, 148:20, 148:23, 149:1, 149:4, 149:7, 149:9, 149:11, 149:13, 149:23, 153:11, 173:18, 177:22, 178:13, 178:19, 178:21, 179:9, 182:23, 190:6, 194:21, 200:6, 202:17, 202:19, 203:21, 211:17, 211:20, 212:16, 212:18, 212:20, 214:17, 216:5, 216:21, 216:24, 217:7, 217:11, 217:16, 217:21, 218:6, 218:22, 218:25, 219:3, 219:7, 219:12, 219:17, 219:19, 220:4, 224:21, 224:23, 224:25, 231:9, 231:12, 231:18, 233:19, 238:16, 239:2, 239:17, 239:25, 246:2, 246:22, 247:18, 247:20, 247:22, 247:25, 248:14, 248:18
**Court's** [2] - 74:7, 74:20
**Courthouse** [1] - 2:3
**courtroom** [1] - 97:10
**courtyards** [2] - 45:9, 48:25
**cousin** [24] - 22:9, 134:12, 134:13, 144:20, 167:8, 167:13, 167:14, 202:5, 202:11, 203:5, 203:6, 203:7, 203:19, 204:6, 204:10, 204:11, 205:4, 205:7, 207:24, 208:10, 208:13, 209:16, 209:19, 209:23

**coverage** [5] - 5:10, 7:1, 8:1, 141:20, 248:8
**CPS** [3] - 238:21, 244:20, 245:4
**crack** [32] - 93:17, 94:7, 94:8, 94:10, 94:19, 95:19, 95:21, 97:3, 97:4, 98:15, 99:6, 100:6, 100:22, 105:18, 195:17, 195:22, 196:4, 196:15, 196:19, 242:22, 243:1, 243:4, 243:9, 243:18, 243:23, 244:14, 245:15, 245:16, 247:7, 247:10, 247:13, 247:14
**created** [4] - 45:18, 77:3, 182:2, 230:2
**Crew** [2] - 35:16, 35:18
**crime** [5] - 70:9, 70:14, 144:4, 194:17, 221:3
**Crime** [1] - 1:17
**crimes** [4] - 101:5, 170:14, 171:1, 189:10
**criminal** [25] - 20:22, 24:13, 24:14, 26:7, 26:14, 31:2, 31:9, 31:14, 34:15, 34:23, 38:22, 43:5, 44:9, 44:10, 48:13, 49:9, 56:15, 135:2, 184:9, 186:6, 186:16, 197:1, 197:3, 229:12
**criminality** [2] - 26:24, 26:25
**criticize** [1] - 34:12
**cross** [1] - 68:7
**CROSS** [6] - 16:5, 60:4, 190:8, 250:6, 250:11, 250:14
**cross-examine** [1] - 68:7
**crossed** [1] - 129:20
**Crossman** [10] - 10:25, 11:25, 13:6, 14:21, 15:6, 15:22, 35:9, 35:13, 39:1
**CRR** [2] - 2:2, 249:9
**crying** [1] - 203:12
**Culver** [2] - 231:13, 238:20
**Curry** [58] - 1:22, 3:8, 36:2, 36:4, 51:9,

53:6, 53:22, 54:8, 55:8, 55:10, 60:8, 64:16, 72:1, 76:14, 88:9, 97:9, 97:10, 97:12, 97:21, 124:15, 125:5, 125:8, 125:13, 125:18, 130:20, 131:19, 133:24, 134:3, 137:11, 138:16, 138:24, 139:21, 139:22, 140:6, 140:22, 142:16, 150:13, 150:23, 151:14, 152:10, 153:17, 153:18, 161:14, 164:13, 166:16, 166:18, 203:25, 213:8, 213:13, 213:17, 213:22, 214:12, 217:19, 227:15, 227:16, 228:9, 228:13, 228:18
**CURRY** [1] - 1:6
**Curry's** [5] - 51:10, 53:7, 139:1, 147:1, 163:18
**curtail** [1] - 46:8
**custody** [3] - 146:15, 147:1, 184:10
**customers** [3] - 81:10, 95:23, 100:7
**cut** [7] - 19:2, 155:21, 155:23, 222:24, 223:19, 224:15, 229:2
**cuz** [1] - 36:21

## D

**D's** [2] - 90:19, 200:16
**daily** [1] - 196:4
**Dajon** [1] - 129:13
**Dal** [18] - 80:10, 82:20, 113:5, 123:8, 123:15, 123:16, 155:1, 155:3, 155:5, 155:12, 162:6, 162:8, 163:11, 164:19, 164:20, 167:13, 168:8, 210:24
**Dal's** [1] - 167:14
**Dale** [1] - 1:6
**Dalo** [1] - 1:6
**Dalvon** [74] - 1:22, 3:8, 36:2, 36:4, 51:9, 51:10, 53:4, 53:5,

53:6, 53:7, 53:22, 54:8, 55:6, 55:7, 55:8, 60:8, 64:16, 72:1, 76:14, 88:7, 97:9, 97:10, 97:12, 97:21, 124:15, 125:4, 125:5, 125:8, 125:13, 125:18, 130:20, 133:14, 133:15, 133:24, 134:3, 137:11, 137:17, 138:16, 138:23, 139:1, 139:3, 139:21, 139:22, 140:6, 142:15, 151:18, 152:1, 152:8, 152:10, 154:4, 155:13, 155:20, 156:5, 156:24, 157:25, 158:2, 158:13, 161:11, 161:14, 161:15, 162:16, 163:18, 163:21, 164:4, 166:18, 167:22, 172:3, 200:11, 213:8, 213:13, 213:17, 213:21, 214:12, 217:19
**DALVON** [1] - 1:6
**Dalvon's** [2] - 88:8, 126:2
**damage** [2] - 14:14, 14:18
**Damn** [1] - 69:22
**damn** [1] - 218:18
**danger** [1] - 148:2
**Dario** [11] - 36:2, 55:6, 55:10, 89:11, 89:14, 89:18, 100:25, 101:3, 101:5, 101:7, 101:9
**Dario's** [1] - 89:12
**dark** [2] - 207:7, 207:15
**Darren** [2] - 230:20, 230:23
**date** [20] - 3:15, 9:22, 32:8, 32:10, 38:24, 39:5, 39:6, 50:17, 51:10, 52:10, 52:15, 53:7, 53:12, 54:17, 54:22, 77:1, 78:7, 145:17, 146:9, 238:10
**dated** [1] - 215:12
**Daveon** [2] - 116:23, 116:24
**days** [4] - 9:23,

244:10, 244:11
**DC** [1] - 1:18
**deal** [4] - 69:9, 75:20, 106:12, 134:24
**dealer** [2] - 196:19, 202:7
**dealers** [2] - 47:9, 52:7
**dealing** [4] - 86:7, 86:19, 102:7, 223:10
**deals** [1] - 191:21
**Dean** [5] - 98:3, 107:4, 112:5, 135:14, 152:15
**death** [9] - 70:23, 123:5, 123:22, 144:22, 178:8, 198:25, 199:2, 199:3
**December** [4] - 76:25, 122:23, 140:24, 198:24
**decide** [3] - 132:3, 132:6, 216:9
**decides** [1] - 216:16
**decision** [2] - 145:9, 145:10
**declarant** [1] - 63:10
**declare** [1] - 73:1
**declares** [1] - 72:15
**decline** [3] - 149:15, 149:19, 150:5
**declining** [1] - 149:18
**defendant** [22] - 3:12, 3:13, 62:5, 63:8, 63:10, 63:12, 63:16, 63:19, 65:5, 76:14, 97:18, 124:15, 124:18, 125:8, 126:4, 130:20, 131:12, 131:16, 135:6, 147:25, 188:1
**Defendant** [2] - 1:7, 1:22
**definition** [1] - 27:23
**definitive** [1] - 32:10
**Defreitas** [1] - 145:10
**DEFREITAS** [1] - 145:10
**Delavan** [4] - 78:14, 108:3, 116:8, 121:3
**Delaware** [1] - 1:14
**delay** [1] - 4:4
**deliberate** [1] - 141:24
**deliberating** [1] - 248:10
**Delta** [1] - 232:5
**DEMMA** [1] - 2:1
**demonstrate** [1] - 63:15
**denied** [1] - 63:3

**DEPARTMENT** [1] - 1:16
**Department** [14] - 18:9, 18:12, 40:5, 40:7, 40:12, 40:24, 183:3, 184:16, 187:15, 219:24, 220:9, 225:10, 225:12, 246:12
**department** [3] - 220:12, 221:11, 233:1
**depict** [2] - 12:18, 58:14, 140:22
**depiction** [1] - 173:12
**DEPUTY** [1] - 2:1
**describe** [16] - 33:18, 43:22, 62:4, 62:5, 62:6, 63:21, 86:3, 94:20, 95:5, 97:12, 155:17, 156:15, 175:17, 220:16, 234:1, 247:13
**described** [6] - 9:11, 68:22, 96:18, 106:2, 239:10, 246:11
**DESCRIPTION** [1] - 251:2
**DeShaun** [2] - 119:3, 120:15
**designed** [1] - 49:2
**despite** [1] - 207:10
**detail** [13] - 50:12, 50:13, 52:12, 54:19, 56:9, 220:23, 220:24, 226:22, 227:2, 227:8, 230:3, 230:10, 232:24
**detailed** [1] - 227:23
**details** [3] - 124:21, 124:23, 125:5
**detectives** [3] - 170:5, 170:7, 171:12
**determine** [19] - 19:7, 19:13, 20:6, 20:11, 21:14, 25:17, 25:18, 26:1, 29:18, 32:9, 33:1, 38:21, 47:8, 71:9, 215:22
**determined** [3] - 239:12, 246:13, 246:14
**Diara** [1] - 136:9
**dice** [5] - 79:24, 80:1, 84:1, 110:14
**die** [3] - 93:4, 171:4, 190:4
**died** [6] - 63:1, 122:25, 144:14, 178:3, 178:4, 178:5

**diff** [1] - 33:11
**different** [10] - 16:12, 19:18, 49:10, 61:24, 91:24, 107:23, 107:24, 182:9, 232:1, 233:4
**difficult** [1] - 44:6
**difficulties** [2] - 45:18, 56:24
**difficulty** [2] - 43:23, 44:23
**dillydallying** [1] - 75:21
**direct** [11] - 46:16, 52:8, 54:15, 102:17, 102:24, 197:23, 202:5, 205:1, 206:19, 213:10, 217:23
**DIRECT** [14] - 8:18, 40:1, 78:1, 220:5, 225:6, 231:19, 240:1, 250:5, 250:10, 250:13, 250:18, 250:20, 250:22, 250:24
**directed** [1] - 102:14
**directing** [2] - 50:15, 146:20
**direction** [2] - 55:24, 212:7
**directions** [1] - 6:13
**directly** [5] - 58:20, 59:17, 59:22, 234:9, 234:10
**dirt** [1] - 128:15
**dirty** [1] - 188:6
**disagree** [5] - 121:21, 205:21, 205:22, 205:23, 216:12
**discharged** [1] - 27:25
**discretion** [2] - 215:22, 216:13
**discuss** [1] - 33:21
**discussing** [8] - 24:4, 61:6, 61:23, 141:16, 150:12, 153:14, 165:5, 248:3
**discussion** [1] - 8:21
**disorderly** [1] - 237:10
**disorienting** [1] - 45:8
**dispatch** [1] - 41:15
**dispatches** [1] - 42:17
**dispatching** [1] - 11:19
**display** [1] - 76:7
**displayed** [5] - 28:18, 56:21, 63:17, 77:1, 236:11
**displaying** [1] - 30:11

**disposition** [4] - 63:13, 65:7, 66:11, 66:14
**dispute** [1] - 34:13
**distributed** [1] - 64:1
**distributors** [3] - 105:19, 105:23, 106:24
**district** [2] - 225:16, 226:24
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [25] - 3:3, 3:4, 10:22, 12:2, 12:3, 41:5, 41:6, 41:9, 41:12, 41:22, 76:12, 145:11, 220:9, 220:11, 220:16, 225:17, 225:20, 225:21, 226:1, 226:8, 232:3, 232:5, 240:8
**districts** [4] - 221:2, 225:14, 232:2, 232:14
**division** [2] - 41:2, 41:3
**document** [10] - 50:5, 50:7, 76:19, 215:2, 215:6, 222:19, 230:12, 230:13, 230:15
**documented** [1] - 222:24
**Dollar** [3] - 57:12, 59:1, 59:4
**Dolo** [6] - 96:4, 96:5, 96:9, 135:14, 152:15, 196:7
**Domeracki** [2] - 245:1, 245:6
**domestics** [1] - 43:5
**done** [3] - 148:9, 195:3, 238:11
**DONNELLY** [1] - 1:23
**Donnelly** [1] - 3:14
**door** [15] - 6:5, 44:8, 44:11, 154:6, 154:12, 155:1, 155:8, 155:9, 158:12, 164:9, 164:10, 164:13, 186:14, 228:14
**doors** [1] - 44:7
**doorway** [2] - 154:7, 234:10
**doubt** [1] - 216:2
**down** [57] - 13:15, 13:19, 19:1, 23:14, 25:5, 32:23, 34:12,

37:1, 39:12, 39:15, 45:25, 58:25, 59:22, 59:23, 61:2, 65:13, 92:22, 93:1, 93:3, 106:18, 108:16, 123:20, 125:7, 143:4, 143:10, 155:8, 155:10, 158:5, 160:13, 169:18, 174:5, 174:12, 176:24, 177:9, 202:10, 203:11, 203:17, 206:24, 207:25, 208:1, 208:11, 212:15, 216:20, 216:24, 222:17, 223:17, 230:4, 231:9, 232:4, 234:4, 235:5, 236:8, 236:21, 237:12, 239:17, 242:17, 247:18
**Down** [1] - 38:22
**download** [1] - 20:18
**downloaded** [4] - 15:15, 15:17, 20:12, 76:21
**downloads** [1] - 77:5
**downstairs** [1] - 165:22
**downtown** [12] - 41:10, 84:17, 84:20, 84:22, 84:25, 85:1, 91:16, 91:18, 108:19, 108:21, 110:7, 220:17
**dozens** [3] - 30:15, 30:16, 37:7
**draw** [2] - 147:5, 206:24
**drawers** [2] - 101:25, 102:2
**drew** [3] - 26:6, 59:3
**drink** [3] - 136:10, 136:12, 136:15
**drive** [5] - 116:3, 143:1, 169:2, 187:12, 226:24
**driver's** [4] - 60:16, 207:22, 207:23, 207:24
**drives** [2] - 201:17, 244:12
**driving** [7] - 66:5, 66:8, 115:12, 117:17, 157:15, 168:17, 168:21
**Drollette** [1] - 246:10
**drove** [1] - 187:4

**drug** [13] - 43:5, 43:6, 45:16, 47:9, 48:12, 52:6, 64:21, 64:22, 65:12, 86:7, 86:19, 94:14, 202:6
**drug-related** [1] - 43:5
**drugs** [57] - 69:9, 81:9, 86:23, 93:6, 93:12, 93:22, 94:2, 94:10, 94:17, 94:20, 94:23, 95:6, 95:10, 95:13, 95:16, 95:18, 96:9, 96:16, 96:17, 96:19, 96:25, 97:7, 97:21, 97:23, 98:12, 98:14, 98:20, 98:22, 99:5, 99:7, 100:3, 100:19, 100:23, 101:3, 101:21, 102:7, 102:11, 102:13, 104:2, 104:4, 104:5, 104:21, 105:15, 105:23, 106:12, 106:23, 118:11, 134:24, 136:16, 190:20, 191:8, 192:23, 195:16, 223:10, 233:5, 233:25, 244:18
**dude** [1] - 205:16
**due** [1] - 184:10
**Duke** [6] - 177:8, 177:17, 177:19, 177:25, 178:2, 178:17
**Duke's** [1] - 178:8
**duly** [9] - 8:16, 39:22, 76:1, 220:1, 225:4, 231:15, 239:8, 239:22, 246:9
**during** [20] - 3:21, 30:16, 41:12, 47:20, 47:22, 48:8, 50:8, 65:3, 65:25, 67:16, 72:10, 84:7, 110:18, 143:22, 157:24, 161:14, 209:16, 217:22, 231:25, 240:7
**duties** [3] - 41:13, 41:15, 227:6
**duty** [2] - 232:20, 241:5

---
# E
---

**easily** [2] - 43:15, 43:17
**east** [4] - 42:2, 45:5, 57:24, 220:18

**East** [1] - 76:22
**Eastern** [1] - 145:11
**echo** [1] - 236:11
**ECMC** [2] - 181:3, 187:4
**edition** [4] - 4:19, 5:24, 6:1, 19:19
**Edward** [1] - 225:17
**effect** [4] - 146:13, 146:24, 148:11
**effort** [1] - 46:8
**efforts** [2] - 48:15, 50:5
**eight** [5] - 164:7, 231:24, 231:25, 240:18, 240:19
**either** [13] - 6:13, 27:19, 72:14, 99:7, 103:2, 104:7, 143:20, 192:24, 200:13, 209:2, 209:9, 219:8, 242:8
**electronic** [1] - 248:4
**electronically** [1] - 141:18
**element** [1] - 26:14
**eleven** [1] - 240:6
**elicited** [2] - 63:14, 217:23
**eliminate** [1] - 47:10
**Elimination** [1] - 46:23
**ELMO** [2] - 76:8, 246:20
**embarrass** [1] - 38:6
**emoji** [2] - 204:2, 204:3
**emojis** [1] - 203:11
**employed** [1] - 40:11
**emptied** [1] - 45:22
**empties** [1] - 46:12
**empty** [1] - 243:14
**encompasses** [1] - 12:1
**encounter** [2] - 51:3, 52:18
**encountered** [6] - 49:5, 49:18, 50:8, 53:2, 56:5, 60:8
**encountering** [1] - 54:23
**encounters** [1] - 52:5
**end** [4] - 46:12, 46:13, 73:24, 118:25
**ended** [2] - 143:19, 209:23
**enforce** [1] - 47:12
**enforcement** [9] - 18:11, 40:12, 62:20, 62:21, 69:24, 119:10, 119:11,

181:14, 232:13
**engage** [1] - 197:3
**engaged** [3] - 64:11, 197:1, 203:19
**engaging** [1] - 18:12
**enter** [9] - 43:14, 44:21, 57:2, 57:14, 189:18, 228:1, 228:9, 228:13, 228:24
**entered** [1] - 239:5
**entering** [1] - 45:5
**enterprise** [10] - 62:9, 62:13, 63:20, 64:25, 65:7, 65:20, 66:2, 66:3, 69:8, 113:1
**entertainment** [1] - 221:2
**entrance** [2] - 228:16, 228:17
**entry** [3] - 19:3, 19:16, 46:2
**envelope** [1] - 238:8
**equipment** [1] - 74:1
**Erb** [2] - 108:3, 121:3
**Erie** [2] - 12:15, 184:4
**ESQ** [5] - 1:12, 1:13, 1:16, 1:20, 1:25
**Esquire** [1] - 76:15
**essentially** [7] - 12:3, 59:21, 61:21, 63:5, 64:21, 220:25, 237:17
**establish** [2] - 72:5, 73:2
**establishment** [1] - 72:25
**estimate** [2] - 9:22, 42:16
**evaluating** [1] - 216:13
**Eve** [12] - 131:18, 132:19, 133:18, 137:11, 138:24, 150:13, 150:14, 154:1, 156:13, 159:7, 159:25, 201:24
**event** [5] - 22:16, 180:11, 180:18, 205:1, 230:2
**events** [3] - 12:19, 26:20, 27:1
**eventually** [3] - 112:15, 161:4, 180:6
**Evers** [1] - 239:9
**evidence** [73] - 12:23, 14:24, 18:16, 20:12, 20:24, 23:3, 32:14, 35:2, 35:3, 56:18,

63:9, 65:2, 65:4,
69:17, 69:19, 72:3,
72:6, 72:13, 72:20,
72:22, 76:16, 77:8,
77:12, 77:18, 77:19,
77:23, 81:14, 81:15,
99:15, 119:18,
132:8, 132:10,
132:11, 132:12,
132:25, 137:21,
140:14, 140:16,
141:2, 141:23,
143:16, 143:19,
143:20, 145:15,
145:16, 145:22,
145:24, 146:6,
146:8, 147:13,
147:20, 147:21,
153:11, 153:12,
156:10, 157:18,
164:24, 182:21,
202:3, 215:2,
221:25, 236:11,
237:12, 238:25,
239:6, 239:10,
242:4, 245:25,
246:11
**Evidence** [8] - 13:1,
77:13, 139:16,
141:5, 173:19,
182:24, 239:3, 246:3
**exact** [5] - 27:8, 77:5,
179:4, 182:1, 182:16
**exactly** [6] - 13:19,
29:3, 126:15,
142:19, 179:10,
232:18
**examination** [5] -
197:23, 202:5,
205:2, 206:19,
213:10
**EXAMINATION** [29] -
8:18, 16:5, 33:10,
37:16, 40:1, 60:4,
78:1, 190:8, 212:21,
214:18, 220:5,
225:6, 231:19,
240:1, 250:2, 250:5,
250:6, 250:7, 250:8,
250:10, 250:11,
250:13, 250:14,
250:15, 250:16,
250:18, 250:20,
250:22, 250:24
**examinations** [1] -
237:23
**examine** [2] - 68:7,
237:19
**examined** [2] - 239:8,
246:9

**example** [2] - 9:23,
10:11
**exception** [1] - 68:14
**exchange** [1] - 38:18
**exclamation** [3] -
204:7, 204:8, 204:9
**excuse** [1] - 151:1
**excused** [11] - 39:17,
61:3, 61:10, 142:1,
216:25, 217:6,
224:24, 231:11,
239:19, 247:21,
248:13
**exhibit** [4] - 119:23,
119:24, 238:22,
239:5
**EXHIBIT** [31] - 13:2,
77:14, 77:15, 77:16,
139:17, 141:6,
141:7, 141:8, 141:9,
173:20, 182:25,
183:1, 239:4, 246:4,
246:5, 246:6, 251:3,
251:4, 251:5, 251:7,
251:8, 251:9,
251:10, 251:11,
251:13, 251:14,
251:15, 251:16,
251:17, 251:18,
251:19
**Exhibit** [54] - 11:16,
12:8, 12:11, 12:14,
12:23, 14:24, 15:2,
15:8, 15:11, 15:24,
34:25, 35:23, 36:1,
56:18, 58:14, 76:7,
76:23, 77:1, 77:5,
81:12, 81:17,
119:17, 137:20,
137:24, 139:11,
156:9, 157:6,
164:25, 165:11,
173:6, 173:7,
173:16, 181:11,
182:21, 230:9,
238:15, 238:17,
238:19, 238:21,
238:25, 239:7,
239:8, 239:12,
242:4, 242:7,
244:23, 245:2,
245:3, 245:24,
246:8, 246:13,
246:14, 246:16,
247:5
**EXHIBITS** [4] - 141:10,
251:1, 251:6, 251:12
**exhibits** [6] - 76:17,
77:5, 77:11, 77:23,
141:2, 245:7

**Exhibits** [5] - 74:6,
77:4, 77:8, 140:17,
246:9
**existed** [4] - 45:15,
63:9, 65:5, 140:23
**existence** [1] - 148:3
**exists** [1] - 34:21
**expect** [2] - 3:24,
73:21
**expected** [9] - 61:22,
62:18, 62:22, 63:18,
63:24, 64:13, 64:18,
65:3, 75:14
**experience** [10] -
33:24, 34:3, 34:7,
34:16, 34:20, 40:12,
41:21, 43:10, 62:23,
118:18
**experienced** [2] -
43:23, 218:16
**explain** [4] - 33:16,
55:2, 226:23, 247:2
**explained** [3] - 223:3,
223:15, 224:13
**Express** [2] - 15:1,
15:23
**express** [1] - 48:14
**extort** [1] - 82:7
**extra** [1] - 243:22
**eyes** [1] - 234:11

## F

**face** [6] - 90:12, 111:4,
111:5, 163:18,
163:23, 193:8
**Facebook** [20] - 20:3,
79:5, 79:6, 119:2,
119:6, 119:7,
122:19, 123:1,
134:1, 134:3, 134:5,
134:7, 137:15,
138:10, 138:16,
138:21, 138:23,
139:7, 139:23, 199:1
**faces** [1] - 203:12
**facility** [2] - 183:25,
237:21
**facing** [1] - 46:18
**fact** [16] - 37:12, 38:9,
139:1, 140:10,
140:11, 140:12,
141:22, 143:17,
145:4, 145:12,
145:18, 147:1,
148:1, 194:17,
217:23, 248:9
**facts** [1] - 76:17
**fair** [13] - 26:12, 27:10,
87:12, 91:17, 94:14,

110:7, 110:9,
173:12, 177:10,
186:6, 224:2, 244:21
**fairly** [2] - 12:17,
140:22
**fake** [1] - 17:7, 17:11
**fall** [2] - 118:25
**familiar** [11] - 21:20,
21:23, 22:1, 24:18,
24:22, 24:23, 41:23,
42:7, 107:10,
107:14, 138:1,
143:1, 201:22,
212:4, 226:1, 226:4,
240:23
**family** [1] - 168:2
**Family** [3] - 57:11,
59:1, 59:4
**far** [8] - 67:7, 73:3,
88:14, 89:25, 163:4,
206:14, 224:8, 233:4
**farthest** [1] - 206:10
**fast** [2] - 75:21, 100:2
**fault** [1] - 75:15
**favor** [1] - 186:9
**FBI** [2] - 1:23, 3:14
**FCRR** [2] - 2:2, 249:9
**February** [1] - 19:17
**federal** [7] - 179:23,
188:9, 188:12,
188:15, 188:18,
189:19, 189:21
**Federal** [1] - 1:14
**federally** [1] - 46:20
**feet** [1] - 46:14
**Felicia** [2] - 153:7,
209:17
**fell** [2] - 125:7, 152:11
**fellow** [2] - 50:10,
144:22
**felt** [3] - 24:2, 25:10,
31:8
**females** [3] - 136:2,
136:4, 136:6
**Ferry** [4] - 41:10,
76:22, 78:14, 220:19
**few** [16] - 43:14, 55:15,
63:1, 82:12, 82:18,
82:23, 108:22,
119:21, 139:8,
144:16, 177:10,
211:19, 212:22,
213:7, 234:12
**fifth** [1] - 25:8
**fight** [1] - 39:8
**fighting** [1] - 152:20
**figured** [1] - 222:14
**file** [3] - 31:1, 31:2,
31:9
**filed** [1] - 34:15

**fill** [1] - 237:15
**filmed** [2] - 28:18,
29:6
**final** [1] - 245:5
**finally** [2] - 124:25,
246:7
**fine** [5] - 74:19, 75:9,
218:12, 219:7,
224:14
**finger** [1] - 206:24
**finish** [1] - 189:22
**finished** [1] - 215:7
**fire** [1] - 166:18
**firearm** [5] - 62:6,
62:10, 63:13, 65:8,
66:11, 184:15
**firearms** [2] - 66:12,
126:17
**fired** [13] - 14:7, 14:8,
43:7, 111:1, 111:2,
171:16, 212:1,
214:12, 221:19,
221:25, 222:10,
222:11, 223:3
**first** [36] - 15:14,
16:11, 32:11, 36:15,
48:12, 52:24, 59:12,
61:11, 61:24, 62:19,
67:4, 73:4, 75:8,
77:20, 77:21, 80:5,
80:8, 82:3, 82:23,
83:25, 113:15,
117:3, 122:25,
153:19, 180:20,
190:9, 198:22,
203:7, 215:14,
230:12, 233:2,
234:2, 234:16,
244:16, 244:24,
244:25
**fit** [1] - 235:2
**five** [18] - 23:12, 27:7,
27:16, 30:17, 40:13,
83:15, 89:1, 89:2,
125:1, 163:9,
185:16, 185:18,
199:22, 212:19,
222:4, 229:8,
230:17, 230:22
**five-year** [1] - 30:17
**fixed** [3] - 73:25, 75:16
**flash** [2] - 163:2, 163:3
**flashy** [2] - 82:16,
82:17
**fled** [1] - 55:24
**flee** [2] - 44:11, 46:3
**fleeing** [1] - 59:5
**flight** [1] - 46:9
**Flock** [2] - 124:24,
200:8

**floor** [7] - 44:19, 152:11, 153:19, 153:21, 153:23, 243:4
**floors** [2] - 44:20, 153:18
**flow** [1] - 23:20
**flowers** [1] - 6:4
**focal** [1] - 233:2
**focused** [1] - 232:10
**fold** [2] - 5:14, 5:19
**folks** [10] - 75:17, 75:20, 77:17, 141:14, 149:25, 150:6, 217:1, 219:7, 248:2, 248:18
**follow** [2] - 27:16, 49:5
**followers** [2] - 20:3, 20:9
**following** [14] - 6:13, 13:1, 76:17, 77:13, 139:16, 141:5, 167:9, 173:19, 182:24, 188:2, 213:16, 230:2, 239:3, 246:3
**follows** [7] - 8:17, 39:23, 76:2, 220:2, 225:5, 231:16, 239:23
**Food** [3] - 58:25, 76:22, 81:25
**Fool** [1] - 69:22
**foot** [11] - 43:15, 44:17, 47:23, 49:1, 56:12, 56:14, 226:25, 227:18, 228:6, 228:8
**football** [1] - 166:11
**Force** [5] - 232:3, 232:8, 232:9, 232:10
**foregoing** [1] - 249:3
**forehead** [1] - 155:16
**forensic** [2] - 239:8, 246:10
**form** [5] - 63:15, 202:19, 216:5, 237:15, 237:19
**formed** [1] - 147:6
**forming** [1] - 61:6
**forms** [3] - 34:22, 77:18, 144:4
**forth** [4] - 9:24, 10:4, 162:1, 162:2
**forward** [4] - 14:12, 131:18, 170:3, 223:7
**foundation** [2] - 66:22, 72:5
**four** [25] - 9:23, 16:14, 27:7, 27:16, 30:17,

47:6, 47:19, 47:22, 56:2, 56:13, 83:15, 85:3, 100:18, 105:11, 106:17, 109:12, 126:14, 185:16, 185:17, 186:12, 206:5, 206:9, 232:25, 240:22, 244:11
**fourth** [2] - 25:7
**frame** [2] - 30:17, 206:20
**Franklin** [1] - 1:20
**frequent** [1] - 81:8
**frequently** [2] - 43:2, 103:15
**friend** [9] - 16:22, 17:8, 17:11, 17:12, 17:19, 17:22, 18:2, 119:9, 200:11
**friended** [1] - 17:10
**friendly** [1] - 108:15
**friends** [22] - 17:12, 17:13, 17:22, 17:23, 18:13, 34:4, 34:8, 38:5, 38:12, 38:13, 62:23, 80:14, 109:16, 111:11, 116:24, 121:7, 134:3, 138:21, 190:17
**friendship** [1] - 109:19
**front** [32] - 5:14, 5:20, 7:2, 8:5, 12:12, 29:1, 37:25, 44:6, 44:8, 45:20, 53:18, 53:19, 87:3, 90:12, 115:14, 137:23, 139:19, 150:25, 164:9, 164:13, 175:24, 204:23, 228:20, 228:21, 228:25, 234:10, 235:25, 237:6, 242:7, 245:12, 246:25
**front-page** [2] - 7:2, 8:5
**frowned** [1] - 217:25
**fuck** [1] - 127:8
**full** [1] - 87:13
**funding** [4] - 47:4, 47:13, 50:22, 56:11
**funds** [1] - 47:14
**funeral** [3] - 131:13, 131:14, 131:16
**furtherance** [7] - 65:23, 67:17, 67:18, 67:21, 67:22, 68:19, 73:4
**future** [2] - 27:3,

145:14

## G

**gain** [1] - 228:15
**gambling** [7] - 79:22, 79:23, 84:1, 109:22, 110:2, 110:13, 193:4
**game** [2] - 80:1, 80:2
**games** [2] - 109:14, 109:15
**gang** [49] - 5:20, 34:4, 34:8, 34:17, 37:10, 37:18, 37:20, 55:17, 55:18, 62:1, 63:23, 68:3, 69:5, 85:9, 85:12, 85:14, 85:16, 85:21, 85:22, 85:25, 86:4, 88:22, 88:24, 89:19, 89:21, 90:5, 90:7, 90:21, 90:23, 91:9, 91:11, 91:16, 91:23, 100:13, 100:15, 105:6, 108:6, 108:8, 120:16, 120:23, 120:25, 134:18, 134:20, 167:13, 192:2, 192:4, 192:5, 232:12
**Gang** [1] - 1:17
**gangs** [7] - 38:4, 53:17, 64:3, 64:5, 91:17, 107:10, 107:13
**Garden** [24] - 41:23, 42:11, 42:17, 45:13, 46:5, 46:19, 48:9, 51:4, 52:22, 52:25, 56:24, 58:9, 58:15, 60:12, 60:20, 93:3, 191:11, 193:1, 199:5, 199:10, 210:25, 211:3, 211:8, 211:13
**Gardens** [123] - 5:25, 12:5, 18:6, 28:24, 35:10, 35:18, 43:3, 43:11, 43:13, 43:15, 43:25, 44:15, 44:23, 44:24, 45:23, 46:1, 46:12, 47:3, 47:7, 47:15, 47:18, 47:24, 48:3, 49:19, 50:23, 54:20, 55:2, 55:19, 56:15, 56:25, 59:6, 59:18, 59:19, 62:10, 64:2, 64:7, 66:5, 66:7, 78:15, 78:17, 78:19, 79:4, 79:11,

79:13, 79:14, 79:18, 80:11, 80:16, 80:19, 80:20, 80:23, 81:4, 81:5, 82:3, 84:3, 84:9, 84:17, 84:18, 86:7, 86:8, 86:20, 86:23, 93:19, 93:23, 94:12, 101:13, 101:14, 101:15, 101:17, 102:19, 102:21, 103:9, 103:12, 103:14, 103:15, 103:17, 105:13, 106:9, 106:19, 108:11, 111:21, 113:22, 116:5, 117:20, 121:5, 123:24, 128:2, 128:23, 131:20, 134:16, 169:11, 172:17, 190:10, 190:15, 190:18, 191:7, 191:24, 192:7, 210:4, 211:9, 213:9, 213:13, 220:21, 221:21, 221:22, 223:13, 226:2, 227:1, 227:9, 228:7, 232:16, 232:21, 233:1, 233:8, 233:9, 233:12, 234:5, 235:9, 240:23, 241:2, 241:8
**Garner** [1] - 76:25
**gas** [3] - 14:22, 29:7, 29:8
**gazebo** [1] - 223:11
**GB** [11] - 88:1, 95:1, 114:4, 114:5, 115:7, 115:15, 117:18, 129:8, 152:17, 195:25, 198:9
**GB's** [1] - 88:2
**gee** [1] - 21:11
**geez** [1] - 231:23
**general** [3] - 21:8, 67:14, 170:10
**generally** [5] - 41:8, 63:22, 66:12, 72:13, 217:25
**generate** [2] - 20:9
**generated** [1] - 11:18
**Genesee** [12] - 10:24, 11:25, 13:6, 14:21, 15:5, 15:22, 35:13, 39:1, 62:16, 70:4, 142:25, 172:18
**gentleman** [1] - 223:12

**gentlemen** [3] - 61:4, 223:1, 242:9
**gestae** [2] - 70:9, 70:14
**GIOIA** [4] - 1:25, 5:17, 5:23, 7:11
**girlfriend** [2] - 186:10, 187:5
**girth** [1] - 149:19
**GIVE** [9] - 46:21, 46:22, 46:24, 46:25, 47:5, 47:13, 50:22, 52:12, 56:11
**given** [7] - 49:10, 105:22, 105:23, 141:15, 179:20, 216:14, 217:24
**glasses** [1] - 97:16
**God** [1] - 154:21
**gonna** [5] - 140:2, 154:21, 159:2, 171:6, 205:8
**goods** [6] - 149:14, 149:16, 149:18, 149:20, 150:1, 150:3
**Goodwin** [1] - 119:3, 120:15
**Goodyear** [1] - 76:23
**Google** [3] - 21:15, 21:17, 30:23
**Googled** [1] - 24:24
**gosh** [1] - 6:15
**government** [47] - 3:11, 12:22, 20:18, 63:5, 63:8, 63:14, 65:1, 68:15, 69:3, 69:18, 70:24, 75:23, 76:4, 76:17, 76:18, 77:7, 139:4, 139:10, 141:1, 147:8, 147:15, 147:22, 148:1, 173:15, 182:20, 188:9, 188:12, 188:15, 188:18, 189:13, 189:19, 189:21, 189:25, 194:4, 195:1, 195:2, 195:10, 195:12, 215:21, 215:25, 216:9, 216:12, 216:16, 225:1, 238:24, 245:24, 247:24
**GOVERNMENT** [34] - 13:2, 77:14, 77:15, 77:16, 139:17, 141:6, 141:7, 141:8, 141:9, 141:10, 173:20, 182:25,

183:1, 239:4, 246:4, 246:5, 246:6, 251:3, 251:4, 251:5, 251:6, 251:7, 251:8, 251:9, 251:10, 251:11, 251:12, 251:13, 251:14, 251:15, 251:16, 251:17, 251:18, 251:19

**Government** [46] - 11:16, 12:7, 12:11, 12:14, 12:23, 14:24, 15:1, 15:8, 15:11, 15:24, 34:25, 35:23, 36:1, 56:18, 76:23, 77:1, 77:4, 77:5, 77:7, 81:12, 81:17, 119:17, 137:20, 137:24, 139:10, 140:17, 156:9, 157:6, 164:25, 165:11, 173:6, 173:7, 173:16, 181:11, 182:21, 230:9, 238:19, 238:21, 239:7, 239:11, 245:2, 245:3, 246:8, 246:13, 246:14, 246:16

**government's** [3] - 39:19, 72:9, 219:22

**grams** [1] - 246:15

**grand** [7] - 69:20, 179:23, 208:18, 212:24, 212:25, 213:4, 214:19

**grandmother** [2] - 26:17, 26:20

**grant** [2] - 46:20, 50:4

**Grant** [7] - 46:21, 46:24, 46:25, 47:5, 50:22, 52:13, 76:24

**grass** [2] - 208:2, 208:11

**grateful** [1] - 150:6

**gratitude** [1] - 48:14

**gray** [1] - 175:18

**grazed** [2] - 110:15, 115:2

**great** [4] - 4:14, 8:9, 149:4, 219:12

**Green** [4] - 51:9, 95:25, 96:1, 196:7

**green** [1] - 242:10

**grew** [1] - 78:11

**grocery** [1] - 234:7

**ground** [1] - 159:20

**grounds** [1] - 44:13

**group** [17] - 35:12,

35:15, 38:3, 38:10, 38:11, 54:23, 55:20, 79:1, 117:11, 117:13, 122:3, 124:18, 130:7, 130:9, 192:1, 192:7, 198:20

**groups** [4] - 47:9, 49:11, 49:12, 53:17

**grow** [1] - 78:9

**grown** [1] - 203:2

**grown-ass** [1] - 203:2

**Gucc** [6] - 98:3, 112:5, 129:3, 129:12, 135:14, 152:15

**guess** [17] - 6:22, 72:23, 72:24, 72:25, 73:1, 92:16, 115:5, 130:23, 133:23, 143:15, 146:10, 187:11, 198:13, 198:14, 205:20, 209:14, 216:18

**guilty** [3] - 185:7, 185:23, 186:16

**Gun** [1] - 46:23

**gun** [62] - 27:21, 27:23, 28:6, 28:7, 47:1, 47:2, 65:16, 65:22, 66:14, 66:15, 66:16, 66:17, 66:19, 101:7, 101:9, 101:11, 101:12, 115:18, 115:20, 115:24, 118:1, 125:9, 125:11, 126:5, 126:7, 126:25, 127:1, 127:9, 127:13, 127:16, 127:21, 128:5, 128:18, 130:14, 130:15, 140:4, 155:9, 163:4, 184:22, 184:24, 185:3, 185:7, 186:21, 188:3, 188:5, 198:16, 198:17, 200:19, 200:22, 200:25, 201:1, 201:2, 201:3, 201:5, 201:9, 201:10, 202:7, 204:8, 214:12

**Gun-Involved** [1] - 46:23

**gun-related** [1] - 47:2

**guns** [10] - 28:3, 66:13, 66:18, 104:2, 104:4, 115:16, 125:22, 130:13

**guy** [6] - 145:19, 191:17, 202:7, 202:8, 205:16

**guys** [14] - 29:2, 124:5, 146:20, 191:7, 192:9, 192:14, 193:4, 193:5, 227:19, 234:24, 235:6, 235:19, 235:22, 236:3

---

# H

**hair** [1] - 90:12

**Hakeem** [18] - 53:4, 53:23, 53:25, 56:5, 61:22, 62:24, 64:15, 68:2, 69:20, 69:23, 75:10, 75:23, 134:8, 142:22, 144:19, 149:12, 229:25, 230:24

**half** [4] - 40:13, 45:3, 150:25

**hallway** [11] - 104:12, 104:13, 124:3, 124:4, 124:5, 133:19, 153:17, 160:10, 204:15, 227:19, 229:1

**hallways** [1] - 124:11

**Hamaya** [1] - 58:25

**Hamyar** [1] - 81:25

**hand** [8] - 5:19, 7:1, 11:10, 11:15, 14:3, 18:23, 29:19, 230:8

**handing** [2] - 94:22, 105:18

**handle** [1] - 69:8

**handles** [1] - 228:14

**hands** [1] - 152:6

**hang** [2] - 233:25, 236:2

**hanging** [8] - 80:12, 83:23, 83:24, 84:8, 125:20, 227:19, 227:20, 233:6

**harassment** [4] - 31:3, 31:4, 31:6, 34:15

**hard** [5] - 29:4, 43:13, 55:2, 234:1, 247:12

**hat** [2] - 91:14, 91:3

**head** [7] - 87:23, 121:24, 122:17, 151:18, 152:9, 161:20, 230:1

**headed** [1] - 206:21

**hear** [8] - 3:25, 6:17, 43:25, 67:12,

147:11, 163:6, 163:8, 166:19

**heard** [17] - 5:10, 6:25, 8:1, 24:20, 62:2, 78:25, 79:3, 98:1, 107:25, 121:12, 144:11, 147:11, 200:12, 213:21, 220:15, 235:11

**hearsay** [4] - 70:7, 70:8, 70:13, 70:19

**hell** [3] - 140:5, 204:8, 205:9

**help** [5] - 13:22, 46:18, 155:20, 209:18

**helped** [2] - 5:19, 209:19

**helpful** [3] - 11:9, 13:10, 13:16

**helping** [2] - 152:22, 195:7

**Henry** [4] - 96:21, 96:23, 196:12, 196:13

**hereby** [1] - 76:16

**heroin** [21] - 93:17, 94:7, 94:8, 94:19, 95:14, 95:19, 95:21, 98:15, 99:6, 100:6, 100:22, 105:18, 106:15, 107:1, 107:3, 195:17, 195:23, 196:1, 196:3, 196:19

**Hickory** [7] - 42:3, 57:13, 57:24, 168:9, 169:19, 212:12, 212:13

**high** [5] - 46:14, 137:1, 221:3, 227:4

**high-crime** [1] - 221:3

**high-priority** [2] - 221:3, 227:4

**hip** [3] - 125:25, 126:1, 200:20

**hit** [22] - 10:14, 66:17, 110:18, 117:9, 117:10, 117:11, 117:13, 128:22, 136:25, 151:18, 152:8, 154:4, 157:25, 161:11, 169:4, 194:15, 205:4, 205:9, 205:10, 205:11, 205:12

**Holding** [1] - 184:4

**holding** [2] - 99:19, 99:23

**hollering** [1] - 44:1

**home** [6] - 132:2, 171:21, 171:22, 172:14, 187:4, 187:12

**homicide** [3] - 66:20, 170:5, 170:7

**Honor** [71] - 4:6, 7:4, 7:5, 7:10, 7:14, 7:15, 7:17, 11:13, 12:22, 15:7, 16:1, 16:2, 17:1, 33:7, 37:15, 39:14, 39:19, 61:1, 61:13, 61:19, 61:21, 69:17, 70:13, 71:13, 71:15, 72:10, 72:23, 73:22, 74:4, 74:23, 75:4, 75:5, 75:23, 76:3, 77:25, 81:15, 86:17, 139:4, 141:1, 141:13, 142:3, 149:10, 173:15, 177:20, 180:1, 182:20, 190:5, 194:19, 212:17, 214:15, 215:1, 216:3, 216:23, 217:9, 219:11, 219:15, 219:22, 220:3, 231:7, 231:13, 231:17, 238:13, 238:24, 239:13, 239:18, 245:22, 246:19, 247:16, 247:23, 248:17

**HONORABLE** [1] - 1:9

**Honorable** [1] - 3:5

**hood** [1] - 89:25

**hooded** [1] - 99:22

**hoodie** [1] - 247:3

**hoots** [1] - 44:1

**hope** [1] - 142:7

**hospital** [7] - 110:16, 110:20, 180:8, 181:2, 187:4, 187:8, 187:10

**hot** [4] - 127:8, 188:3, 188:5, 232:17

**hot-ass** [1] - 127:8

**hours** [8] - 10:3, 11:3, 29:20, 47:19, 63:1, 144:16, 232:25

**house** [7] - 4:22, 36:21, 52:24, 53:19, 59:12, 153:7, 209:17

**housing** [10] - 40:13, 40:16, 40:19, 40:21, 41:22, 84:18, 240:8, 240:13, 240:14, 240:15

**HUD** [1] - 40:16
**hum** [4] - 101:2, 152:5, 175:6, 208:6
**Humason** [2] - 35:16, 35:18
**Humphrey** [55] - 53:23, 53:25, 61:22, 62:3, 62:14, 62:18, 62:22, 62:24, 63:2, 63:18, 63:21, 63:24, 64:16, 65:12, 65:18, 66:21, 66:23, 66:24, 68:2, 68:8, 69:20, 69:23, 70:3, 70:10, 70:16, 75:7, 75:10, 75:24, 78:2, 87:3, 99:20, 119:20, 134:8, 137:23, 140:1, 140:19, 142:22, 143:5, 143:6, 143:12, 144:19, 146:20, 149:12, 150:12, 153:14, 173:25, 180:5, 181:10, 183:25, 190:9, 212:22, 229:25, 230:24
**Humphries** [2] - 53:4, 56:5
**hundred** [1] - 27:9
**hundreds** [8] - 18:3, 18:4, 18:5, 27:12, 27:13, 42:19, 42:21, 42:23
**hung** [1] - 134:15
**hurts** [1] - 145:21

## I

**ID** [4] - 49:21, 60:16, 236:2
**idea** [4] - 32:9, 102:7, 111:6, 193:22
**identical** [1] - 58:8
**identification** [22] - 11:15, 49:13, 49:24, 50:1, 51:14, 51:17, 53:9, 53:25, 56:2, 173:5, 181:11, 229:14, 229:16, 229:17, 229:18, 230:9, 231:4, 241:18, 241:20, 241:21, 241:24, 242:19
**identifications** [1] - 55:14
**identified** [13] - 49:6, 58:1, 61:14, 62:16,

65:10, 69:21, 69:23, 97:6, 97:9, 97:18, 101:1, 143:2, 175:24
**identifies** [1] - 4:20
**identify** [12] - 3:22, 13:13, 13:21, 29:14, 48:18, 49:11, 62:11, 181:18, 181:20, 183:6, 183:14, 183:17
**identifying** [3] - 29:14, 49:4, 70:15
**identities** [1] - 55:13
**identity** [2] - 239:9, 246:11
**IDs** [1] - 49:17
**IGA** [7] - 42:13, 42:24, 45:14, 45:15, 45:20, 53:18, 58:15
**IGN** [1] - 234:7
**IGR** [1] - 234:8
**III** [2] - 1:9, 250:1
**illegal** [2] - 37:25, 48:20
**image** [2] - 9:19, 182:10
**images** [1] - 182:9
**immediately** [2] - 45:24, 163:12
**Impala** [3] - 159:14, 159:15, 165:21
**impeachment** [1] - 215:2
**implemented** [1] - 46:17
**important** [6] - 38:18, 66:1, 66:2, 92:19, 93:2, 101:16
**impossible** [1] - 45:6
**impression** [1] - 26:23
**improper** [1] - 215:1
**incident** [2] - 10:18, 238:9
**inclined** [1] - 73:13
**included** [1] - 28:25
**including** [1] - 64:8
**incorporates** [1] - 220:20
**increases** [2] - 69:2, 69:4
**incredibly** [1] - 34:19
**Independence** [1] - 232:19
**independent** [1] - 191:20
**INDEX** [1] - 250:1
**indicate** [4] - 14:12, 17:21, 200:18, 212:10
**indicated** [15] - 35:20,

38:5, 45:13, 47:22, 48:17, 53:22, 57:24, 58:9, 60:7, 60:11, 188:3, 205:1, 209:11, 211:2, 219:1
**indicates** [3] - 4:22, 20:22, 215:21
**indicating** [1] - 24:6
**indication** [3] - 24:14, 29:24, 32:19
**indictment** [11] - 62:17, 69:19, 71:2, 143:17, 145:4, 145:13, 145:15, 147:7, 147:18, 147:20
**individual** [36] - 34:14, 53:23, 56:3, 62:8, 62:9, 65:6, 66:4, 66:14, 67:9, 69:3, 69:4, 89:25, 90:1, 90:11, 90:13, 102:13, 120:2, 121:13, 129:22, 132:15, 133:4, 147:11, 181:18, 181:20, 183:19, 193:9, 222:16, 223:15, 236:5, 236:17, 236:19, 241:13, 241:19, 242:14, 242:22
**individuals** [92] - 26:11, 28:25, 34:3, 34:7, 34:17, 35:25, 37:3, 37:4, 46:3, 46:9, 48:18, 49:4, 49:6, 49:18, 49:21, 50:7, 51:4, 51:6, 51:21, 52:4, 52:18, 53:2, 54:3, 54:23, 55:13, 55:17, 55:21, 56:2, 63:19, 63:25, 64:8, 65:5, 65:11, 69:8, 69:10, 70:22, 79:19, 80:12, 82:20, 83:4, 83:7, 83:17, 86:22, 87:4, 87:12, 87:15, 92:4, 92:5, 92:8, 92:11, 92:13, 93:6, 93:10, 98:24, 102:10, 103:8, 103:11, 106:1, 112:24, 112:25, 113:3, 121:12, 123:4, 128:21, 133:18, 152:20, 160:4, 174:3, 175:14, 176:11, 183:15, 190:20,

196:21, 210:23, 216:4, 223:20, 223:21, 226:11, 228:25, 229:4, 229:7, 229:10, 229:14, 229:16, 229:21, 230:6, 230:17, 230:25, 231:3, 234:9, 242:8
**inextricably** [2] - 69:18, 143:21
**infiltrate** [1] - 5:20
**information** [7] - 9:25, 10:1, 54:9, 56:7, 135:1, 137:10, 216:13
**initial** [3] - 26:23, 243:18, 245:15
**initialed** [1] - 182:17
**initials** [4] - 173:6, 181:24, 182:14, 183:11
**initiate** [1] - 226:24
**initiation** [1] - 197:10
**initiative** [1] - 46:17
**injuries** [3] - 155:13, 181:4, 181:6
**innocuous** [1] - 146:1
**innocuously** [1] - 5:6
**inside** [11] - 5:25, 28:10, 42:12, 44:22, 53:18, 55:2, 101:12, 140:23, 154:13, 161:2, 228:18
**insofar** [1] - 143:23
**installed** [1] - 59:4
**instance** [5] - 26:16, 30:22, 38:10, 69:6, 210:8
**instantly** [1] - 82:25
**instructions** [5] - 61:6, 141:15, 217:2, 218:13, 248:2
**instructor** [1] - 240:11
**instructs** [1] - 72:14
**intending** [1] - 193:20
**intent** [4] - 144:4, 144:5, 145:17, 146:9
**interact** [1] - 55:5
**interacted** [1] - 49:6
**interacting** [3] - 229:9, 235:3, 236:4
**interaction** [5] - 222:25, 224:3, 224:10, 234:22, 235:14
**interactions** [1] - 226:10
**interfere** [2] - 218:6, 219:8

**internet** [1] - 248:8
**interpret** [1] - 202:25
**interpretation** [1] - 203:17
**interpreted** [3] - 33:23, 179:8, 179:10
**intertwined** [2] - 69:18, 143:21
**interviewed** [1] - 54:4
**interviews** [1] - 56:1
**intimidate** [2] - 33:19, 34:11
**intimidated** [1] - 34:18
**investigate** [1] - 227:23
**investigation** [9] - 20:8, 20:13, 20:14, 24:5, 30:3, 31:1, 33:14, 69:24, 72:7
**Involved** [1] - 46:23
**involved** [15] - 14:11, 17:18, 34:23, 37:9, 48:1, 48:19, 49:7, 50:21, 52:12, 71:3, 188:9, 188:12, 223:4, 237:13
**Irizarri** [1] - 145:10
**irrelevant** [3] - 143:18, 145:5, 148:1
**issue** [7] - 61:18, 62:16, 70:16, 141:23, 142:6, 217:21, 248:9
**issued** [2] - 143:17, 145:5, 145:13
**issues** [3] - 3:22, 61:13, 218:23
**itself** [4] - 27:20, 42:8, 234:10, 235:1

## J

**Jackson** [1] - 2:3
**jail** [10] - 95:4, 95:6, 95:11, 147:11, 147:25, 183:25, 184:3, 185:16, 185:17, 186:4
**JAMES** [1] - 1:11
**James** [1] - 76:11
**January** [15] - 1:5, 12:19, 21:1, 23:8, 54:16, 54:22, 63:2, 140:24, 168:9, 170:7, 171:12, 207:14, 208:22, 214:20
**Jaquan** [37] - 36:16, 62:4, 64:6, 64:9, 64:11, 109:4, 109:7,

109:16, 109:19, 111:10, 111:11, 113:7, 113:17, 114:22, 114:23, 114:25, 116:12, 116:13, 116:19, 116:24, 117:21, 122:22, 122:25, 124:12, 124:16, 124:18, 124:25, 125:6, 125:19, 126:3, 130:19, 188:1, 193:10, 198:6, 213:12, 213:22, 213:23
**Jaquan's** [4] - 64:10, 117:11, 123:5, 123:22
**Jaquann10** [1] - 36:21
**Jared** [1] - 245:1
**Jeep** [17] - 157:3, 157:4, 157:12, 157:13, 158:9, 160:5, 161:16, 164:15, 165:17, 165:20, 207:9, 208:8, 208:10, 208:11, 209:13, 211:25
**Jefferson** [17] - 29:10, 41:10, 42:2, 42:12, 57:10, 57:23, 84:24, 129:17, 129:18, 201:15, 220:18, 226:5, 233:9, 233:12, 233:22, 234:2, 241:9
**JFK** [4] - 109:22, 110:2, 110:13, 193:4
**job** [3] - 5:2, 5:6, 148:9
**Joe** [1] - 233:22
**John** [1] - 7:20
**join** [3] - 23:23, 197:19, 197:21
**joined** [1] - 192:5
**Joint** [8] - 74:6, 76:7, 76:9, 238:14, 238:17, 239:7, 244:23, 246:8
**Jones** [8] - 64:9, 88:17, 95:15, 95:18, 115:22, 129:11, 196:3, 222:8
**Jordan** [1] - 135:14
**Joseph** [2] - 233:17, 238:18
**JR** [1] - 1:11
**Jr** [1] - 76:11
**Judge** [37] - 3:18, 4:13, 4:17, 5:1, 5:12,

5:17, 6:2, 6:9, 6:12, 16:4, 60:3, 67:15, 68:13, 69:13, 71:16, 72:17, 86:11, 121:20, 128:6, 142:4, 144:25, 145:10, 146:10, 149:3, 190:7, 211:16, 217:10, 218:21, 218:24, 219:1, 219:6, 219:16, 231:8, 239:16, 244:22, 247:17, 248:16
**JUDGE** [1] - 1:10
**judges** [1] - 218:17
**July** [6] - 113:11, 182:17, 182:18, 232:20, 238:20
**jump** [2] - 38:6, 236:6
**jumped** [4] - 152:13, 152:14, 152:18, 173:2
**June** [12] - 62:15, 65:8, 69:25, 113:11, 142:21, 142:23, 142:24, 172:17, 173:13, 185:20, 187:3, 215:12
**juror** [1] - 146:14
**jurors** [9] - 5:2, 6:19, 7:23, 75:8, 75:13, 147:5, 149:14, 149:24, 219:20
**JURORS** [2] - 8:3, 8:7
**Jury** [12] - 3:2, 7:21, 61:10, 71:21, 75:11, 142:1, 142:11, 149:22, 217:6, 217:15, 219:18, 248:13
**JURY** [1] - 1:9
**jury** [25] - 3:15, 4:4, 4:16, 13:3, 37:17, 56:21, 69:21, 71:25, 72:14, 139:14, 139:19, 142:14, 146:17, 147:16, 179:23, 208:18, 212:24, 212:25, 213:4, 214:19, 217:18, 236:12, 246:20, 247:2, 247:13
**jury's** [1] - 220:15
**JUSTICE** [1] - 1:16

**K**

**K-9** [11] - 107:4, 107:5,

107:7, 143:2, 174:20, 174:21, 175:20, 175:24, 183:13, 225:18
**K-9's** [1] - 183:23
**Kaitlin** [1] - 246:10
**KAM** [1] - 30:2
**Kam** [2] - 121:4, 121:9
**Kameron** [6] - 62:1, 68:1, 68:2, 120:18, 120:21, 120:23
**Kareem** [5] - 62:15, 70:1, 143:2, 143:9, 144:5
**KATHERINE** [1] - 1:23
**Katherine** [1] - 3:11
**keep** [7] - 55:8, 103:1, 104:4, 179:16, 185:1, 185:3, 191:13
**keeps** [1] - 147:14
**KEFF** [1] - 21:21
**Keff** [2] - 21:21, 22:21
**Kelvin** [2] - 239:20, 245:4
**Kennedy** [1] - 76:11
**KENNEDY** [1] - 1:11
**kept** [2] - 161:3, 179:19
**KEVIN** [2] - 1:19, 1:20
**Kevin** [2] - 3:12, 76:15
**kicked** [1] - 152:19
**kickoff** [1] - 19:18
**kill** [6] - 144:18, 154:21, 159:2, 177:8, 193:23, 194:13
**killed** [17] - 71:6, 124:20, 125:19, 131:3, 144:14, 144:15, 144:17, 167:8, 168:8, 171:6, 177:17, 188:1, 188:8, 193:25, 209:3, 213:24, 214:3
**killers** [1] - 23:23
**killing** [3] - 62:25, 70:11, 143:6
**kind** [23] - 27:13, 29:18, 38:5, 59:15, 95:13, 115:18, 115:20, 115:24, 116:10, 125:16, 184:18, 197:24, 223:2, 223:15, 223:25, 227:5, 233:11, 233:23, 234:1, 234:3, 234:11, 235:2, 247:12
**kinds** [2] - 6:3, 95:18

**knock** [2] - 34:12, 86:14
**knowing** [1] - 29:3
**knowledge** [2] - 211:13, 216:11
**known** [9] - 52:6, 63:20, 65:9, 100:17, 105:10, 106:16, 134:22, 134:24, 186:11
**Kwon** [4] - 80:10, 82:20, 88:11, 96:18
**Kwon's** [1] - 88:12

**L**

**Lab** [1] - 237:12
**lab** [9] - 237:14, 237:15, 237:18, 237:19, 237:22, 238:21, 239:10, 244:20, 246:11
**ladies** [1] - 61:4
**laid** [1] - 47:5
**landing** [11] - 151:21, 151:23, 151:24, 151:25, 152:2, 155:1, 156:12, 157:24, 205:3, 227:21
**Lar'Quon** [8] - 98:6, 98:12, 129:5, 129:6, 196:18, 222:7, 223:22, 224:4
**Larell** [98] - 62:22, 62:23, 64:8, 70:12, 80:10, 82:20, 89:15, 89:18, 93:11, 93:17, 93:22, 99:2, 99:7, 105:25, 111:13, 111:18, 111:25, 112:2, 112:4, 113:5, 113:6, 113:7, 113:14, 114:7, 115:7, 115:11, 118:20, 118:23, 123:8, 123:15, 127:7, 127:19, 127:23, 128:4, 129:3, 130:12, 132:18, 132:22, 135:8, 143:7, 152:15, 154:21, 154:23, 154:24, 154:25, 155:3, 155:12, 156:2, 156:5, 156:25, 157:3, 157:14, 157:15, 158:2, 158:13, 161:15,

161:17, 162:6, 162:20, 163:11, 163:23, 164:1, 164:4, 164:19, 164:20, 165:17, 165:20, 168:3, 168:16, 168:17, 168:19, 169:19, 172:3, 177:8, 178:24, 178:25, 179:2, 179:4, 179:5, 179:13, 188:2, 195:16, 208:8, 209:2, 209:13, 210:21, 222:7, 229:25, 230:23, 236:4, 236:9, 236:18, 238:5, 238:19
**larell** [1] - 127:6
**Larell's** [4] - 89:16, 157:4, 159:10, 164:15
**large** [4] - 45:6, 58:3, 99:5, 122:3
**largely** [2] - 147:25, 245:20
**larger** [1] - 99:7
**Laron** [18] - 55:10, 62:8, 91:6, 91:7, 91:9, 126:10, 126:11, 126:13, 126:24, 127:7, 127:10, 131:2, 131:9, 188:3, 201:6, 201:9, 201:10
**last** [22] - 8:22, 10:12, 35:6, 36:20, 87:10, 88:4, 88:8, 88:16, 89:12, 89:16, 133:6, 140:1, 140:2, 140:7, 150:2, 167:16, 180:10, 180:13, 180:17, 217:22, 238:10
**laughing** [5] - 127:11, 203:13, 203:15, 203:16
**Law** [2] - 27:24, 241:15
**law** [8] - 18:11, 40:12, 62:20, 69:24, 119:10, 119:11, 181:14
**LAW** [2] - 1:19, 1:25
**Lawrence** [1] - 3:5
**LAWRENCE** [1] - 1:9
**lawyer** [1] - 218:16
**lawyers** [1] - 149:16
**layout** [3] - 12:18,

13:17, 44:4
**layouts** [1] - 44:6
**lead** [2] - 45:3, 147:2
**leading** [5] - 57:23, 86:12, 86:15, 126:19
**lean** [1] - 158:24
**leaned** [1] - 158:25
**leaning** [3] - 206:14, 207:7, 207:9
**learn** [12] - 80:19, 83:4, 83:16, 83:19, 83:22, 84:15, 108:22, 108:25, 121:9, 121:11, 122:22, 122:25
**learned** [3] - 62:9, 82:23, 199:1
**least** [8] - 23:12, 32:9, 60:7, 69:15, 146:8, 209:19, 222:4, 235:24
**leave** [10] - 6:4, 66:7, 73:23, 74:14, 154:16, 154:19, 160:8, 160:9, 169:17, 231:5
**leaving** [4] - 154:22, 156:8, 160:10, 241:1
**led** [1] - 59:17
**left** [20] - 5:19, 9:19, 10:16, 18:23, 29:19, 36:3, 59:12, 59:23, 64:7, 87:6, 89:25, 95:6, 95:11, 161:1, 161:14, 164:23, 165:7, 166:17, 206:10, 212:10
**left-hand** [3] - 5:19, 18:23, 29:19
**legal** [4] - 61:13, 142:6, 187:17, 194:20
**less** [3] - 130:19, 130:22
**letters** [1] - 183:10
**Lewis** [2] - 230:20, 230:23
**license** [1] - 60:16
**licenses** [1] - 55:13
**lie** [2] - 54:11, 214:6
**lied** [1] - 54:13
**Lieutenant** [4] - 8:19, 16:6, 231:20, 238:20
**lieutenant** [13] - 11:10, 12:11, 13:6, 15:11, 33:11, 37:17, 49:15, 231:13, 232:4, 232:5, 236:14, 237:25
**life** [2] - 109:4, 221:1

**light** [1] - 147:1
**likely** [1] - 34:17
**lil** [6] - 87:7, 87:8, 90:16, 90:17, 140:5, 204:8
**Lil** [14] - 87:8, 87:22, 87:25, 90:18, 90:19, 90:21, 96:15, 97:6, 124:24, 200:10, 200:15, 200:16
**limped** [1] - 208:10
**limping** [5] - 160:18, 162:4, 163:14, 208:4, 208:5
**line** [6] - 12:4, 22:22, 22:23, 57:22, 59:3, 59:21
**lines** [5] - 22:1, 22:18, 44:22, 140:1, 140:3
**link** [2] - 19:8, 36:18
**linked** [1] - 72:14
**lip** [1] - 31:17
**liquor** [4] - 29:10, 129:19, 152:7, 201:15
**list** [1] - 230:22
**listed** [3] - 49:16, 60:13, 195:16
**listen** [2] - 141:20, 248:7
**listener** [2] - 198:1, 198:2
**literally** [1] - 234:14
**litigating** [1] - 70:16
**live** [8] - 9:10, 9:15, 9:25, 10:1, 60:12, 84:3, 124:9, 193:1
**lived** [11] - 26:20, 79:14, 84:18, 103:8, 103:11, 103:14, 107:11, 108:16, 116:12, 116:13, 229:12
**living** [5] - 49:16, 121:4, 210:25, 211:7, 211:9
**LJV** [1] - 1:4
**LO** [3] - 98:3, 99:11, 152:15
**located** [6] - 14:21, 15:5, 15:22, 35:9, 42:1, 42:2
**location** [7] - 15:19, 15:21, 28:17, 35:17, 53:14, 53:15, 81:7
**locations** [2] - 48:23, 58:4
**lockbox** [1] - 237:17
**locked** [2] - 44:7, 244:6

**locker** [1] - 237:20
**locks** [1] - 237:20
**log** [5] - 11:9, 11:18, 49:15, 60:19, 60:21
**loitering** [5] - 49:7, 51:4, 51:23, 235:24, 236:1
**look** [28] - 6:13, 6:15, 8:8, 22:5, 49:25, 58:7, 64:9, 68:24, 73:18, 81:17, 114:22, 114:23, 115:3, 140:19, 140:20, 142:7, 158:2, 159:9, 161:22, 201:22, 205:3, 208:18, 212:5, 215:6, 218:15, 230:15, 238:1, 246:20
**looked** [12] - 14:10, 14:11, 14:13, 26:22, 27:6, 27:18, 35:5, 45:11, 145:6, 162:2, 182:2, 201:3
**looking** [36] - 5:21, 19:24, 23:13, 23:19, 24:6, 28:5, 29:3, 29:19, 52:23, 55:13, 144:17, 146:10, 158:20, 158:23, 159:1, 159:10, 159:24, 162:1, 162:2, 165:2, 165:10, 193:13, 198:3, 204:16, 204:19, 204:21, 205:24, 206:3, 206:9, 206:10, 206:13, 206:15, 211:24, 215:7, 233:23, 247:2
**lookouts** [3] - 43:20, 43:22, 57:20
**looks** [2] - 12:15, 246:21
**loose** [3] - 222:24, 223:19, 224:15
**lose** [1] - 45:2
**lost** [1] - 68:11
**loud** [1] - 91:13
**love** [2] - 21:16, 22:2
**Lovey** [2] - 120:13, 120:16
**Lovey's** [1] - 120:14
**Lowe** [5] - 100:3, 100:5, 100:7, 230:20, 230:23
**Lowe's** [1] - 99:11
**lower** [1] - 206:6

**lunch** [4] - 73:19, 73:22, 141:12, 141:14
**lyric** [11] - 21:12, 24:10, 25:21, 26:3, 33:12, 33:13, 33:17, 33:22, 35:7, 36:24
**lyrics** [2] - 22:23, 25:15

## M

**Macaroni** [3] - 21:23, 22:1, 22:22
**mad** [1] - 167:1
**Madison** [1] - 60:14
**main** [5] - 43:6, 45:14, 47:3, 57:17, 232:16
**Main** [2] - 41:11, 220:17
**maintain** [1] - 44:24
**maintained** [1] - 47:21
**major** [2] - 133:7, 209:24
**Major** [13] - 55:11, 100:12, 100:13, 100:17, 100:19, 100:23, 152:25, 209:21, 222:8, 223:16, 224:3, 229:25, 230:23
**majority** [1] - 240:8
**male** [2] - 224:7, 224:8
**males** [2] - 222:4, 223:10
**mall** [2] - 42:12, 53:18
**Maloney** [2] - 228:12, 229:5
**man** [1] - 203:3
**manpower** [1] - 48:2
**mantra** [1] - 34:21
**map** [8] - 12:15, 13:10, 14:3, 35:20, 58:1, 59:12, 59:15, 59:22
**March** [1] - 78:8
**marijuana** [39] - 52:5, 80:22, 81:1, 81:3, 81:5, 81:8, 81:20, 82:1, 82:4, 82:13, 82:15, 82:19, 101:15, 136:21, 136:22, 137:1, 137:3, 190:14, 191:5, 191:9, 191:10, 191:11, 195:17, 236:9, 236:23, 237:5, 237:7, 237:10, 237:20, 238:5, 238:18, 239:12,

241:23, 243:1, 243:18, 245:2, 245:15, 246:16, 247:3
**Maritato** [1] - 219:23
**Mark** [1] - 51:1
**mark** [4] - 14:2, 58:22, 58:24, 206:13
**marked** [19] - 11:15, 41:18, 43:18, 44:18, 54:17, 57:22, 58:11, 58:25, 59:1, 59:12, 74:6, 154:9, 173:5, 181:10, 205:4, 230:8, 238:1, 238:9, 245:10
**Markel** [4] - 51:9, 95:25, 96:1, 196:7
**Market** [1] - 76:22
**marking** [1] - 57:1
**marks** [1] - 207:4
**Marlene** [1] - 51:2
**Marshall** [2] - 235:18, 236:5
**Mart** [1] - 15:23
**matter** [3] - 43:24, 179:24, 249:5
**Maurice** [28] - 61:24, 61:25, 63:12, 63:16, 63:18, 64:8, 65:6, 65:14, 68:1, 69:7, 90:4, 90:5, 93:25, 94:2, 94:8, 120:8, 121:17, 121:18, 121:23, 122:2, 122:9, 122:14, 122:17, 122:20, 195:22, 198:9, 210:13
**McDonald's** [3] - 42:15, 42:25, 234:3
**McDowell** [9] - 63:1, 70:11, 70:23, 71:3, 71:7, 143:7, 144:10, 144:16
**McNeeley** [2] - 57:13, 57:24
**mean** [37] - 5:5, 33:16, 39:5, 58:7, 70:20, 79:23, 79:25, 80:3, 83:9, 94:21, 95:3, 99:4, 102:3, 112:22, 128:14, 140:8, 140:12, 144:3, 144:11, 144:25, 145:5, 145:20, 152:18, 170:23, 170:25, 179:5, 179:8, 179:14, 188:5, 188:7,

188:24, 189:4, 194:13, 197:12, 210:15, 218:15, 221:12
**meaning** [5] - 62:22, 84:23, 123:2, 136:20, 235:14
**means** [3] - 218:22, 226:23, 226:24
**meant** [2] - 114:7
**media** [23] - 5:19, 16:19, 17:18, 22:6, 22:8, 22:10, 22:12, 22:15, 22:18, 34:4, 34:8, 37:5, 63:15, 66:3, 68:25, 69:1, 69:2, 133:24, 138:7, 138:9, 167:9, 167:24, 168:1
**medias** [1] - 16:12
**meet** [2] - 105:12, 142:5
**meeting** [1] - 82:4
**member** [35] - 37:18, 37:20, 62:9, 62:12, 63:11, 64:3, 64:5, 64:16, 65:10, 65:20, 66:14, 67:18, 69:23, 84:11, 85:24, 90:21, 91:9, 96:7, 105:6, 106:10, 108:6, 108:12, 110:10, 115:1, 115:4, 120:23, 134:18, 135:20, 144:13, 144:18, 192:1, 192:9, 197:7, 197:9
**members** [44] - 18:11, 34:5, 34:8, 34:17, 38:10, 38:11, 63:19, 63:23, 64:14, 64:21, 64:23, 66:12, 82:23, 83:25, 84:9, 85:3, 85:4, 85:6, 85:8, 85:20, 85:21, 85:22, 86:10, 86:25, 89:18, 92:3, 92:24, 97:25, 98:2, 103:2, 103:5, 104:21, 104:22, 108:14, 108:22, 110:5, 111:24, 118:18, 135:16, 135:18, 183:3, 190:17, 197:11, 210:16
**memo** [1] - 63:5
**memorial** [2] - 4:21, 6:3
**memorialize** [1] - 56:8
**memorials** [3] - 131:9,

131:12, 131:14
**memories** [4] - 10:5, 10:13, 10:15, 10:17
**memory** [4] - 10:10, 11:5, 29:20, 180:10
**men** [5] - 30:11, 135:11, 135:12, 135:23, 136:4
**mentioned** [3] - 33:21, 188:2, 245:10
**met** [3] - 79:16, 80:8, 109:4
**method** [1] - 8:23
**Michael** [29] - 62:15, 62:19, 62:24, 65:8, 65:10, 69:21, 70:10, 105:5, 105:6, 105:10, 105:12, 105:24, 106:2, 143:3, 143:4, 143:6, 143:9, 144:5, 176:17, 178:10, 178:15, 183:22, 210:8, 219:23, 242:2, 242:13, 243:6, 243:7, 243:9
**microphone** [1] - 78:4
**mid** [1] - 61:5
**mid-morning** [1] - 61:5
**middle** [14] - 14:3, 45:22, 57:14, 58:20, 58:25, 59:15, 59:22, 88:6, 156:18, 156:21, 165:6, 241:13, 245:5
**midnight** [6] - 150:18, 150:20, 151:4, 151:10, 207:14
**might** [3] - 3:23, 13:22, 51:1
**Mikac** [1] - 225:2
**Mikel** [10] - 99:13, 99:24, 100:3, 100:5, 100:7, 135:14, 152:15, 230:20, 230:23
**millimeter** [5] - 115:25, 125:12, 125:14, 125:16, 125:18
**mind** [7] - 39:10, 57:1, 141:22, 178:12, 179:7, 217:4, 248:9
**mindset** [1] - 71:9
**Minnesota** [1] - 55:9
**minute** [2] - 123:17, 143:3
**minutes** [18] - 10:3, 29:20, 61:8, 71:12,

139:8, 161:7, 161:8, 161:9, 161:13, 166:17, 177:10, 177:13, 177:15, 209:12, 212:19, 217:5, 217:12, 234:12
**Miquise** [13] - 64:9, 88:15, 88:18, 95:15, 95:18, 105:25, 112:5, 114:4, 114:5, 115:22, 129:11, 196:3, 222:7
**Miquise's** [1] - 88:16
**mischief** [2] - 44:9, 186:16
**misdemeanor** [1] - 185:19
**miss** [1] - 194:14
**missed** [2] - 194:17, 194:23
**misspeak** [2] - 53:5, 55:7
**mistrial** [2] - 72:15, 73:1
**MOLISANI** [12] - 1:13, 39:19, 39:24, 40:1, 56:19, 56:22, 57:21, 58:23, 59:2, 59:25, 61:1, 250:10
**Molisani** [2] - 3:10, 76:13
**mom** [2] - 117:18, 187:11
**moment** [5] - 16:1, 31:24, 33:8, 211:15, 216:22
**money** [9] - 20:10, 69:22, 80:4, 81:6, 82:12, 82:15, 94:22, 103:1, 191:13
**month** [1] - 83:21
**months** [9] - 56:13, 81:2, 82:12, 82:18, 82:23, 185:16, 185:17, 190:12, 190:14
**morning** [24] - 3:17, 3:18, 3:20, 4:15, 4:16, 4:20, 5:9, 7:22, 7:25, 8:19, 8:20, 16:6, 16:7, 35:6, 40:2, 40:3, 60:5, 60:6, 61:5, 63:2, 78:2, 78:3, 144:16, 232:24
**mosey** [1] - 53:18
**most** [9] - 9:11, 43:2, 44:10, 51:24, 66:24, 104:6, 118:19,

225:24, 232:1
**motive** [1] - 144:18
**motorists** [1] - 241:16
**Mott** [1] - 51:2
**move** [10] - 10:18, 75:18, 78:17, 84:5, 131:18, 162:13, 162:16, 172:16, 201:24, 223:7
**moved** [19] - 78:19, 79:13, 79:18, 80:11, 80:19, 80:25, 82:3, 82:22, 83:16, 83:19, 83:25, 84:7, 108:10, 108:11, 108:21, 121:5, 162:17, 163:6, 169:10
**movement** [1] - 31:17
**moves** [2] - 162:14, 166:19
**moving** [9] - 63:6, 75:21, 78:25, 79:4, 79:11, 79:16, 80:16, 100:2, 234:14
**MR** [372] - 3:21, 4:6, 4:8, 4:10, 4:13, 4:17, 5:12, 5:16, 5:22, 6:2, 6:9, 6:12, 6:22, 7:4, 7:5, 7:7, 7:10, 7:14, 7:15, 7:17, 8:14, 8:18, 11:13, 11:14, 12:7, 12:10, 12:22, 12:24, 13:3, 13:5, 14:23, 14:25, 15:7, 15:10, 16:1, 16:4, 16:5, 17:1, 17:3, 17:6, 18:15, 18:18, 20:24, 20:25, 23:2, 23:4, 25:2, 25:3, 31:24, 32:1, 32:13, 32:17, 32:22, 32:24, 33:4, 33:7, 33:10, 34:25, 35:3, 35:4, 35:23, 35:24, 36:5, 36:6, 36:9, 36:11, 37:1, 37:2, 37:15, 37:16, 38:25, 39:2, 39:3, 39:4, 39:11, 39:14, 39:19, 39:24, 40:1, 56:19, 56:22, 57:21, 58:23, 59:2, 59:25, 60:3, 60:4, 60:23, 61:1, 61:13, 61:16, 61:19, 61:21, 64:4, 65:18, 65:24, 66:24, 67:2, 67:11, 67:15, 67:25, 68:4, 68:21, 69:13, 69:17, 70:8, 70:20, 71:13, 71:15, 71:16, 72:9,

72:17, 72:23, 73:9, 73:22, 74:4, 74:16, 74:20, 74:23, 75:1, 75:4, 75:5, 75:7, 75:23, 76:3, 76:7, 77:10, 77:25, 78:1, 81:12, 81:15, 81:16, 86:11, 86:17, 86:18, 87:1, 87:2, 89:3, 89:4, 89:23, 89:24, 90:9, 90:10, 90:25, 91:1, 97:17, 97:20, 99:14, 99:17, 99:18, 119:17, 119:19, 119:24, 120:1, 120:9, 120:10, 121:20, 121:22, 126:19, 126:21, 126:23, 128:6, 128:9, 132:8, 132:12, 132:14, 132:25, 133:3, 133:8, 133:10, 133:21, 133:22, 137:20, 137:22, 139:4, 139:6, 139:10, 139:12, 139:14, 139:18, 140:15, 141:1, 141:3, 141:13, 142:3, 142:4, 142:21, 142:24, 143:25, 144:3, 144:8, 144:13, 144:23, 144:25, 146:3, 146:10, 146:17, 147:4, 148:7, 148:16, 148:19, 148:22, 149:3, 149:5, 149:6, 149:8, 149:10, 150:10, 150:11, 153:10, 153:12, 153:13, 156:9, 156:11, 157:6, 157:8, 157:17, 157:19, 158:16, 158:17, 159:17, 159:19, 160:13, 160:14, 160:21, 160:23, 164:24, 165:1, 165:11, 165:13, 173:15, 173:17, 173:21, 173:24, 174:23, 175:2, 175:9, 175:10, 175:12, 175:13, 175:22, 175:23, 176:8, 176:10, 176:18, 176:21,

177:1, 177:2, 177:20, 177:24, 178:11, 178:14, 178:18, 178:20, 178:22, 179:6, 179:12, 180:1, 180:4, 182:20, 182:22, 183:2, 190:5, 190:7, 190:8, 194:19, 194:22, 200:5, 200:7, 201:25, 202:2, 202:16, 202:18, 202:20, 202:22, 203:20, 203:22, 204:13, 204:14, 205:25, 206:2, 207:1, 207:2, 207:4, 207:6, 211:15, 211:19, 211:21, 211:23, 212:14, 212:17, 212:19, 212:21, 214:15, 214:16, 214:18, 215:1, 215:3, 215:5, 215:14, 215:16, 216:3, 216:8, 216:19, 216:22, 217:9, 217:10, 218:5, 218:21, 218:24, 219:1, 219:4, 219:11, 219:15, 219:16, 219:22, 220:3, 220:5, 224:20, 224:22, 225:1, 225:6, 231:6, 231:8, 231:13, 231:17, 231:19, 233:20, 236:10, 236:13, 236:21, 236:22, 238:13, 238:17, 239:1, 239:5, 239:16, 239:20, 239:24, 240:1, 242:3, 242:6, 242:17, 242:18, 244:22, 245:8, 245:22, 246:1, 246:7, 246:17, 246:19, 246:23, 247:16, 247:17, 247:23, 248:16, 248:17, 248:20, 250:5, 250:6, 250:7, 250:8, 250:10, 250:11, 250:13, 250:14, 250:15, 250:16, 250:18, 250:20, 250:22, 250:24

**MS** [3] - 5:17, 5:23, 7:11
**municipal** [2] - 40:13, 40:16
**municipality** [1] - 40:14
**murder** [2] - 194:9, 194:14
**music** [5] - 22:19, 24:25, 63:15, 79:5, 79:8
**musical** [1] - 22:22
**must** [2] - 24:22, 241:15

## N

**nah** [4] - 25:5, 155:19, 164:12, 168:4
**name** [39] - 53:23, 60:20, 87:8, 87:10, 87:13, 88:2, 88:4, 88:8, 88:12, 88:16, 89:12, 89:16, 90:3, 90:19, 98:5, 99:12, 100:11, 105:4, 106:4, 107:7, 120:7, 120:14, 120:18, 133:6, 134:7, 138:1, 138:16, 144:12, 167:16, 176:16, 183:21, 183:23, 200:12, 200:13, 200:16, 222:5, 222:19, 238:10
**named** [10] - 63:1, 93:25, 95:25, 96:1, 96:21, 100:9, 100:25, 109:4, 119:3, 134:9
**names** [12] - 16:24, 16:25, 80:10, 129:4, 200:13, 222:6, 222:18, 229:21, 229:24, 230:4, 230:6, 230:17
**narcotics** [9] - 45:19, 48:19, 49:7, 63:25, 64:1, 64:20, 65:11, 223:9, 232:12
**narrow** [1] - 13:18
**naturally** [1] - 112:21
**nature** [3] - 48:20, 222:1, 222:22
**near** [1] - 29:8
**necessarily** [1] - 111:4
**necessary** [1] - 25:11
**need** [10] - 3:19, 13:7, 32:14, 69:8, 71:14, 72:5, 150:3, 201:25,

224:16, 248:14
**needed** [2] - 66:14, 66:17
**needs** [1] - 73:25
**negative** [2] - 5:3, 6:18
**neighborhood** [3] - 64:10, 66:8, 66:9
**neighborhoods** [3] - 220:20, 220:21, 221:3
**neighbors** [1] - 47:8
**net** [1] - 236:17
**Nettles** [1] - 129:13
**never** [24] - 17:21, 22:3, 24:23, 25:17, 25:18, 25:22, 26:1, 32:25, 44:7, 96:17, 191:8, 192:9, 192:11, 194:15, 197:12, 197:18, 197:21, 208:1, 209:8, 209:9, 211:4, 211:5, 247:14
**NEW** [1] - 1:1
**new** [2] - 59:10, 150:20
**New** [22] - 1:15, 1:17, 1:21, 2:4, 3:4, 27:24, 76:12, 76:25, 78:10, 131:18, 132:19, 133:18, 137:11, 138:24, 150:12, 150:14, 153:25, 156:13, 159:7, 159:25, 185:9, 201:24
**newest** [4] - 10:15, 23:13, 23:16
**news** [6] - 5:10, 6:25, 8:1, 8:6, 22:13, 141:20
**News** [1] - 5:14
**newspaper** [2] - 8:8, 248:7
**next** [34] - 21:17, 22:2, 39:18, 39:19, 52:24, 53:1, 61:17, 61:21, 75:22, 87:25, 88:10, 89:14, 133:8, 143:5, 156:4, 162:4, 176:24, 183:10, 187:3, 210:1, 219:10, 219:21, 219:23, 222:20, 224:25, 231:12, 233:3, 239:20, 243:24, 244:1, 244:4, 244:8, 244:13, 247:22

**Niagara** [1] - 2:4
**Niara** [1] - 136:9
**nick** [1] - 166:6
**nickname** [5] - 87:16, 87:18, 87:20, 88:18, 96:3
**Nigga** [1] - 140:7
**night** [25] - 11:3, 132:22, 133:16, 133:23, 144:14, 153:25, 157:15, 159:4, 166:8, 166:14, 167:5, 167:18, 168:17, 169:6, 169:8, 172:11, 178:5, 181:8, 187:3, 187:15, 221:13, 221:15, 223:5, 230:10
**no-trespassing** [1] - 47:11
**nobody** [13] - 7:1, 66:17, 93:4, 104:20, 117:10, 191:2, 191:3, 191:15, 191:17, 191:19, 194:15, 231:4, 244:8
**Norfolk** [1] - 122:1
**normal** [1] - 227:5
**normally** [2] - 47:6, 57:9
**North** [1] - 232:5
**north** [9] - 42:3, 45:6, 212:7, 220:19, 233:10, 241:2, 241:9, 241:10
**northeast** [2] - 12:3, 35:21
**northeastern** [2] - 12:1, 13:9
**northerly** [1] - 212:8
**Notary** [2] - 2:3, 249:10
**note** [3] - 29:23, 60:9, 66:1
**notes** [1] - 123:20
**nothing** [15] - 36:16, 37:15, 39:10, 61:14, 61:16, 149:10, 162:8, 162:12, 190:5, 191:8, 214:15, 216:23, 231:6, 236:7, 243:14
**notice** [3] - 174:13, 174:15, 174:17
**noticed** [1] - 227:18
**notify** [1] - 103:20
**November** [5] - 50:15, 51:3, 52:9, 226:14,

227:10
**NP5** [1] - 221:10
**Ns** [2] - 21:16, 22:2
**number** [16] - 27:8, 46:7, 58:5, 66:2, 68:22, 183:6, 183:10, 183:12, 199:24, 210:3, 238:9, 238:10, 239:10, 239:11, 246:11, 246:12
**NW** [1] - 1:17
**NYACR** [2] - 2:3, 249:10
**NYRCR** [2] - 2:3, 249:10

## O

**O'Neill** [8] - 39:20, 40:4, 52:8, 56:23, 58:24, 59:20, 59:25, 60:5
**oath** [3] - 8:11, 150:8, 208:18
**object** [7] - 73:6, 86:11, 148:20, 149:1, 218:2, 218:11
**objecting** [1] - 73:10
**objection** [38] - 6:21, 7:4, 11:11, 12:24, 12:25, 17:1, 17:4, 67:7, 77:10, 121:20, 126:19, 128:6, 139:12, 139:13, 141:3, 141:4, 148:8, 148:16, 173:17, 173:18, 177:20, 178:11, 178:18, 179:6, 182:22, 182:23, 194:19, 200:5, 202:16, 203:20, 215:1, 216:3, 216:5, 216:6, 239:1, 239:2, 246:1, 246:2
**objections** [3] - 67:9, 218:17, 218:20
**objective** [1] - 48:22
**objectives** [1] - 47:5
**objects** [1] - 216:14
**obscured** [1] - 206:20
**observations** [3] - 56:8, 63:25, 93:5, 93:14, 234:17
**observe** [2] - 14:17, 248:7
**observed** [4] - 62:6, 234:22, 234:25, 241:13

**obstruct** [1] - 160:4
**obstructing** [1] - 234:13
**obstruction** [1] - 237:11
**obtain** [1] - 49:21
**obviously** [5] - 5:3, 73:5, 145:13, 201:11, 218:11
**occasion** [8] - 52:2, 54:9, 198:15, 198:17, 198:18, 198:19, 201:14
**occasions** [2] - 55:12, 60:8
**occupied** [1] - 222:3
**occur** [1] - 213:23
**occurred** [12] - 4:23, 39:7, 68:23, 86:19, 92:6, 92:9, 92:15, 92:20, 119:2, 131:10, 145:14, 173:13
**occurrence** [1] - 34:19
**occurring** [1] - 86:7
**occurs** [4] - 112:11, 143:17, 145:4, 147:18
**OF** [5] - 1:1, 1:3, 1:9, 1:16, 1:19
**offer** [10] - 12:22, 63:6, 77:7, 139:5, 139:10, 141:1, 173:15, 182:20, 238:25, 245:24
**offering** [2] - 74:15, 74:16
**officer** [17] - 5:19, 40:8, 40:9, 40:13, 41:14, 50:17, 52:10, 54:17, 56:17, 166:7, 169:21, 227:23, 231:23, 238:21, 240:5, 244:4, 244:5
**Officer** [28] - 39:20, 40:2, 40:4, 41:21, 46:16, 52:8, 54:15, 56:23, 58:24, 59:20, 59:25, 60:5, 60:23, 170:2, 170:4, 172:10, 225:1, 225:7, 229:5, 230:8, 238:18, 240:2, 245:1, 245:3, 245:6, 245:9, 246:18, 246:24
**OFFICER** [1] - 1:24
**officer's** [2] - 238:23, 245:22
**officers** [10] - 5:25,

45:7, 46:6, 47:23, 48:1, 48:4, 50:10, 50:25, 72:7, 166:3
**OFFICES** [1] - 1:19
**Official** [1] - 249:10
**often** [15] - 43:20, 47:17, 83:24, 93:22, 94:8, 97:4, 99:9, 100:7, 100:23, 101:9, 103:2, 106:1, 106:21, 137:3, 240:25
**old** [13] - 9:23, 9:24, 10:3, 10:4, 10:9, 23:14, 78:5, 78:19, 192:4
**older** [15] - 63:22, 64:21, 83:10, 83:13, 83:14, 85:3, 85:4, 85:5, 85:6, 85:7, 109:9, 109:10, 109:11, 192:9, 196:15
**once** [11] - 27:14, 45:2, 99:10, 101:10, 106:3, 106:22, 126:8, 154:19, 189:21, 222:23, 234:22
**one** [95] - 9:15, 9:23, 13:11, 15:24, 16:1, 21:7, 22:1, 25:5, 25:6, 25:7, 25:8, 28:9, 28:12, 28:13, 28:22, 31:24, 33:7, 36:3, 36:15, 36:20, 38:3, 38:6, 38:7, 38:10, 38:17, 45:14, 47:3, 56:23, 59:10, 59:18, 63:23, 70:21, 74:11, 77:18, 77:19, 77:20, 77:21, 85:14, 87:22, 88:6, 88:10, 88:14, 101:1, 103:1, 112:8, 144:8, 153:24, 155:9, 156:17, 157:11, 168:8, 172:6, 174:3, 174:4, 177:12, 182:12, 182:14, 187:6, 187:24, 191:4, 191:6, 192:19, 192:20, 198:15, 199:18, 199:19, 200:13, 200:22, 204:1, 205:16, 206:6, 206:13, 206:23, 210:19, 210:21, 216:22, 220:21,

223:21, 223:22, 226:13, 232:16, 233:2, 237:5, 238:14, 239:6, 241:9, 241:10, 242:10, 243:5, 244:3, 244:9, 247:3
**one's** [1] - 132:9
**one-second** [1] - 177:12
**ones** [10] - 25:10, 43:6, 47:3, 104:25, 105:23, 107:23, 107:24, 136:8, 206:5
**online** [4] - 4:15, 4:19, 5:23, 6:1
**open** [4] - 154:6, 156:17, 158:12, 206:4
**operate** [1] - 35:17
**operated** [3] - 63:22, 63:23, 64:19
**operation** [2] - 64:20, 178:11
**opinion** [1] - 26:6
**opportunity** [2] - 208:16, 227:9
**opposing** [1] - 38:11
**opposite** [1] - 55:24
**opposition** [2] - 21:9, 67:13
**option** [1] - 9:9
**order** [5] - 48:22, 186:7, 186:23, 187:1, 187:6
**organization** [5] - 64:15, 64:17, 64:19, 65:11, 111:24
**organizations** [1] - 34:23
**Organized** [1] - 1:17
**original** [3] - 32:8, 71:1, 182:1
**originally** [1] - 71:1
**originated** [1] - 222:10
**OTC** [3] - 107:15, 107:17, 109:1
**outlined** [1] - 63:5
**outreach** [1] - 47:7
**outside** [45] - 4:23, 6:5, 18:6, 18:12, 29:2, 29:10, 39:1, 43:13, 49:3, 60:13, 62:17, 67:5, 69:15, 73:7, 73:10, 73:11, 73:17, 101:13, 102:20, 103:12, 103:14, 110:7, 121:20, 128:6, 140:23, 145:1,

146:6, 147:18, 148:21, 148:22, 156:6, 158:2, 158:3, 160:15, 161:12, 161:19, 161:21, 161:25, 163:14, 163:16, 164:3, 166:23, 177:20, 178:20
**outstanding** [2] - 51:25, 54:7
**outweighed** [1] - 146:13
**overnight** [1] - 10:22
**overruled** [10] - 121:21, 126:20, 128:8, 177:22, 177:23, 178:19, 179:11, 194:21, 200:6, 203:21
**Overruled** [1] - 178:21
**overt** [2] - 70:24, 71:1
**overtime** [1] - 232:24
**own** [4] - 66:4, 141:17, 223:25, 233:13

**P**

**p.m** [21] - 11:24, 14:9, 142:1, 142:9, 142:10, 149:12, 149:22, 168:10, 216:25, 217:6, 217:13, 217:14, 219:18, 221:10, 224:24, 226:20, 231:11, 239:19, 247:21, 248:13, 248:21
**packaged** [1] - 237:18
**page** [21] - 5:14, 5:20, 5:22, 6:2, 7:2, 8:5, 14:23, 35:3, 36:9, 119:2, 137:21, 137:24, 139:11, 202:1, 215:7, 215:8, 215:9, 215:10, 215:14, 242:4, 242:7
**PAGE** [2] - 250:2, 251:2
**pants** [3] - 186:3, 237:6, 242:23
**paper** [5] - 6:7, 6:8, 6:9, 7:3, 247:7
**paragraph** [11] - 74:11, 74:21, 76:18, 214:25, 215:17, 215:18, 215:21, 238:17, 239:7, 244:25, 246:8

**paralegal** [1] - 3:10
**Paralegal** [1] - 1:23
**pardon** [4] - 19:18, 23:5, 28:18, 206:1
**parents** [1] - 203:7
**PARISI** [201] - 1:12, 3:21, 4:6, 4:8, 4:10, 6:22, 7:4, 7:15, 7:17, 8:14, 8:18, 11:14, 12:7, 12:10, 12:22, 13:3, 13:5, 14:23, 14:25, 15:7, 15:10, 16:1, 17:1, 33:7, 33:10, 34:25, 35:3, 35:4, 35:23, 35:24, 36:5, 36:6, 36:9, 36:11, 37:1, 37:2, 37:15, 39:2, 39:14, 61:13, 61:19, 61:21, 64:4, 65:18, 65:24, 66:24, 67:2, 67:25, 68:21, 69:17, 70:8, 71:13, 71:15, 72:9, 72:23, 73:22, 74:4, 74:16, 74:20, 75:1, 75:4, 75:7, 75:23, 76:3, 76:7, 77:25, 78:1, 81:12, 81:15, 81:16, 86:17, 86:18, 87:1, 87:2, 89:3, 89:4, 89:23, 89:24, 90:9, 90:10, 90:25, 91:1, 97:17, 97:20, 99:14, 99:17, 99:18, 119:17, 119:19, 119:24, 120:1, 120:9, 120:10, 121:22, 126:21, 126:23, 128:9, 132:8, 132:12, 132:14, 132:25, 133:3, 133:8, 133:10, 133:21, 133:22, 137:20, 137:22, 139:4, 139:6, 139:10, 139:14, 139:18, 140:15, 141:1, 141:13, 142:3, 142:21, 142:24, 143:25, 144:3, 144:8, 144:13, 144:23, 147:4, 149:6, 149:8, 149:10, 150:10, 150:11, 153:10, 153:12, 153:13, 156:9, 156:11, 157:6, 157:8, 157:17, 157:19,

158:16, 158:17, 159:17, 159:19, 160:13, 160:14, 160:21, 160:23, 164:24, 165:1, 165:11, 165:13, 173:15, 173:21, 173:24, 174:23, 175:2, 175:9, 175:10, 175:12, 175:13, 175:22, 175:23, 176:8, 176:10, 176:18, 176:21, 177:1, 177:2, 177:24, 178:14, 178:22, 179:12, 180:1, 180:4, 182:20, 183:2, 190:5, 194:19, 200:5, 202:16, 203:20, 212:17, 212:19, 212:21, 214:15, 215:1, 216:3, 216:22, 217:9, 219:11, 219:15, 225:1, 225:6, 231:6, 247:23, 248:17, 250:5, 250:7, 250:13, 250:15, 250:20

**Parisi** [17] - 3:9, 38:4, 76:12, 141:11, 142:18, 148:5, 148:12, 166:6, 169:24, 170:2, 170:4, 172:11, 195:15, 197:23, 217:23, 219:1, 219:4

**Parisi's** [1] - 145:23

**Park** [2] - 193:5, 220:19

**park** [3] - 43:16, 48:23, 57:18

**parked** [3] - 157:4, 159:10, 159:15

**parking** [13] - 43:14, 52:24, 57:17, 58:2, 58:3, 59:13, 114:9, 157:5, 158:8, 159:6, 165:18, 222:11, 234:18

**parole** [1] - 25:9

**part** [34] - 12:3, 30:3, 30:8, 35:21, 47:13, 48:17, 50:4, 59:22, 64:17, 69:2, 70:9, 70:14, 75:14, 75:15, 78:11, 78:23, 84:20, 85:8, 88:22, 100:13,

109:14, 116:7, 118:10, 119:24, 120:16, 144:4, 146:1, 146:19, 147:15, 150:23, 160:24, 227:8, 245:5

**partially** [1] - 206:20

**participate** [1] - 221:16

**particular** [6] - 114:23, 198:15, 210:15, 223:20, 226:14, 227:12

**particularly** [2] - 145:7, 226:25

**parties** [7] - 67:16, 72:1, 74:12, 77:19, 77:22, 142:17, 217:20

**PARTIES** [1] - 3:18

**partner** [9] - 228:2, 228:3, 228:12, 228:19, 228:21, 233:14, 233:15, 234:23, 238:8

**party** [21] - 131:19, 131:22, 133:18, 135:4, 135:6, 135:8, 135:13, 135:16, 135:18, 135:21, 136:2, 136:6, 136:10, 136:12, 136:16, 136:22, 137:12, 151:9, 151:12, 151:14, 167:18

**pass** [2] - 47:11, 158:13

**passed** [2] - 175:5, 241:2

**passenger's** [2] - 115:14, 207:22

**past** [6] - 26:9, 142:23, 142:24, 156:5, 207:17, 207:18

**pat** [2] - 222:17, 236:8

**Pat** [1] - 7:16

**pathway** [2] - 59:9, 59:17

**PATRICK** [1] - 1:24

**patrol** [19] - 40:8, 40:9, 40:20, 41:13, 41:15, 41:18, 44:16, 45:14, 47:10, 50:21, 221:2, 221:3, 227:5, 227:9, 227:18, 232:1, 243:5, 243:6, 243:13

**patrolled** [3] - 42:24, 46:7, 240:15

**patrols** [13] - 47:14,

47:17, 48:2, 48:5, 48:18, 49:1, 49:2, 50:5, 56:12, 56:14, 226:25, 227:1

**patted** [1] - 223:17

**Paul** [2] - 3:9, 76:12

**PAUL** [1] - 1:12

**pause** [6] - 99:17, 119:21, 175:22, 176:18, 177:1, 180:5

**paused** [1] - 133:4

**pay** [1] - 20:3

**paying** [1] - 176:3

**PBC** [6] - 62:2, 68:3, 107:25, 108:2, 121:1, 121:2

**PCB** [1] - 67:18

**Peckham** [1] - 241:5

**Penal** [1] - 27:24

**people** [71] - 6:4, 9:2, 17:8, 18:2, 18:5, 22:5, 22:8, 22:18, 31:18, 33:24, 38:2, 38:3, 44:10, 48:13, 48:25, 52:4, 59:5, 64:23, 69:9, 79:21, 79:25, 80:5, 80:8, 80:20, 82:19, 83:24, 84:25, 88:22, 94:10, 94:20, 94:22, 98:18, 98:19, 99:25, 103:14, 104:4, 104:14, 104:24, 105:20, 105:22, 105:25, 106:1, 112:5, 118:10, 118:13, 118:16, 126:16, 127:20, 134:22, 144:17, 156:7, 156:8, 164:3, 164:6, 164:8, 164:16, 167:10, 167:13, 190:18, 196:22, 197:1, 210:3, 210:15, 210:23, 210:24, 233:5, 233:24, 234:11, 234:13

**perched** [1] - 234:14

**perfect** [1] - 13:16

**perform** [1] - 19:10

**period** [10] - 4:24, 16:13, 20:4, 30:17, 62:17, 67:6, 145:2, 147:7, 147:18, 177:13

**permanent** [2] - 206:6, 206:7

**permission** [1] - 74:20

**Perrys** [1] - 241:1

persist [1] - 56:15

**person** [73] - 6:5, 8:23, 9:1, 9:5, 9:8, 9:14, 26:20, 31:7, 33:18, 34:12, 37:9, 50:1, 51:18, 53:11, 53:12, 62:11, 63:1, 63:12, 65:19, 66:10, 69:5, 89:5, 89:6, 89:14, 91:2, 93:25, 95:25, 96:3, 96:5, 96:21, 97:6, 97:9, 99:11, 99:19, 99:20, 99:22, 100:9, 100:25, 102:15, 106:18, 109:4, 110:20, 110:22, 110:24, 111:3, 111:7, 112:17, 119:3, 120:11, 120:18, 133:9, 133:11, 134:9, 134:22, 134:24, 138:16, 147:13, 147:19, 174:7, 174:8, 174:18, 174:19, 175:17, 175:19, 175:24, 186:11, 200:14, 213:13, 229:19, 244:7, 245:16

**person's** [1] - 222:19

**persona** [2] - 17:7, 17:11

**personally** [1] - 76:15

**personas** [1] - 16:12

**personnel** [1] - 237:22

**persons** [2] - 107:3, 227:23

**perspective** [1] - 146:23

**Peso** [5] - 138:1, 138:3, 138:7, 139:19, 140:2

**phone** [147:12, 177:4, 177:5

**phones** [4] - 9:2, 9:3, 9:6, 9:11

**photo** [9] - 9:10, 9:11, 9:20, 9:25, 10:14, 27:20, 182:1, 182:16, 183:15

**photograph** [25] - 4:18, 4:20, 5:20, 5:21, 5:23, 5:24, 6:3, 36:1, 37:24, 39:1, 88:14, 89:6, 90:11, 91:2, 153:16, 154:6, 156:13, 158:18, 159:4, 159:9,

159:11, 165:6, 183:6, 205:2, 236:14

**photographer** [1] - 76:20

**photographs** [5] - 77:4, 140:13, 140:19, 153:15, 181:17

**photos** [2] - 9:2, 9:6

**phrase** [2] - 21:16, 24:24

**physical** [2] - 28:17, 45:18

**physically** [2] - 211:12, 211:13

**pick** [6] - 9:11, 10:13, 109:13, 109:15, 140:4, 204:7

**pick-up** [2] - 109:13, 109:15

**picked** [2] - 66:15, 66:19

**picture** [13] - 9:15, 35:6, 139:1, 139:2, 154:2, 160:2, 164:10, 164:12, 182:7, 212:11, 242:8

**piece** [1] - 247:7

**Pietrzak** [1] - 7:20

**Pif** [4] - 105:3, 106:4, 106:6, 106:10

**piggybacking** [1] - 71:5

**pistol** [2] - 116:1, 116:2

**place** [10] - 26:21, 27:1, 27:3, 43:16, 124:5, 168:10, 229:13, 237:17, 243:13, 243:17

**placed** [2] - 148:16, 237:9

**places** [1] - 104:7

**plaid** [1] - 242:10

**plain** [1] - 228:4

**Plaintiff** [2] - 1:4, 1:18

**platform** [1] - 138:9

**play** [10] - 15:7, 32:14, 109:8, 119:17, 119:20, 174:25, 175:12, 176:8, 176:19, 180:1

**played** [13] - 15:9, 15:12, 99:16, 109:13, 119:25, 120:22, 132:13, 133:2, 175:1, 175:21, 176:9, 176:20, 180:3

**playing** [2] - 84:1,

109:13

**plaza** [33] - 42:24, 45:14, 45:15, 45:18, 45:22, 46:2, 46:11, 51:4, 52:23, 52:25, 55:4, 57:11, 58:15, 58:20, 59:5, 59:18, 59:23, 81:4, 81:20, 82:1, 94:10, 94:15, 95:21, 95:22, 96:14, 196:10, 212:5, 233:3, 233:8, 233:22, 234:4, 237:11

**Plaza** [7] - 81:4, 81:5, 93:19, 93:23, 101:16, 101:17, 190:15

**plead** [3] - 185:7, 185:23, 186:16

**pleasure** [1] - 74:7

**plenty** [1] - 145:3

**pocket** [4] - 237:7, 242:22, 242:24, 247:4

**pockets** [1] - 237:6

**point** [39] - 5:13, 18:3, 19:8, 27:3, 46:8, 69:21, 73:2, 84:5, 97:12, 109:18, 111:11, 143:19, 145:7, 146:5, 151:4, 154:3, 156:15, 156:24, 159:13, 161:20, 169:10, 169:20, 171:15, 204:8, 204:9, 205:2, 208:6, 221:16, 234:21, 235:11, 236:2, 238:13, 238:24, 240:23, 242:24, 242:25, 243:14, 245:23

**points** [3] - 46:2, 57:18, 204:7

**police** [47] - 31:9, 34:18, 34:22, 41:18, 43:4, 45:19, 50:17, 52:10, 52:15, 54:17, 72:6, 101:16, 101:22, 102:8, 103:17, 103:20, 103:25, 104:8, 117:21, 117:24, 119:2, 163:12, 165:22, 166:3, 169:6, 169:8, 169:21, 170:10, 170:11, 170:14, 171:10, 172:10,

172:13, 179:20, 180:6, 208:17, 213:5, 214:20, 222:25, 223:24, 227:22, 231:23, 238:18, 239:11, 240:4, 244:6

**Police** [17] - 18:9, 18:12, 39:20, 40:5, 40:7, 40:11, 40:24, 76:20, 183:3, 184:16, 187:14, 219:23, 220:9, 225:10, 225:11, 237:12, 246:12

**policing** [2] - 43:11, 44:14, 56:25, 232:10

**poorly** [1] - 44:18

**pop** [1] - 30:24

**porch** [2] - 53:19, 124:24

**portion** [6] - 12:1, 12:2, 13:9, 14:3, 120:9, 238:14

**position** [3] - 40:6, 146:5, 194:18

**possess** [2] - 184:15, 184:24

**possessing** [2] - 185:7, 185:23

**possession** [2] - 185:20, 243:1

**possible** [7] - 9:1, 9:5, 13:25, 24:13, 33:17, 75:18, 244:7

**possibly** [1] - 62:25

**post** [30] - 10:11, 10:12, 18:21, 20:17, 20:21, 22:8, 22:9, 22:12, 22:15, 22:18, 23:13, 23:14, 23:16, 23:20, 23:22, 24:3, 24:16, 26:4, 26:13, 26:22, 27:14, 32:8, 33:13, 33:22, 37:4, 66:3, 123:3, 138:14, 199:1, 202:10

**postdates** [2] - 145:15, 146:7

**posted** [2] - 10:9, 10:15, 21:1, 23:8, 23:11, 23:12, 25:23, 25:24, 26:16, 27:2, 29:16, 29:18, 30:19, 32:10, 32:11, 33:25, 39:6, 39:7, 119:1, 119:9, 119:10

**poster** [1] - 22:15

**posting** [6] - 20:15, 20:17, 25:21, 25:22,

31:3, 34:4

**posts** [9] - 20:11, 23:5, 26:10, 30:7, 36:13, 68:25, 69:1, 69:2, 79:6

**potential** [4] - 3:22, 24:4, 69:19, 222:15

**potentially** [1] - 189:10

**Potomac** [1] - 36:22

**predicament** [2] - 171:24, 172:1

**prejudicial** [5] - 146:13, 146:23, 146:24, 147:20, 148:11

**prepared** [2] - 72:19, 237:18

**preponderance** [4] - 63:9, 65:4, 72:3, 72:19

**presence** [2] - 43:21, 207:10

**PRESENT** [1] - 1:23

**present** [23] - 3:2, 3:13, 3:14, 7:24, 44:13, 44:14, 71:21, 72:1, 75:13, 111:18, 112:7, 112:10, 122:2, 131:1, 131:2, 135:20, 142:11, 142:17, 149:24, 150:20, 217:15, 217:20, 219:20

**presented** [3] - 20:12, 56:24, 60:17

**preserve** [3] - 21:7, 26:17

**preserved** [5] - 26:10, 26:12, 76:21, 77:6, 148:23

**presiding** [1] - 3:5

**press** [2] - 174:24, 174:25

**presumably** [1] - 145:19

**presumed** [1] - 24:12

**pretrial** [3] - 3:21, 17:2, 63:5

**pretty** [1] - 221:13

**prevalent** [1] - 49:10

**prevent** [1] - 59:5

**previous** [2] - 52:5, 145:17

**previously** [7] - 8:16, 35:5, 165:5, 208:19, 238:1, 245:10

**primary** [3] - 64:20, 64:22, 64:23

**print** [5] - 4:18, 4:19,

5:24, 6:2, 25:18

**printout** [2] - 11:9, 11:18

**priority** [2] - 221:3, 227:4

**proactive** [2] - 232:10, 240:15

**probation** [5] - 184:9, 184:10, 185:16, 185:18, 186:21

**probative** [4] - 146:11, 146:12, 146:24, 148:11

**problem** [19] - 4:11, 39:8, 44:14, 47:9, 53:14, 68:6, 68:11, 69:10, 74:22, 74:25, 85:21, 85:22, 86:4, 92:21, 218:10, 224:13, 232:11, 232:14

**problems** [8] - 44:4, 45:14, 46:18, 57:19, 73:16, 85:24, 85:25, 86:1

**procedure** [1] - 49:5

**proceed** [4] - 47:23, 77:24, 143:11, 241:24

**proceedings** [1] - 249:4

**Proceedings** [2] - 3:1, 248:21

**produce** [2] - 50:10, 50:11

**produced** [4] - 29:25, 32:19, 33:2, 49:23

**product** [1] - 25:20

**proffer** [14] - 65:1, 72:10, 72:20, 189:1, 189:2, 189:4, 189:19, 195:4, 195:5, 195:6, 195:12, 214:21, 214:22, 214:25

**proffered** [1] - 69:19

**proficient** [1] - 27:13

**profile** [1] - 139:1

**progress** [1] - 141:21

**projectile** [1] - 27:24

**projects** [2] - 40:21, 240:16

**prominently** [1] - 63:17

**proof** [2] - 63:14, 147:10

**properly** [1] - 237:18

**properties** [4] - 42:8, 42:10, 43:12, 45:12

**property** [2] - 14:14,

14:17

**proposed** [1] - 142:20

**proposition** [2] - 145:8, 145:12

**prosecute** [2] - 195:2, 195:13

**prosecuted** [7] - 188:19, 188:21, 189:5, 189:10, 189:14, 194:7, 214:9

**prosecutions** [1] - 188:10

**protect** [1] - 185:5

**protection** [6] - 66:4, 186:7, 186:23, 187:1, 187:6, 190:2

**prove** [5] - 69:3, 147:9, 147:15, 147:22, 148:1

**provide** [2] - 20:18, 56:11

**provided** [8] - 47:13, 50:22, 51:14, 51:17, 53:9, 219:4, 219:5, 245:3

**providing** [2] - 48:2, 54:8

**proving** [1] - 143:22

**proximity** [1] - 56:3

**Pryor** [7] - 62:16, 70:1, 71:8, 71:10, 143:2, 143:9, 144:5

**public** [1] - 34:1

**Public** [2] - 2:3, 249:10

**publish** [2] - 13:3, 139:14

**published** [1] - 4:15

**pull** [9] - 34:25, 35:23, 36:5, 56:19, 78:4, 81:12, 132:8, 163:11, 235:16

**pulled** [7] - 36:12, 45:23, 45:24, 233:22, 234:25, 235:1, 235:2

**pulling** [1] - 146:19

**punch** [2] - 180:20, 205:13

**punched** [2] - 152:19, 205:15

**punches** [2] - 205:17, 205:19

**punk** [2] - 38:5, 205:9

**Purdue** [1] - 51:9

**purple** [1] - 14:2

**purpose** [10] - 20:11, 46:24, 70:20, 189:25, 190:1, 193:15, 193:19,

228:22, 229:9, 229:11
**purposes** [2] - 20:13, 46:25
**pursue** [1] - 44:24
**pursuing** [1] - 45:8
**push** [1] - 153:6
**put** [24] - 19:8, 21:23, 54:10, 61:12, 81:25, 101:25, 102:1, 104:7, 104:10, 104:17, 142:2, 146:4, 160:21, 161:19, 217:7, 219:13, 235:13, 237:19, 238:9, 238:14, 243:17, 245:12, 246:19, 248:14
**putting** [1] - 17:18

## Q

**qualified** [2] - 239:8, 246:10
**quality** [1] - 221:1
**question-by-question** [1] - 73:6
**questions** [22] - 16:2, 60:1, 61:1, 67:10, 73:23, 86:15, 112:9, 112:11, 112:17, 112:20, 119:21, 122:5, 122:7, 123:11, 179:16, 197:24, 211:19, 224:22, 231:8, 239:14, 239:16, 247:17
**quick** [1] - 234:22
**quickest** [1] - 57:14
**quickly** [4] - 55:23, 75:19, 236:10, 237:13
**quit** [1] - 25:8
**quite** [1] - 43:20

## R

**racketeering** [1] - 147:21
**radiator** [1] - 125:24
**radiators** [3] - 104:13, 104:17, 125:22
**radio** [3] - 41:15, 248:8
**radio-to-patrol** [1] - 41:15
**Raekwon** [1] - 96:18
**raise** [3] - 217:22,

218:20, 218:23
**raised** [1] - 218:17
**raises** [1] - 7:1
**ran** [14] - 45:2, 55:23, 55:24, 57:10, 125:7, 153:6, 164:23, 171:14, 171:15, 171:20, 171:22, 172:14, 212:10, 223:18
**randomly** [1] - 112:23
**rap** [9] - 24:18, 24:25, 33:12, 33:13, 33:17, 35:7, 36:24, 37:4, 63:17
**rapper** [4] - 19:23, 37:9, 37:18, 37:20
**rapping** [2] - 25:8, 30:11
**rare** [1] - 34:19
**Rashada** [5] - 62:1, 68:1, 68:2, 120:19, 120:21
**rather** [1] - 5:6
**reach** [3] - 169:23, 170:2, 241:21
**reached** [2] - 169:21, 224:9
**read** [26] - 4:20, 5:10, 6:25, 8:1, 36:20, 67:15, 74:11, 74:13, 74:18, 74:19, 74:20, 74:24, 76:4, 76:8, 76:18, 140:2, 141:20, 214:22, 215:17, 215:18, 215:19, 238:14, 239:13, 244:23, 246:7, 248:7
**reading** [1] - 215:2
**reads** [1] - 238:18
**ready** [3] - 7:13, 75:3, 248:12
**real** [15] - 87:8, 88:2, 88:12, 90:3, 90:19, 98:5, 99:11, 100:11, 105:4, 107:7, 120:7, 120:14, 176:16, 183:21, 183:23
**realized** [1] - 193:23
**really** [11] - 5:15, 92:12, 100:2, 104:19, 112:3, 136:23, 136:24, 137:19, 145:21, 177:4, 194:17
**rear** [2] - 55:4, 245:17
**reason** [5] - 38:2, 38:4, 66:8, 92:14, 218:1

**reasons** [4] - 62:18, 70:21, 71:6, 227:23
**REBISZ** [1] - 1:23
**Rebisz** [4] - 3:11, 12:7, 56:19, 173:22
**receive** [3] - 185:11, 186:19, 189:22
**received** [7] - 12:25, 13:1, 49:17, 53:16, 77:11, 77:13, 139:13, 139:16, 141:4, 141:5, 173:18, 173:19, 182:23, 182:24, 185:13, 188:13, 238:18, 239:2, 239:3, 246:2, 246:3
**receiving** [1] - 188:12
**recognizable** [1] - 43:17
**recognize** [33] - 11:16, 15:1, 15:19, 87:4, 90:1, 90:13, 91:3, 99:25, 119:15, 120:2, 120:11, 132:15, 157:9, 157:20, 165:2, 166:3, 166:5, 173:6, 174:13, 175:14, 175:19, 176:11, 176:14, 181:12, 182:4, 224:7, 236:14, 236:16, 238:2, 238:11, 242:8, 245:12, 245:19
**recognized** [1] - 224:4
**recollection** [6] - 11:8, 11:20, 209:12, 230:6, 230:13, 230:16
**record** [26] - 7:23, 56:20, 57:22, 58:23, 59:20, 61:12, 71:19, 71:20, 74:1, 74:2, 75:12, 76:5, 97:15, 97:17, 142:2, 142:9, 142:10, 142:14, 149:24, 217:8, 217:13, 217:14, 217:17, 219:13, 219:19, 248:15
**record's** [1] - 107:16
**recorded** [1] - 249:5
**recording** [1] - 8:23
**recordings** [1] - 77:6
**records** [1] - 77:6
**recover** [2] - 237:22, 242:21
**recovered** [6] -

237:16, 238:5, 238:12, 238:19, 245:17, 247:3
**RECROSS** [4] - 37:16, 214:18, 250:8, 250:16
**recruit** [3] - 23:24, 23:25, 24:1
**rectangular** [2] - 206:5
**red** [1] - 87:25
**redirect** [2] - 33:6, 212:16
**REDIRECT** [4] - 33:10, 212:21, 250:7, 250:15
**Rees** [23] - 80:10, 90:2, 93:25, 99:2, 99:7, 105:25, 112:5, 113:5, 114:4, 114:5, 114:6, 114:15, 115:7, 115:13, 118:7, 120:6, 123:8, 123:15, 129:3, 130:12
**Rees's** [2] - 90:3, 120:7
**refer** [3] - 43:22, 87:15
**referenced** [1] - 25:14
**referred** [2] - 205:12
**referring** [2] - 29:4, 139:8
**reflect** [5] - 7:23, 75:12, 97:17, 149:24, 219:20
**refresh** [4] - 11:7, 11:20, 230:5, 230:13
**refreshed** [1] - 230:16
**Regarding** [1] - 76:9
**regarding** [3] - 79:6, 239:9, 246:10
**regular** [2] - 48:5, 49:1
**relate** [4] - 74:8, 74:9, 74:10, 74:11
**related** [12] - 5:10, 34:15, 43:5, 47:2, 50:11, 52:12, 54:19, 61:14, 61:16, 98:7, 143:15, 186:13
**relates** [2] - 26:22, 74:21
**relation** [5] - 52:21, 213:23, 222:13, 233:8, 241:8
**relationship** [2] - 167:4, 170:10
**relative** [1] - 13:23
**released** [4] - 181:8, 186:4, 187:4, 224:23
**relevant** [12] - 20:8, 20:10, 20:14, 22:15,

25:10, 33:14, 61:23, 76:18, 143:22, 144:3, 146:6, 146:7
**reliable** [1] - 54:9
**relocate** [2] - 189:23, 218:1
**relocated** [1] - 190:1
**relocation** [1] - 217:24
**remainder** [1] - 180:2
**remember** [44] - 29:7, 32:11, 54:10, 54:14, 61:5, 65:19, 71:2, 78:23, 112:6, 113:23, 123:17, 123:19, 124:2, 124:14, 124:15, 124:20, 126:15, 127:22, 127:23, 128:25, 129:1, 137:7, 141:15, 141:22, 155:22, 180:13, 180:18, 180:20, 180:23, 180:25, 192:18, 197:23, 199:24, 205:3, 205:11, 209:1, 210:7, 214:23, 214:24, 217:2, 230:1, 248:2, 248:9
**remembers** [2] - 62:12, 65:19
**remind** [2] - 8:10, 150:8
**removed** [1] - 145:21
**repair** [1] - 74:1
**replica** [1] - 28:7
**report** [6] - 14:14, 54:11, 230:2, 230:3, 230:5, 230:10
**Reporter** [1] - 249:10
**REPORTER** [2] - 2:2, 233:19
**reporting** [1] - 170:14
**reports** [8] - 50:11, 50:12, 50:14, 56:9, 220:23, 220:24, 226:10, 233:4
**request** [6] - 5:12, 6:20, 17:19, 17:22, 19:17, 19:18
**res** [2] - 70:9, 70:14
**research** [5] - 141:17, 141:18, 142:7, 248:4, 248:6
**reside** [1] - 190:18
**resided** [1] - 49:19
**residence** [1] - 14:20
**resident** [1] - 49:15
**residents** [6] - 48:8,

48:14, 49:11, 49:13, 49:19, 60:20
**resold** [1] - 105:20
**respect** [29] - 10:5, 12:17, 33:24, 34:16, 40:19, 44:3, 44:12, 44:22, 45:12, 49:4, 56:7, 62:3, 62:21, 63:4, 64:19, 65:24, 66:11, 67:6, 67:25, 69:4, 74:4, 91:20, 92:13, 96:9, 118:19, 123:16, 213:21, 213:22, 230:25
**respectful** [1] - 75:18
**respectfully** [3] - 5:12, 68:14, 150:5
**respond** [9] - 10:24, 11:23, 41:16, 43:2, 43:7, 43:19, 45:17, 221:24, 227:4
**responded** [7] - 11:21, 14:6, 14:8, 42:17, 42:24, 226:7, 240:25
**responding** [2] - 223:11, 227:2
**response** [4] - 140:6, 179:18, 203:2, 203:25
**responsibilities** [1] - 41:13
**responsible** [1] - 61:25
**restaurant** [1] - 42:15
**result** [5] - 31:1, 31:3, 31:4, 187:19, 193:12
**resulted** [1] - 187:19
**resume** [1] - 217:21
**retaliate** [1] - 64:10
**retaliating** [2] - 144:21, 147:19
**retaliation** [4] - 70:5, 143:23, 147:24, 171:9
**retract** [1] - 59:9
**return** [1] - 149:6
**returned** [1] - 64:12
**revenge** [1] - 115:5
**review** [5] - 51:17, 208:17, 214:19, 230:12, 230:15
**reviewed** [5] - 22:24, 212:23, 212:24, 213:4, 214:21
**reviewing** [2] - 213:1, 230:5
**revolver** [3] - 115:19, 116:1, 118:2
**Rice** [28] - 61:25, 63:12, 63:16, 63:19,

64:8, 65:6, 65:14, 65:22, 65:24, 68:1, 68:7, 68:9, 68:15, 69:7, 90:4, 90:5, 93:25, 94:2, 94:8, 120:8, 121:19, 121:23, 122:2, 195:22, 210:13, 210:19
**Rice's** [1] - 68:19
**Richmond** [1] - 36:22
**rid** [1] - 104:2
**riding** [1] - 130:1
**right-hand** [1] - 14:3
**rise** [4] - 3:3, 71:18, 71:22, 142:12
**rival** [12] - 34:4, 34:8, 34:17, 62:1, 66:3, 66:6, 68:3, 85:21, 85:25, 86:4, 93:1, 93:2
**rival's** [2] - 66:8, 66:9
**rivals** [2] - 66:1, 108:23
**river** [1] - 220:18
**road** [2] - 55:3, 241:16
**rob** [1] - 82:7
**Robert** [1] - 2:2
**rocky** [1] - 247:15
**rocky-like** [1] - 247:15
**rode** [3] - 122:12, 130:1, 130:3
**roll** [5] - 9:10, 9:12, 9:17, 9:19, 9:21
**roof** [1] - 218:18
**roster** [1] - 49:18
**rough** [2] - 9:22, 32:9
**RPR** [2] - 2:2, 249:9
**rule** [1] - 71:12
**ruling** [1] - 17:2
**run** [14] - 40:16, 43:19, 44:3, 46:3, 164:20, 164:22, 165:24, 168:14, 168:23, 168:24, 168:25, 212:1, 222:17, 229:3
**running** [2] - 163:11, 229:1
**runs** [3] - 55:3, 58:20, 58:24

## S

**sad** [1] - 167:1
**safety** [1] - 236:8
**sales** [3] - 43:6, 45:16, 48:12
**sat** [5] - 4:22, 142:22, 142:25, 143:4, 166:2
**Saturday** [1] - 202:11

**save** [2] - 24:2, 25:11
**saved** [1] - 10:10
**saw** [56] - 14:13, 15:24, 19:19, 19:24, 21:10, 22:3, 22:12, 27:18, 30:19, 35:25, 44:10, 45:24, 55:23, 99:19, 100:25, 101:12, 119:7, 123:2, 126:24, 130:22, 131:24, 132:3, 143:1, 154:19, 160:5, 161:12, 162:22, 163:14, 165:22, 166:14, 166:25, 168:11, 171:18, 172:11, 175:3, 175:24, 180:17, 182:17, 195:16, 195:20, 196:4, 197:13, 198:4, 200:18, 200:19, 200:22, 201:6, 205:4, 207:24, 208:7, 212:1, 213:8, 213:13, 223:24
**SAWYER** [1] - 2:2
**sawyer** [1] - 249:9
**Sawyer** [1] - 249:9
**Scaife** [10] - 88:21, 95:15, 115:7, 115:11, 115:17, 115:20, 115:22, 117:8, 129:3, 129:10
**scared** [1] - 203:18
**scattered** [1] - 53:17
**scene** [4] - 44:2, 131:7, 172:11, 222:3
**scheduled** [1] - 4:1
**Scheule** [11] - 78:12, 78:13, 78:15, 78:25, 107:9, 107:11, 108:6, 108:9, 108:12, 108:19, 121:4
**school** [1] - 166:12
**Schuele** [2] - 192:2, 192:4
**scoot** [1] - 45:25
**scope** [13] - 69:15, 69:16, 73:7, 73:11, 73:12, 73:15, 73:17, 128:7, 146:6, 148:21, 148:22, 177:21, 178:20
**score** [1] - 22:16
**Scott** [3] - 76:20, 231:13, 238:20
**screen** [12] - 5:18,

18:19, 57:4, 57:6, 81:17, 81:23, 87:3, 137:23, 174:5, 176:12, 176:13, 176:14
**screwing** [1] - 218:18
**sealed** [1] - 245:4
**search** [4] - 16:16, 16:18, 19:6, 242:21
**searched** [4] - 21:18, 24:23, 237:3, 243:7
**seat** [7] - 115:9, 115:10, 115:14, 243:5, 243:7, 243:8, 247:11
**seated** [14] - 3:6, 7:20, 7:21, 71:23, 75:10, 75:11, 142:13, 143:12, 149:12, 149:22, 174:7, 174:12, 217:16, 219:18
**second** [20] - 25:5, 29:6, 36:9, 62:3, 65:15, 67:6, 153:19, 153:22, 156:21, 162:3, 177:12, 191:1, 191:2, 203:9, 203:10, 211:15, 214:24, 215:7, 215:8, 236:2
**seconds** [2] - 166:21, 234:12
**section** [3] - 10:10, 234:5, 241:14
**secure** [2] - 237:17, 237:21
**secured** [1] - 77:6
**SECURITY** [1] - 1:24
**sedan** [1] - 222:3
**see** [194] - 5:21, 8:6, 12:11, 13:6, 13:23, 15:11, 18:19, 18:23, 18:24, 19:9, 19:16, 19:19, 21:1, 21:4, 21:18, 22:18, 23:11, 23:19, 24:24, 25:4, 26:17, 34:1, 36:12, 37:12, 42:2, 57:5, 57:8, 58:17, 59:11, 61:8, 66:6, 66:10, 68:25, 69:1, 81:17, 81:20, 89:6, 93:16, 94:6, 94:20, 95:10, 96:19, 97:10, 97:23, 99:20, 100:2, 100:7, 101:9, 101:22, 103:17, 106:1, 106:21, 110:24, 111:1, 111:3,

116:16, 116:18, 116:20, 117:3, 119:1, 119:5, 119:13, 120:11, 125:13, 125:18, 125:21, 125:23, 126:7, 130:19, 132:22, 133:11, 133:18, 137:5, 137:23, 140:7, 144:24, 145:1, 151:4, 153:1, 153:3, 153:5, 153:6, 153:15, 154:4, 154:6, 154:11, 154:12, 154:13, 154:16, 155:13, 155:15, 155:23, 155:25, 156:2, 156:4, 156:12, 156:24, 158:5, 158:11, 158:14, 158:15, 158:18, 159:3, 160:7, 160:9, 160:10, 160:12, 160:15, 160:17, 160:19, 160:24, 161:6, 161:22, 161:23, 162:4, 162:5, 162:6, 162:8, 162:12, 162:24, 163:2, 163:10, 163:11, 164:12, 164:20, 165:7, 165:14, 165:17, 166:18, 166:22, 171:17, 174:1, 174:3, 175:11, 175:15, 183:8, 186:24, 191:6, 193:8, 196:1, 196:16, 196:24, 197:18, 197:21, 198:5, 198:6, 198:7, 198:8, 198:9, 198:11, 198:19, 201:8, 202:6, 202:10, 202:23, 202:24, 203:2, 205:13, 206:20, 207:9, 207:13, 207:17, 207:18, 207:19, 211:2, 211:5, 211:25, 213:17, 215:17, 217:5, 217:11, 229:1, 229:11, 229:12, 233:23, 234:23, 236:3, 237:5, 246:25, 247:5, 247:12,

248:11, 248:18, 248:20

**seeing** [2] - 132:19, 214:23

**seem** [4] - 29:1, 29:9, 43:19, 145:7

**segment** [1] - 29:4

**Seifert** [2] - 76:20, 77:3

**Seifert's** [1] - 77:6

**sell** [34] - 52:5, 80:22, 81:3, 81:5, 81:20, 82:1, 94:8, 94:20, 95:6, 95:10, 95:13, 95:16, 95:18, 95:20, 96:13, 96:16, 96:25, 97:7, 97:21, 98:12, 98:14, 98:22, 100:3, 100:5, 100:19, 101:3, 102:14, 106:15, 190:20, 192:23, 195:22, 195:23, 196:21, 233:25

**seller** [2] - 191:11, 196:8

**selling** [27] - 81:1, 82:4, 82:13, 82:15, 82:19, 93:17, 93:20, 93:22, 94:7, 94:10, 94:11, 95:23, 96:17, 96:19, 97:4, 97:23, 98:19, 100:7, 100:23, 105:15, 190:14, 195:16, 196:3, 196:15, 233:5, 233:6

**sells** [2] - 101:15, 191:7

**send** [4] - 10:14, 149:17, 191:10, 191:16

**sense** [1] - 4:9

**sent** [6] - 27:25, 52:1, 54:5, 54:11, 60:11, 141:24

**sentence** [6] - 185:11, 185:13, 186:19, 188:13, 189:22, 244:25

**separate** [3] - 91:17, 227:5, 228:22

**September** [3] - 76:23, 184:19, 184:20

**series** [1] - 181:17

**service** [1] - 48:6

**Services** [1] - 237:12

**serving** [1] - 189:22

**session** [1] - 3:4

**set** [1] - 3:15

**SETH** [1] - 1:13

**Seth** [2] - 3:10, 76:12

**setup** [1] - 45:18

**seven** [2] - 158:19, 164:7

**shade** [1] - 34:12

**Shameris** [7] - 64:9, 88:3, 94:24, 95:10, 129:9, 195:25, 222:8

**Shanna** [1] - 167:15

**share** [3] - 126:16, 149:15, 150:1

**shared** [3] - 18:11, 119:13, 125:6

**sharp** [2] - 236:7, 236:24

**Sharpe** [2] - 239:20, 245:4

**Shawn** [7] - 64:20, 106:7, 106:8, 106:10, 106:16, 106:18, 106:21

**shell** [2] - 221:25, 222:21

**shift** [11] - 10:21, 10:22, 221:5, 221:9, 221:13, 226:17, 226:18, 233:7, 243:24, 244:3, 244:15

**shirt** [6] - 87:24, 87:25, 97:14, 175:18, 236:17, 242:11

**shook** [2] - 203:11, 203:17

**shoot** [10] - 113:7, 113:17, 117:5, 130:9, 134:22, 162:8, 193:20, 193:22, 194:13, 198:20

**shooter** [2] - 69:5, 118:23

**shooting** [39] - 14:11, 39:9, 61:25, 66:16, 67:18, 68:1, 68:22, 79:24, 79:25, 109:23, 110:14, 110:15, 110:24, 112:11, 117:3, 119:2, 126:3, 130:2, 143:15, 144:1, 144:22, 145:20, 145:24, 162:10, 164:8, 164:15, 171:18, 171:23, 193:5, 198:4, 198:25, 199:15, 199:16, 200:19,

209:7, 209:8, 213:12, 213:16, 213:22

**shootings** [13] - 64:24, 69:9, 92:4, 92:5, 92:8, 92:14, 92:19, 93:5, 112:21, 112:25, 113:4, 118:14, 232:17

**shootout** [4] - 62:4, 62:7, 64:11

**shoots** [2] - 69:3, 201:18

**short** [5] - 45:2, 56:5, 56:13, 161:9, 161:10

**shot** [48] - 33:1, 64:6, 68:2, 68:19, 111:7, 111:14, 111:16, 111:18, 111:20, 111:25, 112:4, 113:6, 113:7, 113:14, 113:16, 117:2, 117:7, 117:22, 121:9, 121:11, 121:24, 121:25, 122:13, 122:16, 122:20, 125:1, 128:22, 129:21, 130:17, 145:25, 162:24, 162:25, 169:3, 169:20, 193:9, 193:23, 193:25, 194:1, 198:16, 198:21, 198:22, 199:12, 199:18, 199:19, 199:22, 200:2

**shots** [18] - 14:7, 14:8, 43:7, 111:1, 111:2, 162:12, 162:22, 163:9, 166:18, 166:19, 171:16, 212:1, 221:19, 221:25, 222:10, 222:11, 222:15, 223:3

**shots-fired** [4] - 43:7, 221:19, 222:10, 222:11

**shoulder** [1] - 181:7

**show** [29] - 10:13, 11:7, 12:8, 14:23, 43:20, 56:17, 57:6, 58:5, 58:22, 63:8, 87:1, 132:25, 137:20, 140:13, 140:16, 153:10, 156:9, 157:6, 157:17, 158:16,

158:20, 164:10, 164:24, 165:11, 173:5, 181:10, 183:3, 237:25, 245:9

**showed** [2] - 43:24, 181:15

**showing** [4] - 11:11, 65:1, 182:4, 183:14

**shown** [2] - 28:18, 242:4

**shows** [2] - 4:20, 205:2

**shut** [1] - 36:15

**side** [16] - 5:19, 42:3, 42:4, 45:23, 55:4, 59:23, 143:4, 204:17, 207:20, 207:21, 207:22, 207:23, 207:24, 237:20, 237:21

**Side** [5] - 28:14, 28:20, 30:22, 30:23, 32:18

**side's** [1] - 219:8

**sides** [1] - 38:14

**sidewalk** [7] - 169:1, 206:19, 206:21, 206:24, 207:25, 208:1

**sidewalks** [1] - 206:22

**sight** [2] - 44:22, 55:15

**signage** [1] - 58:11

**signal** [1] - 70:2

**signals** [1] - 143:10

**signature** [1] - 215:9

**signed** [1] - 74:5

**significance** [1] - 204:3

**significant** [1] - 199:25

**signs** [2] - 47:11, 58:13

**silver** [2] - 125:17, 168:18

**similar** [1] - 223:19

**simply** [1] - 241:21

**singing** [1] - 31:17

**sisters** [1] - 203:8

**sit** [4] - 53:19, 146:14, 174:12, 176:24

**sites** [1] - 16:19

**sitting** [4] - 124:24, 158:12, 161:16, 195:9

**situation** [2] - 43:23, 223:3

**six** [2] - 23:12, 158:19

**sixth** [3] - 25:9, 220:12, 220:13

**skip** [1] - 245:5

**slapped** [2] - 151:17, 152:3

**slimming** [1] - 150:2

**small** [2] - 13:25, 207:12

**smaller** [1] - 42:13

**smoke** [1] - 136:22

**smoked** [1] - 136:21

**smoking** [1] - 124:25

**Snap** [2] - 15:1, 15:23

**SnapChat** [10] - 8:21, 9:5, 9:13, 9:14, 10:5, 15:15, 29:17, 29:19, 131:23, 131:24

**snaps** [2] - 10:9

**sneak** [1] - 48:23

**snitch** [1] - 171:2

**snitched** [1] - 145:23

**snitching** [7] - 19:2, 34:21, 70:11, 143:7, 143:24, 170:22, 170:23

**so-and-so** [1] - 68:19

**social** [24] - 5:19, 16:12, 16:19, 17:18, 22:6, 22:8, 22:10, 22:12, 22:15, 22:18, 34:4, 34:8, 37:5, 63:15, 66:3, 68:25, 69:1, 69:2, 133:24, 138:7, 138:9, 167:9, 167:24, 168:1

**soft** [3] - 140:5, 204:8, 205:9

**sold** [15] - 64:23, 65:12, 86:22, 93:6, 93:12, 94:2, 94:15, 94:18, 95:21, 96:9, 102:11, 105:20, 118:11, 195:17, 196:1

**sole** [2] - 215:22, 216:13

**someone** [24] - 9:14, 10:11, 15:17, 20:8, 21:8, 24:6, 26:4, 31:6, 33:19, 44:24, 45:2, 45:8, 95:4, 95:6, 95:8, 95:11, 102:19, 102:20, 102:21, 110:7, 134:15, 144:17, 214:12, 222:21

**something-something-something** [1] - 125:1

**sometime** [1] - 190:10

**sometimes** [2] -

47:19, 75:19
**song** [6] - 21:13,
21:23, 24:10, 24:20,
26:4, 33:22
**soon** [3] - 43:25,
83:19, 140:7
**sorry** [35] - 25:22,
35:25, 53:6, 64:15,
79:3, 86:11, 98:18,
99:14, 107:16,
108:11, 110:1,
126:21, 132:9,
139:7, 140:11,
151:22, 152:18,
156:21, 160:7,
160:21, 173:9,
173:22, 174:24,
177:23, 178:23,
179:3, 182:17,
183:23, 194:16,
195:1, 205:25,
230:21, 244:24
**sort** [11] - 24:13,
24:24, 26:13, 38:22,
43:23, 47:5, 58:24,
145:25, 217:25,
218:7, 218:13
**sorts** [1] - 218:7
**sounds** [1] - 73:5
**source** [1] - 26:3
**south** [6] - 13:16,
41:11, 42:4, 45:6,
220:19, 233:10
**South** [2] - 220:19,
232:2
**southbound** [1] -
235:8
**southeastern** [1] -
12:2
**speaker** [1] - 179:7
**speaking** [4] - 41:8,
51:18, 53:11, 229:19
**Special** [2] - 1:23,
3:14
**specialized** [1] -
226:21
**specific** [5] - 6:22,
11:5, 113:23,
221:17, 233:24
**specifically** [9] -
63:14, 64:19,
102:22, 221:8,
232:19, 239:11,
240:12, 241:4,
246:13
**speculation** [3] -
202:16, 203:20,
216:4
**spell** [1] - 233:18
**spelled** [1] - 21:21

**spend** [4] - 103:15,
106:19, 124:6, 124:8
**spending** [7] - 84:8,
103:2, 103:5,
105:12, 108:21,
110:4, 150:24
**SPITLER** [130] - 1:19,
1:20, 4:13, 4:17,
5:12, 5:16, 5:22, 6:2,
6:9, 6:12, 7:5, 7:7,
7:10, 7:14, 11:13,
12:24, 16:4, 16:5,
17:3, 17:6, 18:15,
18:18, 20:24, 20:25,
23:2, 23:4, 25:2,
25:3, 31:24, 32:1,
32:13, 32:17, 32:22,
32:24, 33:4, 37:16,
38:25, 39:3, 39:4,
39:11, 60:3, 60:4,
60:23, 61:16, 67:11,
67:15, 68:4, 69:13,
70:20, 71:16, 72:17,
73:9, 74:23, 75:5,
77:10, 86:11,
121:20, 126:19,
128:6, 139:12,
141:3, 142:4,
144:25, 146:3,
146:10, 146:17,
148:7, 148:16,
148:19, 148:22,
148:25, 149:3,
173:17, 177:20,
178:11, 178:18,
178:20, 179:6,
182:22, 190:7,
190:8, 194:22,
200:7, 201:25,
202:2, 202:18,
202:20, 202:22,
203:22, 204:13,
204:14, 205:25,
206:2, 207:1, 207:2,
207:4, 207:6,
211:15, 211:19,
211:21, 211:23,
212:14, 214:16,
214:18, 215:3,
215:5, 215:14,
215:16, 216:8,
216:19, 217:10,
218:5, 218:21,
218:24, 219:1,
219:4, 219:16,
224:22, 231:8,
239:1, 239:16,
246:1, 247:17,
248:16, 248:20,
250:6, 250:8,
250:11, 250:14,

250:16
**Spitler** [28] - 3:12,
4:11, 5:4, 11:12,
16:3, 33:11, 33:21,
34:14, 37:3, 60:2,
67:4, 70:18, 72:16,
73:6, 76:15, 144:24,
146:25, 148:5,
190:6, 202:21,
211:17, 212:23,
213:8, 216:7, 218:2,
218:10, 218:16,
224:21
**split** [5] - 135:11,
185:14, 185:15,
186:20, 223:25
**spoken** [2] - 16:8,
209:2
**spot** [4] - 159:20,
162:21, 207:8, 223:9
**spots** [1] - 232:17
**Square** [1] - 2:4
**staff** [1] - 150:4
**stairs** [2] - 155:8,
155:11
**stairway** [7] - 204:16,
204:17, 204:19,
204:20, 205:3,
228:19, 228:20
**stairwell** [4] - 151:1,
151:2, 151:3, 227:21
**stairwells** [2] - 228:23,
229:5
**stand** [13] - 7:18, 8:10,
42:14, 46:22, 70:17,
71:9, 75:8, 145:7,
145:11, 149:8,
172:2, 197:24, 210:1
**stand-alone** [1] -
42:14
**standing** [6] - 29:1,
37:24, 155:1,
162:21, 164:9, 234:9
**staring** [3] - 161:19,
161:21, 161:25
**start** [27] - 29:24,
32:14, 32:18, 70:3,
80:11, 80:12, 80:14,
80:22, 82:4, 82:12,
82:19, 83:22, 86:6,
86:10, 86:25, 89:5,
92:4, 98:4, 117:3,
135:10, 141:25,
167:10, 219:14,
233:7, 246:24,
248:10
**started** [12] - 80:5,
81:1, 82:18, 84:1,
108:21, 110:15,
130:1, 198:4,

199:16, 235:3,
235:17, 236:4
**starting** [4] - 80:22,
87:6, 180:2, 199:15
**starts** [3] - 25:5,
140:3, 193:5
**stat** [1] - 137:15
**state** [4] - 179:7,
188:10, 189:16,
189:22
**State** [1] - 185:9
**statement** [33] - 19:2,
21:12, 31:7, 31:8,
33:12, 61:24, 62:11,
63:10, 63:13, 65:14,
65:15, 65:16, 65:22,
65:24, 67:20, 67:22,
67:23, 67:24, 67:25,
68:5, 68:14, 68:18,
68:19, 69:14, 70:7,
70:8, 178:15,
179:20, 208:24,
209:1, 214:20
**statements** [19] - 3:23,
61:18, 62:5, 63:4,
63:7, 65:6, 65:22,
65:25, 67:5, 70:13,
73:3, 73:16, 208:17,
208:21, 212:23,
213:2, 213:4, 213:5,
213:21
**STATES** [5] - 1:1, 1:3,
1:10, 1:12, 1:16
**states** [3] - 239:7,
241:15, 246:8
**States** [12] - 1:13, 3:3,
3:7, 3:9, 71:25,
76:10, 76:11, 76:13,
142:15, 145:8,
145:9, 217:18
**station** [5] - 14:22,
29:7, 29:8, 241:1,
241:2
**stationhouse** [1] -
220:17
**status** [2] - 69:2, 69:4
**stay** [3] - 162:16,
166:16, 176:2
**step** [6] - 39:15, 61:2,
216:24, 231:9,
239:17, 247:18
**Stephen** [2] - 225:1,
239:9
**Steve** [21] - 100:9,
100:12, 100:13,
100:17, 100:19,
100:23, 133:6,
133:15, 135:14,
152:23, 152:24,
152:25, 153:6,

209:18, 209:21,
222:8, 223:16,
224:1, 224:3,
229:25, 230:23
**steve** [1] - 133:5
**Steve's** [1] - 100:11
**STEVEN** [1] - 1:23
**Steven** [2] - 3:14,
55:10
**still** [18] - 8:11, 27:20,
77:3, 108:10,
108:11, 145:16,
146:19, 150:8,
156:7, 162:21,
163:1, 177:4,
187:21, 187:22,
189:9, 214:1, 214:2
**stipulate** [1] - 76:16
**stipulation** [9] - 76:4,
77:9, 77:20, 119:18,
238:14, 238:24,
239:6, 244:23,
245:23
**Stipulation** [1] - 76:9
**stipulations** [4] - 74:5,
74:15, 74:17, 77:18
**stomach** [1] - 192:15
**stood** [1] - 209:6
**stop** [13] - 32:16,
46:14, 49:10, 49:12,
57:17, 140:3, 140:4,
173:22, 174:10,
204:6, 223:23,
241:18, 241:20
**stopped** [9] - 150:12,
155:8, 173:25,
187:14, 223:15,
224:3, 236:19,
242:1, 242:14
**stops** [1] - 226:25
**store** [22] - 9:3, 14:20,
14:22, 15:5, 15:22,
22:9, 29:10, 35:9,
37:25, 53:18, 76:21,
76:24, 129:15,
129:16, 129:18,
129:19, 201:15,
234:7, 234:10,
235:20, 235:25
**stored** [2] - 9:6, 9:12
**story** [4] - 122:10,
122:11, 122:12,
199:14
**straight** [1] - 161:3
**strategy** [3] - 218:19,
218:20, 219:9
**stray** [1] - 4:22
**Street** [26] - 1:20,
29:10, 41:11, 42:4,
45:24, 52:19, 52:21,

52:23, 57:13, 57:16, 57:24, 58:2, 59:22, 60:14, 62:16, 70:4, 108:3, 142:25, 168:10, 169:19, 172:18, 192:2, 192:4, 212:12, 220:17, 241:6

street [11] - 13:19, 70:1, 70:4, 125:7, 129:20, 143:13, 143:14, 168:24, 223:12, 223:14, 241:14

streetlights [1] - 207:13

Streets [2] - 76:23, 76:25

streets [3] - 42:5, 42:25, 84:23

stretches [1] - 220:18

Strike - 232:3, 232:8, 232:9, 232:10

strings [1] - 146:19

striped [1] - 97:14

stripes [1] - 88:6

struck [3] - 4:21, 117:15, 130:7

stuck [1] - 25:9

student [1] - 60:16

stuff [10] - 38:18, 79:22, 214:9, 221:4, 232:13, 232:17, 233:5, 233:6, 233:25, 243:11

subject [3] - 17:1, 72:24, 119:18

submit [1] - 243:18

submitted [7] - 141:23, 237:11, 238:21, 244:20, 245:1, 245:17, 245:20

submitting [2] - 237:14, 237:16

subparagraphs [1] - 74:8

subsequently [3] - 40:23, 56:3, 62:8

subsidized [1] - 46:20

substance [6] - 185:20, 185:24, 186:1, 237:24, 243:1, 247:15

subterfuge [1] - 18:13

successful [1] - 48:24

suck [1] - 204:1

sucker [5] - 205:12, 205:13, 205:14, 205:17, 205:19

suggest [1] - 218:7

suggests [1] - 218:1

suit [1] - 120:12

suitable [1] - 149:17

Suite [1] - 1:21

Sullivan [38] - 62:4, 64:7, 64:10, 64:11, 109:5, 109:7, 109:16, 109:19, 113:8, 113:18, 117:21, 122:22, 122:25, 123:22, 124:12, 124:16, 124:19, 125:6, 125:19, 126:3, 130:19, 188:1, 193:10, 193:13, 193:20, 193:22, 198:3, 198:16, 198:23, 198:24, 199:12, 199:14, 200:1, 200:19, 213:12, 213:22, 213:23

Sullivan's [1] - 198:25

summer [11] - 78:24, 84:7, 109:25, 110:1, 111:13, 118:25, 128:21, 131:1, 190:13, 193:3, 232:7

sunglasses [2] - 204:2, 204:4

superiors [1] - 18:9

supermarket [1] - 42:13

supplemental [2] - 47:17, 50:21

supplied [5] - 63:25, 65:11, 104:21, 106:2, 196:21

supplier [1] - 64:21

suppliers [1] - 64:22

supply [6] - 98:24, 99:1, 99:4, 99:7, 106:23, 107:3

supposed [4] - 44:7, 51:23, 102:6, 237:1

surprised [1] - 219:10

surrounding [7] - 26:19, 42:8, 42:10, 42:25, 43:12, 45:12, 123:5

surveillance [1] - 76:22

survive [1] - 110:22

suspected [3] - 47:9, 52:6, 62:25

suspenders [1] - 149:1

Sussex [4] - 54:24,

55:1, 55:5, 56:4

sustain [1] - 216:5

sustained [4] - 86:14, 177:22, 178:13, 202:17

swear [1] - 154:21

sweat [1] - 120:11

sweatpants [1] - 175:18

sweatshirt [1] - 99:22

sworn [7] - 8:17, 39:23, 76:2, 220:2, 225:4, 231:15, 239:23

synchronization [1] - 31:20

synchronize [1] - 31:17

system [1] - 11:19

## T

T-shirt [1] - 236:17

talks [2] - 177:10, 177:16

tamper [1] - 218:19, 238:22, 245:6

tampering [1] - 147:23

tangible [1] - 216:14

Tanner [3] - 36:2, 37:24, 55:10

target [1] - 47:1

Task [1] - 232:3

tattoo [2] - 192:14, 192:21

tattoos [1] - 83:2

TAYLOR [34] - 1:16, 219:22, 220:3, 220:5, 224:20, 231:13, 231:17, 231:19, 233:20, 236:10, 236:13, 236:21, 236:22, 238:13, 238:17, 239:5, 239:20, 239:24, 240:1, 242:3, 242:6, 242:17, 242:18, 244:22, 245:8, 245:22, 246:7, 246:17, 246:19, 246:23, 247:16, 250:18, 250:22, 250:24

Taylor [2] - 3:10, 76:13

team [2] - 23:23, 109:14

technician [1] - 237:22

technicians [1] - 237:18

techniques [1] - 48:21

technology [3] - 141:17, 217:3, 248:5

Teddy [1] - 6:4

temporal [1] - 69:16

temporally [1] - 73:17

tempted [1] - 150:4

ten [6] - 71:12, 161:13, 166:17, 209:12, 225:23, 226:8

terminated [1] - 4:24

termination [1] - 59:3

terms [1] - 56:25

testified [14] - 12:20, 39:23, 56:7, 56:23, 69:20, 76:2, 139:8, 179:23, 202:3, 204:15, 220:2, 225:5, 231:16, 239:23

testifies [1] - 74:10

testify [20] - 8:17, 32:2, 61:23, 62:19, 62:22, 63:18, 63:24, 64:4, 64:13, 64:15, 64:16, 64:18, 65:18, 66:12, 66:22, 66:24, 67:2, 68:3, 76:21, 77:3

testifying [4] - 29:5, 36:7, 72:7, 173:10

testimony [24] - 26:9, 27:19, 35:5, 64:6, 142:19, 142:20, 142:21, 147:12, 197:16, 201:8, 207:8, 207:11, 207:17, 207:18, 208:16, 212:24, 212:25, 214:19, 217:23, 217:25, 218:8, 238:23, 245:23

tests [1] - 237:23

THE [196] - 1:9, 3:3, 3:6, 3:7, 3:17, 3:19, 4:3, 4:7, 4:9, 4:11, 4:14, 5:4, 5:15, 6:6, 6:10, 6:21, 6:23, 7:6, 7:8, 7:12, 7:16, 7:19, 7:22, 8:4, 8:8, 8:12, 8:13, 11:11, 12:25, 13:4, 16:3, 17:5, 18:17, 31:25, 33:6, 33:9, 35:2, 39:13, 39:15, 39:16, 39:18, 39:25, 57:6, 57:7, 57:8, 57:9, 60:2,

60:24, 60:25, 61:2, 61:4, 61:11, 61:17, 61:20, 64:3, 65:13, 65:21, 66:21, 67:1, 67:4, 67:12, 67:20, 68:18, 69:11, 69:14, 70:7, 70:18, 71:11, 71:14, 71:17, 71:18, 71:22, 71:23, 71:24, 72:2, 72:16, 72:18, 72:24, 73:10, 73:23, 74:3, 74:14, 74:18, 74:22, 74:24, 75:2, 75:6, 75:9, 75:12, 76:6, 77:11, 77:17, 81:14, 86:14, 97:19, 119:23, 121:21, 126:20, 126:22, 128:8, 132:11, 139:13, 139:15, 140:14, 141:4, 141:11, 141:14, 142:2, 142:5, 142:12, 142:13, 142:14, 142:18, 142:23, 143:14, 144:1, 144:7, 144:11, 144:21, 144:24, 145:3, 146:4, 146:16, 146:22, 148:4, 148:8, 148:18, 148:20, 148:23, 149:1, 149:4, 149:7, 149:9, 149:11, 149:13, 149:23, 153:11, 173:18, 177:22, 178:13, 178:19, 178:21, 179:9, 182:23, 190:6, 194:21, 200:6, 202:17, 202:19, 202:21, 203:21, 211:17, 211:20, 212:16, 212:18, 212:20, 214:17, 216:5, 216:21, 216:24, 217:1, 217:7, 217:11, 217:16, 217:17, 217:21, 218:6, 218:22, 218:25, 219:3, 219:7, 219:12, 219:17, 219:19, 220:4, 224:21, 224:23, 224:25, 231:9, 231:10, 231:12, 231:18, 238:16, 239:2, 239:17, 239:18,

239:25, 246:2, 246:22, 247:18, 247:19, 247:20, 247:22, 247:25, 248:14, 248:18
**themselves** [5] - 44:3, 79:1, 80:20, 83:5, 83:17
**therefore** [3] - 22:5, 24:12, 25:10
**they've** [1] - 247:14
**thinking** [2] - 21:16, 176:4
**third** [10] - 3:24, 23:8, 23:22, 25:6, 47:20, 55:24, 62:14, 215:9, 224:7, 224:8
**Thompson** [2] - 235:19, 236:6
**thorough** [2] - 5:2, 5:6
**thoughts** [1] - 26:2
**thousands** [1] - 27:11
**threat** [2] - 21:8, 147:17
**threaten** [4] - 167:22, 168:1, 168:3, 168:5
**threatened** [1] - 31:8
**threatening** [3] - 20:22, 31:7, 199:15
**three** [28] - 5:24, 27:18, 30:10, 31:13, 36:10, 36:12, 36:13, 44:19, 44:20, 50:13, 51:21, 58:2, 58:3, 60:7, 61:23, 84:4, 100:18, 109:12, 126:14, 130:17, 136:25, 153:20, 169:3, 177:13, 177:15, 220:11, 237:5
**three-floor** [1] - 44:19
**throughout** [6] - 40:21, 47:11, 147:7, 148:3, 225:21, 226:11
**throw** [1] - 34:11
**thumbs** [2] - 143:10
**Thursday** [1] - 26:9
**tied** [2] - 145:1, 222:14
**Timon** [1] - 166:13
**Timothy** [1] - 39:20
**tiny** [1] - 237:6
**title** [1] - 40:6
**today** [11] - 3:24, 8:5, 8:8, 50:19, 52:16, 56:8, 173:9, 173:10, 183:25, 245:19, 247:24
**today's** [5] - 6:7, 6:8,

6:9, 6:24, 7:3
**together** [5] - 64:1, 85:18, 103:6, 109:8, 155:11
**tomorrow** [3] - 248:11, 248:19, 248:20
**tone** [2] - 222:25, 224:10
**Tony** [1] - 51:9
**took** [2] - 75:14, 148:13
**tools** [4] - 141:17, 217:3, 248:4, 248:5
**top** [18] - 9:19, 10:15, 23:14, 23:16, 23:17, 23:23, 25:5, 59:15, 59:22, 152:2, 153:23, 153:24, 156:22, 174:5, 176:13, 176:14, 230:1
**total** [1] - 246:15
**totality** [2] - 20:13, 24:4
**touch** [5] - 57:4, 57:8, 81:23, 203:11, 203:17
**touching** [1] - 155:23
**touchscreen** [2] - 13:14, 81:23
**tough** [4] - 21:16, 22:2, 140:4, 204:7
**tour** [3] - 47:20, 232:20, 241:5
**tours** [4] - 47:22, 48:8, 50:8, 50:11
**towards** [13] - 31:7, 154:16, 154:20, 158:8, 160:5, 164:23, 169:2, 206:21, 207:25, 208:11, 211:22, 212:11, 235:8
**Town** [2] - 28:14, 28:20, 30:22, 30:23, 32:18
**town** [3] - 130:23, 202:12, 213:10
**Towne** [143] - 5:25, 12:5, 18:6, 28:24, 35:10, 35:18, 41:23, 42:10, 42:17, 43:3, 43:11, 43:13, 43:15, 43:24, 44:14, 44:23, 45:13, 45:22, 45:25, 46:3, 46:12, 46:19, 47:2, 47:6, 47:14, 47:18, 47:23, 48:2, 48:9, 49:19, 50:22,

51:4, 52:21, 52:25, 54:19, 55:2, 55:19, 56:15, 56:24, 56:25, 58:9, 58:15, 59:6, 59:17, 59:19, 60:12, 60:20, 62:10, 64:2, 64:7, 66:5, 66:7, 78:15, 78:17, 78:19, 79:4, 79:11, 79:13, 79:14, 79:18, 80:11, 80:16, 80:19, 80:20, 80:23, 81:4, 81:5, 82:3, 84:3, 84:9, 84:17, 84:18, 86:7, 86:8, 86:20, 86:23, 93:3, 93:19, 93:23, 94:12, 101:13, 101:14, 101:15, 101:17, 102:19, 102:21, 103:9, 103:12, 103:14, 103:15, 103:17, 105:13, 106:9, 106:18, 106:19, 108:11, 111:21, 113:22, 116:5, 117:20, 121:5, 123:24, 128:2, 128:22, 131:20, 134:16, 169:10, 172:16, 190:9, 190:14, 190:18, 191:24, 192:7, 193:1, 199:5, 199:10, 210:3, 210:25, 211:3, 211:8, 211:9, 211:13, 213:9, 213:13, 220:21, 221:20, 221:22, 223:13, 226:2, 227:1, 227:9, 228:7, 232:16, 232:21, 232:25, 233:8, 233:9, 233:12, 235:8, 240:23, 241:2, 241:8
**traffic** [4] - 41:2, 41:3, 226:25, 232:13
**Traffic** [1] - 241:14
**trafficking** [1] - 48:19
**TRANSCRIPT** [1] - 1:9
**transcription** [1] - 249:4
**transfer** [1] - 147:13
**transferred** [1] - 147:12
**transmission** [1] - 10:15
**transport** [1] - 243:2

**travel** [1] - 241:15
**traveling** [1] - 241:2
**treated** [1] - 181:4
**tree** [11] - 159:23, 159:24, 160:2, 160:4, 160:25, 161:1, 162:11, 162:12, 207:8, 207:10, 207:12
**trespass** [1] - 48:13
**trespassing** [4] - 43:5, 44:10, 47:11, 49:9
**Trey** [1] - 80:10
**trial** [12] - 3:16, 6:15, 64:18, 65:3, 66:1, 71:25, 72:11, 76:16, 141:21, 142:15, 217:18, 218:16
**TRIAL** [2] - 1:9, 250:1
**Trial** [2] - 1:17, 76:9
**tried** [11] - 25:17, 25:18, 26:1, 47:10, 74:9, 168:14, 168:23, 168:24, 169:2, 218:16, 229:2
**Tripp** [1] - 51:1
**trouble** [2] - 172:3, 172:6
**truck** [6] - 143:1, 174:16, 174:17, 174:19, 175:3, 175:11
**true** [2] - 172:13, 209:5
**trusted** [1] - 197:5
**trusting** [1] - 22:25
**truth** [10] - 68:10, 188:23, 188:24, 189:5, 214:5, 214:7, 215:23, 216:1, 216:10, 216:17
**truthful** [1] - 208:24
**try** [13] - 20:6, 33:1, 34:12, 47:8, 48:23, 49:2, 49:13, 75:1, 79:18, 79:21, 194:13, 202:21, 211:21
**trying** [12] - 13:16, 20:9, 37:17, 38:21, 45:19, 70:25, 75:17, 75:18, 146:4, 155:1, 176:23, 209:18
**Ts** [1] - 206:22
**turn** [1] - 221:8
**turned** [2] - 150:20, 232:19
**TV** [1] - 248:8
**Tweet** [1] - 23:8
**Tweets** [6] - 23:5,

25:4, 26:10, 27:6, 30:7, 38:18
**twice** [6] - 27:14, 47:19, 47:21, 106:22, 114:5, 130:3
**Twitter** [1] - 25:22
**two** [44] - 4:1, 9:23, 35:25, 55:23, 61:13, 62:18, 63:23, 70:22, 71:5, 73:4, 83:21, 107:23, 107:24, 112:5, 123:23, 140:1, 140:2, 146:20, 155:10, 161:7, 161:8, 162:8, 162:12, 162:22, 162:25, 164:17, 166:18, 174:3, 177:13, 177:15, 199:6, 199:8, 199:9, 213:25, 223:21, 228:22, 230:1, 230:21, 242:8, 242:9, 243:3, 244:10
**type** [12] - 21:16, 21:17, 31:20, 33:20, 34:13, 125:9, 125:11, 221:1, 221:4, 222:18, 234:14, 241:19
**types** [3] - 43:2, 45:17, 102:11
**typically** [1] - 9:24

# U

**U.S.D.C** [1] - 249:11
**um-hum** [4] - 101:2, 152:5, 175:6, 208:6
**unaware** [2] - 31:12, 31:14
**under** [13] - 8:11, 27:23, 59:21, 63:6, 72:12, 128:15, 150:8, 189:2, 195:4, 195:6, 208:18, 237:9, 242:25
**undercover** [2] - 16:12, 30:8
**underline** [1] - 140:9
**underlying** [1] - 26:13
**underneath** [1] - 223:10
**underwear** [3] - 102:3, 102:4, 102:6
**undue** [2] - 146:24, 148:11
**uniform** [5] - 50:19, 52:15, 54:17, 228:4, 228:5

**unique** [2] - 43:11, 201:2
**Unit** [2] - 1:17, 225:18
**unit** [12] - 40:19, 41:19, 41:22, 47:7, 226:21, 232:10, 240:8, 240:13, 240:14, 240:15, 240:21, 244:3
**UNITED** [5] - 1:1, 1:3, 1:10, 1:12, 1:16
**United** [12] - 1:13, 3:3, 3:7, 3:9, 71:25, 76:10, 76:11, 76:13, 142:15, 145:8, 145:9, 217:18
**units** [1] - 63:23
**unless** [1] - 45:6
**unwarranted** [1] - 147:3
**up** [110] - 3:23, 3:24, 5:18, 12:4, 16:21, 16:24, 17:7, 18:15, 23:2, 23:15, 23:19, 29:2, 30:24, 32:13, 34:25, 35:23, 36:5, 36:15, 38:25, 41:10, 43:20, 43:24, 45:23, 45:24, 56:20, 57:6, 61:18, 65:25, 66:15, 66:19, 72:14, 73:13, 74:14, 75:19, 78:9, 78:11, 79:25, 81:12, 82:7, 89:25, 109:13, 109:15, 111:11, 112:21, 112:23, 113:17, 124:13, 124:14, 124:25, 132:8, 135:11, 140:5, 141:22, 143:10, 143:22, 145:19, 145:22, 146:11, 146:12, 151:17, 152:3, 152:4, 153:6, 155:2, 155:3, 155:5, 155:20, 156:7, 160:21, 162:25, 163:11, 187:24, 193:5, 197:18, 199:14, 201:25, 202:1, 204:8, 205:3, 205:16, 206:16, 206:17, 209:23, 212:22, 215:3, 216:9, 217:4, 218:18, 219:2, 219:9, 222:20, 224:1, 224:2, 227:19, 228:20,

228:21, 228:22, 228:25, 229:2, 229:5, 230:15, 233:5, 234:14, 234:25, 235:16, 235:22, 238:14, 247:7, 248:9
**upper** [3] - 18:23, 29:19, 206:6
**upset** [2] - 167:2, 167:21
**upstairs** [1] - 151:18
**uptown** [4] - 62:2, 107:13, 108:4, 116:9
**users** [6] - 64:24, 65:12, 98:20, 98:22, 105:19, 105:20
**uses** [2] - 244:4, 249:9

**V**

**vacant** [3] - 104:14, 104:17, 125:22
**vacants** [1] - 44:20
**value** [4] - 146:11, 146:12, 146:25, 148:11
**van** [2] - 168:18, 169:19
**vantage** [2] - 156:24, 208:6
**various** [9] - 44:19, 48:23, 50:11, 57:1, 64:8, 93:6, 225:14, 226:6, 226:10
**vehemently** [1] - 63:3
**Vehicle** [1] - 241:14
**vehicle** [24] - 43:16, 47:10, 49:1, 57:2, 57:10, 58:4, 69:22, 117:15, 117:17, 159:10, 168:11, 175:15, 211:22, 228:6, 235:2, 235:18, 243:5, 243:6, 243:13, 244:4, 244:6, 244:7, 244:12, 245:18
**vehicles** [5] - 49:2, 157:9, 159:6, 159:7, 212:5
**verbally** [1] - 38:17
**verified** [2] - 54:6, 56:1
**verify** [5] - 51:10, 53:7, 53:9, 53:25, 55:12
**verifying** [1] - 53:11
**versus** [10] - 3:8, 9:16, 33:12, 71:25, 142:15, 145:8,

145:9, 146:24, 213:9, 217:19
**vicinity** [3] - 29:6, 53:3, 54:23
**victims** [2] - 14:13, 14:15
**video** [48] - 9:10, 9:12, 9:15, 9:16, 9:20, 9:25, 10:12, 10:14, 15:15, 24:25, 27:20, 28:6, 28:14, 28:15, 29:3, 29:6, 29:8, 29:9, 29:15, 29:24, 31:3, 31:5, 31:15, 31:18, 32:2, 69:22, 76:22, 76:24, 100:1, 119:1, 119:5, 119:7, 119:12, 119:15, 119:20, 132:19, 132:23, 143:11, 143:14, 173:3, 174:1, 179:21, 179:24, 180:2, 180:5, 205:14
**Video** [1] - 15:9
**Videos** [1] - 30:2
**videos** [24] - 9:3, 9:6, 19:25, 27:18, 28:9, 29:12, 29:23, 30:10, 30:19, 31:13, 31:16, 31:19, 33:25, 34:16, 37:4, 37:12, 63:15, 63:17, 77:2, 79:5, 79:8, 101:1, 119:23
**view** [15] - 30:20, 119:7, 119:12, 154:3, 154:16, 154:19, 160:4, 161:4, 162:18, 163:1, 163:6, 165:15, 166:20, 175:3, 211:22
**viewed** [7] - 32:5, 37:7, 76:21, 173:9, 173:10, 181:14, 181:17
**viewing** [2] - 9:14, 205:2
**views** [2] - 20:4, 20:9
**Vikings** [1] - 55:9
**Vilardo** [1] - 3:5
**VILARDO** [1] - 1:9
**violating** [1] - 241:14
**violation** [3] - 184:9, 184:10, 187:1
**violence** [2] - 24:7, 47:1
**Violence** [1] - 46:23
**violent** [1] - 202:7
**visit** [1] - 47:17

**visual** [1] - 44:25
**VOLUME** [2] - 1:9, 250:1
**vote** [1] - 19:10
**vs** [1] - 1:5

**W**

**W.D.N.Y** [1] - 249:11
**wait** [3] - 4:2, 4:3, 73:18
**waited** [1] - 166:2
**waiting** [3] - 142:25, 172:22, 172:23
**wake** [1] - 222:20
**Walk** [14] - 131:19, 140:22, 150:13, 150:23, 151:14, 153:17, 153:18, 164:13, 166:16, 227:15, 227:16, 228:9, 228:13, 228:18
**walk** [3] - 79:25, 158:7, 227:9
**walked** [7] - 120:12, 124:25, 155:8, 156:5, 157:3, 162:25, 176:6
**Walker** [29] - 62:15, 62:19, 62:24, 65:8, 65:10, 69:21, 70:10, 71:8, 71:10, 105:5, 105:6, 105:10, 105:12, 105:24, 106:2, 143:3, 143:4, 143:6, 143:9, 144:5, 176:17, 178:10, 178:16, 183:22, 210:8, 242:2, 242:13, 243:6, 243:9
**walker** [1] - 70:2
**Walker's** [1] - 178:12
**walking** [6] - 127:8, 129:14, 155:10, 156:2, 160:5, 168:24, 174:5, 175:24, 201:14, 207:24, 208:1, 208:2, 223:12, 235:5, 235:8, 235:23
**walkups** [1] - 44:19
**walkway** [1] - 158:5
**walkways** [2] - 43:17, 58:10
**wall** [3] - 46:13, 59:4, 235:12
**wants** [4] - 33:18, 38:4, 74:12
**warrant** [3] - 16:16,

16:18, 223:18
**warrants** [8] - 51:25, 54:5, 54:7, 222:18, 222:23, 224:16, 231:5, 241:19
**Washington** [8] - 1:18, 64:9, 88:5, 94:24, 95:10, 129:9, 195:25, 222:8
**watch** [5] - 29:23, 30:22, 37:13, 141:20, 158:9
**watched** [4] - 28:9, 30:7, 31:16, 31:19
**watching** [3] - 159:2, 197:2, 234:13
**Watkins** [52] - 55:10, 62:8, 62:23, 64:8, 89:17, 89:18, 91:8, 91:9, 93:11, 93:22, 98:6, 98:7, 98:12, 111:13, 111:18, 111:25, 112:2, 112:4, 113:6, 113:7, 113:14, 126:12, 126:25, 127:7, 129:7, 131:2, 131:9, 132:22, 135:8, 154:24, 164:1, 165:20, 188:2, 188:3, 195:16, 196:18, 208:7, 208:8, 209:13, 210:21, 222:7, 223:22, 223:23, 224:4, 229:25, 230:24, 236:5, 236:18, 238:6, 238:20
**Watkins'** [3] - 62:23, 163:23, 165:17
**ways** [6] - 33:23, 57:1, 57:14, 57:16, 68:21, 223:25
**weapon** [2] - 27:24, 193:18
**weapons** [5] - 30:12, 222:17, 223:17, 241:22
**wearing** [5] - 87:22, 132:23, 133:15, 174:4, 175:17
**weather** [1] - 124:5
**website** [1] - 19:24
**Wednesday** [1] - 10:12
**weed** [13] - 93:17, 94:16, 95:19, 95:21, 96:12, 96:13, 100:6, 136:19, 196:8,

237:2, 241:23,
242:20, 242:21
**week** [13] - 8:22, 9:23,
27:14, 35:6, 47:19,
47:20, 47:21, 99:10,
106:3, 106:22,
123:23, 199:4,
213:25
**weekend** [2] - 8:2,
26:17
**weeks** [7] - 9:23,
126:14, 199:6,
199:8, 199:9
**weight** [3] - 239:9,
246:11, 246:15
**welcome** [3] - 7:22,
149:23, 219:19
**west** [4] - 42:3, 45:5,
57:23, 220:18
**West** [2] - 36:22,
41:10
**Western** [2] - 3:4,
76:12
**WESTERN** [1] - 1:1
**whatsoever** [1] -
17:20
**whereas** [1] - 146:1
**white** [13] - 87:24,
88:6, 99:22, 120:3,
159:14, 159:15,
165:21, 175:18,
207:14, 211:22,
211:25, 242:10,
247:15
**who'd** [1] - 113:3
**whole** [8] - 160:24,
160:25, 161:19,
161:21, 161:25,
168:2, 230:22,
248:12
**wife** [2] - 150:3, 174:4
**William** [15] - 42:3,
42:12, 45:24, 52:19,
52:21, 52:23, 53:3,
53:14, 53:20, 59:11,
59:21, 84:24, 233:9,
233:11, 234:3
**Wimes** [22] - 63:2,
134:9, 134:11,
134:15, 134:18,
134:22, 134:24,
135:1, 135:4,
137:11, 138:5,
138:11, 138:14,
139:20, 144:14,
144:15, 144:20,
151:5, 151:9,
152:20, 214:3,
214:13
**Wimes'** [1] - 144:21

**window** [31] - 29:2,
115:9, 151:21,
151:23, 151:24,
151:25, 156:12,
156:19, 156:20,
156:21, 157:23,
158:21, 158:23,
158:24, 158:25,
159:1, 160:20,
163:19, 163:24,
165:4, 165:7,
165:14, 204:21,
206:3, 206:10,
206:14, 206:20,
207:10, 210:1
**windows** [2] - 206:4,
206:9
**wish** [1] - 54:14
**withdraw** [1] - 17:3
**withdrawn** [4] - 17:4,
17:5, 124:11, 160:7
**WITNESS** [9] - 8:12,
39:16, 57:7, 57:9,
60:24, 126:22,
231:10, 239:18,
247:19
**Witness** [7] - 39:17,
61:3, 216:25,
224:24, 231:11,
239:19, 247:21
**witness** [45] - 3:24,
4:1, 4:2, 4:4, 7:17,
8:10, 12:8, 15:8,
39:18, 39:20, 56:21,
61:16, 61:17, 61:18,
61:22, 68:15, 68:16,
72:4, 72:5, 73:21,
74:5, 74:9, 74:10,
75:22, 97:17,
137:21, 147:23,
149:8, 150:8, 215:4,
217:24, 218:1,
218:3, 219:21,
219:23, 224:25,
231:6, 231:12,
236:11, 239:14,
239:20, 242:5,
247:22
**witness's** [1] - 217:22
**Witnesses** [1] - 76:9
**witnesses** [8] - 4:1,
14:12, 61:15, 64:13,
64:14, 64:18, 67:2,
247:23
**women** [1] - 135:11
**wonder** [1] - 21:11
**Woods** [7] - 64:20,
106:7, 106:8,
106:10, 106:16,
106:18, 106:21

**word** [4] - 28:19, 73:8,
86:3, 143:24
**words** [4] - 26:2,
145:23, 179:4
**works** [2] - 8:22, 244:5
**worry** [1] - 195:2
**wrapped** [1] - 247:7
**wrapped-up** [1] -
247:7
**write** [1] - 123:20
**writing** [2] - 13:25,
25:20
**written** [2] - 191:15,
230:3

## X

**Xavier** [50] - 63:1,
134:9, 134:11,
134:15, 134:18,
134:22, 134:24,
135:1, 135:4,
137:11, 137:17,
138:4, 138:5,
138:11, 138:14,
139:20, 144:14,
144:15, 144:20,
144:21, 151:4,
151:9, 152:3, 152:6,
152:12, 152:20,
152:22, 153:3,
153:9, 154:4,
154:11, 154:16,
154:19, 157:25,
160:7, 160:15,
161:11, 161:12,
161:23, 162:4,
162:15, 162:17,
163:14, 164:4,
166:22, 166:25,
209:3, 209:8, 214:3,
214:13

## Y

**y'all** [1] - 214:9
**Yam** [11] - 105:3,
107:4, 176:15,
176:16, 176:22,
177:3, 180:16,
180:23, 182:11,
183:20
**Yam's** [3] - 105:4,
176:16, 183:21
**year** [8] - 30:17, 78:21,
150:21, 169:15,
184:20, 220:12,
220:13, 223:8
**Year's** [12] - 131:18,
132:19, 133:18,

137:11, 138:24,
150:13, 150:14,
153:25, 156:13,
159:7, 159:25,
201:24
**years** [29] - 16:14,
27:7, 27:16, 40:10,
40:13, 46:8, 83:15,
84:4, 85:3, 100:18,
105:11, 106:17,
108:22, 109:12,
143:22, 185:16,
185:18, 186:12,
220:11, 225:13,
225:23, 226:8,
231:24, 231:25,
240:6, 240:18,
240:19, 240:22
**yelling** [1] - 44:1
**yellow** [1] - 129:19
**yo** [2] - 36:21, 204:8
**YORK** [1] - 1:1
**York** [10] - 1:15, 1:17,
1:21, 2:4, 3:4, 27:24,
76:12, 76:25, 78:10,
185:9
**young** [4] - 4:21, 6:5,
23:23, 30:11
**younger** [5] - 64:22,
83:10, 85:4, 85:6,
109:9
**yourself** [7] - 84:11,
108:12, 109:16,
110:10, 174:1,
185:5, 215:18
**YouTube** [6] - 29:16,
29:21, 30:8, 30:20,
31:19, 33:25

## Z

**Zave** [6] - 138:1,
138:3, 138:7,
139:19, 140:2, 178:5
**zoom** [4] - 13:7, 13:9,
36:10, 159:17
**zoomed** [1] - 13:20